IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

CHUNG CHUI WAN, )
)
Petitioner, )
v. )
) No.: 3:20-cv-03233
MICHEL DALE DEBOLT, )
)
Respondent. )

## MOTION FOR EXPEDITED PRETRIAL CONFERENCE

Petitioner CHUNG CHUI WAN ("Wan"), by her attorneys, FEINBERG SHARMA, P.C., hereby moves, pursuant to Rule 16, F.R.Civ.P, to set a pretrial conference in this matter, and in support hereof states as follows:

1. This action is brought by Wan, a citizen of Hong Kong, to secure the return of her two children, T.D., age 9, and A.D., age 8 (the "Children"), who have been wrongfully retained in the Central District of Illinois, Windsor, Illinois, by Respondent, Michel Dale Debolt ("Michel"), her husband and the Children's father.

2. Michel was served with process in this action on September 16, 2020.

3. As set forth in Wan's accompanying Motion for Access and Expedited Hearing, there are issues between the parties concerning Wan's access to the Children and irreparable harm to the Children occurring due to Michel's attempted alienation of them from Wan and their absence from Hong Kong.

4. Wan believes that a pretrial conference may be beneficial to resolve immediate issues concerning access to the Children and for purposes of establishing early and continuing control so that the case will not be protracted because of lack of management.

{00409446.DOCX}

Accordingly, the Court should set a date at its earliest convenience for a pretrial conference in this matter.

/s/ Joy M. Feinberg<br>Joy M. Feinberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2020, a copy of the foregoing Petitioner's Motion for Expedited Pretrial Conference has been filed electronically, and it is available for viewing and downloading for all counsel of record via ECF.

/s/ Joy M. Feinberg<br>Joy M. Feinberg

Joy M. Feinberg,
Reuben A. Bernick (Of Counsel)
FEINBERG SHARMA, P.C.
Attorneys for Petitioner
2 N. LaSalle St., Suite 1600
Chicago, IL 60602
(312) 376-8860
notices@fsfamlaw.com

{00409446.DOCX}    2