IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CHUNG CHUI WAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case Number: 3:20-cv-3233 ) |
| MICHEL DALE DEBOLT, | ) ) ) |
| Respondent. | ) |

### RESPONDENT'S
### MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Now comes Respondent, MICHEL DALE DEBOLT ("**Michel**"), by and through his attorneys, Feldman Wasser and Beermann LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss, with prejudice, Petitioner's *Verified Complaint and Petition for Return of the Minor Children in Accordance with the Hague Convention and Motion for Expedited Return and Hearing, Instanter* ("**Hague Petition**") for failure to state a cause of action, and in support thereof, respectfully states as follows:

Petitioner's Hague Petition seeks the return of the parties' two minor children from their home in Illinois to the Hong Kong Special Administrative Region of the People's Republic of China (the "PRC"). As set forth in greater detail in Michel's Memorandum, and as evidenced by the recent positions adopted by both political branches of the United States Government, Hong Kong no longer enjoys the independence or autonomy which would have previously permitted this Court to treat it as anything but indistinguishable from the PRC. Thus, insofar as our government has declared that Hong Kong is no longer autonomous from the PRC, and insofar as the PRC is not a signatory to said Hague Convention, it must necessarily follow that Hong Kong can no longer be considered a party thereto. Accordingly, Petitioner cannot state a claim upon which relief may

be granted and her Petition must be dismissed with prejudice.

  WHEREFORE, Respondent, MICHEL DALE DEBOLT, respectfully requests that this Court dismiss Petitioner's Hague Petition with prejudice.

Respectfully Submitted,

MICHEL DALE DEBOLT

By:  /s/Howard W. Feldman
   One of His Attorneys

| | |
|---|---|
| Shana Vitek | Howard W. Feldman |
| Matthew D. Elster | John S.M. Morse |
| **BEERMANN LLP** | **FELDMAN WASSER** |
| 161 North Clark Street, Suite 3000 | 1307 South 7th Street |
| Chicago, IL 60601 | Springfield, IL 62703 |
| (312) 621-9700 | (217) 544-3403 |
| (312) 621-0909 – Fax | (217) 544-1593 – Fax |
| slvitek@beermannlaw.com | hfeldman@feldmanwasser.com |
| mdelster@beermannlaw.com | jmorse@feldmanwasser.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Reuben A. Bernick        reuben@bfsfamlaw.com

    Joy M. Feinberg          joy@fsfamlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Not Applicable

/s/ Howard W. Feldman
Howard W. Feldman #0788066
Attorney for Defendant
FeldmanWasser
1307 S. 7th Street
Springfield, IL 62703
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: hfeldman@feldman-wasser.com