### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CHUNG CHUI WAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case Number: 3:20-cv-3233 |
| v. | ) |
| | ) |
| MICHEL DALE DEBOLT, | ) |
| | ) |
| Respondent. | ) |

### *AMENDED* REPORT OF RULE 26(f) PLANNING MEETING

Petitioner being represented by BOYLE FEINBERG, and Respondent being represented by BEERMANN LLP and FELDMAN WASSER, counsel having met on November 13, 2020 for the purpose of formulating a proposed discovery calendar for consideration by the Court in accordance with its November 6, 2020 Text Order.  The parties suggest the following dates:

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1):

    a.  Petitioner: **November 25, 2020**

    b.  Respondent: **November 25, 2020**

2. Parties shall propound written discovery by:

    a.  Petitioner: **November 25, 2020**

    b.  Respondent: **November 25, 2020**

3. Parties to answer written discovery by:

    a.  Petitioner: **December 9, 2020**

    b.  Respondent: **December 23, 2020**

4. The deadline for amendment of pleadings is

    a.  Petitioner:  **November 30, 2020**

    b.  Respondent:  **December 11, 2020**.

5. The deadline for joining additional parties is **N/A**.

6. Parties shall disclose lay witnesses by:

    a. Petitioner: **November 30, 2020**

    b. Respondent: **January 6, 2021**

7. Parties shall disclose experts by:

    a. Petitioner: **November 30, 2020**

    b. Respondent: **December 11, 2020**

8. Expert reports due by:

    a. Petitioner: **December 15, 2020**

    b. Respondent: **January 29, 2021**

9. Rebuttal expert reports due by:

    a. Petitioner: **January 6, 2021**

    b. Respondent: **February 19, 2021**

10. Lay witness deposition deadline:

    a. Petitioner: **January 6, 2021**

    b. Respondent: **January 27, 2021**

11. Parties shall make any such experts available for deposition by:

    a. Petitioner: **January 15, 2021**

    b. Respondent: **March 5, 2021**

12. Discovery shall be modified as follows:

    a. **N/A**

13. All discovery, including deposition of experts, is to be completed by:

    a. Petitioner: **January 15, 2021**

    b. Respondent: **March 5, 2021**

14. The deadline for filing case dispositive motions shall be:

    a. Petitioner: **January 22, 2021**

      b.  Respondent: **March 19, 2021**

15. The parties do not presently see a need to make provisions for disclosure or discovery or electronically stored information and/or for asserting claims of privilege or of protection as trial preparation materials after production.

| | |
|---|---|
| CHUNG CHUI WAN, Petitioner<br>BY:  /s/Joy M. Feinberg | MICHAEL DALE DEBOLT, Respondent<br>BY: /s/ *Matthew D. Elster* |
| Joy Feinberg<br>Reuben A. Bernick<br>FEINBERG SHARMA P.C.<br>2 North LaSalle Street Suite 1600<br>Chicago, IL 60602<br>312-376-8860<br>Fax: 312-291-9336<br>Email: joy@fsfamlaw.com | Shana Vitek<br>Matthew D. Elster<br>**BEERMANN LLP**<br>161 North Clark Street, Suite 3000<br>Chicago, IL   60601<br>(312) 621-9700<br>(312) 621-0909 – Fax<br>slvitek@beermannlaw.com<br>mdelster@beermannlaw.com<br>---<br><br>Howard W. Feldman<br>John S.M. Morse<br>**FELDMAN WASSER**<br>1307 South 7th Street<br>Springfield, IL 62703<br>(217) 544-3403<br>(217) 544-1593 – Fax<br>hfeldman@feldmanwasser.com<br>jmorse@feldmanwasser.com |

4

## CERTIFICATE OF SERVICE

I hereby certify that on **November 13, 2020**, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

s/ *Matthew D. Elster*

Matthew D. Elster
**BEERMANN LLP**
161 North Clark Street, Suite 3000
Chicago, IL   60601
(312) 621-9700
(312) 621-0909 – Fax
mdelster@beermannlaw.com