E-FILED
Friday, 12 March, 2021  11:54:40 PM
Clerk, U.S. District Court, ILCD

**ALAN M. JAFFE, PSY.D. AND ASSOCIATES**
CLINICAL AND FORENSIC PSYCHOLOGY
**25 EAST WASHINGTON STREET**
**SUITE 2001**
**CHICAGO, ILLINOIS   60602**

**803 WEST MAIN STREET**
**LAKE GENEVA, WISCONSIN 53147**

TEL. 312/346-2640
FAX. 312/346-2662

# PSYCHOLOGICAL EVALUATION OF DEBOLT AND CHILDREN

EXHIBIT
A

**TABLE OF CONTENTS**

Introduction/Methods Used ....................................................................................................3

Documents Reviewed ............................................................................................................4

Overview of the Case ............................................................................................................6

Report Life History and Clinical Interviews........................................................................6

Psychological Testing Results for Michel Debolt ...............................................................12

Family Observation Sessions................................................................................................14

Opinion ..................................................................................................................................25

Political Situation in Hong Kong..........................................................................................25

Effects of Losing a Parent.....................................................................................................26

Culture of Silence .................................................................................................................30

**The following evaluation was conducted in order to assess Michel Debolt's psychological functioning and capacity. The conclusions and recommendations were based upon the following clinical inquiry materials and forensic investigatory methods:**

Psychosocial History with Michel Debolt (1.5 hours): 12/3/20

Psychological Testing with Michel Debolt

Clinical Interviews with Michel Debolt (1 – 1.25 hours per interview): 12/23/20 & 1/13/21

Observation Session with Michel Debolt, Tyler Debolt, & Abby Debolt: 1/20/21

Clinical Interviews with Tyler Debolt: 1/13/21 & 1/20/21

Clinical Interviews with Abby Debolt: 1/13/21 & 1/20/21

**Psychological Assessments Used:**

Minnesota Multiphasic Personality Inventory – 2 (MMPI-2)

Personality Assessment Inventory (PAI)

Sixteen Personality Factor Questionnaire (16-PF)

Symptom Checklist-90-Revised (SCL-90)

Trauma Symptom Inventory – 2 (TSI-2)

**Documents Reviewed:**

**Reviewed the following documents provided by Michel Debolt:**

- Letter Entitled, "Chung Chui Wan v. Michel Dale Debolt; Case Number: 3:20-cv-3233" – (Dated: 10/13/20)
- Petition for Dissolution of Marriage – (Dated: 8/12/20)
- Affidavit of Service – (Dated: 8/21/20)
- Motion for Temporary and Permanent Sole Allocation of Parental Responsibilities, to Set Parenting Time and for Other Relief – (Dated: 8/24/20)
- Verified Complaint and Petition for Return of the Minor Children in Accordance with the Hague Convention and Motion for Expedited Return and Hearing Instanter – (Dated: 9/8/20)
- Respondent's Objection to Jurisdiction and Motion to Dismiss or Stay – (Dated: 9/14/20)
- Document Entitled, "Hong Kong Divorce Filing" – (Dated: 9/26/20)
- Respondent's Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(6) – (Dated: 10/8/20)
- Respondent's Motion to Dismiss Pursuant to Rule 12(b)(6) – (Dated: 10/8/20)
- Petitioner's Memorandum in Opposition to Motion to Dismiss – (Dated: 10/12/20)
- Answer to Verified Complaint and Petition for Return of the Minor Children in Accordance with the Hague Convention and Motion for Expedited Return and Hearing Instanter – (Dated: 11/2/20)
- Response to the Request for Production of Documents – (Dated: 12/21/20)
- Opinion – (Dated: 10/26/20)
- Report of Guardian Ad Litem – (Dated: 11/23/20)
- Document Entitled, "Situational Analysis" – (Dated: 11/5/20)
- Document Entitled, "Risks to Children in HKG" – (Dated: 11/11/20)
- Document Entitled, "Extra School Education Support" – (Dated: 12/29/20)
- Document Entitled, "Tyler Stress Following Calls with Wan" – (Dated: 12/29/20)
- Document Entitled, "Notable Incidents – July 2020 to Present" – (Dated: 12/20/20)
- Email Entitled, "New NSL Hotline for Snitches Flooded with Calls" – (Dated: 11/14/20)
- Email Entitled, "Existing Breaches of HKG Law" – (Dated: 11/14/20)
- Video Entitled, "Tyler – post-Facetime with Wan – Hate Mommy" – (Dated: 12/17/20)
- Video Entitled, "Tyler – post-Facetime with Wan – Revenge on Mommy" – (Dated: 12/17/20)
- Photo Set Entitled, "Banana Incident"
- Video Entitled, "Breckenridge" – (Dated: 2/10/20)
- Video Entitled, "Karaoke 2 – Abby & Daddy – Meant to Be" – (Dated: 12/4/20)
- Video Entitled, "Karaoke 3 – Group – Sage Begins" – (Dated: 12/4/20)
- Video Entitled, "Karaoke 8 – T-Bone and Daddy – Party in the CIA" – (Dated: 12/4/20)
- Video Entitled, "Lego Roller Coaster" – (Dated: 12/20/20)
- Video Entitled, "Playing Cards – Remotely" – (Dated: 12/29/20)
- Video Entitled, "Kids Describe Time with Wan" – (Dated: 1/18/21)
- Video Entitled, "Kids Describe Time with Wan 2" – (Dated: 1/18/21)
- Dr. Ching Wai Phil Chan Expert Report

- Document Entitled, "Debolt Kids – Additional Info" – (Dated: 1/21/21)
- Document Entitled, "Tyler and Abby – December 2020 Distress Episode"
- Deposition of Wan Chuk Ching – (Dated: 1/6/21)
- Deposition of Chung Chui Wan – (Dated: 1/19/21)

## Overview of the Case

On July 18, 2020, Michel and his children traveled from their home in Hong Kong to the United States for a planned, four-week trip to visit Michel's family in Illinois. Prior to this trip, Michel reports that he and his wife, Chung Chui Wan, discussed an interest in relocating to the United States. He notes their concerns were due to the increased intensity in the political protests occurring in Hong Kong and the change in the culture due to the imposition of the new national security law. Two weeks into their trip, his wife informed Michel that press reports indicated that ten thousand Hong Kong citizens and over one thousand students under eighteen years old had been arrested since 2019. According to Michel, over the next two weeks, he and his wife regularly discussed the developing political situation. Michel eventually suggested that they return to their earlier plan to relocate to the United States; however, he states that his wife had since decided she did not want to relocate.

Michel reported that on August 8, 2020, his wife messaged Michel that she did not consent to him retaining the children in the United States. The following day, Michel elected to reach out to counsel, and shortly after, his wife stated she wanted to divorce Michel. On August 12, 2020, Michel filed for divorce in Shelby County, Illinois. He noted that his wife filed for divorce in Hong Kong on August 28, 2020, while also initiating proceedings under the Hague Convention for Michel to return the children to Hong Kong. Michel has expressed concerns about returning his children to Hong Kong both because of the political situation in Hong Kong and because they would be in the care of their mother and without Michel, as he does not plan to return to Hong Kong. Michel has noted that his wife, who works full-time, would largely rely on a helper to care for the children during the week, as she frequently leaves for work early in the morning and works late, sometimes coming home well after the children are in bed. As Michel has been the primary caregiving parent, he is concerned about the well-being and adjustment of his children without his support and care. According to Michel, his wife has used physical punishment and emotional bullying with their children, and she has been intoxicated when caring for them in the past. As Michel has been acting as the stay-at-home parent since December 2015, he worries about the limited amount of time his children will have access to a parent, in conjunction with the difficulties they already have in school with socializing and maintaining their coursework because of they continue to have difficulties with the language. Michel's other concern involves the changing political climate of Hong Kong. He reports that his wife has disclosed to Hong Kong authorities that Michel has anti-government views, which makes it unsafe for him to return to Hong Kong. Furthermore, he acknowledges that his children have been exposed to anti-government views and are liberal-minded individuals, who would be unable to safely express any dissenting opinions in Hong Kong.

## Reported Life History of Michel Debolt

The following information was obtained from a written questionnaire completed by Michel Debolt, as well as a psychosocial review session conducted with Michel on December 3, 2020.

Michel Debolt was born on April 19, 1971, in Mattoon, Illinois. Michel was raised by his father, Marvin Debolt, and his mother, Linda Debolt, with his two brothers: Mark and Matthew. Michel is married to Chung Chui Wan ("Wan"), though both filed divorce proceedings in 2020. Michel

and Wan have two children: Tyler, who is ten years old; and Abby, who is eight years old. Within his nuclear family, Michel identified that he has had a close relationship with his mother throughout his life. He noted that his mother and her extended family are warm and caring individuals. Michel reported that his mother "is the first person I call if I need something with the kids." While Michel has not always been as close with his father, he reported wanting his children to have the opportunity to develop a relationship with their only living grandfather. Michel reported that his brother, Matthew, is deceased. He noted that he has a warm relationship with his brother, Mark, and they speak five or six times a year. For the past several years, Michel reported that he and his children have spent a couple of weeks of each year visiting Mark and his family in Los Angeles.

Michel reported his highest level of education included his JD from Columbia University and his MBA from Wharton. Regarding employment, Michel stated, "I am comfortable in any situation, including accounting, finance, law, and start-ups. I am quite happy to be able to spend time with the children." He reported he last worked for Kirkland & Ellis in Hong Kong as a corporate partner advising Asian private equity clients regarding mergers and acquisitions from 2010 to 2015. Since 2015, Michel reported that his priority became being regularly available for his children. He noted he worked from home, self-founding a start-up and investing. Michel denied a history of previous arrests or substance or alcohol abuse. Michel reported he began drinking alcohol socially in college and continued to drink socially until 2014 when he stopped drinking alcohol for health and personal reasons. He noted having one beer with a neighbor in 2019 but otherwise has not had alcohol. Michel denied any major medical or mental health concerns. He reported going to therapy on a few occasions throughout his life, but he reported he only attended one or two sessions during each bout of therapy. Michel noted he and Wan attended couples therapy in 2008. He reported they attended approximately eight sessions with two different counselors prior to their marriage. Michel reported that they attended therapy due to disagreements they had, though he was unable to recall specific issues that arose during that time.

Michel and Wan first met in 2005 through a mutual friend while they were living in London. While Michel reported they only spoke briefly at that time, he noted they re-connected the next year and started dating. Michel acknowledged that both he and Wan were busy working professionals. Michel reported, "I think, to some extent, we both were at a point in our lives where we had priorities and figured that this person kind of fits the mold. We were trying to make our relationship happen, but we were both getting older and wanted to have children." Michel described Wan as a motivated, professional individual. Michel felt raising children in an international environment, wherein they could learn a second language, was important to him. Michel also identified that he and Wan shared similar values and interests. Michel noted they shared similar views on communism and took up tennis and went skiing and scuba diving together. Michel and Wan dated for approximately one year before moving in together and getting married in Barbados in May 2008. Michel and Wan moved to Hong Kong, which Michel reported he did to accommodate Wan's request. Michel felt he sacrificed to move to Hong Kong for her. Even before they were married, Michel noted there were some disagreements within the relationship, which he felt were related to a lack of warmth and appreciation on Wan's part. Michel stated, "She said I should not expect her to be thankful every five minutes, but I just wanted it to be once a month. There were a few days a month that my wife really loved me, and

things were great. When my wife was pregnant, she was fine." According to Michel, Wan sent emails to Michel throughout their relationship that expressed how unhappy she was with him, stating he is a terrible husband, prioritizes work over family, is a deadbeat, and is always at home. Michel reported that she was unhappy when he was working and was still unhappy when he stopped working and primarily took care of the children. He felt their relationship was often "hot and cold," and when it was cold, "it was like there was nothing left between us." He noted, "There were a couple of days a month she was the woman I married. I felt like I was hugging a porcupine for the other twenty-eight days. She was clearly angry at me. She would say I was distant and did not want to talk to her. It is unclear if I was being distant or if, because of her behavior, I would try to hold back. There would be times when I would go in for a hug or try to have these intimate moments, and it would be difficult." Michel identified that this hot and cold dynamic of their relationship began even prior to their marriage and was maintained throughout their marriage, with the exception of when Wan was pregnant. Michel stated that they got along best during her pregnancies.

According to Michel, they began trying to have a child soon after getting married. They had Tyler in September 2010 and Abby in April 2012. From the time Tyler was born until 2015, Wan worked from home and had the majority of direct parenting time with the children, while Michel worked as an attorney outside of the home. In December 2015, Michel began working from home while Wan transitioned back into her career in finance outside of the home. At this time, Michel reported he took over the majority of the direct parenting time, acting as the primary caregiver of the children, while Wan spent less time with the children. Michel noted, "Since 2015, I have spent far more time directly interacting with our children on a daily basis, including direct hands-on educational activities, entertainment, sports, arts and crafts, reading, watching movies, and listening to music. My wife has prioritized her professional and social objectives, often returning after the children are asleep, sometimes returning inebriated, and occasionally going twenty-four hours or more without having direct interaction with our children." Michel reported that as his wife moved into better and more interesting positions for work she wanted to network and develop connections with her colleagues. Michel noted he was not always certain where Wan was, and there would several occasions in which she would message him via WhatsApp to tell him not to have the children wait up for her at night. Michel reported that he was primarily responsible for keeping the children on a schedule, though he noted he actively encouraged Wan to remain involved when she could. For example, Michel stated the morning schedule involved the children waking up around seven-thirty to go to school in Hong Kong. On the one day a week his wife worked from home and did not have a call, Michel stated he would encourage her to walk the kids to school. He stated that on other workdays, she would get up at seven to go for a run. Michel noted, "The point is that there would be only a few minutes that she was with the kids in the morning." Michel would then pick up the children from school at three, and at the end of the day, try to get them to bed by nine. He noted that Wan would get home shortly before nine most nights, though there were nights she would be home earlier and nights she was home much later, sometimes coming home inebriated after going out for drinks and meals after work.

Michel described himself as an active presence in his children's lives each day. He reported regularly reading to his children at lunch, dinner, and bedtime, and he stated he has been reading to them daily throughout their lives since they were toddlers. Michel also noted singing nursery

rhymes to the children at bedtime since they were infants, which he still does if they are having difficulty falling asleep. Michel reported engaging in a variety of activities with his children, including playing games. Michel stated, "For me, playing games with our children has been an important way for me to teach the kids how to win and lose graciously, understand team dynamics, and think about the strategy to achieve the desired outcome, usually winning." Michel identified playing indoor games, including cards, board games, and table games, and outdoor games, such as tag. Michel noted that playing outdoors "not only allows us to play together for fun and get exercise, but it also lets me demonstrate elements of physical spacing, use of obstacles, and the consequence of distractions." Michel also identified helping the children with learning sports, beyond simply dropping them off with third-party coaches. He stated he will join them on the field and help them warm-up, even when he is not their official coach. While Michel described a number of activities he and both of his children enjoy together, he also detailed individual projects that he does with each child. Michel stated, "I regularly encourage and assist Abby with her various craft projects, including story writing, painting, and building Barbie furnishings from scratch. I have regularly assisted Tyler in assembling numerous Lego sets, although Tyler's skill has now progressed to the point that he can often assemble, on his own, sets above his age level." Michel reported playing games frequently with Tyler. Michel reported he tries to teach his children strategy and different ways of thinking, while also encouraging them to have fun.

Although Michel does not speak Chinese, he reported helping Tyler and Abby with their Chinese homework, as well as their other homework on a regular basis. He noted, "I developed a daily point-based system for the children to achieve before they could play or watch videos each day." Michel expressed concerns regarding his children's performance at school in Hong Kong. He noted that Wan wrote to him on July 20, 2020, that they had received feedback from Abby's teacher indicating Abby has "no friends, does not play with anyone in school, and during recess, she just sits in a corner and eats her snacks." However, Michel stated Abby's school counselor in Illinois on October 16, 2020, stated that Abby is transitioning well. According to Michel, Wan has repeatedly told Tyler he is at risk of being held back and having to repeat the fifth grade because he has not caught up with his Chinese studies. Michel emphasized that Wan is the only Chinese speaker in their household and is not always available to help Tyler maintain his studies. Michel noted that Tyler is at the top of his class currently in Illinois, despite being the youngest in his class. Michel expressed notable differences in how he and his wife spend time with the children. Michel stated that he and the children regularly watch movies together; however, he reported Wan rarely watches movies because she claims they often give her headaches. Michel reported he regularly travels alone with the children for multiple weeks at a time, two or three times a year. He noted his wife, alternatively, has never traveled outside of Hong Kong or Macau alone with the children. Michel also stated taking on the primary role regarding holidays and traditions. He noted working with the children each year to put up and take down the holiday tree and decorations, playing holiday music, and watching holiday movies with the children. Michel reported he is responsible for purchasing and wrapping all the presents for the children, without any contribution from his wife beyond her attendance for the unwrapping on Christmas morning. According to Michel, "I make a conscious effort to show the children that neither is the favorite and that they are treated equally. This is important to me to instill a bond between them so they know that they are a team and ensure that they will look out for each other when they are on their own."

Michel and his wife have differing styles of discipline with their children. Michel reported that his wife periodically uses "excessive physical punishment" with the children. He noted that these physical punishments have happened in conjunction with her "excessive alcohol use" in the past, and Michel has had to moderate these interactions in the past. Michel reported his wife's style of discipline includes laying the children over her lap, pulling their pants down, and smacking them on the behind. In 2018, Michel reported there was a "banana incident" when Wan was inebriated, which he found out about after it occurred. Michel reported his understanding of the incident was that Wan forced Tyler to eat a brown banana, and even after he vomited it onto the floor, he was forced to eat it again, in front of several other children. He reported he found Tyler distraught and "crying uncontrollably" in his bed afterward. Michel also stated, "My wife has a habit of taunting our children, sometimes after drinking alcohol, to the point of them crying." According to Michel, Wan "thinks she is playing with the kids" at times, and he will have to remind Tyler that "he knows how this will end and that this will end with him crying, even if it starts with laughter." Michel noted that on some of the recent internet calls between Wan and the children, she has told Tyler and Abby she was going to throw their things away if they did not return to Hong Kong, which has caused them to become upset. Michel identified feeling that Wan used to be more rational and even-toned when she would discipline, but she has since become less rational, which has led Michel to have to monitor and occasionally de-escalate issues between Wan and the children. Conversely, Michel described his style of discipline to involve "a lot of counting" and "talking louder." He stated there are rare instances in which he has swatted a child on the behind, which he does to ensure the instance is a "memorable situation." He stated, "It was never to make them suffer. It is more that I need to think about it."

Michel expressed one of his recent concerns regarding his family living in Hong Kong was the shifting political landscape. Michel reported that he and his wife had previously discussed the political protests that had been intensifying in Hong Kong. According to Michel, he and Wan began preparing to relocate to the United States, but at some point in spring 2020, Wan decided she no longer wanted to relocate. Michel reported that on July 1, 2020, Beijing imposed a new national security law (NSL) on Hong Kong, "materially limiting the rights of, and increasing the justification for jailing, its citizens." Thus, Michel reported that he and Wan regularly discussed the developing situation in Hong Kong, and Michel felt he relied on Wan, because she read the local Chinese press, to provide him with more information and details. Given the increase in arrests of Hong Kong citizens, including young children, Michel reported he proposed they pursue their previous plan of moving from Hong Kong to the United States. From July 18, 2020, Michel was in the United States with the children for a planned four-week trip to visit his family in Illinois. Michel reported they began having some of these more intensive conversations about relocating to the United States while he and the children were in Illinois during this trip. While Michel maintains his intention was always to keep the family together, he stated, "My wife maintains her view that I was trying to take our children from her." Michel denied that he and Wan discussed divorce before they both filed in 2020; however, he reported that Wan claimed they had. Michel reported that there was a point in their relationship in which Wan requested to get a "boy toy," though he stated she denies that now. He stated she wanted to date other people, but he informed her that she would need to file for divorce if she wanted to pursue another relationship. According to Michel, on August 8, 2020, Wan raised the issue of divorce during her daily internet call with the children. Michel reported she also "sent me a legally worded message

that she did not consent to my retaining the children in the United States." Michel reported that on August 9, 2020, he reached out to counsel to seek legal guidance regarding the situation, and on August 10, 2020, he reported Wan disclosed to him that she wanted a divorce. He noted that Wan has since told Tyler she has wanted a divorce for at least five years. Michel filed for divorce on August 12, 2020, in Shelby County, Illinois, and Wan filed for divorce in Hong Kong on August 28, 2020.

Regarding the reason for the evaluation, Michel reported when his wife filed for divorce, she initiated proceedings under the Hague Convention to return their children to Hong Kong. However, Michel expressed concerns that returning the children to Hong Kong would put them at grave risk of psychological harm. Michel noted his concerns for their well-being included fears related to the growing political issues in Hong Kong and because the children would effectively lose access to him, their primary caregiver, if they returned to Wan. According to Michel, "our children are liberal-minded, critical-thinking individuals, and both my wife and I have encouraged this in our children. Accordingly, I am concerned they will suffer from unavoidable cognitive dissonance under the increasingly illiberal and propaganda-infused curriculum now being imposed in their Hong Kong school." Michel also noted that Wan and her family have "anti-government views that they regularly espouse and expose our children to." Given the new NSL, Michel expressed concerns that Wan and her family's political views now subject them to legal sanction, including possible imprisonment. Michel noted that Tyler has repeated things he has heard at home, including statements that are not allowed and are subject to imprisonment. Michel reported that in the process of Wan's filings, she disclosed to Hong Kong authorities that Michel holds anti-government views, which, regardless of the accuracy of the claims, subject him to persecution and legal prosecution in Hong Kong. Michel reported he has no intention of returning to Hong Kong, but he noted that Wan asked the court to limit his parenting time to be solely within Hong Kong.

Beyond Michel's concerns regarding the children's risk for harm related to living in Hong Kong, Michel expressed that he is worried about the psychological harm of depriving the children of daily interaction with their primary caregiving parent, which, since 2015, has been Michel. Michel stated, "in excess of five days per week, our children will essentially have no access to any primary caregiving parent, as my wife has conceded that the children will be raised by our live-in Filipina helper and with indirect assistance from my wife's mother, brother, and twelve-year-old niece, while my wife pursues her career and social priorities." Michel reported concerns that his children will be developmentally stunted and will have a different experience, as he is not stressed and is excited to see them every day. Michel noted that he immensely values the time he is able to spend with his children. Since COVID-19, he has spent all of his time with his children when they are not in school or spending time with their grandparents. Michel noted that, if they return to Hong Kong, Wan will not be readily accessible to them because she will be working outside of the house. Instead, the children will rely on the helper. Furthermore, Michel stated that Wan spends very little one-on-one time with Tyler and Abby, stating that she arranges playdates or takes them to places so someone else can take care of them or watch them for her. Michel noted that as the academic rigor of school in Hong Kong increases, especially for children who do not speak Chinese all the time, he fears Tyler and Abby will become less confident and will struggle more academically because he has traditionally been the primary parent to help with schoolwork. Michel reported the lack of parenting and support available to

the children, in conjunction with the children's already small social circle and academic difficulties would be psychologically harmful to the children. Furthermore, Michel reported that the children would be exposed to "excessive physical punishment and periodic taunting or emotional bullying by my wife without my moderating presence." Thus, Michel has requested an evaluation to assess the well-being of his children and potential risks should they be returned to Hong Kong.

## Psychological Testing Results for Michel Debolt

Michel demonstrated appropriate affect throughout the process of clinical assessment. He applied appropriate concentration and attention to assessment tasks and was compliant with the process of psychological assessment. Michel related to the examiner in an appropriate and respectful manner. Michel seemed comfortable throughout the assessment process and appeared to be forthcoming and thorough in his responses.

Michel was alert, oriented, and exhibited good eye contact throughout the testing process. He did not demonstrate any unusual gestures or movements, and his sensorium appeared to be intact. Michel utilized appropriate speech, and his speech was of normal tone, volume, and rhythm. His thought process appeared linear and logical.

Michel demonstrated an appropriate range of expressiveness throughout the assessment process. There was no evidence of a formal thought disorder or impaired reality testing. He demonstrated consistent cooperation, persistence, and effort throughout the process of clinical assessment. Based on Michel's behavior and his apparent effort and cooperation, testing results are likely to be an accurate assessment of his functioning at this time, as well as his potential degree of functioning.

Michel's pattern of responding indicates a tendency to suppress emotionality and avoid interactions with environments that may stimulate excessive emotions whether positive or negative. How he is seen by others is likely to be important to him. His profile indicates a need for social approval, and he may value being seen as cheerful and contented.

Michel's clinical profile reveals no elevations that should be considered to indicate the presence of clinical psychopathology. Some denial or defensiveness is likely to be responsible for the generally trouble-free picture he is reporting, as he seems reluctant to admit to dysfunction or problems across many areas. Michel's self-concept appears to involve a generally stable and positive self-evaluation. He describes himself as a normally confident and optimistic person. He notes he is reasonably self-satisfied, with a well-articulated sense of who he is and what his goals are. Michel's interpersonal style seems best characterized as self-assured, confident, and dominant. Although not unfriendly, he is likely to be described by others as ambitious and having a leader-like demeanor. He is comfortable in social settings but is not likely to mix indiscriminately, preferring to interact with others in situations over which he can exercise some measure of control. With respect to anger management, Michel describes his temper as within the normal range and as fairly well-controlled without apparent difficulty.

Michel's scores suggest that he responded in a more socially desirable manner than is typical. This may reflect a presentation of a favorable image. Michel is unlikely to have responded randomly or in an acquiescent manner. Michel exhibits a level of extraversion that is typical of many people. He is interested in social participation, but he is likely to balance activities involving social contact with those of a more solitary nature. His interactions with others are often serious or restrained. He tends to take life seriously and adopts a reflective approach. While not always seeking to be the center of attention, he will not generally appear timid or shy. Michel tends to prefer to make plans and do things with others, rather than on his own. Michel's lifestyle is balanced between the need to exert his will and control his environment with a willingness to accommodate others' wishes and adapt to his environment. Michel appears comfortable in most social situations. He is unlikely to come across as either particularly self-conscious or uninhibited. He tends to trust other people's intentions rather than to question them. His acceptance of others may make him susceptible to people taking advantage of him. As an individual, he is open-minded and has an inquiring, critical mind. He tends to question traditional methods and press for new approaches.

Generally, Michel tends to balance toughness with sympathy and resoluteness with receptivity. When approaching problems, he tends to be attentive to others while retaining a sense of detachment when necessary. Michel focuses on functionality rather than appearance or emotional content. His decisions are largely on objectivity and the application of logic. He tends to focus on practical consideration and is less inclined to consider more abstract matters. He is open to change and different opinions, and he enjoys pursuing new ideas and experiences. Michel is cautious and thinks carefully before speaking or acting. He may appear rather serious and inhibited. He will sometimes use the self-discipline and conscientiousness needed to meet his responsibilities; however, on other occasions, he may be less restrained and more inclined to follow his own wishes. He has the flexibility and self-discipline to operate in less predictable settings or those which are more ordered and structured. Currently, Michel sees himself as less anxious than most people. He meets challenges with calm and inner strength. Overall, he appears to feel in control of life's current demands. He readily trusts other people; thus, he may not think to examine the motives behind others' actions and behaviors. Michel typically feels self-assured and confident. He does not usually doubt himself or question his own behavior or decisions. As most times, Michel tends to be relaxed and composed and does not often experience feelings of frustration.

Michel's responses on his symptom profile are generally not of a nature or magnitude to be considered in the clinical range. The overall intensity of his distress is at normative mean levels, and he endorsed few psychological symptoms. It is likely that Michel may have a repressive response style or made a conscious attempt to appear to be free of psychological symptoms. His general symptomatic distress levels are average to low-average, suggesting good psychological integration and little global psychological distress. Michel's profile reveals little evidence of psychological distress associated with somatic symptoms, psychosomatic symptoms, and obsessive-compulsive symptoms. The few isolated signs and symptoms of depression in Michel's protocol appear to represent nothing out of the ordinary and are not clinically remarkable.

**Family Observation Sessions**

<u>Observation with Michel Debolt, Tyler Debolt, & Abby Debolt – (Dated: January 20, 2021)</u>

Michel Debolt was observed interacting with his children via video in Mr. Debolt's rental home. Tyler sat in a chair, eating out of a bowl. Michel pulled a chair up and sat next to Tyler, Abby sat on Michel's lap. Michel, Tyler, and Abby watched the television.

The examiner asked, "What are you watching?" Tyler stated, "Simpsons." Michel asked, "Tyler need any more food?" At this point during the session Tyler shook his head, indicating a "no" response. Michel asked, "Abby do you want any food?" The examiner stated, "Abby it looks like you have a comfortable seat." Abby stated emphatically while smiling, "Yeah!" Michel, Abby, and Tyler continued to watch the television together while laughing.

<u>Clinical Interview with Tyler Debolt – (Dated: January 13, 2021)</u>

The examiner asked, "Where are you?" Tyler reported, "I'm in Illinois, around one hour away from Decatur." The examiner asked, "Are you living in a house?" Tyler stated, "Yeah, it has a basement." The examiner asked, "A lot of property?" Tyler stated, "It's not our house, we're just staying here." Tyler stated, "A lot of farmland."

The examiner asked, "How old are you?" Tyler reported, "Ten." The examiner asked, "When is your birthday?" Tyler reported, "September 21, 2010."

The examiner asked, "Do you enjoy sports?" Tyler stated, "Baseball." Tyler stated, "I'm not on a team, but I like practicing with my daddy."

The examiner asked, "Is your dad a good player?"

Tyler stated the following:
"Yeah. I used to play baseball but the team was so small we only had four players. I like second, shortstop, and third. I can bat left-handed or right-handed, but I'm right-handed. I hit more balls with right-handed, but I hit farther left-handed."

The examiner asked, "Does it matter whether you're batting against a left-handed or right-handed pitcher?"

Tyler stated the following:
"No, the only thing that matters is the shortstop. You need nine players. I don't like being catcher because you wear all this padding and have to kneel down which hurts my legs."

The examiner asked, "Do you enjoy art at all?" Tyler stated, "Not a lot." The examiner asked, "Baseball with your dad?" Tyler reported, "He pitches to me."

The examiner asked, "Ever play with your mom?" Tyler stated, "No, she's not really good at it."

Tyler stated, "I know she'll throw bad pitches so I'll end up walking." The examiner asked, "Any other activities with your mom like art?" Tyler stated, "I don't do any art, only in school because it's a subject."

The examiner asked, "What else do you do with your dad?" Tyler stated, "We play card games." The examiner asked, "Who reads to you?" Tyler stated, "Daddy." The examiner asked, "Does your mom read to you?" Tyler stated, "No."

The examiner asked, "What activities do you do with your mom?"

Tyler stated the following:
"She took us to playgrounds, to swimming lessons, she took my sister to rugby. She used to sit there because we were too young to go alone. I stopped playing, but if you're a small person you don't want the ball."

The examiner asked, "What's your favorite subject in school?" Tyler stated, "The lesson before going home."


Clinical Interview with Tyler Debolt – (Dated: January 20, 2021)

The examiner asked, "What's going on at the house?"

Tyler stated, "Abby is in a bad mood." The examiner asked, "Are you in a good mood?" Tyler stated, "Yeah. I had diarrhea earlier so I don't feel good." Tyler stated, "My butt hurts." Tyler stated, "Better than my stomach."

The examiner asked, "Let's talk about your mom. Was there ever a time where you had to eat a banana that you dropped on the floor?" Tyler stated, "Yeah."

The examiner asked, "Can you tell us about it?"

Tyler stated the following:
"So my sister was having a play date and my mommy wanted me to eat a banana and I didn't want to, she tried to put it in my mouth and I knocked it on the floor and then my mommy still made me eat it. She made me pick it up and put it on my mouth. The banana had the peel on it so it wasn't dirty, but it was bruised. It was clean, but the peel was still on it. Then my mommy made me take the peel off and eat it. I tried to spit it back out, but I think I spit part of it back out and she made me eat it."

The examiner asked, "Off the floor?"

Tyler stated the following:
"Yeah, but this was a long time ago. I ate it, spit it out on the floor, then I had to put it back on my mouth. Then my mommy spanked me and I needed to clean it up."

The examiner asked, "How did she spank you?" Tyler reported, "She pulled down my pants and undies and spanked me." The examiner asked, "Did it hurt?" Tyler stated, "Yeah." The examiner asked, "Did you cry?" Tyler stated, "Yeah."

The examiner asked, "Does your mommy or daddy spank you?"

Tyler stated the following:
"Mommy spanks me, daddy spanks me less. Mommy spanks me multiple times, slap, slap, slap. My dad just does it once. It hurts more when mommy does it, she tries to make it hurt."

The examiner asked, "Does your mom drink?" Tyler stated, "Mommy drinks wine, then she sees me the next morning when she's not drunk." The examiner asked, "Have you seen your mom drunk?" Tyler stated, "Yeah." The examiner asked, "How does she act?" Tyler stated, "She doesn't spank me as much." Tyler stated, "She doesn't get drunk a lot." The examiner asked, "Do you ever ask her not to drink?" Tyler stated, "Yeah." Tyler stated, "But she usually only does it on Fridays."

The examiner asked, "Have you asked her not to drink?"

Tyler stated the following:
"Yeah, but I don't think she cared. After she didn't I didn't care either. When I asked her to stop drinking she started to drink less, but she drinks a tiny bit. She doesn't drink a lot, she drinks seldom."

The examiner asked, "Does your mom ever hold you by the neck?"

Tyler stated the following:
"She holds my ear lobes, and she'll hold my neck, but doesn't squeeze it. It doesn't hurt, it tickles, but I can't move. (At this point during the session Tyler pointed to his earlobes and arms). When she holds me by the earlobes it hurts. Whenever I'm not listening to her. Or she grabs me by the arms and it hurts."

The examiner asked, "Do you ever have a mark on you?"

Tyler stated the following:
"No. Sometimes I get a scratch from mommy, but that's when I'm wriggling to get free and I accidentally scratch myself on mommy's finger."

The examiner asked, "Can you tell us what's going on in China or the politics in china?"

Tyler stated the following:
"From what I know there are no protests, because people are afraid. They throw tear gas, but this tear gas is different, it's actually toxic. My mommy tells me and it's on the news. Mommy said that the tear gas they use because it was on the news, that the tear gas is not normal tear gas, it's Chinese tear gas because it's cheaper. People wear gas masks when they were protesting, but now they're not because they're scared."

The examiner asked, "Can you say anything you want to say in China?"

Tyler stated the following:
"If the government doesn't like it then you have to go to jail. Some of the brave people did it and now they're gone. Like the doctor tried to warn the people in Wuhan about the coronavirus, and then he went missing."

The examiner asked, "Does your mom tell you there are things you shouldn't be talking about?" Tyler stated, "She said we shouldn't talk about things about the government unless we're inside the house." The examiner asked, "Do you know who the president of china is?" Tyler stated, "Xi Jinping." The examiner asked, "What do you think of him?" Tyler stated, "Mean, cruel." The examiner asked, "Are you allowed to talk to your friends about that in China?" Tyler stated, "I don't know, you can't trust them with stuff like that."

The examiner asked, "Do you know why they're protesting?"

Tyler stated the following:
"Because the Honk Kongers, Honkies want freedom of speech back. They had it, but when China took back their freedom was going away bit by bit and not freedom speech is lost."

The examiner asked, "What do you think about that?" Tyler stated, "Before the freedom of speech was taken away if they said I hate Xi Jinping, they still go to jail so I don't think it's that different."

The examiner asked, "What has your mom told you?" Tyler stated, "You can't talk about the communists outside our house and don't talk about it with anybody else." Tyler stated, "Except with mommy, daddy, Abby, and myself." The examiner stated, "Sounds like you know a lot about politics." The examiner asked, "Do you?" Tyler stated, "No." The examiner stated, "You know the president's name; you know about the protests." Tyler stated, "It's on the news." The examiner stated, "Your mom told you not to say anything."

Tyler stated the following:
"That's what she told me and I believe her and I saw it on the news. There was a guy who got shot in the eyeball because he was trying to get his freedom of speech. The people who are in jail and who are going to die need to pay for their bullet and if they don't have any money their family has to pay for the bullet. Bullets aren't that expensive though, they're twenty dollars, China money twenty dollars."

The examiner asked, "In Hong Kong, how much time do you spend with your mom and how much with your dad?"

Tyler stated the following:
"In Hong Kong mommy took us to swimming lessons, I didn't want to go, but mommy said that we had to learn. I'm not swimming in the ocean though because it's contaminated, it's green. On the beach I found tar, black gooey stuff."

The examiner asked, "Do you like swimming better in China or the U.S.?" Tyler stated, "The U.S. I like to go to lake Shelbyville."

The examiner asked, "Have you talked about going back to Hong Kong with mom or dad?"

Tyler stated the following:
"I don't want to, because I want to stay here. I get along with people better here, because I don't speak Chinese. I was lucky to find four friends there. They're siblings, so I only count them as two."

The examiner asked, "If you go back to Hong Kong would your dad go with you?" Tyler stated, "No." The examiner asked, "Are you okay with that?" Tyler stated, "No." Tyler stated, "Daddy is never going back to Hong Kong, but mommy has been to the U.S."

The examiner asked, "What would happen if you went back without your dad?"

Tyler stated the following:
"Well, nobody would help me with my Chinese homework and my big projects. I made a rubber band car with him that actually works."

The examiner asked, "Does your mom help you with projects?"

Tyler stated the following:
"Daddy helps me more. And he takes me to baseball. Mommy could take me to baseball, but daddy actually practices with me. Teaches me how to catch the balls back. And he found the baseball team."

The examiner asked, "How are you disciplined?" Tyler reported, "Mommy spanks on the butt, she squeezes my earlobe, arm, holds not squeezes me by the neck."

The examiner asked, "Has your mom or dad ever said you were horrible children?"

Tyler reported the following:
"Mommy said me and Abby were spoiled brats. I think mommy said we were horrible. That's it."

The examiner asked, "What's the worst thing you've ever been called by mom or dad?"

Tyler stated the following:
"Stupid, but this was more than two years ago. I was about to cross the road and didn't look both ways, mommy dragged me back and I didn't get hit, but she said, "What are you doing stupid," I think that was four years ago."

The examiner asked, "How did you feel about that?"

Tyler stated the following:
"I think she was kinda right, I should've looked both ways. I don't think she meant it; she was just desperate. That was four years ago, I don't think she's called me stupid ever since."

The examiner asked, "When you're upset who do you talk to?" Tyler stated, "Nobody."

The examiner asked, "Mom or dad?" Tyler stated, "If mom caused it then dad, if daddy caused it, them mommy." Tyler stated, "I don't remember daddy causing the problem though. I get upset when mommy spanks my butt."

The examiner asked, "Do you have friends?"

Tyler stated the following:
"Yeah. It's hard to make friends, there are only four other boys in my class. Fourteen of the people are girls. I'm better able to get along with kids because they don't speak Chinese, they speak English."

The examiner asked, "What is school like in Hong Kong?"

Tyler stated the following:
"Three classes in each grade, thirty kids in each class. I don't get along with the kids as well there as the kids in the U.S. I can relate to the kids in the U.S. better and they speak English and my Chinese sucks. I can't name a quarter of the words in the Chinese language. I can't name one eighth of the Chinese dictionary."

The examiner asked, "Do kids make fun of you in China?" Tyler stated, "No."

The examiner asked, "Do you feel left out in Hong Kong?"

Tyler stated the following:
"I don't really play with anybody during recess in Hong Kong. I eat my snacks and watch other people play foosball."

The examiner asked, "What about recess in the U.S.?"

Tyler stated, "Kickball, keep away, sometimes I walk around." The examiner asked, "You don't sit by yourself?" Tyler stated, "No, I play with them." The examiner asked, "Are you lonely in China?" Tyler stated, "No, I don't feel lonely, but I don't play with anybody." Tyler stated, "It's not that fun."

Clinical Interview with Abby Debolt – (Dated: January 13, 2021)

The examiner asked, "How old are you?" Abby reported, "Eight." The examiner asked, "When is your birthday?" Abby reported, "April 24, 2012."

The examiner asked, "Tell us, what sorts of things do you do for fun?"

Abby stated the following:
"I don't know. I like to play with my Barbies and my Legos. I have five Barbie houses. Three of them are big and two of them are small."

The examiner asked, "How many Barbies do you have?" Abby stated, "Twenty-seven or something; I have fifteen in Hong Kong." The examiner asked, "Can you show us them?" At this point during the interview Abby showed her Barbies to the examiner.

The examiner asked, "Do you have a favorite Barbie?"

Abby stated the following:
"Yeah, but I made it look evil do you know why? Because I have three that are the same, so I made the hair black and red."

The examiner asked, "Do you have a Ken doll?" Abby stated, "I have two, so I have one in Hong Kong." Abby stated, "Remember one is evil, the other two are in Hong Kong."

The examiner asked, "Do you name them?"

Abby stated the following:
"I sometimes name them. Oh and I have a few little kids. I have another one I named Sheila and I have one with dark skin and I named that one Chloe and I have another one with black skin and I named that one Anita."

The examiner asked, "Does anyone play with you and your Barbie dolls?" Abby stated, "Sometimes if I get a playdate, otherwise no."

The examiner asked, "Does your mom or dad play them with you?"

Abby stated the following:
"No, cause I don't want them to play with them. I like to play with them myself so it can be my way. I don't let my brother play with them because he takes all their clothes off and makes them naked cause he thinks it's funny."

The examiner asked, "I don't imagine that he has any Barbies." Abby stated, "Exactly, but I think he should get them because he likes taking off their clothes."

The examiner asked, "Do you play any sports?" Abby stated, "Kinda, no; not right now." Abby reported, "I played rugby and baseball and I played a little bit of basketball." The examiner asked, "Which did you like the best?" Abby stated, "Rugby and baseball." The examiner asked, "Did you have any friends on the team?" Abby stated, "No."

The examiner asked, "What about school?" Abby stated, "We go to school."

The examiner asked, "Do you like going to school or e-learning?"

Abby stated the following:
"None. Actually, I like e-learning because then you don't have to waste your time at school. If the classes are boring online I can just skip ahead."

<u>Clinical Interview with Abby Debolt – (Dated: January 20, 2021)</u>

The examiner asked, "What are you eating?" Abby stated while eating, "A cookie."  The examiner asked, "When you're bad, how do your mom and dad discipline you?" Abby stated, "My mom spanks me and my dad yells at me." The examiner stated, "Explain what it's like when your mom spanks you."

Abby stated the following:
"Daddy used to spank us, but not often, but mommy spanks us more often. Daddy spanks us once a year usually. My mom spanks us a lot more."

The examiner asked,  "Do they spank the same or different?" Abby stated, "The same." The examiner asked, "Do they both pull down your pants?" Abby reported, "No, mama pulls down pants daddy doesn't." The examiner asked, "Do you cry?" Abby stated, "Mmhmm." The examiner asked, "Do you cry when your dad spanks you?" Abby stated, "Sometimes." The examiner asked, "Do you cry when your mom spanks you?" Abby reported, "Usually."

The examiner asked, "Does your dad drink wine or beer?" Abby stated, "No." The examiner asked, "Does your mom?" Abby stated, "Yeah, in Hong Kong she would go out with friends and drink I guess." Abby reported, "One time she vomited." The examiner asked, "From drinking?" Abby stated, "I think so." The examiner asked, "How does your mom change when she drinks?" Abby stated, "She gets tired I guess." The examiner asked, "Does she talk different?" Abby stated, "No." Abby stated, "I think it just makes her tired." The examiner asked, "Does it ever make her meaner?" Abby stated, "I don't think so."

The examiner asked, "Can you tell us about the time she vomited?" Abby stated, "I don't remember when that was." Abby stated, "She vomited twice at different times, not the same day."

The examiner asked, "Do you know if she was drinking at that time?"

Abby stated the following:
"More like wine, but I don't know. She drinks wine, but I don't think she drinks beer. She goes out around 9 pm and comes home 11 pm or goes out at 7 pm and comes home at 9 pm."

The examiner asked, "Have you or Tyler ever asked her to stop drinking?" Abby stated, "No."

The examiner asked, "When your mom has spanked you has she ever grabbed you by the neck?"

Abby reported, "No, but she does pull us over." Abby stated as she stood up and held her ribs, "She grabs us by the hips or the chest in that area."  The examiner asked, "Does that hurt?" Abby

stated, "No, the hurting part is when she spanks us." The examiner asked, "Do your mom or dad ever call you names, like stupid?" Abby stated, "I don't think my parents have ever."

The examiner asked, "Have either of your parents ever told you that you were horrible children?"

Abby stated the following:
"Yes. My mom told us that. I don't remember, but it was in the last trip to Chicago. She also called us brats."

The examiner asked, "Does that hurt your feelings?" Abby stated, "Uh huh." The examiner asked, "Do you ever cry when she says that?" Abby stated, "No, cause I don't cry when she's angry."

The examiner asked, "Do you remember Tyler getting punished for dropping a banana?"

Abby stated the following:
"I don't know, you have to ask Tyler. I don't remember. Well, okay yeah my mommy does threaten us sometimes, that we have to eat our lunch within a certain time period, otherwise we'll get spanked."

The examiner asked, "Has your mom ever spanked you for not eating fast enough?" Abby stated, "Yes." The examiner asked, "How often does that happen?" Abby stated, "So, so."

The examiner asked, "Do you know what's going on in China with the president and the protestors and the people?" Abby stated, "For some reason mama used to say the Communists are horrible, but now she says it's safe." The examiner asked, "Did she say it wasn't safe?" Abby stated, "She just used to say there wasn't freedom of speech."

The examiner asked, "Does your mom ever tell you not to talk about the government?"

Abby stated the following:
"Yes. You can't talk about it outside of the house in Hong Kong because you get arrested then. Mama said they're arrested an eleven-year-old. There may be more than one eleven-year-old, I don't know."

The examiner asked, "What can't you say outside the house?"

Abby stated the following:
"You can't say anything bad about the government or the Communists. I'm pretty sure you can't say that you don't like the Communists."

The examiner asked, "Your mother has told you not to say anything?" Abby stated, "Yes." The examiner asked, "Do you know the name of the president of China?" Abby stated, "The Communist leader is Xi Jinping, that's what my mommy said and I think that's true."

The examiner asked, "Why are people protesting?"

Abby stated the following:
"They want freedom and rights to vote. Cause the communists don't let you vote. Only people in the communist party can vote. Xi Jinping won't let anybody vote." The examiner asked, "What do you think about that?" Abby stated, "It's bad."

The examiner asked, "Have you been having nightmares lately?" Abby stated, "Yes." The examiner stated, "Tell us about it." Abby stated, "One was really scary." Abby stated, "This is the scariest nightmare I've had because in the nightmare for some reason mama said she was going to kill us on a certain day."

The examiner asked, "Do you know what day it was?"

Abby stated the following:
"No. We were also in this weird place. We were in this weird forest with all this slimy goo. And there were vines that moved and huge trees oh and there was this person trying to help us and he was bald. In the dream I tried to get away from mama because you know what it's about."

The examiner asked, "How was your mom trying to kill you?" Abby stated, "I don't know, I woke up before."

The examiner asked, "Who did you tell?"

Abby stated, "My daddy, it happened right after I came back from Chicago." Abby reported, "I had the dream here." The examiner asked, "So you haven't had a chance to tell your mom about it?" Abby stated, "No." The examiner asked, "Any other nightmares?" Abby stated, "No."

The examiner asked, "You said it frightened you?" Abby stated, "Yeah, very scary."

The examiner asked, "Who are your friends in Hong Kong and Illinois?"

Abby stated the following:
"The friends in Hong Kong, I have my best friend Sophia and then I have my brother's friend, Claudius, which is Sophia's brother. Tyler's other friend is Ian. I have two friends Scarlet and Dakota who are sisters."

The examiner asked, "Where do they live?"

Abby stated the following:
"Next to my two cousins, Larissa and Karina. Larissa is twelve and Karina is only four. My mom's brother's daughters. We all live in discovery bay. I have another cousin here, my mom's older sister aunt May lives in Montana, I think she has four kids."

The examiner asked, "What about friends in Illinois?"

Abby stated the following:

"Yeah. Oh, and there's another girl who's brother is Sebastian in Hong Kong. Oh, and I have this other Chinese friend Cecelia who lives in Discovery Bay. I have one friend in Illinois, her name is Wren."

The examiner asked, "Tell us about school in Hong Kong and Illinois." Abby stated, "I fit in better in Hong Kong." Abby stated, "My cousin Karina is going to be in the school I'm in next year."

The examiner asked, "What about school in Illinois?"

Abby stated the following:
"It's okay. Well, I like my teacher and some of the students and I like my classroom. And I like my desk and I sit in the middle."

The examiner asked, "What is better about Hong Kong in school and what is better in Illinois?"

Abby stated the following:
"School in Hong Kong is better cause I don't know, I just fit in better. In Illinois they have a playground, I like my classroom, but I also liked my classroom in Hong Kong."

The examiner asked, "How do you feel about staying in Illinois or going to Hong Kong?" Abby stated, "The only thing I miss about Hong Kong is my mommy or my friends."

The examiner asked, "Would your dad go with you to Hong Kong?" Abby stated, "No, my daddy wouldn't go with us." The examiner asked, "How would you feel about that?" Abby stated, "Bad." Abby stated, "I want to be with them both." Abby stated, "Plus, my mommy is more strict. A little too strict." The examiner asked, "What does she do?" Abby stated, "She slaps us more often and yells at us." The examiner asked, "Where does she slap you? Abby stated, "On our butts." The examiner asked, "Has she ever slapped you in the face?" Abby stated, "No." The examiner asked, "Does your dad slap you?" Abby stated, "Not with our pants off. And it's only once a year."

The examiner asked, "What would you do if your dad didn't go to Hong Kong?" Abby stated, "Either way I'd be sad." The examiner asked, "What if your mom stayed in Chicago?" Abby stated, "Then I wouldn't be sad anymore."

The examiner asked, "If your mom stays in Chicago and my dad stays in Downstate Illinois would you be sad?"

Abby stated the following:
"If my mom was in Chicago and my daddy stays here with me and we go back and forth that would be okay. Dad won't come visit us because he says it's dangerous in Hong Kong. If you say something bad about the Communists they'll come and arrest you."

**<u>Opinion</u>**

<u>Political Situation in Hong Kong</u>

In July 1997, the United Kingdom transferred the sovereignty of Hong Kong to the People's Republic of China (PRC). Since that time, the PRC has adopted the constitutional principle of "one country, two systems" in relation to Hong Kong. This principle states that while Hong Kong is a part of one country with China, it retains a high degree of autonomy, except in foreign and defense affairs. Therefore, Chinese Communist Party officials do not preside over Hong Kong as they do over mainland China. Hong Kong has its own legal system, borders, and rights, including freedom of assembly, free speech, and freedom of the press. Recently, however, Beijing has begun to impose on Hong Kong's freedoms, causing mass protests in 2014 and 2019. During the summer of 2019, hundreds of thousands of people protested against this imposition, and amid these protests were reports of police brutality, including excessive use of tear gas and rubber bullets.

There has been growing concern that Hong Kong's significant autonomy could erode, particularly as Beijing passed a new national security law in June 2020. The national security law effectively criminalized the four acts of secession, subversion, terrorism, and collusion with foreign and external forces. Because these crimes are quite broadly defined, authorities can curtail protests and freedom of speech using the law as a catch-all offense in politically motivated prosecutions with potentially heavy penalties, including a maximum sentence of life in prison. Through this law, Beijing has been able to establish a security force in Hong Kong and appoint judges to hear national security cases. People who are suspected of breaking the law can be wire-tapped and put under surveillance. The law applies not only to Hong Kong residents but also non-permanent residents and even those who have never been to Hong Kong can be deemed to have violated this law. The new law allows investigating authorities to search properties, restrict or prohibit travel, freeze or confiscate assets, censor online content, and engage in covert surveillance, including intercepting communications. Beijing's control over Hong Kong includes broad powers to punish critics and silence dissenters. Hong Kong continues to see protests and clashes between police and protestors regularly resulting in violence from both sides. Tear gas is frequently deployed, as well as the use of physical and sexual violence, fire, and rubber bullets. Even outside of protests, there have been mass arrests under suspicion of violating the national security law. Some individuals have even been detained and could face life imprisonment based solely on social media posts.

The continuously fluctuating political unrest in Hong Kong makes it impossible to guarantee the safety of Michel's children should they return to Hong Kong. The implementation of the national security law continues to create dissension among the police and citizens, regardless of age. In May 2020, nearly one hundred children were arrested for protesting against the law, suggesting that no one is exempt from potential punishment in Hong Kong, which could include Michel's children. In November 2020, the Hong Kong police opened a dedicated hotline for reporting violations to the national security law. According to Michel, his children have been raised in an environment that endorses a pro-democracy and anti-communist viewpoint, and he has cited instances in which the children have previously openly expressed their views in public while living in Hong Kong. Under the national security law, they now could be detained and punished

for making similar statements. Although Michel and his children are U.S. citizens, the U.S. Department of State has acknowledged, via a travel advisory, the risks of traveling to Hong Kong at this time. Namely, the U.S. Department of State notes that the PRC government uses arbitrary detention and exit bans to compel individuals to participate in PRC government investigations, pressure family members to return to the PRC from abroad, influence PRC authorities to resolve civil disputes in favor of PRC citizens, and gain bargaining leverage over foreign governments. Thus, despite their dual citizenship, according to the U.S. Department of State information, Michel's children may be prevented from receiving consular services from the U.S. Embassy and may be subject to additional scrutiny and harassment, as the PRC government does not recognize dual nationality.

Effects of Losing a Parent

Beginning in December 2015, Michel transitioned from working full-time as an attorney to staying at home and caring for the children, while his wife transitioned to working full-time outside of the home. Michel describes himself as a hands-on, active parent. He engages in activities individually with each child, as well as provides opportunities for the three of them to spend time together. According to Michel, if the children return to Hong Kong, he will remain in the United States. Thus, they would effectively lose physical access to Michel, which would negatively impact them given their current interactions with him and the vastly different environment they would experience in Hong Kong. Because their mother will continue to work full-time, the children will spend a significant amount of time, originally time spent with their father, with their in-home helper. Losing access to Michel can be particularly difficult for his children because he has acted as the primary caregiver for the past several years. Via messages in WhatsApp between Michel and his wife, there have been frequent instances in which Michel's wife has returned home after the children have gone to bed due to working late or staying out with friends or co-workers. Thus, Michel has spent the most time physically present with the children, taking them to and from school, activities, and medical appointments. Furthermore, Michel remains emotionally available and supportive of his children. Research suggests that parent-child separations have negative consequences across a number of domains, including cognitive, social-emotional, and mental health (Waddoups et al., 2019).

Michel regularly reads to both of his children and helps them practice sports and participate in other interests. In his clinical interview on January 13, 2021, Tyler acknowledged that while his father reads to him, his mother does not. In this clinical interview on January 20, 2021, Tyler further noted that without his father in Hong Kong, "nobody would help me with my Chinese homework and my big projects." He stated that his mother can take him to baseball practice, but his father "actually practices" with him, teaches him how to catch, and found the team for him to play on. Waddoups et al. (2019) specifically noted that children who lose access to their primary caregiver tend to have poorer learning and attention. Given that Tyler has acknowledged that his father helps him with homework, he has already expressed concerns about how his schooling will be impacted without his father's assistance. Not only is it likely that Michel's absence will impact Tyler's and Abby's academic success due to his assistance with homework, but also, the general loss of him as their primary parent will likely cause a degree of emotional distress that will lead to overall poorer learning. Michel noted that he spends some of their recreational time together incorporating educational activities, which would be another considerable loss if the

children were to return to Hong Kong.

Because Michel has been the primary caregiver for his children for the past several years, the sudden lack of access to him would put them at greater risk for experiencing these negative consequences should they be separated. Waddoups et al. (2019) recognize that the negative consequences of a parent-child separation can be mitigated by contextual factors related to the alternate living environment for the child. This might explain why Michel's children seem to be adapting relatively well to living in Illinois after being separated from their mother. They have a supportive and positive environment with their father and other relatives within Illinois and the United States. They have also been provided with prosocial activities and are able to engage with their peers in school without the challenges of the language barrier that seems to limit their social interactions in Hong Kong. Alternatively, then, returning to Hong Kong may increase the potential for these negative consequences associated with parent-child separation because they would lose access to their primary caregiver, while also re-entering an environment in which they have significant limitations. According to Krueger (1983), children who are separated from their primary caregiver experience several developmental issues, such as jealousy, rivalry, and active competition with peers. Tyler noted that he has an easier time making friends in the United States because he can relate better to children in the United States and because they speak English. He stated that in Hong Kong, he does not typically play with anyone during recess, whereas, in the United States, he plays kickball with other students. Without his father's support, if he returns to Hong Kong and with the loss of these new peer interactions, Tyler may have developmental difficulties creating or re-establishing relationships with peers in Hong Kong.

Coghill et al. (2009) suggest that separation from a primary caregiver, in particular, increases the likelihood that children will experience emotional difficulties and regression, especially when stressful situations occur. While being separated from Michel could be stressful regardless of location, the political situation in Hong Kong may add an additional layer of stress to the children due to the potential exposure to violence, the risk of detention and harm if they disclose their anti-communist views, and the requirement that they are silent about their viewpoints while living in Hong Kong. These are novel experiences for both children, which will require a degree of adjustment that is necessary for their safety, and without Michel, their sense of security may decrease as their anxiety in this novel environment increases. In response to this anxiety, it is possible that Abby and Tyler could regress or experience greater difficulty with emotional and behavioral regulation (Briggs-Gowan et al., 2019). According to Michel, Wan now denies there is any need for concern regarding safety in Hong Kong; thus, it is possible that her lack of acknowledgment of the children's potential fears and concerns may discourage the healthy expression of their emotions. The combination of issues with emotional and behavioral regulation because of their separation from Michel and repression of emotion because of Wan's denial of their need for fear could be significantly harmful to the children's overall well-being and functioning.

Michel provides comfort to his children during times of distress, and his children's lack of access to him could lead to long-term negative consequences to their mental health, such as increased levels of anxiety, depression, anger, and loneliness (Waddoups et al., 2019). Michel provides emotional support after instances in which Wan has caused emotional distress. Michel identified that he frequently provides comfort and talks to the children after conflicts between his wife and

the children occur. In a video from December 2020, Michel can be heard comforting his son, who is visibly distraught and crying stating that he hates his mother following a video call with her. During the video, Tyler bangs his hands on the walls and, at one point, damages a toy, causing him further distress. In her clinical interview on January 20, 2021, Abby stated that her mother called her and Tyler "horrible children" and "brats." She stated that these statements hurt her feelings, but she did not cry at the time because she does not cry when she is angry. However, in a video from January 18, 2021, Abby is crying and visibly upset when telling her father about the names her mother called them. In the video, Tyler tells Michel that it "must be true" and that they "must be horrible children" because their mom said so. Michel provides comfort to them and disagrees, ensuring them multiple times that he does not believe they are horrible children. Thus, Michel provides the needed emotional comfort and reassurance when Wan creates a destabilizing environment for the children. Given the children's reactions when upset by Wan, it seems that both Tyler and Abby have difficulty managing their frustration and anger with their mother. In the December 2020 video, Tyler can be heard screaming and crying for several minutes, while threatening, "I'll get you back, Mommy" and stating, "I want to die." Michel remains present with Tyler through the incident, which is necessary not only to help provide emotional support but also to ensure his safety. Without Michel's presence, however, there are significant concerns about the support Tyler or Abby would receive in these moments of distress, especially when Wan's words and actions provoke these reactions.

One concerning response is that the children may be unable to regulate their emotions and thereby, begin to have negative behavioral responses due to their separation from their primary, emotionally supportive caregiver (Waddoups et al., 2019). Alternatively, another concerning response may be repressing or internalizing their emotional responses and thoughts. Abby's reaction to her mother's name-calling occurred only after she returned to her father's presence, possibly because she felt her father would provide her with an emotionally supportive response. Both Abby and Tyler also noted that they must be "horrible children" and "brats" because their mother told them they were. If they were to live apart from their father, they may not have the space to express their emotions, especially when they are upset by something their mother has done or said to them. In a WhatsApp message between Wan and Michel, Wan calls her children "emotionally volatile," suggesting potential difficulty she may have with accepting and working with the children when they are experiencing distressing emotions. Being separated from their primary caregiver would already be a distressing experience that would put them at risk for depressive symptoms often associated with trauma and loss (Krueger, 1983). Coupling this potential for developing depressive symptoms with living with a parent that engages in name-calling and causes Tyler and Abby to begin to internalize negative beliefs about themselves can be further damaging and can increase the likelihood of them experiencing the negative consequences of the loss of their primary caregiver. As Coghill et al. (2009) note, without the primary caregiver, a child is a greater risk for harm when familial discord is present in the home.

Per the GAL report from November 2020, the children acknowledge that their mother does not provide second chances, while their father does. Michel also identified an issue denoted as the "banana incident," in which his wife allegedly forced their son to eat an old banana in front of a group of his peers and when he threw it up, she forced him to eat it from off the floor. According to Tyler during his clinical interview on January 20, 2021, his mother wanted him to eat a banana that he did not want to eat. He stated he spit part of it back out onto the floor and had to put it

back into his mouth. He noted that after he ate the banana, his mother pulled down his pants and underwear and spanked him. Both Tyler and Abby noted that their mother spanks them more frequently. Tyler also indicated that it hurts more when his mother spanks him. In her clinical interview on January 20, 2021, Abby noted that her mother spanks them a lot more than their dad, who spanks them usually once a year. In his clinical interview on January 20, 2021, Tyler noted that his father spanks them once, while their mother will spank them multiple times, and she "tries to make it hurt." Abby also reported that Michel does not pull down their pants when he spanks them, while Wan does pull down their pants. In her deposition on January 19, 2021, Wan confirmed that she spanks her children "on the bare bottom" which is "unlike Michel" because "I am not able to smack on the clothes and hurt them." Wan also described two instances of putting her hands on the back of Tyler's neck to turn his head as a form of discipline when she was angry with him.

The differences in discipline and emotional support can have significant impacts on their mental health and behavior (Ward et al., 2015). As noted, Wan uses harsher punishment with the children than Michel, as she spanks the children more frequently, harder, and after pulling down their pants. Additionally, Michel appears to provide more warmth and emotional support for the children. He acts as the primary caregiver for the children, has been more readily accessible to them, and provides positive encouragement, while Tyler and Abby acknowledge instances in which Wan has caused them emotional distress. In her deposition on January 19, 2021, regarding her children, Wan stated, "I always yell at them." Positive parenting, such as providing a supportive, warm, and engaging environment, and consistency promote positive outcomes for children (Ward et al., 2015). However, parents who engage in harsher corporal punishment tend to be linked to aggression and other problem behaviors (Ward et al., 2015). The children's separation from Michel limits their access to a consistent and supportive environment that can be beneficial for positive outcomes for children.

Without Michel, the children will not have access to the same degree of emotional support and comfort, nor will they have the same access to a biological caregiver as they have while living with their father currently. Both Tyler and Abby, in their clinical interviews on January 20, 2021, recognized that their father would not go to Hong Kong with them, should they have to return. Both identified they would not be happy with this solution. Tyler noted that while his father is not going back to Hong Kong, his mother has been to the United States. Similarly, Abby expressed that she would prefer to be with both of her parents. She stated that she would be okay if her mother was in Chicago and her father remained in downstate Illinois, requiring her and Tyler to travel back and forth between them.

If the children were to return to Hong Kong and lose access to Michel, not only would they lose access to their primary caregiving parent, but also, there is concern regarding Wan's willingness to minimize Michel's parenting so as to marginalize and disenfranchise him while he is inaccessible to his children. In her deposition, Wan reported that Michel "has never contributed to the family." However, Wan described Michel's relationship with both Tyler and Abby as "good." While Wan noted that Michel should return to Hong Kong so the kids "have a dad, she felt the impact of the children not being able to see their mother "would be much bigger." In WhatsApp messages between Wan and Michel, Wan noted, "I gave birth, I raise them, you abduct them. Yet, 'our' kids." Similarly, Wan makes other comments within WhatsApp

messages with suggestions that she does not feel Michel contributes to the family, does not put forth sufficient effort in parenting, and does not properly care for the children. Wan's unwillingness to recognize or acknowledge Michel's contribution or importance to the children's life can create discord and distress for them.

Culture of Silence

Michel's children are aware of the political situation in China and Hong Kong, both through their family and news sources. In her deposition on January 19, 2021, Wan reported that she has never believed Hong Kong was dangerous for herself or her children. In his clinical interview on January 20, 2021, Tyler acknowledged that people are afraid and that they do not protest anymore because they are afraid. He stated that his mother and the news talk about toxic tear gas. He noted that if the government does not like what you say, you go to jail, which has happened to "some of the brave people." Both Tyler and Abby acknowledged that their mother has told them they should not talk about politics outside of the home because it is unsafe. In her deposition, Wan reported that she "doesn't know what Michel been telling them" regarding politics, and she does not acknowledge that her children have learned any information about politics from her, despite both children individually reporting that they have learned about the political situation in Hong Kong and have been informed not to speak about politics outside of the home from Wan. Both children can identify the Chinese leader. Tyler noted his dislike of the Chinese president, and Abby stated she feels it is bad that people are not able to vote. However, Wan reported in her deposition that the children "don't know anything about the government to criticize." Thus, it is clear that both children have at least some base knowledge of the current political situation in Hong Kong and have formed at least some negative thoughts about the Chinese government and leadership. Wan's denial of both her involvement in how the children have obtained this information and how much information the children have could put them at risk for sharing information because of her unwillingness to recognize any issues arising in Hong Kong and her children's awareness of these issues.

Because the Hong Kong police have enabled a dedicated hotline that Hong Kong residents can call to report violations to the national security law, one suggestion for Michel's children has been to maintain silence about their pro-democracy and anti-communist views. They have been taught these views throughout their lives by their parents and other family members. The plan to adopt a culture of silence while living in Hong Kong is in contrast to the values they have been taught up to this point in their lives. Inherent in their silence is being silent about what they may witness and disagree with while living in Hong Kong. Because protests in Hong Kong have frequently resulted in violence and arrests, the children will likely be exposed, whether through witnessing it personally or seeing it in newspapers or on television, to the violence occurring where they live, and yet, they will be expected to remain silent observers. Phillips (2015) discusses the potential risk for intensifying the impact of this community trauma by forcing these experiences to remain unspoken. Furthermore, the use of silence, which would be used to protect the children from harm, could actually prevent them from feeling safe in and connected to their environment (Phillips, 2015). This culture of silence would limit their ability to make sense of the violence occurring around them because they would not be able to openly speak about and understand it nor would they be able to verbalize dissenting opinions, as they had previously been free to do. Silencing them now removes their sense of agency in which they can think,

problem-solve, and make sense of what is happening around them (Phillips, 2015). Thus, a culture of silence risks negative consequences; however, being forthright and honest about their opinions also puts them at risk should they return to Hong Kong.

While in the United States, the children are free to voice their opinions, as they had been free to do previously in Hong Kong about politics, their community, and anything they may disagree with. According to Michel, the children have openly expressed statements against the Chinese government while in Hong Kong outside of their home in the past. However, with the implementation of the national security law and the establishment of the hotline, doing so now could potentially subject them to detention and punishment. The hotline is open to anonymous reports, whether accurate or not, about anyone who may be violating the national security law. Thus, a once acceptable and practiced behavior could put the children at risk for harm now, should they express any pro-democracy or anti-communist views to friends or others in their community in Hong Kong. They would be actively discouraged from sharing their honest opinions and thoughts in school, with friends, and even in their neighborhood because anyone can report to the hotline. Of concern regarding their risk for expressing their opinions is the age of the children. According to Tao et al. (2014), children around Tyler's and Abby's ages can realize that their thoughts can be controlled, they may not always be able to do so, which results in impulsive actions. Considering this developmentally, then, while Tyler and Abby may be cognitively aware that, for example, their negative thoughts about the Chinese president should not be shared, they may not always be able to control their impulsive response. Thus, it is possible that even if they understand they must not speak about government outside of the home, they may impulsively do so due to a lack of self-control on a developmental level. In her deposition on January 19, 2021, Wan described Tyler as open and honest, but she also noted that he can be stubborn and hold strong opinions. She stated that Abby does not think about rules and regulations and "does whatever she wants." Considering Wan's own interpretation of her children, in addition to the impulse control concerns related to their ages, there are even greater concerns regarding the potential that either or both children may violate rules regarding silence. If Tyler holds strong opinions and wants to share his opinions, his stubbornness and tendency to be open and honest may lead him to impulsively discuss politics with individuals. Abby, on the other hand, as Wan noted, does not adhere to rules and regulations typically, which would suggest some concerns with her ability to rules about silence.

In tandem with impulse control is risk-taking. Given their age, they are more prone to engaging in risk-taking behaviors for pro-social gain. That is, children or adolescents in their age group are more willing to risk their personal health, safety, and well-being in the pursuit of a reward, such as peer approval or attention (Silva et al., 2015). It has been noted that both children have a limited number of friends in Hong Kong. Thus, it is possible that they could engage in risk-taking behavior, given their age, in order to increase their social approval. One potential risky behavior could include violating the expectation of silence regarding their anti-communist opinions. In May 2020, one-hundred children were arrested for protesting; thus, it is possible that impulse-seeking or prosocial behaviors could place Michel's children in a similar environment in which they put themselves at risk, despite being encouraged to remain silent. They are more likely to consider the rewards of their behaviors, such as positive peer attention or doing what they feel is right, than they are to consider the costs of their behavior, such as the potential they could be reported or arrested because of their stage of development (Silva et al., 2015). Thus,

while the children can be strongly encouraged to maintain silence and the risks of breaking their silence can be explained to them, there remains the potential that they will lack the impulse control in the moment to maintain their silence. Furthermore, as previously noted, even if they are able to maintain this culture of silence, their silence has its own risks for their development and overall well-being.

In consideration of  the aforementioned, separating the Debolt children from their father and returning them to China /Hong Kong would create a clear and undeniable endangerment of a personal safety potential as well as psychological and emotional devastation for the Debolt children.

Respectfully Submitted on January 26, 2021,

Alan M. Jaffe, Psy.D.
Clinical Psychologist (Licensed to practice in Illinois and Wisconsin)

Clinical Asst. Professor of Psychiatry and Behavioral Sciences
Northwestern University Feinberg School of Medicine