E-FILED
Friday, 12 March, 2021 11:54:41 PM
Clerk, U.S. District Court, ILCD

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE CENTRAL DISTRICT OF ILLINOIS
              SPRINGFIELD DIVISION
```

**EXHIBIT B**

```
- - - - - - - - - - - - - - - - - -

CHUNG CHUI WAN,

              Petitioner,

      and           No. 3:20-cv-03233-SEM-TSH

MICHEL DALE DEBOLT,

              Respondent.

- - - - - - - - - - - - - - - - - -

                   DEPOSITION
```

The following is the remote deposition of DR. ALAN JAFFE taken via Zoom before Jolynn Graham, RPR, Notary Public, pursuant to Notice of Taking Deposition in Minneapolis, Minnesota, commencing at approximately 2:07 p.m., February 25, 2021.

```
Magna Legal Services
866-624-6221
Www.MagnaLS.com
```



**MAGNA** ▶
LEGAL SERVICES

Page 2

```
 1  APPEARANCES:
 2      On Behalf of the Petitioner:
 3          Jessica L. Hensley Sendek, Esquire
            Hensley Sendek Law LLC
 4          124 S. County Farm Road
            Suite B1
 5          Wheaton, Illinois 60187
            jessica@hensleysendeklaw.com
 6
 7          Timothy K. Sendek, Esquire
            Akerman LLP
            4th Floor
 8          71 South Wacker Drive
            Chicago, Illinois 60606
 9          tim.sendek@akerman.com
10      On Behalf of the Respondent:
11          Shana Lynn Vitek, Esquire
            Beermann LLP
12          Suite 350
            2275 Half Day Road
13          Bannockburn, Illinois 60015
            Slvitek@beermannlaw.com
14
15          Howard W. Feldman, Esquire
            Feldman Wasser
16          1307 South 7th Street
            PO Box 2418
17          Springfield, Illinois 62705
            hfeldman@feldman-wasser.com
18
19      Also Present:
20          Chung Chui Wan
            Michel Dale Debolt
21
22
23
24
25
```

Page 3

```
 1          DEPOSITION REFERENCE INDEX
 2
            Examination by Ms. Sendek................. 4
 3
 4
 5              EXHIBITS
 6  No. 1 - Jaffe's report.................. 164
 7
 8              OBJECTIONS
 9
    (NONE)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              P R O C E E D I N G S
 2          The deposition of DR. ALAN JAFFE was
 3      commenced at 2:07 p.m. as follows:
 4              DR. ALAN JAFFE,
 5      after having been first duly sworn,
 6      deposes and says under oath as follows:
 7                      ***
 8              EXAMINATION
 9          MS. SENDEK:  Just for the
10      record, Jessica Sendek and Timothy Sendek on
11      behalf of the Petitioner, Chung Chui Wan, in
12      the matter of Wan versus Debolt.
13          Shana, do you want to --
14          MS. VITEK:  Shana Vitek and Howard
15      Feldman on behalf of Michel Debolt, who is
16      also on the zoom.
17      BY MS. SENDEK:
18  Q.  Dr. Jaffe, I'm going to ask you a series of
19      questions during your deposition, and if you
20      answer I will assume that you have heard the
21      question and understood.
22  A.  Okay.
23  Q.  Is that okay?
24  A.  Fair enough.
25  Q.  Is there anything that would impair your
```

Page 5

```
 1      ability today to give truthful and accurate
 2      testimony during your deposition?
 3  A.  No.
 4  Q.  I want to start with your credentials that we
 5      received on your CV.  First, could you walk
 6      us through your educational training?
 7  A.  I received a bachelor's degree at American
 8      University magna cum laude in psychology.
 9      Master's degree at Antioch University with
10      honors.  And a doctor of psychology degree
11      from the Illinois School of Professional
12      Psychology in Chicago.  I completed my
13      clinical residency at Northwestern University
14      Medical School.
15  Q.  And what is your current employment position?
16  A.  Self-employed.  I work at Dr. Jaffe &
17      Associates, which is a private practice.  I
18      also have a faculty appointment as a
19      contributing faculty member at Northwestern
20      University Feinberg School of Medicine.
21  Q.  With respect to your private practice, what
22      are your responsibilities?
23  A.  Well, I'm the director.  I have clinical
24      responsibilities as well as forensic
25      responsibilities.  I see patients.  I also am
```



Page 6

```
1       involved in forensic work which involves
2       conducting evaluations and testifying in
3       court.
4    Q.   With respect to these forensic evaluations,
5       are these court-ordered evaluations?
6    A.   Yes, for the most part.  There's almost
7       always an order associated with my
8       involvement, which -- but I am sometimes
9       appointed by the court.  Other times I am
10      brought in by one of the parties, by and
11      through their attorneys.  Usually there's a
12      court order associated with that.  I suppose
13      not always.
14   Q.   Do you also perform 215 examinations?
15   A.   I do.
16   Q.   And what counties do you perform these
17      evaluations in?
18   A.   I'm sorry, I didn't hear that.
19   Q.   What counties are you typically appointed in?
20   A.   Many counties.  Typically Cook.  But I have
21      -- I've been involved in cases in multi
22      states, Michigan, Ohio, Indiana, California.
23      And in Illinois, most of the -- well, all of
24      the collar counties of Chicago, Cook County,
25      and various other counties in other states.
```

Page 7

```
1    Q.   What percentages of your practice would you
2       say comes from these court-ordered
3       evaluations?
4    A.   What percentage?
5    Q.   Correct.
6    A.   Difficult to say, but I would say probably
7       75 percent.
8    Q.   And how long have you been performing
9       evaluations in family law matters?
10   A.   39 years.
11   Q.   You also mentioned that you are an assistant
12      professor at Northwestern School of Medicine;
13      is that correct?
14   A.   That's correct.
15   Q.   Could you describe your role in that
16      position?
17   A.   I provide -- teach classes.  I provide
18      supervision.  I have -- I have externs,
19      interns work in my practice.  And I have
20      published over the course of the last
21      39 years.
22   Q.   Are you currently teaching this semester?
23   A.   I'm not teaching a class this semester, no.
24   Q.   When was the last time that you taught?
25   A.   I taught a formal class, I think about
```

Page 8

```
1       four years ago.
2    Q.   And is this a tenured position?
3    A.   No.
4    Q.   How many other clinical assistant professors
5       of psychology are there at Northwestern
6       School of Minnesota?
7    A.   I haven't the vaguest idea.
8    Q.   And you completed a psychological evaluation
9       of the Debolt children in this case; is that
10      correct?
11   A.   No.  I did not.
12   Q.   What was your role in this case?
13   A.   My role in this case was to conduct a
14      psychological evaluation of Michel Debolt,
15      the father, and to observe the children with
16      Mr. Debolt.  But I did not conduct a formal
17      evaluation of the children.
18   Q.   Do you have a copy of your report in front of
19      you?
20   A.   I do.
21   Q.   I'm going to turn to page 4 of your report.
22      There's a list of documents that you've
23      reviewed.
24   A.   Okay.
25   Q.   What was the source of these documents?
```

Page 9

```
1       Where did you receive them?
2    A.   I received them from, as I recall, from the
3       attorney, and I believe some of them were
4       received also by Mr. Debolt.
5    Q.   And when you state the attorney, are you
6       referring to counsel for Michel Debolt?
7    A.   Yes.
8    Q.   And in your review of these documents, were
9       they reviewed before or after you spoke with
10      the children on January 13th?
11   A.   Mostly before.  But some were concurrent.
12   Q.   Would you say that all of the documents had
13      been reviewed by you prior to your meeting
14      with the children on January 20, '21?
15   A.   No, I wouldn't say that.
16   Q.   What documents had you not yet reviewed at
17      the time you met with the children on
18      January 20th?
19   A.   I cannot recall.
20   Q.   Did you review any documents that were not
21      provided by Michel or his counsel in this
22      case?
23   A.   Yes.
24   Q.   What documents were those?
25   A.   Documents particularly pertaining to the
```



Page 10

1    state of the political situation in China and
2    Hong Kong as I recall.  And other -- I think
3    that's probably -- that's probably about it.
4    Q.  Are those documents identified in your
5    report?
6    A.  I believe so.  I don't know for sure.
7    Q.  Did you conduct any of your own independent
8    research for the opinions that you formed in
9    this case?
10   A.  I made some reference to the treatment of
11   children in various situations, children
12   facing potential loss of a parent.  But aside
13   from that, no.
14   Q.  When you reference that, are you speaking
15   about the articles that you cited --
16   A.  Yes.
17   Q.  -- throughout your report?
18   A.  Yes.
19   Q.  Would you be able to provide us with the
20   titles of those articles that you relied
21   upon?
22   A.  Sure.
23   Q.  Did you review the guardian ad litem's report
24   in this case?
25   A.  I did.

Page 11

1    Q.  Did you speak with the guardian ad litem
2    during your evaluation?
3    A.  I did not.
4    Q.  Did you speak with Ms. Wan --
5    A.  I did not.
6    Q.  -- during the course of your evaluation?
7            Did you speak with the
8    Debolt/Wan family helper in Hong Kong during
9    your evaluation?
10   A.  I did not.
11   Q.  Did you speak with any of the children's
12   teachers at their school in Illinois during
13   your evaluation?
14   A.  No, I did not.
15   Q.  Did you speak with the children's school
16   counselor in Illinois?
17   A.  I did not.
18   Q.  Did you speak with any individuals at the
19   children's school in Hong Kong?
20   A.  I did not.
21   Q.  Aside from Michel and the children, did you
22   speak with any other individuals to obtain
23   information that you relied upon in preparing
24   your report?
25   A.  No.

Page 12

1    Q.  And you also reviewed videos that were
2    provided to you --
3    A.  Yes.
4    Q.  -- and Michel, correct?
5    A.  Yes.
6    Q.  Do you know who recorded those videos?
7    A.  My understanding is that Mr. Debolt recorded
8    them, but I can't say for sure.
9    Q.  Other than the videos that you identified on
10   page 4 of your report, did you review any
11   other videos?
12   A.  Not that I recall at this time.
13   Q.  Did you and Michel discuss any other videos
14   that he may have had of the children?
15   A.  I do not recall.
16   Q.  Were there any other audio recordings that
17   you reviewed in preparation for your report?
18   A.  I do not believe so.
19   Q.  And did you discuss any other audio
20   recordings with Michel Debolt?
21   A.  I do not recall.
22   Q.  Is there anything that would refresh your
23   memory?
24   A.  Perhaps.
25   Q.  Do you know what it might be?

Page 13

1    A.  I do not.
2    Q.  All right.  So aside from these documents
3    that you have listed on page 4 and the
4    articles that you have identified, there's
5    nothing else that you have relied upon in
6    preparing your report; is that correct?
7    A.  Not that I recall.
8    Q.  In the course of your evaluation, were you
9    asked to provide an opinion as to the
10   maturity of the children in expressing their
11   wishes as to whether they wish to stay in the
12   United States or Hong Kong?
13   A.  Was I specifically asked this question?
14   Q.  Yes.
15   A.  I do not recall being specifically asked that
16   question.
17   Q.  Did you provide an opinion on the maturity of
18   the children?
19   A.  I don't believe I did.
20   Q.  Now turning to page 6 of your report --
21   page 7, I apologize.  And this is the
22   Reported Life History of Michel Debolt.
23   About halfway down the page an event is
24   referenced when Michel reported that he had a
25   beer with a neighbor in 2019; do you see that



Page 14

```
1        portion of the report?
2    A.  Yes.
3    Q.  Do you have any details about who Michel had
4        the beer with in 2019?
5    A.  Not that I'm aware of at this time.
6    Q.  Do you know the neighbor that he had the beer
7        with in 2019?
8    A.  I don't believe I do.
9    Q.  Do you have any information on the
10       circumstances of their get-together?
11   A.  Not offhand.
12   Q.  Do you know what was discussed between the
13       neighbor and Michel during the get-together?
14   A.  I do not believe I do.
15   Q.  And Michel had previously reported to you
16       that he stopped drinking in 2014; is that
17       correct?
18   A.  I believe so.
19   Q.  And this was just the most recent incident
20       that he reported as to his alcohol use?
21   A.  I do not know.
22   Q.  Did you ask Michel any other questions about
23       his alcohol use?
24   A.  I don't -- I do not recall.
25   Q.  Is there anything that would refresh your
```

Page 15

```
1        memory as to whether you had any other
2        discussions with Michel regarding his alcohol
3        use?
4    A.  I don't believe so.
5    Q.  Now turning to page 8 of your report, again
6        in the middle of the page.  It states, at
7        this time Michel reported he took over the
8        majority of the direct parenting time acting
9        as primary caregiver of the children; do you
10       see that?
11   A.  I don't see where that is.  Can you give me a
12       little more direction?
13   Q.  Page 8, the first full paragraph on the page,
14       five lines down.
15   A.  Yes.  According to Michel he began -- is that
16       the paragraph that begins, according to
17       Michel they began trying to have a child?
18   Q.  Correct.
19   Q.  And how much further down is this?
20   Q.  Five lines.
21   A.  Five lines.  In December 2015 Michel began
22       working from home?
23   Q.  The following sentence.
24   A.  Michel noted since 2015 I have spent far more
25       time directly interacting with our children
```

Page 16

```
1        on a daily basis.
2    Q.  The sentence that starts at this time.
3    A.  At this time, thank you.  I'm sorry.
4    Q.  That's okay.
5    A.  I've got it.  I'm there.
6    Q.  So Michel reported to you that he had taken
7        over majority of the direct parenting time of
8        the children, correct?
9    A.  Correct.
10   Q.  And this was in 2015?
11   A.  Correct.
12   Q.  Did Michel provide you with his typical day
13       with the children?
14   A.  I believe -- I believe so.
15   Q.  Could you describe Michel's typical day with
16       the children?
17   A.  I can't offhand.
18   Q.  Is there anything in your report or your
19       notes that would refresh your memory as to
20       Michel's typical day with the children?
21   A.  I do not recall.
22   Q.  Do you recall if Michel provided you with any
23       of his specific responsibilities for the
24       children?
25   A.  I do believe that he did, but I can't recall
```

Page 17

```
1        them for you at this time.
2    Q.  Was Michel responsible for taking the
3        children to and from school?
4    A.  I believe that was a responsibility that was
5        shared.
6    Q.  Was Michel responsible for preparing the
7        children's meals?
8    A.  I do not recall.
9    Q.  Was Michel responsible for taking the
10       children to the doctor?
11   A.  I believe that Wan was involved in some of
12       those activities as well.
13   Q.  Was Michel responsible for arranging the
14       children's social interactions with their
15       friends?
16   A.  I do not recall.
17   Q.  Did you discuss who arranged the children's
18       social interactions, with Michel, during the
19       course of your evaluation?
20   A.  I don't recall specifically.
21   Q.  Did Michel provide you with information about
22       the helper's role with the children?
23   A.  Yes.
24   Q.  And what did he tell you about the helper's
25       role with the children?
```



## Page 18

1  A.  That the helper was very involved in the
2  day-to-day -- day-to-day activities of the
3  children.
4  Q.  Was the helper responsible for preparing the
5  children's meals?
6  A.  I don't recall, but I believe so.
7  Q.  Was the helper responsible for getting the
8  children up in the morning?
9  A.  I don't recall the specifics of that.
10  Q.  Do you know if the helper took the children
11  to and from school?
12  A.  I know the helper was very involved in the
13  activities of the children.  I cannot recall
14  specifically what the helper did.
15  Q.  Did you discuss with Michel what a typical
16  weekend day would be for the children during
17  the time that they lived in Hong Kong?
18  A.  A typical day, my understanding is the
19  children attended school.
20  Q.  During the weekend.
21  A.  Oh, during the weekend.  I don't recall
22  specifically.
23  Q.  Are you aware if the children went to parks
24  during the weekends?
25  A.  I believe they did, but I can't recall with

## Page 19

1  any specificity.
2  Q.  Do you know who took the children to parks
3  during the weekends?
4  A.  I believe that both parents did.
5  Q.  Do you know if the children had any play
6  dates on the weekends?
7  A.  I do not recall.
8  Q.  Do you know who took Abby to rugby during the
9  weekends?
10  A.  I cannot offer you any specificity on that.
11  Q.  Do you recall who took the children to
12  swimming lessons?
13  A.  I believe that was a responsibility shared by
14  both parents.
15  Q.  Michel also reported that he traveled alone
16  with the children during the course of his
17  meetings with you, and he would travel for
18  multiple weeks at a time; do you recall that?
19  It's on page 1 of your report.
20  A.  I do recall that Michel traveled.
21  Q.  And what were the circumstances of Michel's
22  trips with the children?
23  A.  I don't recall the specific objective of the
24  trips.
25  Q.  Do you know where Michel traveled with the

## Page 20

1  children?
2  A.  I do not recall.
3  Q.  Is there anything that you could consult with
4  that would refresh your memory?
5  A.  I don't believe so.
6  Q.  Do you know when these trips occurred?
7  A.  I do not have specific dates for you.
8  Q.  Do you have general dates?
9  A.  I do not.
10  Q.  Do you know where Michel and the children
11  traveled during this time?
12  A.  I cannot -- no, I cannot recall.
13  Q.  Do you know if Ms. Wan joined the family on
14  these trips?
15  A.  I do not.
16  Q.  Did you ask Michel where he went during these
17  travels with the children?
18  A.  I don't recall specifically asking that
19  question.
20  Q.  Did you ask him generally the question?
21  A.  I don't recall generally asking him that
22  question.
23  Q.  Did you ask him generally when these trips
24  occurred?
25  A.  I did not.

## Page 21

1  Q.  Did you ask Michel whether or not Ms. Wan
2  joined on these trips?
3  A.  I don't recall asking that specific question.
4  Q.  Michel also relayed information to you
5  regarding a banana incident; do you recall
6  the banana incident?
7  A.  Yes.
8  Q.  What did Michel tell you about the banana
9  incident?
10  A.  As I recall, a banana had -- something on the
11  order of a banana had dropped on the floor --
12  Tyler did not -- Tyler was given a banana.
13  Apparently, perhaps it was -- um, brown or
14  overripe, something that caused Tyler not to
15  want to eat the banana.  The banana dropped
16  on the floor, and he was instructed by his
17  mother to pick up the banana and eat it.
18  Q.  When did this incident occur?
19  A.  Oh, I don't recall specifically.
20  Q.  Do you recall generally when it occurred?
21  A.  No, I do not recall.
22  Q.  Do you recall whether it occurred while the
23  children were living in Hong Kong or the
24  United States?
25  A.  I do not recall.



Page 22

1  Q.  Do you know where Michel was when this
2     incident occurred?
3  A.  I do not.
4  Q.  Do you know if Michel was present in the same
5     room as Tyler and his mother during the
6     banana incident?
7  A.  I believe, although I could be wrong, but I
8     believe that the incident was recalled to
9     Michel by the children, by Tyler in
10    particular.
11 Q.  Were there any parts of the incident that
12    Michel observed firsthand?
13 A.  I don't know that he did.  I don't believe
14    so.
15 Q.  Looking at page 11 of your report.  It's in
16    the first full paragraph, ten lines down.
17    The sentence reads, Michel also noted that
18    Wan and her family have anti-government views
19    that they regularly espoused and exposed our
20    children to; do you see that sentence?
21 A.  Yes.
22 Q.  What are Wan's anti-government views?
23 A.  I don't know what the specific
24    anti-government views are.
25 Q.  Did you ask Michel to provide this

Page 23

1     information to you?
2  A.  The specific anti-government views?  No.
3  Q.  Did you ask him to provide the general
4     anti-government views?
5  A.  My understanding in conversation was that the
6     anti-government views had to do with a
7     dissatisfaction with the -- with the
8     restrictions on speech and -- freedom of
9     speech and press and protest, that was my
10    understanding.
11 Q.  Do you know when these views were told to the
12    children?
13 A.  I do not recall, no.
14 Q.  Do you know if the views were reported to the
15    children?
16 A.  They were.
17 Q.  Do you know what the views are of Ms. Wan's
18    family?
19 A.  Um, I don't know specifically what the views
20    of her family are.
21 Q.  Do you have any general information regarding
22    the views of Ms. Wan's family?
23 A.  My understanding, as I recall, is that her
24    mother shared anti-government views, was
25    concerned with the well-being of -- of Wan

Page 24

1     and Michel and the children in Hong Kong.
2     That -- yeah.
3  Q.  Did you speak to Ms. Wan about her
4     anti-government views?
5  A.  I'm sorry, could you repeat that?
6  Q.  Did you speak to Ms. Wan about her
7     anti-government views?
8  A.  I didn't speak with Ms. Wan about anything.
9  Q.  Did you speak to Ms. Wan's family?
10 A.  I did not.
11 Q.  Did you speak to anyone other than Michel
12    about these anti-government views?
13 A.  I did not -- uh, the children.
14 Q.  And that's addressed in your interviews with
15    the children, correct?
16 A.  Correct.
17 Q.  Did you complete any psychological testing on
18    Michel Debolt during your evaluation?
19 A.  I did.
20 Q.  When did the testing occur?
21 A.  I would have to look at the -- at the dates
22    on my report.  You know, I don't have a
23    specific date in my report.  I don't why but
24    I don't.
25 Q.  Do you know generally when the testing

Page 25

1     occurred, approximate month?
2  A.  Yeah.  Sure.  Generally it occurred sometime
3     in December.
4  Q.  And where did the testing take place?
5  A.  Testing took place in my office.
6  Q.  And was Mr. Debolt in your office?
7  A.  Yeah.
8  Q.  Can you describe how the test was
9     administered?
10 A.  It was administered on the computer.
11 Q.  And what tests were administered?
12 A.  The multi -- the Minnesota Multiphasic
13    Personality Inventory, MMPI; the PAI, which
14    is the Personality Assessment Inventory; the
15    16PF, or the 16 Personality Factor
16    Questionnaire; the Symptom Checklist90; and
17    the Trauma Symptom Inventory.
18 Q.  And are these tests that you would typically
19    administer during a best interest evaluation
20    that you would be completing?
21 A.  Yes.
22 Q.  What does the MMPI assess?
23 A.  The MMPI is a measure of personality.
24 Q.  And the -- I believe you said PAI?
25 A.  Yes, the PAI.



Page 26

1  Q.  What does that assess?
2  A.  The PAI is the same.
3  Q.  And the 16PF test, what does that assess?
4  A.  That also assesses personality.  But it is an
5     assessment of personality characteristics
6     that does necessarily pull for
7     psychopathology as much as it pulls for
8     dominant personality characteristics.
9  Q.  And the Symptom Checklist 90, I believe you
10    stated?
11 A.  Yes.
12 Q.  What does that assess?
13 A.  The Symptom Checklist 90 measures general
14    signs and symptoms of -- of any type of
15    pathology, be it psychopathology or other
16    potential somatic pathology.
17 Q.  And there was one final test, the trauma --
18 A.  Trauma Symptom Inventory.
19 Q.  And what does that assess?
20 A.  That assesses whether or not an individual
21    has been exposed to or suffers from many
22    disturbances.
23 Q.  Why did you administer these psychological
24    tests for this evaluation?
25 A.  These psychological tests provide me with an

Page 27

1     overall functioning of an individual as to
2     their personality, and might help assess any
3     issues of personality that might be
4     problematic or represent any psychopathology.
5  Q.  And why do you believe that this was relevant
6     in assessing the well-being of the children
7     and any potential risks of their return to
8     Hong Kong?
9  A.  Well, you know, first and foremost, I -- you
10    know, my -- my responsibility is to assess
11    his -- the father's psychological
12    functioning.  To determine issues involving
13    ability to be empathic with children,
14    judgment, whether or not one's judgment is
15    sound.  His -- how he is likely to engage
16    socially with children and others, and to
17    determine whether or not he might or might
18    not be able to, conceivably, in a case like
19    this.
20        If I were to determine that
21    there was the presence of psychopathology, be
22    it mild, moderate or severe, then it would
23    raise questions about the accuracy and the
24    veracity of an individual's self-report;
25    whether it be a self-report describing

Page 28

1     something in their lives or the lives of
2     others.
3        I don't assume that the
4     individual -- I did not come into this
5     evaluation assuming that Mr. Debolt, if you
6     will allow me to speak colloquially, I did
7     not assume that he had his head screwed on
8     straight.  And it was important for me to
9     know how -- something about the quality of
10    his thinking, about the quality of his
11    thought process.  Is it mini illogical or is
12    it delusional?
13        I am a -- I'm an objective
14    evaluator.  I'm not a rebuttal witness.  I
15    don't assume that I'm going to look for
16    something that is wrong.  I assume that I am
17    going to take an objective look at an
18    individual's psychological functioning and
19    make some kind of statement about it.
20        And these tests, most
21    specifically to answer your question, these
22    tests are considered the gold standard for
23    determining that.
24 Q.  And typically when you complete an
25    evaluation, are there other mechanisms that

Page 29

1     you put in place to determine whether or not
2     an individual's self-report is accurate,
3     aside from these tests that you have
4     completed?
5  A.  It is beyond the psychological testing and
6     the -- what is revealed in the clinical
7     interview.  That is -- that's considered the
8     nuts and bolts of assessing veracity; short
9     of speaking with collaterals -- short of
10    speaking with collaterals.
11 Q.  Did you speak with any collaterals in this
12    case?
13 A.  I did not.  There were severe time
14    restrictions on -- on this evaluation, as I'm
15    sure you know.  And so I had to use what was
16    considered to be the most valid and reliable
17    data that is available to psychologists.  And
18    that would be, in consideration of the time
19    constraints, and that would be psychological
20    testing and clinical interviewing.
21 Q.  Did Michel identify any collateral witnesses
22    for you to speak with during this case?
23 A.  I did not specifically take any collateral --
24    ask for any specific collateral.  There was
25    the -- the time limitations were too severe.



Page 30

1  Q.  When were you retained to assist in this
2     evaluation?
3  A.  I don't recall exactly.  I don't -- I don't
4     have that information available to me right
5     now.
6  Q.  Do you recall when Mr. Debolt made his first
7     payment to you for your work in this case?
8  A.  I -- I don't.  But I could certainly get that
9     for you.
10 Q.  If I told you that he first retained you on
11    November 9th and made a payment to you for
12    your services, does that sound correct?
13 A.  I don't know.  Possibly.  But it's, you know,
14    the -- the evaluation doesn't begin with the
15    first payment.  That's not -- it's not a
16    spontaneous launching of an evaluation.
17    There are many details that have to be nailed
18    down, as you know.
19 Q.  Give me one second, I'm trying to -- are you
20    able to see the Retention Agreement --
21 A.  I am.
22 Q.  -- that I'm sharing.
23 A.  I am.
24 Q.  And if I scroll down to the last page, what
25    is the date on the agreement?

Page 31

1  A.  The date on the agreement is November 9th.
2  Q.  So from November 9th to January 26th, when
3     you tendered your report, you did not speak
4     with any collateral witnesses; is that
5     correct?
6  A.  Again -- no, I did not.  But again the
7     signing of the agreement does not launch the
8     -- does not launch the evaluation.
9  Q.  What types of collateral witnesses would you
10    have spoken with in this type of case if time
11    were not an issue?
12 A.  If time were not an issue, I might have
13    spoken with some friends of his.  I might
14    have spoken -- I would -- I -- I could have
15    spoken with a number of individuals.
16 Q.  Did you make any attempts to speak with any
17    other individuals?
18 A.  No, I did not.
19 Q.  Did you make any attempt to speak with the
20    guardian ad litem in this case?
21 A.  I did not consider it appropriate.
22 Q.  Getting back to the psychological testing
23    that was completed.  Looking at page 12 of
24    your report.  It's the second paragraph from
25    the bottom.  It starts with Michel's pattern.

Page 32

1  A.  At the bottom, you say?
2  Q.  The second paragraph from the bottom.
3  A.  The second paragraph, yes.  Yes.
4  Q.  Michel's pattern of responding indicates a
5     tendency to suppress emotionality and avoid
6     interactions with environments that may
7     stimulate excessive emotions whether positive
8     or negative.
9          What are you referring to when you
10    state suppress emotionality?
11 A.  Michel is someone who has a tendency to avoid
12    drama, in colloquial terms.
13 Q.  And how does that impact the information that
14    he provided to you for this evaluation?
15 A.  I don't understand the question, sorry.
16 Q.  Does this have any impact on his -- on the
17    information that he provided to you during
18    the evaluation?
19 A.  I'm sorry, I still don't understand the
20    question.
21 Q.  His tendency to --
22 A.  What does impact mean?
23 Q.  His tendency to avoid drama, do you believe
24    that that would have an effect on what he
25    reported to you for purposes of this

Page 33

1     evaluation?
2  A.  Do you mean would it challenge the veracity?
3  Q.  Yes.  Would he tend to highlight certain
4     events that have occurred over others?
5  A.  No.  No.  Just means that he's someone who --
6     you know, there are people who gravitate
7     toward drama, they love drama, they create
8     drama, they thrive on drama.  Michel is not
9     one of those people.  That's all that means.
10 Q.  Okay.  Moving on, you say that his score --
11    on page 13, his scores suggest that he
12    responded in a more socially desirable manner
13    than is typical.  Could you explain what you
14    mean?
15 A.  Yeah, I think the operative word here is
16    typical.  Michel is someone who is -- values
17    social appropriateness.  And that's what that
18    means.
19 Q.  And do you believe that this impacts the
20    validity of what Michel has reported to you
21    during the course of that evaluation?
22 A.  No.
23 Q.  Does this impact the validity of any of
24    Michel's psychological test results?
25 A.  No.



Page 34

1  Q.  Moving down to the bottom of the page.  You
2      state in the last paragraph, it is likely
3      that Michel may have a repressive response
4      style, or made a conscious attempt to appear
5      to be free of psychological symptoms; do you
6      see that sentence?
7  A.  I'm sorry, could you offer me some more
8      direction.  You say the last paragraph?
9  Q.  Last paragraph on the page, third line.
10 A.  Third line.  Yes.  Okay.  May I read that
11     again to myself?  Just a moment.  Okay.
12         I'm sorry, what is the question?
13 Q.  Did you eliminate the last sentence of the
14     complete interpretive report of Michel's test
15     results that further states, patterns such as
16     this one is often associated with a
17     repressive response style or a conscious
18     attempt to fake good?
19 A.  I do not recall specifically what -- what I
20     provided and what I edited.  I would not
21     include the entirety of an interpretive
22     report.  The interpretive report is a
23     computer-generated report which I do not
24     always agree with.
25         Having published in psychological

Page 35

1      testing, the area of psychological testing,
2      if I think that an interpretive -- a piece of
3      the interpretive report is either inaccurate
4      or unhelpful or misleading, I will edit it,
5      as I did with many, I'm sure.
6          But if I did, and I do not recall
7      that I did, but if I did, that would be the
8      -- that would be the reason why I would do
9      that.
10 Q.  Is there anything that would refresh your
11     memory as to whether or not you eliminated
12     this from the report?
13 A.  No, I -- nothing -- nothing would.  But if
14     there was an interpretive report provided,
15     then I would -- the interpretive report is a
16     guideline for clinicians.  And that's -- that
17     would have been the reason why I would
18     have -- why I would have edited it out.
19 Q.  Why do you believe that it would be
20     misleading if this information were included
21     in the report?
22 A.  Because I'm writing for people like you who
23     do not -- cannot read psychological test
24     data.  So it's kind of like -- I will offer
25     you -- in my answer I will offer you an

Page 36

1      example.
2          It's like if your cholesterol was
3      5 points higher than it should be, and an
4      interpretive report stated, this individual,
5      based on their psychological -- based on
6      their blood test results should be placed on
7      medication.  But an experienced physician
8      knows that while that's an option, you know,
9      exercising and weight loss is much more
10     preferable.  And it is misleading to say that
11     simply because a score exceeds a certain
12     level, doesn't mean -- doesn't mean something
13     else.
14         And so it would be the
15     responsibility of the experienced clinician
16     to determine what should be represented.  And
17     so that's my job as an evaluator, to read the
18     psychological test data, and make a
19     determination as to what all of it means.
20         Especially since I had the
21     opportunity of administering five tests, not
22     just one.  I can see whether or not there is
23     supporting data in the other testing results
24     that I have.
25 Q.  In this instance when it was contained on the

Page 37

1      interpretive report, wouldn't it have been
2      better to disclose this information and
3      explain why it was misleading?
4  A.  Absolutely not.  It would --
5  Q.  Why not?
6  A.  It would be unethical.  Because if I -- if it
7      is clear to me that is not an accurate
8      representation of the data, then -- then it
9      is my responsibility, as a clinician, to make
10     sure that that is not misrepresented in the
11     public domain.
12 Q.  In this instance, why is it clear to you that
13     this was a misrepresentation of the data?
14 A.  Because the -- because the validity -- the
15     validity scores that were being referenced
16     were very close to within one half of a
17     standard deviation above the mean.  Which --
18     I think the analogy that I gave you is
19     probably a good one, because it was -- the
20     scores were very moderate, and that statement
21     would be taken very severely by people like
22     you, and other non-clinicians.
23         So I conducted my responsibility as
24     a clinician in the most responsible way by
25     taking a direct look at the data, and the



Page 38

```
 1        data did not -- there was no correspondence
 2        between the test score and the data.  I'm
 3        sorry, between the data and the interpretive
 4        report.
 5   Q.   What is the interpretive report based upon?
 6   A.   The interpretive report has a tendency to be
 7        rather concrete and unidimensional.  Does not
 8        take into account the results of other
 9        psychological tests.  And is -- again, is
10        only a guideline.
11   Q.   How do you believe the results of Michel's
12        psychological testing relate to your
13        conclusions and opinions regarding the risk
14        of the children to return to Hong Kong?
15   A.   I wouldn't draw any direct relationship
16        between the test results and the children's
17        return or failure to return to Hong Kong.
18             Psychological tests revealed to
19        me Michel's -- in this case, Michel's mental
20        health or lack thereof.  The psychological
21        testing indicated to me that Michel's
22        psychological and emotional condition falls
23        within the normal range; that he is healthy
24        psychologically, mentally, emotionally.
25             But that does not have any direct
```

Page 39

```
 1        impact on the -- whether or not to return the
 2        children to Hong Kong, or -- or not to.
 3   Q.   Does Michel's mental health have any direct
 4        impact on the risk of the children to return
 5        to Hong Kong?
 6   A.   I'm not sure I understand the question.
 7   Q.   Does Michel's mental health have any effect
 8        on whether or not there's a risk to the
 9        children if they return to Hong Kong?
10   A.   Michel's mental health -- well, it could
11        potentially --  no, no, it does not.  It does
12        not.
13   Q.   You said that the results of the
14        psychological testing do not have any direct
15        impact on the children's risks to return to
16        Hong Kong.  Are there any indirect impacts
17        from the testing that affect the children's
18        risk if they were to return to Hong Kong?
19   A.   Does Michel's mental health have any direct
20        impact on whether or not the children return
21        to Hong Kong; is that what you're asking?
22   Q.   That's slightly different, but you can answer
23        that question.
24   A.   Michel's mental health, in this case, does
25        not have any particular impact.
```

Page 40

```
 1   Q.   Did you observe Michel with the children
 2        during the course of your evaluation?
 3   A.   I did.
 4   Q.   And when did this occur?
 5   A.   I would have to give you -- I would have to
 6        look at my report to check the date here.  On
 7        January the 20th.
 8   Q.   And where did you observe Michel with the
 9        children?
10   A.   At Michel's home on video platform, on Zoom.
11   Q.   So you were in your office in the Chicagoland
12        area and Michel was at his home in southern
13        Illinois; is that correct?
14   A.   Actually I was in my office in Wisconsin.
15   Q.   You were not physically present in Michel's
16        home, correct?
17   A.   That is correct.
18   Q.   And who else was present during this
19        observation session?
20   A.   My colleague, Dr. Melanie Thakkar.
21   Q.   And were there any other individuals that
22        were present during the observation --
23   A.   No.
24   Q.   Was anyone else present at Michel's home
25        during your observation sessions?
```

Page 41

```
 1   A.   Michel and the children, as far as I know.  I
 2        don't believe so.
 3   Q.   And the observation session between Michel,
 4        Tyler and Abby that occurred on January 20th,
 5        what was the approximate length of the
 6        session?
 7   A.   It was approximately -- I'd say approximately
 8        an hour.
 9   Q.   And did this observation session between the
10        three of them occur before or after your
11        clinical interviews with the children on
12        January 20th?
13   A.   Before.
14   Q.   Can you describe the observation session
15        between Michel and the children?
16   A.   Michel was interacting with the children
17        while they were -- while the children were
18        watching The Simpsons.  They were engaging in
19        conversation, and mostly small talk.  It was
20        quiet and peaceful.
21   Q.   What did Michel say to the children during
22        this session?
23   A.   He would inquire about their well-being, and
24        they discussed some of what they were
25        watching.  And they were -- I believe they
```



Page 42

```
 1      were eating.  And they were talking amongst
 2      themselves and laughing.
 3   Q.  In answering this question, are you reviewing
 4      any documents to refresh your memory?
 5   A.  I'm looking at the -- at the family
 6      observation session, yes.
 7   Q.  Are you specifically looking at the report or
 8      other documents?
 9   A.  I'm looking at the report.
10   Q.  What were the children doing during the
11      observation session?
12   A.  They were making good eye contact with Michel
13      and interacting with him in a convivial way.
14      They seemed calm.  They seemed soothed.
15   Q.  Can you read in your report where you
16      indicate that the children were making eye
17      contact with the children [sic], and that it
18      was calm?
19   A.  I cannot.
20   Q.  Is that contained in that portion of your
21      report?
22   A.  It is not contained in the textual portion of
23      the report.
24   Q.  Is it contained elsewhere?
25   A.  I -- I do not know.
```

Page 43

```
 1   Q.  What are you relying upon with your
 2      statements in saying that they were calm and
 3      making eye contact with their father?
 4   A.  My memory.
 5   Q.  In your report you briefly describe their
 6      interactions, and stated that the children
 7      were watching The Simpsons; is that correct?
 8   A.  Correct.
 9   Q.  So during the course of your observation
10      session the children watched an hour-long
11      episode of The Simpsons on Zoom?
12   A.  I don't recall how long the episode was
13      exactly.
14          But I wanted to observe them in
15      vivo.  I wanted to observe them in real life
16      and in normal situations.  I did not want to
17      put them in a position where they would have
18      to be grilled.  I knew I would be
19      interviewing them subsequent to that.  I
20      wanted to be able to observe a slice of life
21      in their homes -- in their home, and that was
22      my objective.
23   Q.  During this observation session, did the
24      children and Michel play with any toys
25      together?
```

Page 44

```
 1   A.  I don't recall.  I don't recall.
 2   Q.  Is there anything that would refresh your
 3      memory?
 4   A.  Perhaps the notes, but I do not have the
 5      notes available to me.
 6   Q.  Did you conduct any other observation
 7      sessions between Michel and the children
 8      during the course of your evaluation?
 9   A.  I did not.
10   Q.  Were there any in-person observation sessions
11      that occurred?
12   A.  Inpatient?
13   Q.  In-person.
14   A.  Oh, I'm sorry.  It's difficult to hear
15      sometimes.
16          No, I did not.
17   Q.  Did you conduct clinical interviews with both
18      Tyler and Abby during the course of your
19      evaluation?
20   A.  Yes.
21   Q.  When was your first interview with Tyler?
22   A.  I believe it was on January the 13th.
23   Q.  And did this interview occur over Zoom or in
24      your office?
25   A.  Over Zoom.
```

Page 45

```
 1   Q.  Where was Tyler located during the interview?
 2   A.  I don't recall exactly where he was located,
 3      but I requested that he -- that he be alone.
 4   Q.  Was he at the house that he shares with his
 5      father and his sister?
 6   A.  Yes.  Yes.
 7   Q.  Do you know what room of the house he was in?
 8   A.  I believe he was in the living room but I
 9      can't recall for sure.
10   Q.  Is there anything that would refresh your
11      memory?
12   A.  I don't believe so.
13   Q.  Who was present during the interview with
14      Tyler?
15   A.  Tyler was alone during that interview, during
16      the individual interview.
17   Q.  Was there anyone else present on your end of
18      the interview?
19   A.  Dr. Thakkar was taking notes.
20   Q.  How do you know that Tyler was alone during
21      the course of the interview?
22   A.  Well, I can't say for certain.  But I
23      requested that he was alone, and he indicated
24      that he was.
25   Q.  Is that mentioned anywhere in your report,
```



Page 46

```
 1      that Tyler was alone during his interview on
 2      January 13th?
 3  A.   Probably not.
 4  Q.   Would that have been noted in your notes from
 5      your interview with Tyler?
 6  A.   Perhaps.  But that's -- that's a condition of
 7      the individual clinical interview.
 8  Q.   And during the course of your interview with
 9      Tyler did you ask him if he was alone?
10  A.   Uh, I don't know that I specifically asked
11      him if he was alone.  But I -- I asked Michel
12      to -- to make certain that he was alone, and
13      he did assure me, and I believe I heard a
14      door slam.
15          But beyond that, no, I don't
16      believe that I specifically asked Tyler.
17  Q.   Do you know how many other individuals live
18      with Tyler at his current home?
19  A.   I believe his sister and his father.
20  Q.   And how long was your interview with Tyler?
21  A.   Approximately 45 minutes, half an hour to
22      45 minutes.  Can't say for sure.  But in that
23      neighborhood.
24  Q.   What safeguards did you take for your
25      interview with Tyler to ensure that his
```

Page 47

```
 1      interview was not being overheard or observed
 2      by Michel?
 3  A.   I was limited with regard to the safeguards
 4      that I could take.
 5  Q.   Can you identify a safeguard that you took?
 6  A.   A safeguard -- well, you know, we all live in
 7      the same world and we understand the world of
 8      the video platform.  There -- there was no --
 9      I had requested that Tyler was -- be alone.
10      I heard a door slam.  I did not hear any
11      voices after -- after that time.  Beyond
12      that, there's only so much that an
13      interviewer can do.
14  Q.   During the course of your interview with
15      Tyler on January 13th, did you ask Tyler if
16      he had been prepared for his interview by
17      Michel?
18  A.   Yes.  I asked him whether or not anyone had
19      told him what to say.
20  Q.   And is that indicated in your report?
21  A.   I don't believe so.
22  Q.   Would that have been indicated in your notes?
23  A.   Might.
24  Q.   I'm showing you now what was produced, and
25      with respect to the report that you tendered
```

Page 48

```
 1      in this case, which included your notes.
 2          At the top of the page it indicates
 3      that this is the clinical interview with
 4      Tyler, and the date is January 13th.  Can you
 5      show me where in your notes you asked Tyler
 6      if he was alone?
 7  A.   No.  I -- am I able to scroll?
 8  Q.   I don't know how to scroll.  Let me see if I
 9      can make it so you can --
10  A.   Well, it is not represented in the notes.
11  Q.   And is it represented in the notes where you
12      asked him if he had been prepared for the
13      interview by Michel?
14  A.   Remember that this is -- these notes were
15      being taken by a clinical psychologist, not a
16      court reporter.  So the notes are not going
17      to represent a verbatim transcript of what
18      took place.
19          But I can assure you that I would
20      -- it would be critically important that the
21      individual I interview alone.  I'm quite
22      certain that that matter was resolved
23      before -- before I proceeded, by and through
24      Michel and Tyler.
25  Q.   On page 15 of your report, Tyler reported
```

Page 49

```
 1      that his mother took them to playgrounds,
 2      swimming lessons, and took his sister to
 3      rugby; do you see that sentence?
 4  A.   Yes.
 5  Q.   Did you ask any follow-up questions of Tyler
 6      as to what he and his mother did at the
 7      playground?
 8  A.   What they did at the playground?  You mean
 9      what activities specifically they engaged in
10      at the playground?
11  Q.   Yes.
12  A.   I -- I don't believe so.
13  Q.   Did you ask him what interactions he had with
14      his mother at the playground?
15  A.   I don't believe so.
16  Q.   Did you ask any follow-up questions about
17      what interactions he had with his mother when
18      they were -- went to swimming lessons?
19  A.   No, I did not.
20  Q.   Are there additional questions that you asked
21      Tyler during your interview on January 13,
22      2021, that are not reflected either in your
23      notes or in this report?
24  A.   I'm sure that there are, but I wouldn't be
25      able to even begin to tell you what they are,
```



Page 50

1  because, as I said earlier, this is not a
2  verbatim transcript.
3  Q.  Who prepared the transcript and your notes?
4  A.  Dr. Thakkar.  By the way, for the benefit of
5     the court reporter, that's T-H-A-K-K-A-R.
6  Q.  Did you complete a second interview with
7     Tyler?
8  A.  I did.
9  Q.  And when did that occur?
10  A.  On January the 20th.
11  Q.  Where did this interview take place?
12  A.  Same place, in the house.
13  Q.  Did it occur over Zoom?
14  A.  Yeah.
15  Q.  And who was present during your interview
16     with Tyler?
17  A.  Who was present in the room?
18  Q.  Yes.  Both on your end and Tyler's.
19  A.  Oh, on my end, Dr. Thakkar was taking notes.
20     And on Tyler's end, just Tyler.
21  Q.  Are you aware if Michel was in the room with
22     Tyler?
23  A.  I requested that Michel was not in the room.
24     Michel was -- my understanding was that
25     Michel was not in the room.

Page 51

1  Q.  Could you see the entire room on Zoom?
2  A.  Certainly not.
3  Q.  Do you know what room Tyler was in during the
4     inter --
5  A.  I don't recall specifically which room.  I
6     believe it was the family room.
7  Q.  And do you know the approximate length of
8     this interview with Tyler?
9  A.  Approximately half hour to 45 minutes, give
10     or take.  No less than half an hour.  Could
11     have been 45 minutes or more.
12  Q.  And during your interview on January 20th
13     with Tyler, what safeguards did you take for
14     Tyler to ensure that the interview was not
15     overheard or observed by Michel?
16  A.  I requested of Michel that he be alone, and I
17     was assured by Tyler that he was alone.
18     Before I begin the interview, I will ask, are
19     you alone.  Now, there's no way to ensure
20     that that's true, granted.  But we're living
21     in the world of Zoom.
22  Q.  Did you ask Tyler to move the camera to show
23     who was in the room during your interview?
24  A.  I did not.
25  Q.  Did you ask Tyler if he had been prepared for

Page 52

1  his interview on January 20th?
2  A.  Yes.
3  Q.  And what was his response?
4  A.  His response was no.
5  Q.  And did you indicate this in your report?
6  A.  I don't believe so.
7  Q.  And in your court did you indicate that Tyler
8     was alone in the room during the interview?
9  A.  I don't believe so.  I don't believe it's
10     represented in the report.
11  Q.  On January 20th, did you have a family
12     observation session with Michel and the
13     children?
14  A.  No, I did not.
15  Q.  The first question that is contained in your
16     report during your interview with Tyler is,
17     what's going on at the house; why did you ask
18     this question?
19  A.  General question, open-ended.  Gives the
20     respondent an opportunity to talk about what
21     is on his mind.
22  Q.  Prior to you asking the question, were there
23     any noises that you were able to hear that
24     prompted the question?
25  A.  Not that I recall.

Page 53

1  Q.  And what was Tyler's response to that
2     question?
3  A.  He indicated that Abby was in a bad mood.
4  Q.  And did Abby's interview with you take place
5     on the same day?
6  A.  Yes.
7  Q.  And did it occur before or after Tyler's
8     interview?
9  A.  I believe it was after.
10  Q.  Did you ask Tyler why Abby was in a bad mood?
11  A.  I don't -- I don't know that I did.
12  Q.  Would it be indicated in your report or your
13     notes if you had asked Tyler why Abby was in
14     a bad mood?
15  A.  It might.
16  Q.  Do you know why Abby was in a bad mood that
17     day?
18  A.  I don't recall.  I don't know that I asked.
19  Q.  Do you know if you asked Abby why she was in
20     a bad mood?
21  A.  I don't recall -- well, this was Tyler's
22     assessment.  I'm not going to hold Abby
23     responsible for a mood that her brother of
24     10 years of age has assessed her to be in.
25  Q.  The next question that you asked of Tyler



Page 54

```
1       relates to the banana incident; do you see
2       that on the page?
3   A.  Yes.
4   Q.  Did Tyler spontaneously bring up the banana
5       incident with you?
6   A.  I don't believe he did.  I believe I was
7       asking him about it.
8   Q.  And how did you learn of the banana incident?
9   A.  It had been reported to me -- I don't recall
10      whether Tyler had -- had initiated it, or
11      whether it was -- whether that information
12      was provided by Michel.  But it was an
13      incident that I wanted some clarification
14      about.
15  Q.  Is it indicated anywhere in your report that
16      Tyler independently brought up the banana
17      incident?
18  A.  I -- I don't believe so.  I don't recall.
19  Q.  If you take a look at your notes from the
20      report from your interview on January 13th
21      and January 20th, do you see anywhere in the
22      report where it indicates that Tyler
23      independently brought up the banana incident?
24  A.  Do you have the notes?
25  Q.  I have the notes.  I'm asking you about your
```

Page 55

```
1       report.
2   A.  Yeah.  I don't believe so.  I believe I
3       initiated the question independently.
4   Q.  When Tyler spoke of the banana incident, did
5       he report vomiting as a result of eating the
6       banana?
7   A.  Uh, I don't believe he did.  I think -- I
8       think he -- he described -- he described it
9       as spitting up.  But I don't believe he used
10      the word vomiting.
11  Q.  Did he use the words throwing up?
12  A.  I don't -- I don't recall.  I don't believe
13      so.
14  Q.  Did he report that he spit it out of his
15      mouth?
16  A.  Yeah.
17  Q.  Did you also speak to Tyler during your
18      interview about Ms. Wan's use of alcohol?
19  A.  Yeah.
20  Q.  And did Tyler spontaneously bring up his
21      mother's use of alcohol with you during the
22      interview on the 20th?
23  A.  I don't believe so.  I believe I was
24      specifically directing his attention to it.
25  Q.  What did Tyler report as to the frequency of
```

Page 56

```
1       his mother's use of alcohol?
2   A.  He downplayed it.
3   Q.  Do you have any independent knowledge
4       regarding Ms. Wan's use of alcohol?
5   A.  I had -- I had been provided with text
6       messages between Michel and Wan, in which Wan
7       reports having been out drinking.  And it was
8       an issue that was raised by Michel, so I
9       wanted to delve into it a little bit.
10  Q.  And what were the dates of those text
11      messages?
12  A.  I honestly do not recall.
13  Q.  Did you speak with Ms. Wan about her use of
14      alcohol?
15  A.  I did not.
16  Q.  Did you speak with anyone other than Michel
17      about Ms. Wan's use of alcohol?
18  A.  I did not.
19  Q.  Did you also discuss with Tyler the situation
20      in Hong Kong, in China?
21  A.  The situation?
22  Q.  The protests, the political atmosphere.
23  A.  Yes.
24  Q.  During your interview with Tyler, did Tyler
25      identify where he got his information about
```

Page 57

```
1       the protests?
2   A.  Um, I don't recall that he specifically
3       identified where he received the information
4       from, whom he received the information.
5   Q.  Did he generally identify where he received
6       the information?
7   A.  I have to be real careful answering that
8       question.  He did not -- I do not believe so.
9       I -- I recall that one of the children
10      indicated that -- that Wan had previously
11      been concerned about expressing about the --
12      the severity of the political problem, and
13      then had modified it.  I believe it was -- I
14      believe that was Abby.
15              But, no, he did not
16      specifically indicate from -- from where he
17      was providing that information.
18  Q.  Did you ask Tyler where he got his
19      information?
20  A.  I don't believe that I did.  I was -- the
21      purpose of my inquiry with Tyler was to
22      determine how politically astute he was, as
23      to what was happening in -- in China, in Hong
24      Kong.  So it wasn't really necessary, from my
25      point of view, to determine where the
```



Page 58

```
 1       information came from, as it was to determine
 2    how much or how little he was aware of the
 3    political situation in China.
 4  Q.   Did you ask Tyler what his father had told
 5    him about the political situation?
 6  A.   I didn't ask specifically who had provided
 7    him with the information.
 8  Q.   And you didn't ask him generally where he had
 9    obtained his information, correct?
10  A.   Correct.
11  Q.   Do you believe the source of his information
12    would be pertinent to your evaluation?
13  A.   No.
14  Q.   Why not?
15  A.   Not necessarily.  Because, as I said
16    previously, I was assessing his general fund
17    of information.  I was not attempting to
18    determine the source of his information.  I
19    wanted to understand whether or not he had
20    any awareness of what the political situation
21    in China was.  That was important to me.
22         So I -- I wasn't as concerned about
23    -- I wasn't concerned at all about the source
24    of the information.
25  Q.   Are you able to assess the accuracy of the
```

Page 59

```
 1       information that Tyler relayed to you?
 2  A.   Well, I can assess whether or not he knows
 3    who the president of China is.
 4  Q.   Outside of that, outside of the president of
 5    China, are you able to assess the accuracy of
 6    the information relayed to you by Tyler?
 7  A.   Well, his information conformed -- I mean, if
 8    his information conformed to the general
 9    conventional knowledge of what is happening
10    in China, then I considered it to be
11    reasonably accurate.  You know, I'm not --
12    I'm -- so, yeah, I would leave it at that.
13  Q.   Do you believe that it has any bearing as to
14    whether or not Tyler obtained his information
15    from Michel or Ms. Wan in this case?
16  A.   No.
17  Q.   During your interview with Tyler on
18    January 13th, did you ask Tyler whether or
19    not he felt unsafe in Hong Kong?
20  A.   I don't recall.  I would have to consult the
21    report.
22  Q.   Could you please consult the report and --
23  A.   Sure.
24  Q.    -- determine if that question was asked?
25  A.   On the 13th?
```

Page 60

```
 1  Q.   Yes, on the 13th.
 2  A.   I do not believe that I broached the subject
 3    on the 13th with Tyler.
 4  Q.   Did you address it on the 20th?
 5  A.   Yes.
 6  Q.   Where in your report is it indicated that you
 7    asked him if he felt unsafe when he was
 8    living in Hong Kong?
 9  A.   Oh, specifically what -- are you asking if I
10    specifically asked him if he felt unsafe?
11  Q.   Yes.
12  A.   No, I don't believe I specifically asked him
13    if he felt unsafe.
14  Q.   Aside from the information that has been
15    provided to you by Michel for this
16    evaluation, do you have any independent
17    knowledge of the situation in Hong Kong?
18  A.   Only what I see on CNN International and some
19    readings from the state department.  Beyond
20    that, I would not consider myself to be
21    particularly, you know, knowledgeable beyond
22    -- beyond that.
23  Q.   During your interview on the 20th with Tyler,
24    did you ask Tyler about how much time he
25    spent with his dad and his mom in Hong Kong?
```

Page 61

```
 1  A.   I don't believe that I did.
 2  Q.   Would you take a look at the bottom of
 3    page 17 of your report.
 4  A.   Oh, I did.
 5  Q.   And during this course of questioning with
 6    Tyler, did you ask Tyler who prepares meals for
 7    him?
 8  A.   I don't recall.
 9  Q.   Is it anywhere in your report?
10  A.   I don't believe so.
11  Q.   Did you ask Tyler who arranged his play dates
12    for him when he was living in Hong Kong?
13  A.   I don't believe so.
14  Q.   Did you ask Tyler who took him to doctor's
15    appointments when he was living in Hong Kong?
16  A.   Specifically, no, I don't believe so.
17  Q.   Did you ask Tyler who helped him when he was
18    sick when he was living in Hong Kong?
19  A.   I do not believe I asked him that specific
20    question.
21  Q.   Did you ask Tyler who took him to and from
22    school during your interviews?
23  A.   I don't believe so.
24  Q.   Did you ask Tyler what he did on the weekends
25    when he was living in Hong Kong?
```



Page 62

1  A.  I don't believe I asked him that specific
2     question.
3  Q.  Did you ask Tyler who took him to his
4     activities in Hong Kong?
5  A.  I asked the general question, how much time
6     do you spend with your mom and your dad, to
7     which Tyler responded, in Hong Kong mommy
8     took us to swimming lessons.  I didn't want
9     to go but mommy said we had to learn.  I
10    would say that's the extent of it.
11 Q.  Did you have any discussions with Tyler about
12    his father returning to Hong Kong?
13 A.  Yes, I believe so.
14 Q.  And what were those discussions?
15 A.  Both children indicated that they did not
16    want to return to Hong Kong without their
17    father.
18 Q.  And what information did they relay to you
19    about whether or not Michel would return to
20    Hong Kong?
21 A.  They -- they had indicated that he did not
22    have plans to return to Hong Kong.
23 Q.  Did you ask Tyler where he got this
24    information?
25 A.  I do not recall that I did.

Page 63

1  Q.  Do you know who provided Tyler with this
2     information?
3  A.  I do not.
4  Q.  Did you have any conversations with Michel
5     about his willingness to return to Hong Kong?
6  A.  Yes.
7  Q.  And what did Michel tell you?
8  A.  Michel indicated that he would not be
9     returning to Hong Kong.
10 Q.  Did Michel indicate whether or not he would
11    visit the children if the children returned
12    to Hong Kong?
13 A.  He did not.  He did not indicate that he
14    would be returning to Hong Kong for any
15    reason at this time.
16 Q.  In documents that Michel provided to you, he
17    indicated that if the children returned to
18    Hong Kong he would not see the children for
19    ten years; is that correct?
20 A.  Something like that.
21 Q.  Did the children report to you that their
22    father would not see them for ten years if
23    the children returned to Hong Kong?
24 A.  I do not recall him using those words
25    specifically.

Page 64

1  Q.  Are you aware if Michel has communicated to
2     the children that he will not see them for
3     ten years if they return to Hong Kong?
4  A.  I do not know for certain.
5  Q.  Did you have any conversations with Tyler
6     about his mother coming to visit him in the
7     United States?
8  A.  I believe I did.
9  Q.  And what was said during these conversations
10    by Tyler?
11 A.  That Tyler would prefer to have both parents,
12    to be able to see both parents.  And both
13    children indicated that they would prefer for
14    their mother to live in the United States so
15    that they could have access to both parents.
16 Q.  Did Michel provide any information to you
17    about why he would not be returning to Hong
18    Kong?
19 A.  Yes.
20 Q.  What did he tell you?
21 A.  He was concerned for his well-being.  That he
22    would be vulnerable if he were to return to
23    Hong Kong.
24 Q.  Aside from the information provided to you by
25    Michel, do you have any independent knowledge

Page 65

1     of any risks that Michel would have if he
2     returned to Hong Kong?
3  A.  Aside from the conventional knowledge that is
4     readily available, I have no deeper insight.
5  Q.  Did Tyler report to you about any visits that
6     he's had with his mother while the case has
7     been pending?
8  A.  Yes.  I believe they visited with her twice
9     at the point that I spoke with them.
10 Q.  Do you think that Tyler being told by his
11    father that his father will not return to
12    Hong Kong if Tyler returns to Hong Kong
13    impacts Tyler's feelings?
14 A.  Impacts feelings.  Can you be more specific?
15 Q.  About staying in the United States versus
16    returning to Hong Kong.
17 A.  I certainly would expect that it would.
18 Q.  How?
19 A.  If a child is being told by a parent that
20    they do not feel safe returning to, in this
21    case, to Hong Kong, then I think that it
22    would certainly -- it would certainly impact
23    the child, and certainly identify an issue
24    and raise a concern.
25 Q.  How do you think that Tyler being told by his



Page 66

1   father that his father will not return to
2   Hong Kong impacts Tyler's statements that he
3   made to you?
4   A.   I'm not sure I understand the question, how
5       it impacts.  If there is something in
6       particular that you're looking for, I'm happy
7       to address it.
8   Q.   First, do you think that Tyler being told by
9       his father that his father will not return to
10      Hong Kong impacts the information that Tyler
11      has provided to you during your interview?
12  A.   Well, I think that it's the responsibility as
13      the parent, of a parent, to provide their
14      child with a realistic appraisal of what they
15      can expect, whether it's good or bad.
16          And it certainly is not a pleasant
17      piece of information being provided to Tyler.
18      But I think that it would certainly have a
19      major impact on a child if a parent were to
20      say that they do not feel safe returning to
21      another country where there is a possibility
22      that child could be going without them.
23          I'm not sure -- it's a very general
24      question, and I'm happy to -- I'd rather be
25      able to answer something more specific, but I

Page 67

1   respect your questions.
2   Q.   Regardless of Michel's feelings about Hong
3       Kong, do you feel that Tyler being told that
4       he will not be able to live with his father
5       if he lives in Hong Kong affects Tyler's
6       statements to you or his feelings?
7   A.   Does it affect his statements to me?
8   Q.   Yes.
9   A.   Statements about what?
10  Q.   Statements about living in the United States
11      versus living in Hong Kong.
12  A.   Sure.  I think that if Michel were to be able
13      to tell, for example, conversely, to tell
14      Tyler that, I feel safe returning to Hong
15      Kong, we're going to all return to Hong Kong,
16      your mother and I may not be together, but we
17      will both be in Hong Kong.  And we will work
18      things out and everything will be fine.  And
19      that would certainly impact him as well.
20          Providing him with realistic
21      information about what he can expect and --
22      is going to modify how he feels, how Tyler
23      feels about where he's going to go and
24      whether or not he would want to go one place
25      or another.

Page 68

1   Q.   Are you aware of any external forces that
2       prohibit Michel was returning to Hong Kong?
3   A.   Yes.
4   Q.   What are those?
5   A.   Well, national security law, which is in
6       effect, is encouraging -- it's encouraging
7       people to in effect anonymously tattle on
8       their neighbors, and provide information that
9       could be seriously harmful to one's
10      well-being.
11          So, yes, I can understand.  I can't
12      imagine anyone who couldn't, in this country,
13      who couldn't understand that.  It's a very
14      scary situation there.  And that's based on
15      the very limited knowledge that I have.
16  Q.   Is Michel prohibited from returning to Hong
17      Kong?
18  A.   It doesn't sound like he is.  I don't know --
19      I don't know that for a fact -- um, I don't
20      know that for a fact.  I am assuming that he
21      could choose to return to Hong Kong.  That's
22      why -- that's why we're all involved in this
23      undertaking, unless I'm -- unless I'm wrong
24      about that.
25  Q.   Are you aware of whether Michel has the

Page 69

1   proper visa to return to Hong Kong?
2   A.   I don't know the specifics of Michel's visa
3       status or passport status.
4   Q.   Did you also conduct clinical interviews with
5       Abby?
6   A.   Yes.
7           THE WITNESS:  May I use the
8       restroom for a moment?  Can I take a break.
9           MS. SENDEK:  Certainly.
10          (Short break.)
11  BY MS. SENDEK:
12  Q.   We were getting into the interviews that you
13      conducted with Abby.  Did you speak with Abby
14      on January 13, 2021?
15  A.   I did.
16  Q.   And where did this interview occur?
17  A.   At the home, at Michel's home.
18  Q.   And where were you?
19  A.   I was in my office.
20  Q.   And was anyone present with you during the
21      interview?
22  A.   Present with me, not -- not in my office.
23      But Dr. Thakkar was on the Zoom call as well.
24  Q.   Were there any other individuals on the Zoom
25      call?



Page 70

1   A.  No.
2   Q.  And you said that Abby was at her house?
3   A.  Correct.
4   Q.  And what room was Abby in?
5   A.  I believe she was in the family room.
6   Q.  And was Michel in the room?
7   A.  No.
8   Q.  Did Abby move the camera to show you who was
9       in the room --
10  A.  No.
11  Q.  -- during the interview?
12  A.  No.
13  Q.  What was the approximate length of your
14      interview with Abby on the 13th?
15  A.  Approximately half an hour to 45 minutes.
16  Q.  What safeguards did you take for Abby to
17      ensure that her conversations with you were
18      not being overheard by her father?
19  A.  I -- I asked for Michel's assurance, and
20      asked Abby if she was alone.
21  Q.  Is it indicated anywhere in your report for
22      your interview with Abby on the 13th that she
23      was alone?
24  A.  Does it indicate that I specifically asked
25      her?  I -- I don't believe so.

Page 71

1   Q.  Does your report indicate whether or not she
2       was alone?
3   A.  The report does not specifically indicate
4       that she is alone, no.
5   Q.  Do your notes indicate that she was alone?
6   A.  I -- I don't know.  Perhaps.  But unlikely.
7   Q.  Do you have your notes in front of you?
8   A.  I do not.
9   Q.  I'm showing you your notes from January 13th
10      during your interview with Abby; do you see
11      anywhere in your notes that indicate that
12      Abby was asked if she was alone?
13  A.  I do not.
14  Q.  Did you ask Abby during the interview if she
15      had been prepared by Michel for her
16      conversations with you?
17  A.  Yes.
18  Q.  Is that indicated in your report?
19  A.  No, it is not.
20  Q.  In looking at your notes, should still be on
21      the screen, is that indicated anywhere in
22      your notes?
23  A.  No, it does not.
24  Q.  Did you conduct another interview with Abby
25      after January 13th?

Page 72

1   A.  Yes.
2   Q.  When did that occur?
3   A.  January 20th.
4   Q.  Where did this interview take place?
5   A.  Also in the home.
6   Q.  And were you interviewing her over Zoom?
7   A.  Yes, all of the interviews were on Zoom
8       platform.
9   Q.  And where was Abby during the interview?
10  A.  Same place.
11  Q.  The family room?
12  A.  Yes.
13  Q.  And on the 20th did you have an observation
14      session with the family?
15  A.  No, I did not.
16  Q.  When did your observation session with the
17      family occur?
18  A.  Oh, I did have an observation session with
19      the family, I'm sorry.
20  Q.  On the 20th?
21  A.  Correct.
22  Q.  And did the observation session occur before
23      or after your interview with Abby?
24  A.  The observation session was before.
25  Q.  Where did the observation session take place?

Page 73

1       Was that in the family room as well?
2   A.  Yes.
3   Q.  And Abby's interview was after Tyler's,
4       correct?
5   A.  Correct.
6   Q.  What safeguards did you take during your
7       interview with Abby on the 20th to ensure
8       that her conversations with you were not
9       overheard by her father?
10  A.  I asked for reassurance that both Tyler and
11      Michel had left the room, and it certainly
12      appeared that they had.
13  Q.  When you meet -- outside of this case, when
14      you conduct evaluations in your office, do
15      you typically conduct the interview with a
16      parent in the room?
17  A.  No.
18  Q.  How do you conduct an interview when you are
19      doing it in your office?
20  A.  I have -- I have the parents and the
21      children, if there are other children,
22      retired to the waiting room, and I interview
23      them in my office.
24  Q.  So during the interview it would just -- is
25      it typical that it would be just be you and



Page 74

1  the child that you're speaking with?
2  A.  No, I would also have Dr. Thakkar present to
3      take notes.
4  Q.  Anyone else in the room typically?
5  A.  No.
6  Q.  And how long was your interview with Abby on
7      the 20th?
8  A.  Approximately 30 minutes to 45 minutes.
9  Q.  Did you ask Abby whether or not she had been
10     prepared for her interview by her father?
11 A.  Yes.
12 Q.  And is that indicated in the report?
13 A.  I don't believe so.
14 Q.  Is it indicated in your notes?
15 A.  I don't believe so.
16 Q.  During your interview -- Tyler had previously
17     reported that Abby was in a bad mood; did you
18     have any discussions with Abby about her mood
19     during the interview?
20 A.  No, I don't believe so.  I don't believe I
21     did.
22 Q.  Why not?
23 A.  Because I didn't think it was wise to
24     approach her by saying, your older brother
25     indicates that you're in a bad mood, can you

Page 75

1      explain to me why you're in a bad mood, or is
2      there any truth to that.  I didn't think that
3      was constructive nor politic at the time.
4  Q.  Did you have any discussions with Abby about
5      discipline in the home?
6  A.  Yes.
7  Q.  And Abby indicated that her dad yells at her;
8      is that correct?
9  A.  Correct.
10 Q.  Did you ask any follow-up questions about
11     when her father yells at her?
12 A.  No.
13 Q.  Did you ask her when her father yells at her?
14 A.  No.
15 Q.  Did you ask her how it makes her feel when
16     her father yells at her?
17 A.  No.
18 Q.  Did you have any conversations with Abby
19     about her mother's use of alcohol?
20 A.  Yeah.
21 Q.  And did Abby spontaneously bring up this
22     issue with you?
23 A.  I don't believe so.  I believe I addressed it
24     with her.
25 Q.  And you asked her a specific question whether

Page 76

1      or not her mom drinks wine or beer, correct?
2  A.  I recall that she answered -- I asked if she
3      knew what she was drinking at the time that
4      she was vomiting, the time her mother was
5      vomiting.  And Abby said it was more like
6      wine.
7  Q.  Is that contained in your report?
8  A.  Um, yes.  Yes.
9  Q.  Where?
10 A.  Page 21.
11 Q.  Where does it indicate that Abby said that
12     her mother was drinking wine when she
13     vomited?
14 A.  Well, it states about two-thirds down the
15     page, examiner asked, can you tell me about
16     the time she vomited, and Abby said she
17     vomited twice at different times, not on the
18     same day.  And I asked, do you recall if she
19     was drinking at that time, and Abby stated
20     the following, more like wine.
21 Q.  And then she said, but I don't know?
22 A.  But I don't know.  She drinks wine.
23 Q.  Why did you ask Abby about her mother's use
24     of alcohol?
25 A.  Because the -- well, there were indications

Page 77

1      that -- that her mother did drink.  But
2      because this is a hate case, the -- the
3      concern is for the endangerment of children.
4      So I was specifically targeting issues as --
5      that could potentially pose an endangerment
6      to children.
7          So the focus of a number of my
8      questions were for the sole purpose of
9      determining potential for endangerment.
10         You asked me previously about many
11     other questions that I could have asked
12     about, taking children to activities and that
13     sort of thing.  And in the course of a normal
14     typical custody evaluation, I most certainly
15     would.
16         But in this case I was looking --
17     to answer your question specifically, I'm
18     just giving it some context, and I will not
19     continue to rattle on.  As somebody who
20     specializes in addictions, as I do, and have
21     written book chapters and so forth, I was
22     concerned that alcohol could potentially
23     represent a form of endangerment.  So I very
24     specifically targeted that question,
25     especially after having read some of the --



Page 78

1   some of the text messages that had been sent
2   from Wan to Michel indicating that she had
3   missed the train because of drinking and
4   socializing, that sort of thing.  I -- I was
5   pursuing that line of questioning for that
6   reason.
7  Q.  And you said that there were indications of
8   the children's mother's use of alcohol.
9   Where did these indications come from?  Where
10  did you receive this information from?
11 A.  I received the information from the text
12  messages provided to me by Michel.
13 Q.  And typically when assessing whether or not
14  there is a danger to children through the use
15  of alcohol, do you speak with other
16  individuals that are involved with the
17  family?
18 A.  Sometimes.
19 Q.  Who would you speak to?
20 A.  Well, I don't think I can answer that
21  question out of content.  When conducting a
22  custody evaluation, I have access to -- I
23  have access to information provided by both
24  parties.  And I am free to -- to investigate
25  and inquire, make inquiries to both parties

Page 79

1   for all kinds of information.
2       In this case, this was -- that was
3   not the scope of this case.  This -- this
4   case was, as I understand it, and I've been
5   involved in other hate matters, the purpose
6   is to determine endangerment to children.
7   That's what the court is concerned about.
8       So I take the information that is
9   provided to me.  Understanding that it is
10  limited, no doubt.
11 Q.  And in this case the information provided to
12  you came from Michel and his attorneys,
13  correct?
14 A.  Correct.
15 Q.  Did you discuss the banana incident with
16  Abby?
17 A.  Yes, I -- I broached it with her, but she
18  didn't have much of an answer.  She didn't --
19  she either didn't recall or didn't care to
20  respond.
21 Q.  And did Abby spontaneously bring up the
22  banana incident with you during her
23  interview?
24 A.  I don't believe so.  I believe I initiated
25  it.

Page 80

1  Q.  And did Abby independently bring up whether
2   or not Tyler was punished for this incident?
3  A.  Um, I don't recall.  I would have to look at
4   it. Let's see.  No, I initiated that.
5  Q.  And you only spoke with Michel about the
6   banana incident, right?
7  A.  And Tyler.
8  Q.  Do you know if any of their friends were
9   present when this incident occurred?
10 A.  I -- I don't recall.
11 Q.  Do you know where Michel was during the time
12  that this incident occurred?
13 A.  I don't believe he was present, but I'm not
14  sure.
15 Q.  Do you know if he was at the house?
16 A.  I don't recall -- I don't believe I -- I -- I
17  have that information.
18 Q.  Did you ask him for that information?
19 A.  I don't recall.
20 Q.  Did you speak with Abby about the political
21  situation in China during your interview?
22 A.  Yes.
23 Q.  Did you ask Abby what she had been told about
24  the situation by her mother?
25 A.  Yes.

Page 81

1  Q.  And what did Abby relay to you?
2  A.  She indicated that she understood that you
3   can't say anything bad about the government
4   or the communists.  And she believes that you
5   can't -- you cannot say that you dislike the
6   communists.
7  Q.  Did you ask Abby what she had been told by
8   her father about the political situation?
9  A.  I don't believe I made a differentiation with
10  regard to the source of the information.
11 Q.  Do you believe that the source of the
12  information has any bearing on Abby's
13  statements to you during the course of your
14  evaluation?
15 A.  My takeaway was that this was general
16  information that both she, in this case, Abby
17  was aware of, that it was common knowledge,
18  after all they lived in China, so it's a way
19  of life there.  So I did not -- I mean, I
20  believe that she accurately represented that
21  -- that her mother has told her not to say
22  anything about the government.
23      I didn't -- it didn't really matter
24  to me.  My -- what was of concern to me was
25  her general fund of knowledge about the state



Page 82

1    of political affairs in China.
2    Q.  So you were concerned with whether or not
3       Abby had information about the state of
4       political affairs, correct?
5    A.  Yes, and whether or not it -- and if I could
6       glean, and I was able to, whether or not
7       there had been any prohibition placed against
8       her for discussing it.  And that, you know,
9       that was apparent based on the interview.
10   Q.  And in reaching your opinions in this case,
11      it had no bearing on where Abby obtained that
12      information, whether it came from her mother
13      or her father, correct?
14   A.  Not if it's a statement of fact, no.
15   Q.  Did you speak to Ms. Wan at all about what
16      she had conveyed to Abby about the political
17      situation in China?
18   A.  I did not.
19   Q.  Did you ask Abby whether or not she felt
20      unsafe when she was living in Hong Kong?
21   A.  I'm sorry, I didn't hear that.
22   Q.  Did you ask Abby whether or not she felt
23      unsafe when she was living in Hong Kong?
24   A.  No, I did not.
25   Q.  Why not?

Page 83

1    A.  Because I wouldn't take that -- I wouldn't
2       consider that to be very valuable
3       information.  She's an -- she's an 8-year old
4       child, and whether or not she felt -- that's
5       a question that I believe is beyond her
6       ability to make a reasonable abstraction
7       about.  It would have been a fruitless -- I
8       think it would have been a fruitless line of
9       questioning.
10              I mean, conceivably they can
11      feel safe in an area that they shouldn't, and
12      can feel unsafe in an area that she should.
13      So I think that's -- that's beyond -- it's a
14      question that in this particular -- in the
15      consideration of this specific question of
16      endangerment, is not relevant.
17   Q.  Okay.  Did you have any conversations with
18      Abby about nightmares that she had been
19      having, on January 20th?
20   A.  Yes.
21   Q.  And did Abby independently bring up the issue
22      of nightmares with you?
23   A.  I don't believe she did.
24   Q.  Where did you obtain your information that
25      she had been having nightmares?

Page 84

1    A.  I believe it was during a discussion with
2       Michel about how he experienced -- how he
3       perceived the children were doing, and he had
4       reported that she had had some sleep
5       difficulties and reported some nightmares.
6              So that's considered rich material
7       for a psychologist.  So I'm interested always
8       interested in hearing about someone's dreams
9       or nightmares.
10   Q.  And what did Michel tell you about Abby's
11      nightmares?
12   A.  I believe that he said she was having
13      difficulty sleeping and she was upset about
14      some dreams she was having, and they appeared
15      to be nightmares.  I don't recall any --
16      anything else that was specific about the
17      content of the dreams.
18   Q.  And was this a telephone conversation that
19      you had with Michel?
20   A.  I don't recall whether it was -- I don't
21      remember -- well, no, I didn't have telephone
22      conversations with Michel.  So, unless it
23      involved something -- I don't think I even
24      had any conversations with him regarding
25      scheduling, I believe that was all conducted

Page 85

1    by Dr. Thakkar.
2              So, no it might have been in
3       passing, you know, in the process of
4       scheduling for -- or entering this particular
5       -- this particular day of interviews.  I
6       don't recall.
7    Q.  Why was information about Abby's nightmare
8       that Michel reported to you not included in
9       your file?
10   A.  I would have to answer that by saying I don't
11      know.
12   Q.  Is there anything that would refresh your
13      memory?
14   A.  No.  I think it was in the process of
15      beginning the interviews for the day, on the
16      20th, and so I would say informally -- I
17      think you have a sense for me at this point.
18      Okay.  How are the kids doing today.  Are
19      they okay?  Are they ready to, you know, be
20      interviewed?  And he would have shared that
21      information at that time.
22              So it wouldn't have made it to --
23      necessarily made it to the notes.
24   Q.  Did you have any conversations with Abby
25      about her friends and school in Hong Kong?



Page 86

1  A.  Yes.
2  Q.  And did Abby relay to you that she fits in
3     better in Hong Kong, during your interview on
4     the 20th?
5  A.  Yes, she did use those words.
6  Q.  And did you ask her why she fit in better in
7     Hong Kong?
8  A.  I -- I don't believe so.
9  Q.  Why not?
10 A.  I don't -- well, because I don't believe that
11    it was appropriate with regard to the flow of
12    the conversation.
13 Q.  Did Abby also state that school in Hong Kong
14    is better, during your interview on the 20th?
15 A.  She indicated that she fit in better.  This is --
16    used the words I fit in better.  This is --
17    yeah.
18 Q.  And she also said school in Hong Kong is
19    better, correct?
20 A.  Well, she indicated that school was better in
21    Hong Kong, but I -- I was also apprised of
22    other information about difficulty with
23    Chinese, and that she doesn't play with
24    anyone in school.
25 Q.  Did you ask Abby --

Page 87

1  A.  During her recess she sits in a corner and
2     eats snacks.  But this was her -- this was
3     the response of an 8-year old girl in that
4     context.
5  Q.  Did you ask Abby why school was better in
6     Hong Kong?
7  A.  Fitting in better, I -- I don't -- no, I did
8     not.
9  Q.  Where did you obtain the information that she
10    was sitting alone at recess or not
11    socializing with her friends at her school in
12    Hong Kong?
13 A.  There was something in either a text or some
14    writing that I had received from Michel
15    indicating that.
16 Q.  Did you have any other documents or writings
17    that indicated that, for example, from the
18    children's school in Hong Kong?
19 A.  I do not recall.
20 Q.  Did you review any documents from the
21    children's school in Hong Kong?
22 A.  I don't recall.
23 Q.  Are they identified on page 4 of your report?
24 A.  I don't recall.
25 Q.  On page 4, are there any documents in your

Page 88

1     list that reference documents that came from
2     the children's school in Hong Kong?
3  A.  Extra school educational support.
4  Q.  Was that from the children's school in Hong
5     Kong?
6  A.  I believe so.  I'm blanking on that right
7     now.
8  Q.  So we would have to refer back to the
9     document, is that what you're saying?
10 A.  Yes, I would have to see it.
11 Q.  Did you have any discussions with Abby about
12    staying in the United States or returning to
13    Hong Kong?
14 A.  Yes.
15 Q.  And what did Abby report to you?
16 A.  She reported that she would prefer to -- she
17    would prefer to stay with both of her
18    parents, and she would prefer to stay in
19    Chicago.
20       She said, if my mom was in Chicago
21    and my daddy stays here with me and we go
22    back and forth, that would be okay.
23 Q.  What did Abby report that she would miss
24    about Hong Kong if she did not return?
25       It's in the middle of the page, if

Page 89

1     that would help you, on page 24.
2  A.  The only thing she would miss about Hong Kong
3     is my mommy or my friends.
4  Q.  Did you ask her why she would miss her
5     mother?
6  A.  No.
7  Q.  Did Abby -- did you have any conversations
8     with Abby about whether or not her father
9     would return to Hong Kong?
10 A.  She indicated that her father would not
11    return to Hong Kong, and indicated that --
12 Q.  Where did Abby get this information?
13 A.  I don't know.  But it was accurate.
14 Q.  Why do you assume it's accurate?  Based on
15    your conversation with Michel?
16 A.  Yes.  And the reason why we are here today.
17 Q.  Did Abby report whether or not her father
18    would come visit them if they returned to
19    Hong Kong?
20 A.  She indicated that he would not because it is
21    dangerous.
22 Q.  Do you think that Abby being told by her
23    father that he will not return to Hong Kong
24    even if she returns to Hong Kong, has an
25    effect on Abby's statements to you during the



Page 90

1    course of this evaluation?
2  A.  I mean I'm -- respectfully, I'm going to need
3      a little more specificity than that.
4  Q.  If a child is being told by one parent that
5      they will not come visit them if they move to
6      a different area, would that impact what the
7      child -- how the child feels about the
8      situation?
9  A.  Sure.
10 Q.  How?
11 A.  If in this -- it's lot easier to speak in
12     specifics.  If a parent says, I cannot return
13     with you to a place that's dangerous for me,
14     then it certainly will influence how the
15     child perceives the situation.
16 Q.  And does it impact the child's statements
17     about where they wish to live if they are
18     told that one parent will live in the same
19     place as them?
20 A.  I think that would depend on the child.  I
21     took -- I believe that these children were
22     very forthright about what their preferences
23     were.
24         I have spoken with many children,
25     and I believe that if they're -- I believe

Page 91

1      that what they -- I mean, I believe what they
2      represented was very accurate.  So I don't
3      think it was influenced in this particular
4      case.
5  Q.  You think the children being told that if
6      they return to Hong Kong by their father,
7      that their father will not return to Hong
8      Kong, does not influence the child's
9      statements to you?
10 A.  The child's statements about what?
11 Q.  About their preference in living in the
12     United States versus Hong Kong.
13 A.  I think that with these particular kids, if
14     these kids really were committed to going
15     back to Hong Kong, they would have indicated
16     so.  And I don't think it necessarily would
17     have influenced -- that -- it wouldn't
18     necessarily have influenced their
19     preferences, whether or not Michel -- I don't
20     think we can make a -- that's -- I think that
21     that's too simplistic, really.
22         So I have to answer that, only
23     because I can't accept the form of the
24     question, because it's asking me to be very
25     specific about a question -- you're asking

Page 92

1      for a very specific answer to a very specific
2      question.
3          I would have to say no because of
4      the form of the question.
5  Q.  Do you know if the children have been told
6      that their mother can live in the United
7      States?
8  A.  Pardon me?
9  Q.  Do you know if the children have been told
10     that their mother can live in the United
11     States if they stay here?
12 A.  I don't know that they were specifically told
13     that.
14 Q.  Did you make the suggestion to Abby during
15     your interview on the 20th?
16 A.  Suggestion of what?
17 Q.  Their mother living in Chicago while their
18     dad stays in downstate Illinois.
19 A.  I -- I wouldn't have suggested that per se.
20 Q.  Did you ask Abby -- in the context of asking
21     Abby about if her dad did not return to Hong
22     Kong, Abby responded that she would be sad.
23     You then asked, what if your mother stayed in
24     Chicago, correct?
25 A.  Yes.

Page 93

1  Q.  Had it been suggested to the children prior
2      to your statement to them that their mother
3      could move to the United States?
4  A.  I was asking -- I was inquiring about her
5      sadness.  I was attempting to assess what
6      contributed to her sadness, and I was
7      offering her a hypothetical.  I wasn't in any
8      way stating a fact.
9  Q.  So this information -- do you have any
10     knowledge as to whether or not Michel has
11     told the children that their mother should
12     move to the United States?
13 A.  I -- I don't have any specific information to
14     that effect.
15 Q.  So during your interview on the 20th with
16     Abby, she indicated at that she would be sad
17     if her mother was not here and the --
18 A.  I did hear the last part.
19 Q.  -- and the children continued to live here,
20     correct?
21 A.  Can you state the whole question?  Repeat the
22     whole question.
23 Q.  During your interview on the 20th with Abby,
24     Abby said that if she stays in Illinois, that
25     she would be sad and miss her mother,



## Page 94

1 correct?
2 A. Correct.
3 Q. Did you discuss the political situation in --
4 I apologize.
5     Moving to the political situation
6 in Hong Kong portion of your report. On
7 page 25 you state, that authorities can
8 curtail protests and freedom of speech using
9 the law using as a catch-all offense in
10 politically motivated prosecutions with
11 potentially heavy penalties, including a
12 maximum sentence of life in prison. Do you
13 see that statement, third -- or second
14 paragraph -- second sentence of the second
15 paragraph?
16 A. Yes.
17 Q. What information did you rely upon for this
18 statement?
19 A. You know, there were a couple of articles I
20 relied on that I can provide you, I do not
21 have them.
22 Q. Are those in addition to what you outlined on
23 page 4 of your report?
24 A. I believe so. I believe so.
25 Q. And were these articles that you obtained

## Page 95

1 independently or were they from Michel?
2 A. Independently. Can I go look to see if I --
3 excuse me for a moment. Let me see if I can
4 find them.
5     (Off-the-record.)
6     THE WITNESS: You know, I can't
7 locate them, but I'm sure that I can provide
8 them to you within 24 hours.
9     MS. SENDEK: Okay.
10 BY MS. SENDEK:
11 Q. So you have identified some conversations
12 that you had with Michel, some articles that
13 you've relied upon that you obtained
14 independently, and some psychology articles
15 that you relied upon on your report, all of
16 which were not indicated in your report. Is
17 there any other information that you relied
18 upon that has not been disclosed?
19 A. I don't believe so. But again I will -- I
20 will absolutely provide them to you.
21 Q. A little bit further down in that paragraph
22 you state, the law allows investigating
23 authorities to search properties, restrict or
24 prohibit travel, freeze or confiscate assets,
25 censor online content, and engage in covert

## Page 96

1 surveillance, including intercepting
2 communications.
3     What information did you rely upon
4 in making that conclusion?
5 A. Again, there were a couple of articles that I
6 cannot -- cannot recall the titles of at this
7 point.
8     I'm happy to provide those to you.
9 Q. These articles were not disclosed in your
10 production; is that correct?
11 A. I guess they were an oversight.
12 Q. And you're aware that under the Federal Rules
13 of Civil Procedure that you were to tender
14 all documents that you relied upon in
15 preparing your report at the time that you
16 tendered your report, correct?
17 A. Correct.
18 Q. And you did not do this?
19 A. Uh, apparently. Much of what I relied upon
20 was, as I had indicated -- anyway, no, I -- I
21 -- that was -- I -- I don't know why these
22 were not listed, but I will provide those to
23 you.
24 Q. Do you have any firsthand knowledge of
25 authorities searching properties in Hong

## Page 97

1 Kong?
2 A. Firsthand knowledge, no.
3 Q. Do you have any firsthand knowledge of travel
4 being restricted or prohibited in Hong Kong?
5 A. I have no firsthand knowledge of any of it.
6 Q. Do you have any firsthand knowledge of tear
7 gas, physical and sexual violence, fire, and
8 rubber bullets, being used in Hong Kong
9 against the protestors?
10 A. I have no firsthand knowledge of anything
11 happening in China.
12 Q. What did you rely upon in concluding about
13 the use of violence that's taking place in
14 Hong Kong?
15 A. I relied upon the articles.
16 Q. Are these the articles that have not been
17 disclosed?
18 A. Correct.
19 Q. You also state that there have been mass
20 arrests under the suspicion of violating the
21 national security law; do you see that
22 portion of your report?
23 A. Yes.
24 Q. And you go on to say that some individuals
25 have been detained and could face life



Page 98

1   imprisonment based solely on social media
2   posts.
3           Do you have any firsthand knowledge
4   of these mass arrests?
5   A.   I do not.
6   Q.   What individuals are facing life
7   imprisonment, who?
8   A.   I have no firsthand knowledge.
9   Q.   Do you have any knowledge of any individuals
10  facing life imprisonment?
11  A.   Any specific individuals?
12  Q.   Yes.
13  A.   No.
14  Q.   When did the mass arrests occur?
15  A.   I do not know.
16  Q.   What were the content of the social media
17  posts?
18  A.   I do not know.
19  Q.   What information did you rely upon in
20  including this statement in your report?
21  A.   Sorry, can you repeat the question?
22  Q.   What information did you rely upon when you
23  included this statement in your report?
24  A.   I relied on the articles that I will produce
25  for you.

Page 99

1   Q.   These articles were not previously disclosed,
2   correct?
3   A.   Correct.
4   Q.   Are you aware of whether or not the children
5   have social media accounts?
6   A.   I am not.
7   Q.   Do you know if the children had social media
8   accounts when they were living in Hong Kong?
9   A.   I do not know.
10  Q.   In the bottom paragraph on page 25 of your
11  report, the first sentence, you state, the
12  continuously fluctuating political unrest in
13  Hong Kong makes it impossible to guarantee
14  the safety of Michel's children should they
15  return to Hong Kong; do you see that
16  sentence?
17  A.   Yes.
18  Q.   Do you believe that, if the safety of the
19  children cannot be guaranteed, that this is
20  considered a grave risk to the children?
21  A.   Yes.
22  Q.   Why?
23  A.   I'm sorry, can you repeat that?
24  Q.   You said that if safety cannot be guaranteed
25  this is a grave risk to the children; is that

Page 100

1   a correct statement?
2   A.   Yes, if safety -- it's inherently correct.
3   Q.   And why do you believe that this is a grave
4   risk?
5   A.   If safety cannot be guaranteed it is a grave
6   risk.
7   Q.   Do you believe that the children's safety can
8   be guaranteed in the United States?
9   A.   I believe that there are different safety
10  concerns.
11  Q.   Can the children's safety be guaranteed in
12  the United States?
13  A.   I believe that the safety -- we're -- we're
14  comparing apples and oranges here.
15  Q.   No.  I'm specifically asking you if you
16  believe that the children's safety in the
17  United States can be guaranteed.  I'm not
18  asking you to compare it to Hong Kong.  I'm
19  asking you whether or not there's a guarantee
20  of safety if the children remain in the
21  United States?
22  A.   There's no guarantee of safety for anyone.
23  Q.   What are the safety concerns that you believe
24  exist if the children remain in the United
25  States?

Page 101

1   A.   Where do I begin?  I mean, how much time do
2   we have?
3   Q.   I've got all night.
4   A.   Well, me too.  The safety concerns involving
5   -- I mean, all the safety concerns that I
6   think that we would all agree upon.  Safety
7   with regard to individuals who could
8   potentially do harm; safety with regard to
9   traffic; safety with regard to machinery;
10  safety with regard -- but I don't believe
11  that the -- and I think that -- that any --
12  any -- any logical -- any individual who is
13  considering the differences between China and
14  the United States can understand that there
15  are -- there are political perils in China
16  that do not exist in the United States.
17  Q.   Further down in that paragraph, you reference
18  that nearly 100 children were arrested for
19  protesting in May of 2020; do you see that?
20  A.   Yes.
21  Q.   Where did these arrests take place?
22  A.   I don't have a specific location for you.
23  Q.   Where did the protests take place?
24  A.   I don't have a specific location of the
25  protests.



Page 102

1  Q.  What were the ages of the individuals that
2      were arrested?
3  A.  I don't have that for you.
4  Q.  Are you aware if any of the individuals that
5      were arrested were students, university
6      students?
7  A.  I do not.
8  Q.  Are you aware that in China a child is
9      defined as anyone under the age of 18?
10  A.  Uh, not specifically.
11  Q.  What did you rely upon in including in your
12      report that nearly 100 children were arrested
13      in May of 2020?
14  A.  I relied on an article.
15  Q.  And is that an article that has not been
16      disclosed by you?
17  A.  Correct.
18  Q.  You also referenced the US Department of
19      State Travel Notice that's in place for Hong
20      Kong.  Do you recall that portion of your
21      report?
22  A.  Yes.
23  Q.  Did you review the travel notice?
24  A.  I did.
25  Q.  Is that indicated on page 4 of your report?

Page 103

1  A.  I don't believe so.
2  Q.  And that advisory is in place for US
3      citizens, correct?
4  A.  I do not recall.
5  Q.  Do you know whether or not Michel and the
6      children have dual citizenship?
7  A.  They do.
8  Q.  And you reference in your report that despite
9      the fact that they have dual citizenship,
10      that the kids could be prevented from
11      receiving services from the U.S. Embassy; do
12      you see that portion of your report?
13  A.  Yes.
14  Q.  Are you aware of any instances of this
15      occurring?
16  A.  I'm not.
17  Q.  What did you rely upon in including this
18      statement in your report?
19  A.  I relied on the articles that I will provide
20      to you.
21  Q.  Do you believe that there are any political
22      perils in the United States that do not exist
23      in China?
24  A.  I would certainly think so.
25  Q.  What are they?

Page 104

1  A.  I can't think of them offhand.  I would need
2      some time to think about that.
3  Q.  During your conversations with Michel for
4      this evaluation, were you advised of any help
5      that the family had at home in Hong Kong?
6  A.  Yes.
7  Q.  What's your understanding of the help that
8      the family had?
9  A.  That there was a nanny present in the house.
10  Q.  And when was she hired?
11  A.  I don't recall that.
12  Q.  Do you know whether or not the nanny lived
13      with the family or lived outside of the home?
14  A.  I -- I can't be certain.
15  Q.  Do you have any knowledge about where the
16      nanny lived?
17  A.  I do not.
18  Q.  Do you know when the nanny started with the
19      family?
20  A.  I do not.
21  Q.  Do you know if the nanny was still helping
22      the family when Michel left with the children
23      in July of 2020?
24  A.  I do not know for sure.
25  Q.  Do you believe that she was still helping the

Page 105

1      family when they left in 2020 or do you have
2      no knowledge about this?
3  A.  I believe she was but I have no knowledge.  I
4      can't state that with any certainty.
5  Q.  Did you discuss with Michel his employment
6      history during the course of the party's
7      marriage?
8  A.  I did.
9  Q.  And what's your understanding as to when
10      Michel began his self-employment position?
11  A.  I'm not exactly certain, I believe it was
12      around 2015.  I would have to review the
13      history.  I believe he began working from
14      home in December of 2015.
15  Q.  And during the time that Michel was working
16      from home, did the family have assistance of
17      the nanny?
18  A.  I believe so.
19  Q.  On page 26 of your report, in the first
20      paragraph after the heading, Affects of
21      Losing a Parent, you state, losing access to
22      Michel could be particularly difficult for
23      his children because he has acted as the
24      primary caregiver for the past several years;
25      do you see that statement?



| Page 106 |
|---|
| 1   A. Yes. |
| 2   Q. How do you identify primary caretaker? |
| 3   A. That he has been present at home with the |
| 4      children attending to their needs, while his |
| 5      wife worked outside of the home. |
| 6   Q. Did you have any conversations with the |
| 7      children about who planned their meals? |
| 8   A. I don't believe so. |
| 9   Q. Did you have any conversations with Michel |
| 10     about who planned their meals? |
| 11   A. I don't believe so. |
| 12   Q. Did you have any conversations with anyone |
| 13     else about who planned the children's meals? |
| 14   A. Not that I recall, no. |
| 15   Q. Are you aware of who prepared the children's |
| 16     meals? |
| 17   A. I am not. |
| 18   Q. Are you aware of whether Michel would eat |
| 19     meals with the children? |
| 20   A. I cannot state with certainty. |
| 21   Q. Do you have any knowledge about who ate meals |
| 22     with the children during the week? |
| 23   A. I do not. |
| 24   Q. Do you have any knowledge as to who ate meals |
| 25     with the children during the weekends? |

| Page 107 |
|---|
| 1   A. I do not. |
| 2   Q. Do you have any knowledge as to who scheduled |
| 3     the children's doctor appointments when they |
| 4     were living in Hong Kong? |
| 5   A. I believe that it was -- both parents were |
| 6     involved in that. |
| 7   Q. And who provided you with that information? |
| 8   A. I do not recall. |
| 9   Q. Do you know who would prepare the meals for |
| 10     the children when the nanny was not working? |
| 11   A. I do not. |
| 12   Q. Do you know who took the children to their |
| 13     doctor's appointments? |
| 14   A. I believe both parents did. |
| 15   Q. And where did you obtain that information? |
| 16   A. I do not recall. |
| 17   Q. Did you have any conversations with the |
| 18     children as to whom took them to their doctor |
| 19     appointments in Hong Kong? |
| 20   A. I did not. |
| 21   Q. Do you know who cared for the children when |
| 22     they were sick? |
| 23   A. I do not recall. |
| 24   Q. Did you ask the children who cared for them |
| 25     when they were sick? |

| Page 108 |
|---|
| 1   A. I did not. |
| 2   Q. Did you ask Michel who cared for the children |
| 3     when they were sick? |
| 4   A. I do not believe I did. |
| 5   Q. Who put the children to bed when they lived |
| 6     in Hong Kong? |
| 7   A. I can't say with certainty. |
| 8   Q. Do you have any knowledge about who put the |
| 9     children to bed when they lived in Hong Kong? |
| 10   A. I do not know. |
| 11   Q. Who would tend to the children when they woke |
| 12     up at night due to a nightmare when they |
| 13     lived in Hong Kong? |
| 14   A. I don't know. |
| 15   Q. Who wakes up in the children in the morning |
| 16     when they lived in Hong Kong? |
| 17   A. I do not have an answer for you. |
| 18   Q. Did you ask Michel to provide this |
| 19     information? |
| 20   A. I don't believe so. |
| 21   Q. Did you ask the children who wakes them up in |
| 22     the morning? |
| 23   A. I did not. |
| 24   Q. Do you know who lays the clothes out for the |
| 25     children each morning? |

| Page 109 |
|---|
| 1   A. I do not. |
| 2   Q. What were the children's social activities in |
| 3     Hong Kong? |
| 4   A. Tyler played baseball. And I believe that |
| 5     Abby did as well. She -- I believe they |
| 6     played rugby, well, she -- I believe that |
| 7     Abby did not enjoy rugby. Swimming. |
| 8   Q. Who took the children to baseball when they |
| 9     lived in Hong Kong? |
| 10   A. I believe both parents did. |
| 11   Q. Who took the children to rugby when they |
| 12     lived in Hong Kong -- who took Abby to rugby? |
| 13   A. I don't recall. I don't know that I ever |
| 14     knew that. |
| 15   Q. Did you know that Abby was player of the year |
| 16     for rugby when she lived in Hong Kong? |
| 17   A. I did not know that. |
| 18      (Off-the-record discussion.) |
| 19   BY MS. SENDEK: |
| 20   Q. Who scheduled the children's activities for |
| 21     them when they lived in Hong Kong? |
| 22   A. I -- I can't be certain of that. |
| 23   Q. Do you have any knowledge of who scheduled |
| 24     the children's activities? |
| 25   A. I do not. |



Page 110

1  Q.  Did Tyler play rugby when he lived in Hong
2      Kong?
3  A.  I'm not certain.
4  Q.  Did the children report having any play dates
5      with their friends when they lived in Hong
6      Kong?
7  A.  They did not report any play dates, no.
8  Q.  Are you aware of whether or not they had any
9      play dates with their friends in Hong Kong?
10 A.  I don't know for certain, but I believe they
11     did.
12 Q.  Who arranged the play dates?
13 A.  I do not know.
14 Q.  When the children were attending school in
15     Hong Kong, who would the teachers contact
16     when there was an issue at the school?
17 A.  I do not know.
18 Q.  Did you ask Michel this information?
19 A.  I don't believe I specifically asked him.
20 Q.  Do you have any knowledge about the
21     children's attendance at school in Hong Kong?
22 A.  I do not have any specific knowledge about
23     their attendance in school.  But I do know
24     that Tyler was advised -- or the parents were
25     advised that Tyler would have to repeat the

Page 111

1      fourth grade.
2  Q.  And why, is that due to Michel bringing the
3      children to Illinois for the past six to
4      eight months?
5  A.  I don't know the specific circumstances.  I
6      know that the children are doing well in
7      their school in Shelbyville, that they're at
8      the top of their class.
9  Q.  What is your knowledge about Tyler repeating
10     a grade if he returns to Hong Kong?
11 A.  That is all I know.
12 Q.  Where did you obtain your information?
13 A.  Something that was provided to me by -- by
14     Michel.
15 Q.  Who have you identified as the primary
16     caregiver of the children in your report?
17 A.  Michel.
18 Q.  And that's based upon information provided to
19     you by Michel, correct?
20 A.  Yes.
21 Q.  On page 26 of your report, you state that
22     Michel engages in activities individually
23     with each child.  Do you see that sentence?
24 A.  Can you direct me to it?
25 Q.  It's the third sentence in the first full

Page 112

1      paragraph after Effects of Losing a Parent.
2  A.  Yes.
3  Q.  What activities does Michel engage in
4      individually with Tyler?
5  A.  He plays ball with him.  He takes him to the
6      park.
7  Q.  Where did you obtain this information?
8  A.  He plays cards.
9  Q.  I apologize.
10 A.  That's okay.  He plays cards.  I received
11     this information from Michel.
12 Q.  And what individual activities does Michel
13     engage in with Abby?
14 A.  He -- he plays ball with her.  He takes her
15     to the park.
16 Q.  And where did you get this information?
17 A.  From the documents and from Michel.
18 Q.  And the documents, who were they provided by?
19 A.  By Michel.
20 Q.  What activities did Michel engage in with
21     Tyler when the family lived in Hong Kong?
22 A.  I do not recall.
23 Q.  What activities did Michel engage in with
24     Abby when the family lived in Hong Kong?
25 A.  I do not recall.

Page 113

1  Q.  You talk in your report about the effects on
2      the children if they were to lose a parent;
3      is that correct?
4  A.  Correct.
5  Q.  And the effects of losing a parent for the
6      Debolt children is premised on Michel's
7      statements to you and the children that he
8      will not return to Hong Kong; is that
9      correct?
10 A.  Correct.
11 Q.  Why will Michel not visit the children in
12     Hong Kong if the children return to Hong
13     Kong?
14 A.  I think you would have to ask Michel that.
15     But clearly there is a -- he would be in a
16     state of political peril, personal peril as a
17     result of the political situation in China,
18     in Hong Kong.
19 Q.  And what has Michel told you about his
20     decision not to return to Hong Kong?
21 A.  He is concerned that he could be arrested, he
22     could be imprisoned.
23 Q.  What are Michel's concerns about that he
24     could be arrested?  Why does he have these
25     concerns?  Why does he have these concerns



## Page 114

1  that he could be arrested if he returns to
2  Hong Kong?
3  A.  Because if anyone were to report to the
4  government, anonymously or otherwise, that he
5  -- that he harbored anti-political sentiments
6  against the government, against the party, he
7  could be arrested.  He could be imprisoned
8  without due process.
9  Q.  What anti-political sentiments does Michel
10  hold?
11  A.  I can't speak for Michel.  I can say
12  confidently that he cherishes his freedom of
13  speech.  But beyond that, and that's only --
14  that's not based on a conversation.  But I
15  think you would have to ask Michel that.
16  Q.  Do you have firsthand knowledge of anyone
17  being arrested due to anti-political
18  sentiments that they've expressed?
19  A.  I do not have firsthand knowledge, no.
20  Q.  Do you have any secondhand knowledge of
21  individuals being arrested due to
22  anti-political sentiments?
23  A.  No.
24  Q.  What are you relying upon in making these
25  statements?

## Page 115

1  A.  My knowledge of the political situation based
2  on my exposure to CNN International News,
3  reports from the state department.
4  Q.  In your report you indicate that the children
5  seem to be adapting relatively well to living
6  in Illinois after being separated from their
7  mother; do you recall that statement?
8  A.  Yes.
9  Q.  Have you spoken with any of the teachers at
10  the children's school in Illinois?
11  A.  I have not.
12  Q.  What school do the children attend in
13  Illinois?
14  A.  They attend Strasburg-Shelby, something like
15  that.
16  Q.  Do you believe that the children are well
17  adapted to their school in Illinois?
18  A.  I have no reason to believe otherwise.  Based
19  on the information provided to me by Michel,
20  they are at the top of their class.
21  Q.  Did you review the guardian ad litem's report
22  in this case?
23  A.  I did.
24  Q.  And are you aware that he opined that the
25  children had not made a successful

## Page 116

1  adjustment?
2  A.  I don't recall that it was stated in quite
3  that way.
4  Q.  Did you consider Abby's reports to you during
5  the clinical interviews that you conducted
6  that she fits in better in Hong Kong, in
7  determining that she's well adapted to their
8  school in Illinois?
9  A.  Did I factor that in?
10  Q.  Yes.
11  A.  Yes.
12  Q.  And how did that impact your belief as to
13  whether or not Abby is well adapted to her
14  school in Illinois?
15  A.  That was a single statement that she made,
16  and I -- I thought that perhaps it had more
17  of an indication of her physical appearance
18  and how she might have considered how she fit
19  in in a very superficial way.  I didn't read
20  too much into that statement.
21  Q.  So when you state that the children are well
22  adapted to their school in Illinois, what are
23  you referring to?
24  A.  I'm referring to their academic success, and
25  their -- their socialization, which all

## Page 117

1  appears to be very positive.  And with regard
2  to academics, quite exceptional.
3  Q.  And you previously mentioned that you thought
4  that Abby's statement that she fits in better
5  in Hong Kong could be related to her physical
6  appearance.
7  A.  It could be.
8  Q.  Can you explain that?
9  A.  I didn't make much of the statement.
10  Q.  You didn't consider it, did you?
11  A.  I did.  I didn't assign much weight to it.
12  Q.  But Michel reported that the children fit in
13  better in Illinois, correct?
14  A.  Yes, he did.
15  Q.  Did you speak with any counselors at the
16  children's current school about how they have
17  adapted?
18  A.  I did not.
19  Q.  Do you have any knowledge of the racial
20  breakdown of the children at the school
21  they're currently attending?
22  A.  I do not.
23  Q.  Did you ask the children about any of their
24  friends in their Illinois school?
25  A.  I did.

MAGNA
LEGAL SERVICES

Page 118

1  Q.  And how many friends did Abby report to you
2      that she has in school in Illinois?
3  A.  I believe that she did mention one.
4  Q.  How many friends did she recall that she has
5      in Hong Kong?
6  A.  She reported -- she reported a few in Hong
7      Kong.
8  Q.  And how many friends did Tyler report that he
9      has, to you, at his school in Illinois?
10 A.  I'll have to consult the report.
11 Q.  I believe it's on page 19, if that helps you.
12 A.  He said that it's difficult to make friends.
13     But I know that he has friends in Illinois.
14     He has a friend by the name of Calex (sp) and
15     Brady.
16 Q.  Is this information contained in your report
17     anywhere?
18 A.  It is not.
19 Q.  Where did you obtain that information?
20 A.  I believe it was provided to me by Michel.
21 Q.  And in your file you reviewed an email from
22     the children's school counselor, Sara Kramer.
23     I'm going to share it on the screen.  Do you
24     see this email?
25 A.  Yes, but I can't read it.

Page 119

1  Q.  Let me see if I can make it bigger.  Is that
2      any better?
3  A.  I need a little bit more.  My eyes are a
4      little older.
5  Q.  Are you able to see it?
6  A.  Yes, but there's -- hold on, something's in
7      the way here.  Okay.  Yes.
8  Q.  The email indicates that the counselor asked
9      Tyler why he didn't want to come to school in
10     the mornings.  Do you know why Tyler did not
11     want to go to school in the mornings?
12 A.  I do not.
13 Q.  The email also refers to, it's hard for Tyler
14     getting out of the car.  Did you speak with
15     Tyler about getting out of the car when he's
16     dropped off at school?
17 A.  I did not.
18 Q.  Do you believe that a child not wanting to go
19     to school and not wanting to get out of the
20     car shows that they are well adapted to
21     school?
22 A.  This is an isolated email.  I wouldn't derive
23     anything, necessarily, from that.
24 Q.  How do you know that this is an isolated
25     event?

Page 120

1  A.  Well, this is on a particular day.  I do not
2      know.  I don't know the substance of that.
3  Q.  Do you know if this is an isolated event?
4  A.  It's an isolated email.
5  Q.  Do you know if it's an isolated event of
6      Tyler not wanting to go to school?
7  A.  I do not.
8  Q.  Did you have any conversations with Michel
9      about Tyler not wanting to go to school?
10 A.  I did not.
11 Q.  Did you have any conversations with Tyler
12     about his willingness to go to school?
13 A.  I did not.
14 Q.  Why do you believe the children have adapted
15     socially in Illinois?
16 A.  I believe that, based on the information
17     provided to me, they are adapting well.
18 Q.  And who provided that information to you?
19 A.  Michel.
20 Q.  Did you speak with any individuals outside of
21     Michel about their social adjustment to
22     Illinois?
23 A.  I did not.
24 Q.  Are the children involved in any organized
25     activities in Illinois?

Page 121

1  A.  I am not aware of any specific activities
2      that they are involved in.
3  Q.  Are you aware of any general activities that
4      the children are involved in in Illinois?
5  A.  Yes.
6  Q.  What?
7  A.  Boating, hiking, skiing, zipline.  They're
8      registered for baseball.  They're registered
9      for 4-H projects.
10 Q.  Did the children report to you that they go
11     boating with their friends?
12 A.  Yeah.
13 Q.  Is that reflected in your report?
14 A.  I don't know that it is.
15 Q.  Is that reflected in your notes?
16 A.  I'm not sure.
17 Q.  Is there anything that would refresh your
18     memory as to whether or not that's contained
19     in your report?
20 A.  Not offhand.
21 Q.  Did the children report that they go hiking
22     with their friends to you, during the
23     interviews?
24 A.  I believe they did.
25 Q.  Is that reflected in your report?



| Page 122 | Page 123 |
|---|---|

Page 122

1  A.  I don't believe so.
2  Q.  Did the children play baseball in the summer
3      or the fall of 2020 while they were living in
4      Illinois?
5  A.  I don't know that they played at that time,
6      during Covid.
7  Q.  Where do the children complete the 4-H
8      projects?
9  A.  I don't know.
10 Q.  Where do the children go hiking?
11 A.  I don't know specifically.  I know that there
12     are woods there in the general area.  But I
13     cannot give you any more specifics than that.
14 Q.  And you also mentioned skiing; is that
15     correct?
16 A.  Yes.  I'm not sure where.
17 Q.  Do the children go skiing with their friends?
18 A.  I don't -- I don't know.
19 Q.  Do you know if the children have gone skiing
20     since they moved to Illinois in July of 2020?
21 A.  I don't know.
22 Q.  Do you know if the children have gone boating
23     with their friends since Michel brought them
24     to Illinois in July of 2020?
25 A.  I believe they have.

Page 123

1  Q.  And was that information from Michel?
2  A.  I don't recall where the information is from,
3      whether it's from the children or from
4      Michel.
5  Q.  Do you know whether or not there were
6      organized sports leagues in the area where
7      they were living over the summer and fall?
8  A.  Well, I don't know about summer and fall.  I
9      know that they are registered for them.
10 Q.  Where did you get that information from?
11 A.  I believe I received that from Michel.
12 Q.  Did you receive that information after you
13     tendered your report in this case?
14 A.  I don't believe so.
15 Q.  Is it contained in your report?
16 A.  I don't know.
17 Q.  Would you take a look and see if it indicates
18     that the children are enrolled in baseball?
19 A.  I do not see it in my report.
20 Q.  Did the children report to you any play dates
21     that they had with friends since they were
22     brought to Illinois?
23 A.  They have -- I know that they have had play
24     dates, yes.
25 Q.  How many play dates has Abby had since she

| Page 124 | Page 125 |
|---|---|

Page 124

1      came to Illinois?
2  A.  I believe she's had about -- between and 10
3      and 15.
4  Q.  Who provided you with this information?
5  A.  Michel.
6  Q.  And who's the play date, who has she had a
7      play date with?
8  A.  I believe she had a play date with a friend
9      by the name of Wren, I recall that name.
10     Zoey.  Macy.
11 Q.  How many times has Abby had a play date with
12     Wren?
13 A.  Several.
14 Q.  Outside of your report that you have been
15     using during this deposition, are there any
16     other documents located in front of you?
17 A.  No.
18 Q.  Are there any electronic devices located in
19     front of you other than your computer?
20 A.  A clock.
21 Q.  Is your phone, cellphone, in front of you?
22 A.  Yes, but it's off.
23 Q.  So these names, Wren, Zoey, Macy, Braden,
24     none of those names are contained in your
25     report or in your notes?

Page 125

1  A.  I don't believe -- did I say Braden?
2  Q.  I believe you said that was one of Tyler's
3      friend's name.
4  A.  Brady.
5  Q.  Brady, I apologize.  Those are not contained
6      in your report, correct?
7  A.  Correct.
8  Q.  And they're not contained in your notes?
9  A.  Correct.
10 Q.  What are you relying upon?
11 A.  Memory.
12 Q.  From your conversation with Abby and Tyler
13     over a month ago?
14 A.  I believe that those were provided to me by
15     Michel.
16 Q.  Are you aware of whether or not the children
17     have had any communications with their
18     friends in Hong Kong while they have been
19     living in Illinois?
20 A.  I'm not sure.
21 Q.  Do you believe that the children's behavior
22     shows that there are well adapted to
23     Illinois?
24 A.  By all appearances, yes.
25 Q.  What are you relying upon in making that



Page 126

```
1    statement?
2    A.  Relying on information provided to me by
3        Michel.  Relying on their clinical
4        interviews.
5    Q.  What aspects of Abby's behavior shows that
6        she's well adapted to Illinois?
7    A.  In the clinical interview she appeared to be
8        emotionally regulated.  And when she just
9        talked about her experiences in Illinois,
10       there was no indication of any stress.
11   Q.  And what behavior of Tyler indicates to you
12       that he is well adapted to Illinois?
13   A.  He reported that he prefers to be in
14       Illinois.  And clinically he appeared to be
15       regulated and -- and there was no indication
16       that there was any conflict or ambivalence
17       expressed by him during the clinical
18       interview.
19   Q.  Did you review any videos in preparing your
20       report in this case?
21   A.  I did.
22   Q.  And are you aware of whether or not the
23       videos were recorded before or after Michel
24       brought the children to Illinois?
25   A.  I'm not entirely certain.  I believe they
```

Page 127

```
1        were -- I'm not certain.  I'm not certain.
2    Q.  Did you review any -- do you know whether or
3        not you reviewed any videos of the children
4        when they were living in Hong Kong?
5    A.  I don't recall when they were -- when they
6        were videoed.
7    Q.  Who videoed the children for the videos that
8        you reviewed?
9    A.  I presume Michel.
10   Q.  And Michel provided you with the videos; is
11       that correct?
12   A.  Correct.
13   Q.  On page 28 of your report you reference a
14       video that took place in December 2020.
15   A.  Sorry, what page?
16   Q.  Page 28, bottom of the first paragraph on the
17       page.
18   A.  There it is.  Go ahead.
19   Q.  Do you recall this December 2020 video that
20       you mention in the report?
21   A.  Can you call my attention to it?  Where is
22       it, exactly?  At the very top, yes.
23   Q.  The bottom of the first full paragraph on
24       page 28.
25   A.  Yes.
```

Page 128

```
1    Q.  Do you recall that video?
2    A.  Yes.
3    Q.  What occurred immediately before this video
4        of Tyler banging his hands on the wall?
5    A.  I believe Michel was informed by Tyler that
6        he was crying because Wan had called him some
7        names, said that -- that the children were
8        horrible children.
9    Q.  That occurred prior to the December 2020
10       video that you mentioned in your report?
11   A.  Yeah.
12   Q.  Where did you obtain that information from?
13   A.  From Michel.
14   Q.  Have you listened to any conversations
15       between Tyler and his mother?
16   A.  Uh, specific conversations, I don't recall.
17   Q.  Have you listened to any conversations
18       between Abby and her mother in preparation of
19       this report?
20   A.  I don't recall.
21   Q.  Have you been provided with any audio
22       recordings from Michel that are conversations
23       between Tyler and his mother?
24   A.  Can I have just a moment?
25   Q.  Yes.
```

Page 129

```
1            THE WITNESS:  May I take a quick
2        break?
3            MS. SENDEK:  Yes.
4            (Short break.)
5    BY MS. SENDEK:
6    Q.  The last question was whether or not you have
7        listened to any audio recordings between
8        Tyler and his mother.
9    A.  I don't believe so.
10   Q.  Have you listened to any audio recordings of
11       conversations between Abby and her mother?
12   A.  I don't recall any specific conversations
13       with Abby and her mother or Tyler and his
14       mother.
15   Q.  Do you recall any general conversations?
16   A.  No, I do not.
17   Q.  And during this December 2020 video, Tyler is
18       banging his hands on the wall and he breaks a
19       toy; do you recall that?
20   A.  Yeah.
21   Q.  Do you believe that Tyler was experiencing
22       emotional difficulty during this situation?
23   A.  Yes.
24   Q.  Is it typical for a 10-year-old to bang his
25       hands on the wall?
```



Page 130

1  A.  Is it typical?  If they are frustrated.
2  Q.  Is it typical for a 10-year-old to break toys
3      when they're upset?
4  A.  Is it typical?  No.
5  Q.  You conclude in your report that their
6      mother's words and actions provoke these
7      reactions; is that accurate?
8  A.  Is that a question?  Yes.
9  Q.  And what are you relying on in stating that
10     their mother's words and actions provoke the
11     children's reactions?
12 A.  It was after a conversation with their mother
13     that this occurred.
14 Q.  Who reported to you that this occurred after
15     a conversation with their mother?
16 A.  Michel.
17 Q.  Did you ask Tyler about this incident during
18     your interviews with him?
19 A.  I did not.
20 Q.  Did you ask Abby about this incident with
21     Tyler from the December video?
22 A.  I did not.
23 Q.  Did you have conversations with anyone
24     besides Michel regarding the incident video with
25     that occurred on the December 2020 video with

Page 131

1      Tyler?
2  A.  I did not.
3  Q.  In your report you mention that Michel
4      comforts the children; how does he do this?
5  A.  By talking with them in a soothing manner.
6  Q.  And who provided you with that information?
7  A.  Michel.
8  Q.  Was this information given to you at all by
9      the children?
10 A.  May I review the report?
11 Q.  Certainty.
12 A.  On page 19 of the report, in talking with
13     Tyler, I asked, when you're upset, who do you
14     talk to?  Tyler stated nobody.  And I asked
15     further, mom or dad?  And Tyler said, if mom
16     caused it then dad; if dad caused it, then
17     mommy.  I don't remember daddy causing a
18     problem though.  I get upset when mommy
19     spanks my butt.
20 Q.  Did Tyler state that his dad soothes him when
21     he's upset?
22 A.  He did.
23 Q.  Are you referring to the sentence that you
24     just read?
25 A.  I'm referring to the sentence and the context

Page 132

1      of that -- of that particular conversation.
2  Q.  Did Abby provide you with any information
3      about how she is comforted by her father?
4  A.  It is not in the report.
5  Q.  Do you believe it is comforting to the
6      children to be told by Michel that if they
7      return to Hong Kong he will not return to
8      Hong Kong?
9  A.  No.
10 Q.  Do you believe that it's comforting to the
11     children to be told by their father that if
12     they return to Hong Kong that he will not
13     visit them in Hong Kong?
14 A.  No.
15 Q.  In your report your discuss Ms. Wan's
16     willingness -- concern regarding Ms. Wan's
17     willingness to minimize Michel's parenting so
18     as to marginalize and disenfranchise him
19     while he was inaccessible to the children.
20     It's on the bottom of page 29 of your report.
21         What information did you rely upon
22     regarding Ms. Wan's willingness to minimize
23     Michel's parenting?
24 A.  Where is that exactly?  Page 29?
25 Q.  Last paragraph, page 29.

Page 133

1  A.  Yes.  I said I raise concern if -- if Wan is
2      willing to return to Hong Kong knowing
3      that -- with the children, knowing that
4      Michel will not be returning for concern out
5      of a concern for his political, or out of
6      concern for his peril, then I would -- yes, I
7      would raise concern about a willingness to
8      marginalize and disenfranchise him because he
9      is inaccessible to his children.
10 Q.  You're aware that Ms. Wan resides in Hong
11     Kong, correct?
12 A.  Correct.
13 Q.  So she would not be returning to Hong Kong.
14     She's lived there since the children were
15     brought here by Michel in July.
16 A.  Yes.
17 Q.  So what is your concern regarding her
18     willingness to minimize Michel's parenting?
19 A.  The concern is that -- understanding that one
20     parent will not be with the children in Hong
21     Kong, out of a realistic concern for one's
22     safety.
23         It seems natural that one would
24     question one's regard for one's children
25     knowing that you -- that the parent would be



## Page 134

1  separating the children from that parent.
2  Q.  Has Michel unilaterally separated the
3  children from their mother in bringing them
4  to Illinois?
5  A.  Has he unilaterally separated them?
6  Q.  Yes.
7  A.  He has unilaterally decided that for his own
8  safety he cannot return to Hong Kong.
9  Q.  Has Michel separated the children from their
10  mother?
11  A.  The children have been separated based on a
12  refusal to return to a potentially dangerous
13  place.  The -- I am only concerned that the
14  way it is stated would imply that there was
15  -- that the primary goal was to separate
16  children from parent.
17       Um, it's an incidental separation.
18  Q.  Do you have a concern regarding the children
19  if they remained in the United States with
20  Michel, and Wan, their mother, continues to
21  reside in Hong Kong?
22  A.  Yes.
23  Q.  And what is that concern?
24  A.  The concern is that the children would not
25  benefit from having both parents, and would

## Page 135

1  be -- would suffer the loss of a parent.  In
2  either case that is undesirable.
3       In this particular case, as I see
4  it and represented in the report, there is an
5  opportunity for the children to have access
6  to both parents, which is desirable.
7  Q.  When you say access to both parents, what are
8  you referring to?
9  A.  If both parents were to reside in a -- in a
10  locale that is reachable to the other parent,
11  so that exchanges can be made -- exchanges of
12  children can be made, then the children would
13  have the benefit of both parents, whether
14  they were to live in the United States or the
15  UK.  As far as the children are concerned,
16  that's irrelevant.  I mean, not entirely
17  irrelevant.  Of course, they're going to have
18  to make adjustments.
19       I think ideally the children would
20  have the full benefit of an experience with
21  both parents.  That would be the ideal
22  situation.  And neither parent would be
23  marginalized.
24  Q.  The concerns that you have raised in your
25  report regarding loss of a parent, do you

## Page 136

1  believe that the children have experienced a
2  loss of a parent through Michel's removal of
3  the children to Illinois since July 2020?
4  A.  Um, I believe that the children could --
5  would benefit from spending more time with
6  both parents.
7  Q.  Do you know if the children's mother has
8  legal status in the United States?
9  A.  I -- I'm not sure.  I believe she has applied
10  for a green card.  Not certain about that.
11  But I know that they both have legal status
12  in the UK.
13  Q.  And do the --
14  A.  That would also be desirable.
15  Q.  And do the children's parents both also have
16  legal status in Hong Kong?
17  A.  I'm not sure about Michel.  I believe that he
18  could -- I believe he could return, but I'm
19  not entirely familiar with the nature of the
20  status -- his status.  I believe he could,
21  but at risk, at a risk.  And the risk is
22  great, and potentially severe, based on my
23  understanding.
24  Q.  And your understanding --
25  A.  If my understanding is incorrect, then the

## Page 137

1  court can make that determination, for sure.
2  But I think that ideally these children would
3  have benefit of both parents.
4       I don't think that there is a need
5  to vilify one parent.  I hope that that is
6  not the impression that is being -- is being
7  received.  Children need both of their
8  parents, ideally.
9  Q.  During your interviews with the children, did
10  you speak to the children at all while the
11  loss of their mother while they've been in
12  Illinois?
13  A.  I did not.
14  Q.  And your understanding regarding the risks of
15  Michel returning to Hong Kong are based on
16  documents that Michel produced, correct?
17  A.  Yes.  Based on that, and based on my
18  knowledge of the news for -- you know,
19  whatever that's worth.  I am not an expert in
20  State Department affairs, let me be first one
21  to say that.  Okay.  And you've got me there.
22  I cannot discuss the political situation with
23  any authority whatsoever; nor do I even
24  pretend to.
25       I mean, I'm up against the wall on

MAGNA▸
LEGAL SERVICES

Page 138

1    that one as an expert.  But these children
2    need both of these parents.
3  Q.  So why did you not speak to the children
4    during your interviews with them about the
5    loss of their mother while they have been in
6    Illinois?
7  A.  I cannot answer that question.
8  Q.   Why not?
9  A.  Because it was a clinical interview, and my
10    concern was to determine whether or not the
11    children were placed in any peril by either
12    parent.  That was my objective.
13        So there were a great many things
14    that I could have talked to the children
15    about if they were in treatment with me.  I
16    suggest that if they are in treatment, that
17    it would be appropriate to speak to their
18    treaters.  I have a limited amount of time
19    with the children.  My goal was to conduct a
20    clinical interview and determine whether
21    either parent presented any obvious peril.
22  Q.  Did Michel present any obvious peril to the
23    children?
24  A.  He did not.
25  Q.  Did their mother present any peril to the

Page 139

1    children during your evaluation?
2  A.  There was no evidence that she presented any
3    particular peril to the children.
4  Q.  Your report also discusses the culture of
5    silence, regarding the situation in China and
6    Hong Kong.  On page 30 of your report you
7    state that their mother is unwilling to
8    recognize issues in Hong Kong.
9        In the last sentence of the first
10    paragraph calls --
11  A.  I'm sorry, you're fading.
12  Q.  The sentence I'm referring to is the last
13    sentence of the first paragraph in the
14    culture of silence portion of your report.
15  A.  Yes.
16  Q.  You state that their mother has an
17    unwillingness to recognize any issues arising
18    in Hong Kong, and her children's awareness of
19    these issues.  Do you see that sentence?
20  A.  Yes.
21  Q.  What did you rely upon in determining Ms.
22    Wan's unwillingness to recognize the issues
23    in Hong Kong?
24  A.  If there's a willingness to have Michel
25    return to Hong Kong, understanding that he is

Page 140

1    at risk, that risk for imprisonment, or to be
2    in any way separated from his children, or
3    loss of freedom, then I would consider that
4    to be a lack of appreciation.
5        I think that it would be ideal for
6    both of these parents to acknowledge the
7    reality of the political situation in Hong
8    Kong, that there is a risk.  I don't think
9    anyone would deny that there is a risk.
10        Now, again, I am not a member of
11    the State Department.  So I am limited.  But
12    clearly there is a risk by what I -- simply
13    by what I watch on CNN International, there
14    is a risk.  To recognize that there is a
15    risk, especially if there had been
16    discussions about returning to the UK or
17    leaving China at some point within the next
18    couple of years, for the sake of the
19    children, to -- for two parents to reasonably
20    put their heads together and say, let's do
21    what's best for these children with the least
22    amount of risk.
23        Otherwise it becomes an exercise of
24    attempting to assign blame, which is what
25    most of these evaluations wind up as.  I've

Page 141

1    been doing this for 39 years.  I think it
2    would be incumbent upon these parents to sit
3    down, decide what's best for their kids and
4    what's best for their future, and the least
5    amount of risk, make a decision, and live out
6    the rest of their children's childhood and
7    adolescence, in the safest place possible.
8        I consider it to be a common sense
9    decision.  I don't think there's a need to
10    vilify anybody.
11  Q.  Are you aware of any firsthand risk to Michel
12    if he were to return to Hong Kong?
13  A.  Based on the information that I have
14    available to me, if someone were to
15    anonymously report him as being an anti -- as
16    being anti-government, holding an
17    anti-government position, I don't -- it seems
18    to me that there's a reasonable probability
19    that he could be apprehended, and taken into
20    custody, and perhaps imprisoned.
21  Q.  Are you aware of any individuals that this
22    has happened to?
23  A.  You have asked that question four times
24    already, and I am not aware of anyone.  I am
25    going to answer the question the same way.

Page 142

1  Q.  And the information that you're relying upon
2     has come solely from Michel, correct?
3  A.  What information, regarding what?
4  Q.  About the risks.
5  A.  No.  That's -- the information about the
6     risks, as I had indicated, is based on my
7     knowledge as someone who is -- is attendant
8     to the international news.  I am not an
9     expert.  I do not hold myself out as an
10    expert.
11         And it is not entirely -- it is not
12    information that was provided entirely by
13    Michel, by no means.
14 Q.  And how does Michel's unwillingness -- or how
15    does Michel's separation of the children from
16    their mother play into the risk to the
17    children if they were to stay in the United
18    States?
19 A.  Well, as I said before, separation from
20    either parent is not desirable.  To that
21    extent -- to the extent that the children do
22    not get to see their mother as often, is --
23    represents a separation that is undesirable.
24         Both parents should figure out
25    where they can live with the least amount of

Page 143

1     risk of imprisonment, with their children,
2     and go live there and work it out.  That's my
3     opinion.  You can distill the entire report
4     down to that.
5  Q.  So the parents should come to a solution
6     because Michel has brought the children to
7     Illinois, and so now we must force the
8     situation and identify a new place for the
9     children to live; that's your opinion?
10 A.  My opinion is that both parents should be
11    able to recognize that there is risk, and
12    make their decision based upon -- for the
13    best interest of their children, to arrive at
14    a place to live where there is -- where there
15    is not risk of imprisonment.  And live their
16    lives out with their children sharing
17    custody, ideally.
18         If it cannot be determined -- as
19    long as both parents are considered to be
20    fit.  And this is not a fitness for -- it's
21    not a fitness evaluation.  This is not a
22    custody evaluation.
23 Q.  In your report you mentioned that the
24    children have openly expressed statements
25    against the Chinese government while in Hong

Page 144

1     Kong outside of their home in the past.
2  A.  Can you -- can you --
3  Q.  It's page 31, the second sentence of the
4     first full paragraph.
5  A.  Have openly expressed statements against the
6     Chinese government, um-hmm.  Yes.  Okay.
7  Q.  What statements have the children expressed?
8  A.  I don't know specifically what they are.  But
9     I am reporting what Michel has reported to
10    me.
11 Q.  Do you know generally the statements that the
12    children have made?
13 A.  I do not know generally.  I only -- only
14    based on the information provided to me
15    directly from them in the clinical interview,
16    in which they indicate that there is -- there
17    is no freedom of speech, and there's no
18    freedom to protest.
19 Q.  Do you know whether or not the children made
20    these statements while they were living in
21    Hong Kong?
22 A.  I do not.  But they certainly -- they made
23    them to me.  And if they made them to me,
24    then they are an impulse away from making
25    them there for any of a variety of reasons.

Page 145

1     The possibility exists.
2          Now, the reason I asked them about
3     their -- the reason I asked them about their
4     knowledge of the political situation, was to
5     ascertain whether or not they had any
6     understanding whatsoever of the political
7     situation.  If they had no knowledge
8     whatsoever of the political situation, then
9     there wouldn't be any risk that they might,
10    for any reason, such as social pressure,
11    yield to an impulse to say something.
12 Q.  But you don't know if this information was
13    provided to the children by Michel, do you?
14 A.  I do not know.  I do not know.  They are
15    aware of it.  That's -- that's all I need to
16    know now.
17 Q.  Do you have any knowledge of whether or not
18    the children were aware of the political
19    situation when they were residing in Hong
20    Kong?
21 A.  It appears that they -- it appears that they
22    have been aware of this for some time.  But I
23    cannot offer you any -- any concrete proof of
24    that.
25 Q.  What are you relying upon when you state that

MAGNA
LEGAL SERVICES

Page 146

1    it appears that they have been aware of it
2    for some time?
3    A.  Because the way -- the manner in which they
4    shared the information, appeared to me that
5    the information was overlearned.  Meaning it
6    was not of recent -- of recent
7    indoctrination.
8    Q.   You also mentioned in your report the NSL
9    hotline, and that this could subject the
10    children to detention or punishment.  Are you
11    aware of any children under the age of 10
12    that have been reported to the hotline?
13    A.   I believe in my readings there was one child
14    that was under 10 -- 10 or under who was
15    incarcerated.
16        But, no, I don't have any firsthand
17    knowledge.  I do not know anyone, and I don't
18    live in Hong Kong.
19    Q.   This 10-year-old that you referenced that was
20    in prison, was that as a result of a call to
21    the hotline?
22    A.   I don't -- I do not know.  I'm just aware
23    that there is such a hotline.
24    Q.   What is your understanding of what this
25    10-year-old did --

Page 147

1    A.  I do not --
2    Q.  -- to get arrested?
3    A.  Sorry, I didn't mean to cut you off.  But I
4    don't have any knowledge of anyone specific
5    in Hong Kong that has been directly affected
6    by the political situation there.
7        You can ask me the question 100
8    more times, but that's the answer, I don't
9    know anyone.
10    Q.  Are you aware of the process that's in place
11    to investigate claims that are made to the
12    hotline?
13    A.  I am not aware of the process.  My knowledge
14    of the political -- of the specific process
15    is limited, and practically nonexistent.
16    Q.  You also mentioned impulse control and risk
17    taking as an issue that you considered in
18    your report for the children if they were to
19    return to Hong Kong.
20    A.  Correct.
21    Q.  During your interviews with the children, did
22    you observe the children to be impulsive?
23    A.  Did I observe them to be impulsive?
24    Q.  Yes.
25    A.  I wouldn't expect that I would observe them

Page 148

1    to be impulsive.  I don't know what that
2    means, impulsive.  Can you elaborate?  Can
3    you define that for me?
4    Q.   Making sudden changes in their behavior,
5    sudden changes in their emotions.  Did that
6    occur during your interviews with them?
7    A.   That's not what I would consider to be
8    impulse, a concern with impulse.  Impulse is
9    simply a thought that emerges and an
10    individual expresses it.
11        And a child of -- children of 8 and
12    10 are, by definition, going to have
13    challenges with impulse control.  Especially
14    in certain circumstances, such as group
15    settings where it becomes a matter of social
16    pressure to say or do something.
17        A circumstance did not present
18    itself for me to see it.  But if there are --
19    but if there are four children together,
20    gathered together, at the age of 8 or 10, and
21    one of them, you know, one of the cool kids
22    decides to talk about how much they dislike
23    the -- the communists party, then -- and
24    everyone in that group chimes in, it's going
25    to take -- it's going to take a gargantuan

Page 149

1    effort, and gargantuan impulse control for
2    the fourth or fifth child in that group not
3    to chime in.  They will.  No matter how much
4    they have been taught, they don't have the
5    ego function.  So it is possible that it can
6    happen.
7        And if it is possible that it can
8    happen, then it's a risk.  It's probable it
9    would happen under the circumstance that I
10    just conveyed to you.
11        So that would be a problem.
12    Because one statement could land the whole
13    family in jail, based on my limited
14    knowledge, albeit, of the political situation
15    in Hong Kong.  It's a risk.
16    Q.  Are there risks in the United States if the
17    children were to exhibit impulsive behavior?
18    A.  Not -- not at that level.  Not -- or a
19    thought, an expressed thought can land you in
20    jail, no.
21        Not anymore.  Anyway.  Sorry.
22    Q.  Not anymore, was that your comment?
23    A.  I was just making a political commentary, I'm
24    sorry.  Go ahead.  It was inappropriate.  Go
25    ahead.

MAGNA
LEGAL SERVICES

Page 150

1   Q.  Has that ever occurred --
2   A.  We still have due process.  We still have a
3       court system, as you know.
4   Q.  Do we have a hotline to report --
5   A.  To report --
6   Q.  To report attacks on the Capitol?
7   A.  An attack on the Capitol, yes.  Because
8       that's illegal.  But it is not illegal to say
9       that you -- that you -- that you hate the
10      democratic or republican party.
11              We are comparing apples and oranges
12      here, we all know that.
13  Q.  Moving on.  You state that the children are
14      more likely to consider the rewards of their
15      behavior than the costs of their behavior.
16  A.  Yes.
17  Q.  Do you believe that Tyler and Abby would be
18      more likely to consider the rewards of their
19      behavior than the costs?
20  A.  They're 8- and 10-year-old children.  I am
21      assuming, without evaluating them, that a --
22      without -- you know, beyond the benefit of a
23      clinical interview, that they have the normal
24      impulse control, they fall within normative
25      levels for an 8- and 10-year-old, and they

Page 151

1       are going to yield to social pressure under
2       certain circumstances.
3   Q.  Are you aware of any children in Hong Kong
4       that have expressed a thought against the
5       government and are now in jail?
6   A.  I do not know any children in Hong Kong.
7   Q.  Do you know any children in jail in Hong
8       Kong?
9   A.  I don't know any children in Hong Kong, and I
10      certainly don't know any children in jail in
11      Hong Kong.
12  Q.  In terms of the children's being more willing
13      to consider their rewards of their behaviors
14      than the costs, what do you rely upon in
15      making this statement as it applies to the
16      Debolt children?
17  A.  I'm sorry, could you restate that or --
18  Q.  Was there anything during your interviews
19      with the children that lead you to believe
20      that Abby and Tyler are more likely to
21      consider the rewards of their behavior than
22      the costs of their behavior?
23  A.  I -- that's not a question -- I cannot answer
24      the question in its current form.  They are
25      as likely as any 8- or 10-year-old to succumb

Page 152

1       to regards over impulse control.
2   Q.  So it's not in particular to Abby and Tyler,
3       but just their general age?
4   A.  Yeah.  Yeah.  Just their general age.
5   Q.  And does this apply outside of rewards that
6       they may obtain from social groups, from
7       their friends?
8   A.  I'm sorry, I did not understand the question.
9   Q.  Would their willingness to consider rewards
10      for their behavior, and put more importance
11      on that than the costs of their behavior,
12      does that apply if they are told something by
13      a parent, for example?
14  A.  It doesn't matter.
15  Q.  What doesn't matter?
16  A.  That's the nature of the impulse.
17  Q.  So it could apply to --
18  A.  The reward contingencies don't matter in the
19      moment.
20  Q.  It just matters that there is a reward?
21  A.  The reward in the moment becomes -- is
22      prepotent over any cognitive understanding of
23      the benefit or detriment to -- to saying
24      something.
25  Q.  So this could also apply to a reward that may

Page 153

1       be offered by the parent; is that correct?
2   A.  Well, it doesn't matter.  It doesn't matter.
3       I mean the parents -- that's correct.  The
4       parents represent generalized authority to
5       children, and children routinely defy their
6       parents, and in an impulsive moment do
7       exactly what they know is incorrect.  But the
8       power of reward in the -- in the split-second
9       moment, is more -- is more influential than
10      whatever they may happen to understand about
11      the desirability to express whatever it is
12      that they're going to express, verbally,
13      behaviorally, or otherwise.
14  Q.  Does the power of a reward offered by a
15      parent outweigh the child's statement,
16      desirability to express a statement or
17      exhibit a certain behavior?
18  A.  Oh, yeah, because the -- because the
19      situation in the moment exerts a great deal
20      more power than the knowledge that what I'm
21      doing is wrong.
22  Q.  In the last paragraph of your report you
23      state that separating the children from their
24      father and returning them to Hong Kong would
25      create a clear and undeniable endangerment of



Page 154

1    a personal safety potential, as well as
2    psychological and emotional devastation for
3    the Debolt children.  What do you mean when
4    you say clear and undeniable endangerment of
5    a personal safety potential?
6    A.  That they run the risk that due to an
7    impulsive gesture, they could run the risk of
8    -- of endangerment.
9    Q.  How many kids in Hong Kong have engaged in
10   impulsive thoughts or behavior and have now
11   been endangered?
12   A.  I certainly could not -- I certainly do not
13   have the information to answer that question.
14   Q.  You mentioned psychological devastation for
15   the Debolt children if they're separated from
16   Michel; could you explain this?
17   A.  Yes.  They would be losing -- if they lose
18   their father, that would recommend -- that
19   would bring about psychological and emotional
20   devastation.  That would -- that would be a
21   condition that would have very powerfully
22   negative and long-lasting effects on these
23   children.
24   Q.  Are the children experiencing psychological
25   devastation from being separated from their

Page 155

1    mother?
2    A.  Yes.
3    Q.  Have the children experienced emotional
4    devastation from being separated from their
5    mother?
6    A.  Yes.
7    Q.  If Michel were to return to Hong Kong and the
8    children were to return to Hong Kong, would
9    you still hold this opinion that returning
10   them to Hong Kong creates a clear and
11   undeniable endangerment of a personal safety
12   potential?
13   A.  Based on the information that I have
14   available to me, yes, there is a risk.  There
15   is a potential.  Potential.  I'm not saying
16   that it will happen with certainty.  I am
17   saying there is a potential that these
18   children can say the wrong thing at the wrong
19   time.
20        And if my understanding of the
21   political situation there is correct, then
22   there is a real potential.  And if I'm
23   completely all wet and wrong about what is
24   happening there politically, which I would
25   defer to individuals with a greater degree of

Page 156

1    expertise than myself to determine, then I
2    would say that they would not.
3        But if the potential is there, then
4    there is a risk.  And I'm of the belief, and
5    I've been doing this for 39, almost 40 years,
6    that -- I have conducted custody evaluations
7    in the hundreds, hundreds and hundreds.
8        And my -- my opinion is this, if
9    the court decides I'm incorrect, that's fine.
10   But my belief -- my opinion is that any risk
11   is too great.
12        Children are not an experiment.
13   And as responsible adults, our job is to do
14   everything we can to eliminate risk, if we
15   can.  And anything we can do to reduce it, we
16   should.  I would --
17   Q.  What is --
18   A.  Go ahead.
19   Q.  What is the likelihood that you believe that
20   the children would experience an endangerment
21   of personal safety if they return to Hong
22   Kong?
23   A.  Personal safety?
24   Q.  Personal safety concern.
25   A.  Again, if my understanding of the political

Page 157

1    situation there is correct, then there is a
2    real safety risk.
3    Q.  Do you believe that a potential safety risk
4    constitutes a grave risk to the children?
5    A.  Yes.
6    Q.  Do you believe there's a potential safety
7    risk for the children in the United States?
8    A.  Not a grave risk.
9    Q.  Do you believe that there's a potential for a
10   personal safety risk for the children if they
11   remain in the United States?
12   A.  Nothing outside of what we would often
13   consider to be the normal range, assuming
14   they live in a safe neighborhood with parents
15   who are -- who look out for them.
16   Q.  Are you aware where the children were living
17   when they were residing in Hong Kong?
18   A.  They lived in Discovery Bay.
19   Q.  What's your understanding of Discovery Bay?
20   A.  My understanding is that it was -- the little
21   that I know, is that it was a very suitable
22   place to live, perhaps affluent area.  I
23   don't think that's the issue.  I don't think
24   that the neighborhood is the issue.
25   Q.  Do you know if there have been any arrests of

MAGNA
LEGAL SERVICES

Page 158

1    children in Discovery Bay?
2    A.  I do not.
3    Q.  What was your hourly rate for work that you
4       completed on this case?
5    A.  $475 an hour.
6    Q.  And was there a separate rate for any
7       psychological testing that you completed?
8    A.  Psychological testing was a flat rate -- I'm
9       not sure, I think it was $4,500.  I'm not
10      sure.
11   Q.  And how much have you been paid for work that
12      you have completed in this case to date?
13   A.  I do not know.  I don't have that number for
14      you, I'm sorry.
15   Q.  Does $50,000 sound accurate?
16   A.  I wouldn't even venture a guess.
17   Q.  Is there anything that you could look at to
18      refresh your memory?
19   A.  I don't -- I don't have anything available to
20      me.
21          MS. SENDEK:  Give me a second.  Can
22      we take five minutes while I pull this up?
23          MS. VITEK:  Okay.
24          MS. SENDEK:  Is that all right,
25      Shana?

Page 159

1    (Short break.)
2    BY MS. SENDEK:
3    Q.  I'm going to share my screen with your
4       invoices.  Can you see the invoice on the
5       screen, Dr. Jaffe?
6    A.  Yes.
7    Q.  And this is dated January 6th; is that
8       correct?
9    A.  Yes.
10   Q.  Scrolling down to the bottom of the invoice,
11      what was the amount of the retainer that was
12      paid?
13   A.  $10,000.
14   Q.  And what was the remaining balance on this
15      invoice?
16   A.  $3,140.25.
17   Q.  And was this invoice paid?
18   A.  Yeah.
19   Q.  I'm scrolling down.  What amount does it
20      indicate was due for this invoice?
21   A.  $4,945.70.
22   Q.  Was that amount paid?
23   A.  That was paid.
24   Q.  And this next invoice is dated December 21,
25      2020; is that correct?

Page 160

1    A.  Yes.
2    Q.  Is this the same or a duplicate invoice?
3    A.  I'm sorry?
4    Q.  This invoice is dated December 21st.  Was
5       this amount paid or was this a duplicate from
6       the prior invoice that we just reviewed?
7    A.  You know, I would have to be able to scroll
8       back.  I don't make up these invoices anyway,
9       but I --
10   Q.  Would it help if I scrolled up?
11   A.  I would have be able to scroll up, and you're
12      a little choppy too, your audio was a little
13      choppy there.
14   Q.  Going down to the next invoice, what is the
15      date of this invoice?
16   A.  Well, the top of the invoice is always the
17      same.  I mean, we -- as the invoices are
18      produced, the original invoice date remains.
19      So, I don't have it in front of me to be able
20      to shuffle it around, so I don't -- I -- I
21      can't speak with any authority about it.
22   Q.  Are there any records that you could review
23      to determine how much you've been paid in
24      this case?
25   A.  I'd have to ask -- I'd have to go into

Page 161

1    billing records, which I do not have
2    available to me here.
3          What is it that you would like me
4    to find out for you?
5    Q.  I would like to find out how much you've been
6       paid for the work that you completed in this
7       case.
8    A.  Okay.
9    Q.  From the time that you were retained until
10      the present.
11   A.  Okay.
12   Q.  If I share these invoices with you through
13      the chat hare feature, would you be able to
14      ascertain how much you've been paid?
15   A.  They look like my invoices.  I do not doubt
16      the authenticity of them.  If you would like
17      to add up -- you know, as the work is
18      completed, the charges are made.  And there
19      isn't a total -- there isn't a grand total
20      that is kept.
21          But I wouldn't doubt the
22      authenticity of them.
23   Q.  Do you know how many hours that you've worked
24      on the case?
25   A.  I sure don't.



Page 162

1  Q.  I would like to know how much you've been
2      paid in the case.  I can send these through
3      the chat feature, or you can review your
4      independent records to determine how much
5      you've been paid for your work that you've
6      completed in this case.
7  A.  Are you saying you -- you -- you need that
8      number now, is that what you're saying?
9  Q.  Yes.
10  A.  Um, then can you send it to me in an email?
11  Q.  The portion of your file that you produced is
12      1166 pages, and I'm not sure that it's going
13      to go through.
14  A.  I will say this for the record, I do not
15      question the authenticity of that bill, that
16      invoice, it looks like mine.  And I am
17      happy -- I would agree to whatever the -- the
18      total number is.
19  Q.  I will send them to you shortly, give me a
20      second.  The invoices I have are through the
21      production of your report on January 26th;
22      how much have you been paid since
23      January 26th?
24  A.  I do not know.  I would never know that
25      offhand.

Page 163

1  Q.  Are you familiar with the chat feature on
2      Zoom?
3  A.  I'm not.
4          MS. SENDEK:  Shana, do you want me
5      to email them to you first or --
6          THE WITNESS:  Are you emailing me
7      the invoice?
8          MS. SENDEK:  Yes.
9          THE WITNESS:  Yeah, why don't you
10      feel free to email it to me, and that way I
11      can pull it up and just add it up.
12  BY MS. SENDEK:
13  Q.  Can you give me your email address?
14  A.  Sure.  It's -- I'll say it and then I will
15      spell it.  Okay.  It's
16      drajaffe@jaffephych.com.  So it's
17      d-r-a-j-a-f-f-e-@-j-a-f-f-e-p-s-y-c-h.c-o-m.
18  Q.  I sent them.
19  A.  Okay.  The total amount, is that what you
20      want?
21  Q.  Yes.
22  A.  The total amount is $57,254.42.
23  Q.  And that's based on the -- I'm going to share
24      them one more time.  That's based on the
25      invoices that you provided in this case; is

Page 164

1      that correct?
2  A.  Correct.  If my addition is correct.
3  Q.  And that does not include any payments that
4      you may have received since January 26th,
5      correct?
6  A.  Correct.  Well, no, that includes -- this
7      deposition as well.
8  Q.  Is that reflected on these invoices?
9  A.  No.
10  Q.  Oh okay.
11  A.  I don't think so.
12  Q.  How much were you paid for the deposition in
13      this case?
14  A.  $6,930.25, deposition and prep.
15          MS. SENDEK:  I want to mark these
16      invoices as Petitioner's Exhibit No. 1 for
17      purposes of our deposition today.
18          (Deposition Exhibit No. 1
19      was marked for identification.)
20      BY MS. SENDEK:
21  Q.  Do you agree that these invoices are accurate
22      copies of the invoices that you submitted to
23      Michel during pendency of this case?
24  A.  Yes.  But to my understanding I do not know
25      -- I don't know whether there are any other

Page 165

1      charges, but it is -- this invoice is
2      accurate to date, and I added in the
3      deposition and prep.
4  Q.  And during the evaluations that you've
5      completed in Cook County, is there a limit on
6      the cost of those evaluations imposed by the
7      court?
8  A.  Sometimes.
9  Q.  And what is that?
10  A.  There's no typical limit.  It would be
11      based -- you know, if I agree to take a case
12      with a flat fee, then there's a flat fee.
13      Otherwise, no.
14  Q.  Is there a limit for evaluations that are
15      completed in DuPage County?
16  A.  I have not conducted any evaluations where
17      there's been a limit --
18  Q.  Okay.
19  A.  -- unless it's been agreed upon in advance as
20      a flat fee.
21          MS. SENDEK:  I have no other
22      questions.  And then I just wanted to make it
23      clear for the record that we are not in
24      agreement for the production of any articles
25      or other documents that have been relied upon

MAGNA ▶
LEGAL SERVICES

Page 166

1    by Dr. Jaffe that were not tendered with his
2    report on January 26th.
3            MS. VITEK:  I don't know what you
4    mean, but you can do whatever you want.
5            MS. SENDEK:  He's referred to
6    several articles --
7            MS. VITEK:  Either you do want him
8    to produce them or you don't, because before
9    you told him you wanted him to.  So which one
10   is it?
11           MS. SENDEK:  We're not in agreement
12   that those were properly produced under the
13   rules.
14           MS. VITEK:  That wasn't my
15   question.  Do you want him to produce them or
16   no?
17           MS. SENDEK:  I want them produced,
18   but I'm not waiving our objection to the fact
19   that they were not tendered in compliance
20   with the rules.
21           MS. VITEK:  All right.  We'll send
22   them on over then.
23           (The deposition of DR. ALAN JAFFE was
24   concluded at 6:15 p.m.)
25

Page 167

1    STATE OF MINNESOTA:
                    :        CERTIFICATE
2    COUNTY OF HENNEPIN:
3
4        BE IT KNOWN, that I, Jolynn Graham, took
     the foregoing deposition of DR. ALAN JAFFE;
5        That the witness, before testifying, was
     by me first duly sworn to testify the whole
6    truth and nothing but the truth relative to
     said cause;
7
8        That the testimony of said witness was
     recorded in shorthand by me and was reduced
9    to typewriting under my direction;
10
         That the foregoing deposition is a true
11   record of the testimony given by said
     witness;
12
13       That the reading and signing of the
     foregoing deposition by the said witness WAS
14   NOT WAIVED by the witness and respective
     counsel;
15
16       That I am not related to any of the
     parties hereto, nor an employee of them, nor
17   interested in the outcome of the action;
18
         That the cost of the original has been
19   charged to the party who noticed the
     deposition, and that all parties who ordered
20   copies have been charged at the same rate for
     such copies;
21
22       WITNESS MY HAND AND SEAL this 7TH DAY of
     MARCH, 2021.
23
24
                 Jolynn Graham, RPR
25               Notary Public

MAGNA
LEGAL SERVICES

**A**

**Abby** 19:8 41:4
44:18 53:3,10
53:13,16,19,22
57:14 69:5,13
69:13 70:2,4,8
70:14,16,20,22
71:10,12,14,24
72:9,23 73:7
74:6,9,17,18
75:4,7,18,21
76:5,11,16,19
76:23 79:16,21
80:1,20,23 81:1
81:7,16 82:3,11
82:16,19,22
83:18,21 85:24
86:2,13,25 87:5
88:11,15,23
89:7,8,12,17,22
92:14,20,21,22
93:16,23,24
109:5,7,12,15
112:13,24
116:13 118:1
123:25 124:11
125:12 128:18
129:11,13
130:20 132:2
150:17 151:20
152:2
**Abby's** 53:4 73:3
81:12 84:10
85:7 89:25
116:4 117:4
126:5
**ability** 5:1 27:13
83:6
**able** 10:19 27:18
30:20 43:20
48:7 49:25
52:23 58:25
59:5 64:12
66:25 67:4,12
82:6 119:5

143:11 160:7
160:11,19
161:13
**absolutely** 37:4
95:20
**abstraction** 83:6
**academic** 116:24
**academics** 117:2
**accept** 91:23
**access** 64:15
78:22,23
105:21 135:5,7
**account** 38:8
**accounts** 99:5,8
**accuracy** 27:23
58:25 59:5
**accurate** 5:1 29:2
37:7 59:11
89:13,14 91:2
130:7 158:15
164:21 165:2
**accurately** 81:20
**acknowledge**
140:6
**acted** 105:23
**acting** 15:8
**action** 167:17
**actions** 130:6,10
**activities** 17:12
18:2,13 49:9
62:4 77:12
109:2,20,24
111:22 112:3
112:12,20,23
120:25 121:1,3
**ad** 10:23 11:1
31:20 115:21
**adapted** 115:17
116:7,13,22
117:17 119:20
120:14 125:22
126:6,12
**adapting** 115:5
120:17
**add** 161:17
163:11

**added** 165:2
**addictions** 77:20
**addition** 94:22
164:2
**additional** 49:20
**address** 60:4
66:7 163:13
**addressed** 24:14
75:23
**adjustment**
116:1 120:21
**adjustments**
135:18
**administer** 25:19
26:23
**administered**
25:9,10,11
**administering**
36:21
**adolescence**
141:7
**adults** 156:13
**advance** 165:19
**advised** 104:4
110:24,25
**advisory** 103:2
**affairs** 82:1,4
137:20
**affect** 39:17 67:7
**affluent** 157:22
**age** 53:24 102:9
146:11 148:20
152:3,4
**ages** 102:1
**ago** 8:1 125:13
**agree** 34:24
101:6 162:17
164:21 165:11
**agreed** 165:19
**agreement** 30:20
30:25 31:1,7
165:24 166:11
**ahead** 127:18
149:24,25
156:18
**Akerman** 2:7

**ALAN** 1:12 4:2,4
166:23 167:4
**albeit** 149:14
**alcohol** 14:20,23
15:2 55:18,21
56:1,4,14,17
75:19 76:24
77:22 78:8,15
**allow** 28:6
**allows** 95:22
**ambivalence**
126:16
**American** 5:7
**amount** 138:18
140:22 141:5
142:25 159:11
159:19,22
160:5 163:19
163:22
**analogy** 37:18
**anonymously**
68:7 114:4
141:15
**answer** 4:20
28:21 35:25
39:22 66:25
77:17 78:20
79:18 85:10
91:22 92:1
108:17 138:7
141:25 147:8
151:23 154:13
**answered** 76:2
**answering** 42:3
57:7
**anti** 141:15
**Antioch** 5:9
**anti-government**
22:18,22,24
23:2,4,6,24
24:4,7,12
141:16,17
**anti-political**
114:5,9,17,22
**anybody** 141:10
**anymore** 149:21

149:22
**anyway** 96:20
149:21 160:8
**apologize** 13:21
94:4 112:9
125:5
**apparent** 82:9
**apparently** 21:13
96:19
**appear** 34:4
**appearance**
116:17 117:6
**appearances** 2:1
125:24
**appeared** 73:12
84:14 126:7,14
146:4
**appears** 117:1
145:21,21
146:1
**apples** 100:14
150:11
**applied** 136:9
**applies** 151:15
**apply** 152:5,12
152:17,25
**appointed** 6:9,19
**appointment**
5:18
**appointments**
61:15 107:3,13
107:19
**appraisal** 66:14
**appreciation**
140:4
**apprehended**
141:19
**apprised** 86:21
**approach** 74:24
**appropriate**
31:21 86:11
138:17
**appropriateness**
33:17
**approximate**
25:1 41:5 51:7



MAGNA ▶
LEGAL SERVICES

70:13
**approximately**
1:16 41:7,7
46:21 51:9
70:15 74:8
**area** 35:1 40:12
83:11,12 90:6
122:12 123:6
157:22
**arising** 139:17
**arranged** 17:17
61:11 110:12
**arranging** 17:13
**arrested** 101:18
102:2,5,12
113:21,24
114:1,7,17,21
147:2
**arrests** 97:20
98:4,14 101:21
157:25
**arrive** 143:13
**article** 102:14,15
**articles** 10:15,20
13:4 94:19,25
95:12,14 96:5,9
97:15,16 98:24
99:1 103:19
165:24 166:6
**ascertain** 145:5
161:14
**aside** 10:12 11:21
13:2 29:3 60:14
64:24 65:3
**asked** 13:9,13,15
46:10,11,16
47:18 48:5,12
49:20 53:13,18
53:19,25 59:24
60:7,10,12
61:19 62:1,5
70:19,20,24
71:12 73:10
75:25 76:2,15
76:18 77:10,11
92:23 110:19

119:8 131:13
131:14 141:23
145:2,3
**asking** 20:18,21
21:3 39:21
52:22 54:7,25
60:9 91:24,25
92:20 93:4
100:15,18,19
**aspects** 126:5
**assess** 25:22 26:1
26:3,12,19 27:2
27:10 58:25
59:2,5 93:5
**assessed** 53:24
**assesses** 26:4,20
**assessing** 27:6
29:8 58:16
78:13
**assessment** 25:14
26:5 53:22
**assets** 95:24
**assign** 117:11
140:24
**assist** 30:1
**assistance** 105:16
**assistant** 7:11 8:4
**associated** 6:7,12
34:16
**Associates** 5:17
**assume** 4:20 28:3
28:7,15,16
89:14
**assuming** 28:5
68:20 150:21
157:13
**assurance** 70:19
**assure** 46:13
48:19
**assured** 51:17
**astute** 57:22
**ate** 106:21,24
**atmosphere**
56:22
**attack** 150:7
**attacks** 150:6

**attempt** 31:19
34:4,18
**attempting** 58:17
93:5 140:24
**attempts** 31:16
**attend** 115:12,14
**attendance**
110:21,23
**attendant** 142:7
**attended** 18:19
**attending** 106:4
110:14 117:21
**attention** 55:24
127:21
**attorney** 9:3,5
**attorneys** 6:11
79:12
**audio** 12:16,19
128:21 129:7
129:10 160:12
**authenticity**
161:16,22
162:15
**authorities** 94:7
95:23 96:25
**authority** 137:23
153:4 160:21
**available** 29:17
30:4 44:5 65:4
141:14 155:14
158:19 161:2
**avoid** 32:5,11,23
**aware** 14:5 18:23
50:21 58:2 64:1
68:1,25 81:17
96:12 99:4
102:4,8 103:14
106:15,18
110:8 115:24
121:1,3 125:16
126:22 133:10
141:11,21,24
145:15,18,22
146:1,11,22
147:10,13
151:3 157:16

**awareness** 58:20
139:18

**B**

**bachelor's** 5:7
**back** 31:22 88:8
88:22 91:15
160:8
**bad** 53:3,10,14
53:16,20 66:15
74:17,25 75:1
81:3
**balance** 159:14
**ball** 112:5,14
**banana** 21:5,6,8
21:10,11,12,15
21:15,17 22:6
54:1,4,8,16,23
55:4,6 79:15,22
80:6
**bang** 129:24
**banging** 128:4
129:18
**Bannockburn**
2:13
**baseball** 109:4,8
121:8 122:2
123:18
**based** 36:5,5 38:5
68:14 82:9
89:14 98:1
111:18 114:14
115:1,18
120:16 134:11
136:22 137:15
137:17,17
141:13 142:6
143:12 144:14
149:13 155:13
163:23,24
165:11
**basis** 16:1
**Bay** 157:18,19
158:1
**bearing** 59:13
81:12 82:11

**bed** 108:5,9
**beer** 13:25 14:4,6
76:1
**Beermann** 2:11
**began** 15:15,17
15:21 105:10
105:13
**beginning** 85:15
**begins** 15:16
**behalf** 2:2,10
4:11,15
**behavior** 125:21
126:5,11 148:4
149:17 150:15
150:15,19
151:21,22
152:10,11
153:17 154:10
**behaviorally**
153:13
**behaviors** 151:13
**belief** 116:12
156:4,10
**believe** 9:3 10:6
12:18 13:19
14:8,14,18 15:4
16:14,14,25
17:4,11 18:6,25
19:4,13 20:5
22:7,8,13 25:24
26:9 27:5 32:23
33:19 35:19
38:11 41:2,25
44:22 45:8,12
46:13,16,19
47:21 49:12,15
51:6 52:6,9,9
53:9 54:6,6,18
55:2,2,7,9,12
55:23,23 57:8
57:13,14,20
58:11 59:13
60:2,12 61:1,10
61:13,16,19,23
62:1,13 64:8
65:8 70:5,25



74:13,15,20,20
75:23,23 79:24
79:24 80:13,16
81:9,11,20 83:5
83:23 84:1,12
84:25 86:8,10
88:6 90:21,25
90:25 91:1
94:24,24 95:19
99:18 100:3,7,9
100:13,16,23
101:10 103:1
103:21 104:25
105:3,11,13,18
106:8,11 107:5
107:14 108:4
108:20 109:4,5
109:6,10
110:10,19
115:16,18
118:3,11,20
119:18 120:14
120:16 121:24
122:1,25
123:11,14
124:2,8 125:1,2
125:14,21
126:25 128:5
129:9,21 132:5
132:10 136:1,4
136:9,17,18,20
146:13 150:17
151:19 156:19
157:3,6,9
**believes** 81:4
**benefit** 50:4
134:25 135:13
135:20 136:5
137:3 150:22
152:23
**best** 25:19 140:21
141:3,4 143:13
**better** 37:2 86:3
86:6,14,15,16
86:19,20 87:5,7
116:6 117:4,13

119:2
**beyond** 29:5
46:15 47:11
60:19,21,22
83:5,13 114:13
150:22
**bigger** 119:1
**bill** 162:15
**billing** 161:1
**bit** 56:9 95:21
119:3
**blame** 140:24
**blanking** 88:6
**blood** 36:6
**boating** 121:7,11
122:22
**bolts** 29:8
**book** 77:21
**bottom** 31:25
32:1,2 34:1
61:2 99:10
127:16,23
132:20 159:10
**Box** 2:16
**Braden** 124:23
125:1
**Brady** 118:15
125:4,5
**break** 69:8,10
129:2,4 130:2
159:1
**breakdown**
117:20
**breaks** 129:18
**briefly** 43:5
**bring** 54:4 55:20
75:21 79:21
80:1 83:21
154:19
**bringing** 111:2
134:3
**broached** 60:2
79:17
**brother** 53:23
74:24
**brought** 6:10

54:16,23
122:23 123:22
126:24 133:15
143:6
**brown** 21:13
**bullets** 97:8
**butt** 131:19
**B1** 2:4

---
**C**

**C** 4:1
**Calex** 118:14
**California** 6:22
**call** 69:23,25
127:21 146:20
**called** 128:6
**calls** 139:10
**calm** 42:14,18
43:2
**camera** 51:22
70:8
**Capitol** 150:6,7
**car** 119:14,15,20
**card** 136:10
**cards** 112:8,10
**care** 79:19
**cared** 107:21,24
108:2
**careful** 57:7
**caregiver** 15:9
105:24 111:16
**caretaker** 106:2
**case** 8:9,12,13
9:22 10:9,24
27:18 29:12,22
30:7 31:10,20
38:19 39:24
48:1 59:15 65:6
65:21 73:13
77:2,16 79:2,3
79:4,11 81:16
82:10 91:4
115:22 123:13
126:20 135:2,3
158:4,12
160:24 161:7

161:24 162:2,6
163:25 164:13
164:23 165:11
**cases** 6:21
**catch-all** 94:9
**cause** 167:6
**caused** 21:14
131:16,16
**causing** 131:17
**cellphone** 124:21
**censor** 95:25
**CENTRAL** 1:1
**certain** 33:3
36:11 45:22
46:12 48:22
64:4 104:14
105:11 109:22
110:3,10
126:25 127:1,1
136:10 148:14
151:2 153:17
**certainly** 30:8
51:2 65:17,22
65:22,23 66:16
66:18 67:19
69:9 73:11
77:14 90:14
103:24 144:22
151:10 154:12
154:12
**certainty** 105:4
106:20 108:7
131:11 155:16
**CERTIFICATE**
167:1
**challenge** 33:2
**challenges**
148:13
**changes** 148:4,5
**chapters** 77:21
**characteristics**
26:5,8
**charged** 167:19
167:20
**charges** 161:18
165:1

**chat** 161:13
162:3 163:1
**check** 40:6
**Checklist** 26:9,13
**Checklist90**
25:16
**cherishes** 114:12
**Chicago** 2:8 5:12
6:24 88:19,20
92:17,24
**Chicagoland**
40:11
**child** 15:17 65:19
65:23 66:14,19
66:22 74:1 83:4
90:4,7,7,15,20
102:8 111:23
119:18 146:13
148:11 149:2
**childhood** 141:6
**children** 8:9,15
8:17 9:10,14,17
10:11,11 11:21
12:14 13:10,18
15:9,25 16:8,13
16:16,20,24
17:3,10,22,25
18:3,8,10,13,16
18:19,23 19:2,5
19:11,16,22
20:1,10,17
21:23 22:9,20
23:12,15 24:1
24:13,15 27:6
27:13,16 38:14
39:2,4,9,20
40:1,9 41:1,11
41:15,16,17,21
42:10,16,17
43:6,10,24 44:7
52:13 57:9
62:15 63:11,11
63:17,18,21,23
64:2,13 73:21
73:21 77:3,6,12
78:14 79:6 84:3



90:21,24 91:5
92:5,9 93:1,11
93:19 99:4,7,14
99:19,20,25
100:20,24
101:18 102:12
103:6 104:22
105:23 106:4,7
106:19,22,25
107:10,12,18
107:21,24
108:2,5,9,11,15
108:21,25
109:8,11 110:4
110:14 111:3,6
111:16 113:2,6
113:7,11,12
115:4,12,16,25
116:21 117:12
117:20,23
120:14,24
121:4,10,21
122:2,7,10,17
122:19,22
123:3,18,20
125:16 126:24
127:3,7 128:7,8
131:4,9 132:6
132:11,19
133:3,9,14,20
133:24 134:1,3
134:9,11,16,18
134:24 135:5
135:12,12,15
135:19 136:1,3
136:4 137:2,7,9
137:10 138:1,3
138:11,14,19
138:23 139:1,3
140:2,19,21
142:15,17,21
143:1,6,9,13,16
143:24 144:7
144:12,19
145:13,18
146:10,11

147:18,21,22
148:11,19
149:17 150:13
150:20 151:3,6
151:7,9,10,16
151:19 153:5,5
153:23 154:3
154:15,23,24
155:3,8,18
156:12,20
157:4,7,10,16
158:1
**children's** 11:11
11:15,19 17:7
17:14,17 18:5
38:16 39:15,17
78:8 87:18,21
88:2,4 100:7,11
100:16 106:13
106:15 107:3
109:2,20,24
110:21 115:10
117:16 118:22
125:21 130:11
136:7,15
139:18 141:6
151:12
**child's** 90:16
91:8,10 153:15
**chime** 149:3
**chimes** 148:24
**China** 10:1 56:20
57:23 58:3,21
59:3,5,10 80:21
81:18 82:1,17
97:11 101:13
101:15 102:8
103:23 113:17
139:5 140:17
**Chinese** 86:23
143:25 144:6
**cholesterol** 36:2
**choose** 68:21
**choppy** 160:12
160:13
**Chui** 1:4 2:19

4:11
**Chung** 1:4 2:19
4:11
**circumstance**
148:17 149:9
**circumstances**
14:10 19:21
111:5 148:14
151:2
**cited** 10:15
**citizens** 103:3
**citizenship** 103:6
103:9
**Civil** 96:13
**claims** 147:11
**clarification**
54:13
**class** 7:23,25
111:8 115:20
**classes** 7:17
**clear** 37:7,12
153:25 154:4
155:10 165:23
**clearly** 113:15
140:12
**clinical** 5:13,23
8:4 29:6,20
41:11 44:17
46:7 48:3,15
69:4 116:5
126:3,7,17
138:9,20
144:15 150:23
**clinically** 126:14
**clinician** 36:15
37:9,24
**clinicians** 35:16
**clock** 124:20
**close** 37:16
**clothes** 108:24
**CNN** 60:18 115:2
140:13
**cognitive** 152:22
**collar** 6:24
**collateral** 29:21
29:23,24 31:4,9

**collaterals** 29:9
29:10,11
**colleague** 40:20
**colloquial** 32:12
**colloquially** 28:6
**come** 28:4 78:9
89:18 90:5
119:9 142:2
143:5
**comes** 7:2
**comforted** 132:3
**comforting** 132:5
132:10
**comforts** 131:4
**coming** 64:6
**commenced** 4:3
**commencing**
1:15
**comment** 149:22
**commentary**
149:23
**committed** 91:14
**common** 81:17
141:8
**communicated**
64:1
**communications**
96:2 125:17
**communists** 81:4
81:6 148:23
**compare** 100:18
**comparing**
100:14 150:11
**complete** 24:17
28:24 34:14
50:6 122:7
**completed** 5:12
8:8 29:4 31:23
158:4,7,12
161:6,18 162:6
165:5,15
**completely**
155:23
**completing** 25:20
**compliance**
166:19

**collaterals** (second column duplicate not present)
**computer** 25:10
124:19
**computer-gene...**
34:23
**conceivably**
27:18 83:10
**concern** 65:24
77:3 81:24
132:16 133:1,4
133:5,6,7,17,19
133:21 134:18
134:23,24
138:10 148:8
156:24
**concerned** 23:25
57:11 58:22,23
64:21 77:22
79:7 82:2
113:21 134:13
135:15
**concerns** 100:10
100:23 101:4,5
113:23,25,25
135:24
**conclude** 130:5
**concluded**
166:24
**concluding** 97:12
**conclusion** 96:4
**conclusions**
38:13
**concrete** 38:7
145:23
**concurrent** 9:11
**condition** 38:22
46:6 154:21
**conduct** 8:13,16
10:7 44:6,17
69:4 71:24
73:14,15,18
138:19
**conducted** 37:23
69:13 84:25
116:5 156:6
165:16
**conducting** 6:2



78:21
**confidently**
114:12
**confiscate** 95:24
**conflict** 126:16
**conformed** 59:7
59:8
**conscious** 34:4
34:17
**consider** 31:21
60:20 83:2
116:4 117:10
140:3 141:8
148:7 150:14
150:18 151:13
151:21 152:9
157:13
**consideration**
29:18 83:15
**considered** 28:22
29:7,16 59:10
84:6 99:20
116:18 143:19
147:17
**considering**
101:13
**constitutes** 157:4
**constraints** 29:19
**constructive** 75:3
**consult** 20:3
59:20,22
118:10
**contact** 42:12,17
43:3 110:15
**contained** 36:25
42:20,22,24
52:15 76:7
118:16 121:18
123:15 124:24
125:5,8
**content** 78:21
84:17 95:25
98:16
**context** 77:18
87:4 92:20
131:25

**contingencies**
152:18
**continue** 77:19
**continued** 93:19
**continues** 134:20
**continuously**
99:12
**contributed** 93:6
**contributing**
5:19
**control** 147:16
148:13 149:1
150:24 152:1
**conventional**
59:9 65:3
**conversation**
23:5 41:19
84:18 86:12
89:15 114:14
125:12 130:12
130:15 132:1
**conversations**
63:4 64:5,9
70:17 71:16
73:8 75:18
83:17 84:22,24
85:24 89:7
95:11 104:3
106:6,9,12
107:17 120:8
120:11 128:14
128:16,17,22
129:11,12,15
130:23
**conversely** 67:13
**conveyed** 82:16
149:10
**convivial** 42:13
**Cook** 6:20,24
165:5
**cool** 148:21
**copies** 164:22
167:20,20
**copy** 8:18
**corner** 87:1
**correct** 7:5,13,14

8:10 12:4 13:6
14:17 15:18
16:8,9,11 24:15
24:16 30:12
31:5 40:13,16
40:17 43:7,8
58:9,10 63:19
70:3 72:21 73:4
73:5 75:8,9
76:1 79:13,14
82:4,13 86:19
92:24 93:20
94:1,2 96:10,16
96:17 97:18
99:2,3 100:1,2
102:17 103:3
111:19 113:3,4
113:9,10
117:13 122:15
125:6,7,9
127:11,12
133:11,12
137:16 142:2
147:20 153:1,3
155:21 157:1
159:8,25 164:1
164:2,2,5,6
**correspondence**
38:1
**cost** 165:6 167:18
**costs** 150:15,19
151:14,22
152:11
**counsel** 9:6,21
167:14
**counselor** 11:16
118:22 119:8
**counselors**
117:15
**counties** 6:16,19
6:20,24,25
**country** 66:21
68:12
**County** 2:4 6:24
165:5,15 167:2
**couple** 94:19

96:5 140:18
**course** 7:20 11:6
13:8 17:19
19:16 33:21
40:2 43:9 44:8
44:18 45:21
46:8 47:14 61:5
77:13 81:13
90:1 105:6
135:17
**court** 1:1 6:3,9
6:12 48:16 50:5
52:7 79:7 137:1
150:3 156:9
165:7
**court-ordered**
6:5 7:2
**covert** 95:25
**Covid** 122:6
**create** 33:7
153:25
**creates** 155:10
**credentials** 5:4
**critically** 48:20
**crying** 128:6
**culture** 139:4,14
**cum** 5:8
**current** 5:15
46:18 117:16
151:24
**currently** 7:22
117:21
**curtail** 94:8
**custody** 77:14
78:22 141:20
143:17,22
156:6
**cut** 147:3
**CV** 5:5

──────────
**D**
**D** 4:1
**dad** 60:25 62:6
75:7 92:18,21
131:15,16,16
131:20

**daddy** 88:21
131:17
**daily** 16:1
**Dale** 1:7 2:20
**danger** 78:14
**dangerous** 89:21
90:13 134:12
**data** 29:17 35:24
36:18,23 37:8
37:13,25 38:1,2
38:3
**date** 24:23 30:25
31:1 40:6 48:4
124:6,7,8,11
158:12 160:15
160:18 165:2
**dated** 159:7,24
160:4
**dates** 19:6 20:7,8
24:21 56:10
61:11 110:4,7,9
110:12 123:20
123:24,25
**day** 2:12 16:12
16:15,20 18:16
18:18 53:5,17
76:18 85:5,15
120:1 167:22
**day-to-day** 18:2
18:2
**deal** 153:19
**Debolt** 1:7 2:20
4:12,15 8:9,14
8:16 9:4,6 12:7
12:20 13:22
24:18 25:6 28:5
30:6 113:6
151:16 154:3
154:15
**Debolt/Wan** 11:8
**December** 15:21
25:3 105:14
127:14,19
128:9 129:17
130:21,25
159:24 160:4



**decide** 141:3
**decided** 134:7
**decides** 148:22
 156:9
**decision** 113:20
 141:5,9 143:12
**deeper** 65:4
**defer** 155:25
**define** 148:3
**defined** 102:9
**definition** 148:12
**defy** 153:5
**degree** 5:7,9,10
 155:25
**delusional** 28:12
**delve** 56:9
**democratic**
 150:10
**deny** 140:9
**department**
 60:19 102:18
 115:3 137:20
 140:11
**depend** 90:20
**deposes** 4:6
**deposition** 1:10
 1:12,14 3:1 4:2
 4:19 5:2 124:15
 164:7,12,14,17
 164:18 165:3
 166:23 167:4
 167:10,13,19
**derive** 119:22
**describe** 7:15
 16:15 25:8
 41:14 43:5
**described** 55:8,8
**describing** 27:25
**desirability**
 153:11,16
**desirable** 33:12
 135:6 136:14
 142:20
**despite** 103:8
**details** 14:3
 30:17

**detained** 97:25
**detention** 146:10
**determination**
 36:19 137:1
**determine** 27:12
 27:17,20 29:1
 36:16 57:22,25
 58:1,18 59:24
 79:6 138:10,20
 156:1 160:23
 162:4
**determined**
 143:18
**determining**
 28:23 77:9
 116:7 139:21
**detriment** 152:23
**devastation**
 154:2,14,20,25
 155:4
**deviation** 37:17
**devices** 124:18
**differences**
 101:13
**different** 39:22
 76:17 90:6
 100:9
**differentiation**
 81:9
**difficult** 7:6
 44:14 105:22
 118:12
**difficulties** 84:5
**difficulty** 84:13
 86:22 129:22
**direct** 15:8 16:7
 37:25 38:15,25
 39:3,14,19
 111:24
**directing** 55:24
**direction** 15:12
 34:8 167:9
**directly** 15:25
 144:15 147:5
**director** 5:23
**discipline** 75:5

**disclose** 37:2
**disclosed** 95:18
 96:9 97:17 99:1
 102:16
**Discovery** 157:18
 157:19 158:1
**discuss** 12:13,19
 17:17 18:15
 56:19 79:15
 94:3 105:5
 132:15 137:22
**discussed** 14:12
 41:24
**discusses** 139:4
**discussing** 82:8
**discussion** 84:1
 109:18
**discussions** 15:2
 62:11,14 74:18
 75:4 88:11
 140:16
**disenfranchise**
 132:18 133:8
**dislike** 81:5
 148:22
**dissatisfaction**
 23:7
**distill** 143:3
**DISTRICT** 1:1,1
**disturbances**
 26:22
**DIVISION** 1:2
**doctor** 5:10
 17:10 107:3,18
**doctor's** 61:14
 107:13
**document** 88:9
**documents** 8:22
 8:25 9:8,12,16
 9:20,24,25 10:4
 13:2 42:4,8
 63:16 87:16,20
 87:25 88:1
 96:14 112:17
 112:18 124:16
 137:16 165:25

**doing** 42:10
 73:19 84:3
 85:18 111:6
 141:1 153:21
 156:5
**domain** 37:11
**dominant** 26:8
**door** 46:14 47:10
**doubt** 79:10
 161:15,21
**downplayed** 56:2
**downstate** 92:18
**Dr** 1:12 4:2,4,18
 5:16 40:20
 45:19 50:4,19
 69:23 74:2 85:1
 159:5 166:1,23
 167:4
**drajaffe@jaffe...**
 163:16
**drama** 32:12,23
 33:7,7,8,8
**draw** 38:15
**dreams** 84:8,14
 84:17
**drink** 77:1
**drinking** 14:16
 56:7 76:3,12,19
 78:3
**drinks** 76:1,22
**Drive** 2:8
**dropped** 21:11
 21:15 119:16
**dual** 103:6,9
**due** 108:12 111:2
 114:8,17,21
 150:2 154:6
 159:20
**duly** 4:5 167:5
**DuPage** 165:15
**duplicate** 160:2,5
**d-r-a-j-a-f-f-e**
 163:17

———————
E
———————
**E** 4:1,1

**earlier** 50:1
**easier** 90:11
**eat** 21:15,17
 106:18
**eating** 42:1 55:5
**eats** 87:2
**edit** 35:4
**edited** 34:20
 35:18
**educational** 5:6
 88:3
**effect** 32:24 39:7
 68:6,7 89:25
 93:14
**effects** 112:1
 113:1,5 154:22
**effort** 149:1
**ego** 149:5
**eight** 111:4
**either** 35:3 49:22
 79:19 87:13
 135:2 138:11
 138:21 142:20
 166:7
**elaborate** 148:2
**electronic** 124:18
**eliminate** 34:13
 156:14
**eliminated** 35:11
**email** 118:21,24
 119:8,13,22
 120:4 162:10
 163:5,10,13
**emailing** 163:6
**Embassy** 103:11
**emerges** 148:9
**emotional** 38:22
 129:22 154:2
 154:19 155:3
**emotionality**
 32:5,10
**emotionally**
 38:24 126:8
**emotions** 32:7
 148:5
**empathic** 27:13



employee 167:16
employment 5:15
    105:5
encouraging 68:6
    68:6
endangered
    154:11
endangerment
    77:3,5,9,23
    79:6 83:16
    153:25 154:4,8
    155:11 156:20
engage 27:15
    95:25 112:3,13
    112:20,23
engaged 49:9
    154:9
engages 111:22
engaging 41:18
enjoy 109:7
enrolled 123:18
ensure 46:25
    51:14,19 70:17
    73:7
entering 85:4
entire 51:1 143:3
entirely 126:25
    135:16 136:19
    142:11,12
entirety 34:21
environments
    32:6
episode 43:11,12
especially 36:20
    77:25 140:15
    148:13
espoused 22:19
Esquire 2:3,6,11
    2:14
evaluating
    150:21
evaluation 8:8,14
    8:17 11:2,6,9
    11:13 13:8
    17:19 24:18
    25:19 26:24

28:5,25 29:14
30:2,14,16 31:8
32:14,18 33:1
33:21 40:2 44:8
44:19 58:12
60:16 77:14
78:22 81:14
90:1 104:4
139:1 143:21
143:22
evaluations 6:2,4
    6:5,17 7:3,9
    73:14 140:25
    156:6 165:4,6
    165:14,16
evaluator 28:14
    36:17
event 13:23
    119:25 120:3,5
events 33:4
evidence 139:2
exactly 30:3
    43:13 45:2
    105:11 127:22
    132:24 153:7
Examination 3:2
    4:8
examinations
    6:14
examiner 76:15
example 36:1
    67:13 87:17
    152:13
exceeds 36:11
exceptional
    117:2
excessive 32:7
exchanges
    135:11,11
excuse 95:3
exercise 140:23
exercising 36:9
exerts 153:19
exhibit 149:17
    153:17 164:16
    164:18

EXHIBITS 3:4
exist 100:24
    101:16 103:22
exists 145:1
expect 65:17
    66:15 67:21
    147:25
experience
    135:20 156:20
experienced 36:7
    36:15 84:2
    136:1 155:3
experiences
    126:9
experiencing
    129:21 154:24
experiment
    156:12
expert 137:19
    138:1 142:9,10
expertise 156:1
explain 33:13
    37:3 75:1 117:8
    154:16
exposed 22:19
    26:21
exposure 115:2
express 153:11
    153:12,16
expressed 114:18
    126:17 143:24
    144:5,7 149:19
    151:4
expresses 148:10
expressing 13:10
    57:11
extent 62:10
    142:21,21
external 68:1
externs 7:18
Extra 88:3
eye 42:12,16 43:3
eyes 119:3

————————
F
————————
face 97:25

facing 10:12 98:6
    98:10
fact 68:19,20
    82:14 93:8
    103:9 166:18
factor 25:15
    116:9
faculty 5:18,19
fading 139:11
failure 38:17
Fair 4:24
fake 34:18
fall 122:3 123:7,8
    150:24
falls 38:22
familiar 136:19
    163:1
family 7:9 11:8
    20:13 22:18
    23:18,20,22
    24:9 42:5 51:6
    52:11 70:5
    72:11,14,17,19
    73:1 78:17
    104:5,8,13,19
    104:22 105:1
    105:16 112:21
    112:24 149:13
far 15:24 41:1
    135:15
Farm 2:4
father 8:15 43:3
    45:5 46:19 58:4
    62:12,17 63:22
    65:11,11 66:1,1
    66:9,9 67:4
    70:18 73:9
    74:10 75:11,13
    75:16 81:8
    82:13 89:8,10
    89:17,23 91:6,7
    132:3,11
    153:24 154:18
father's 27:11
feature 161:13
    162:3 163:1

February 1:16
Federal 96:12
fee 165:12,12,20
feel 65:20 66:20
    67:3,14 75:15
    83:11,12
    163:10
feelings 65:13,14
    67:2,6
feels 67:22,23
    90:7
Feinberg 5:20
Feldman 2:14,15
    4:15
felt 59:19 60:7,10
    60:13 82:19,22
    83:4
fifth 149:2
figure 142:24
file 85:9 118:21
    162:11
final 26:17
find 95:4 161:4,5
fine 67:18 156:9
fire 97:7
first 4:5 5:5
    15:13 22:16
    27:9 30:6,10,15
    44:21 52:15
    66:8 99:11
    105:19 111:25
    127:16,23
    137:20 139:9
    139:13 144:4
    163:5 167:5
firsthand 22:12
    96:24 97:2,3,5
    97:6,10 98:3,8
    114:16,19
    141:11 146:16
fit 86:6,15,16
    116:18 117:12
    143:20
fitness 143:20,21
fits 86:2 116:6
    117:4



**Fitting** 87:7
**five** 15:14,20,21
 36:21 158:22
**flat** 158:8 165:12
 165:12,20
**floor** 2:7 21:11
 21:16
**flow** 86:11
**fluctuating** 99:12
**focus** 77:7
**following** 1:11
 15:23 76:20
**follows** 4:3,6
**follow-up** 49:5
 49:16 75:10
**force** 143:7
**forces** 68:1
**foregoing** 167:4
 167:10,13
**foremost** 27:9
**forensic** 5:24 6:1
 6:4
**form** 77:23 91:23
 92:4 151:24
**formal** 7:25 8:16
**formed** 10:8
**forth** 77:21 88:22
**forthright** 90:22
**four** 8:1 141:23
 148:19
**fourth** 111:1
 149:2
**free** 34:5 78:24
 163:10
**freedom** 23:8
 94:8 114:12
 140:3 144:17
 144:18
**freeze** 95:24
**frequency** 55:25
**friend** 118:14
 124:8
**friends** 17:15
 31:13 80:8
 85:25 87:11
 89:3 110:5,9

117:24 118:1,4
 118:8,12,13
 121:11,22
 122:17,23
 123:21 125:18
 152:7
**friend's** 125:3
**front** 8:18 71:7
 124:16,19,21
 160:19
**fruitless** 83:7,8
**frustrated** 15:17
**full** 15:13 22:16
 111:25 127:23
 135:20 144:4
**function** 149:5
**functioning** 27:1
 27:12 28:18
**fund** 58:16 81:25
**further** 15:19
 34:15 95:21
 101:17 131:15
**future** 141:4

─────── **G** ───────

**G** 4:1
**gargantuan**
 148:25 149:1
**gas** 97:7
**gathered** 148:20
**general** 20:8 23:3
 23:21 26:13
 52:19 58:16
 59:8 62:5 66:23
 81:15,25 121:3
 122:12 129:15
 152:3,4
**generalized**
 153:4
**generally** 20:20
 20:21,23 21:20
 24:25 25:2 57:5
 58:8 144:11,13
 151:5
**gesture** 154:7
**getting** 18:7
 31:22 69:12

119:14,15
**get-together**
 14:10,13
**girl** 87:3
**give** 5:1 15:11
 30:19 40:5 51:9
 122:13 158:21
 162:19 163:13
**given** 21:12
 131:8 167:11
**Gives** 52:19
**giving** 77:18
**glean** 82:6
**go** 62:9 67:23,24
 88:21 95:2
 97:24 119:11
 119:18 120:6,9
 120:12 121:10
 121:21 122:10
 122:17 127:18
 143:2 149:24
 149:24 156:18
 160:25 162:13
**goal** 134:15
 138:19
**going** 4:18 8:21
 28:15,17 48:16
 52:17 53:22
 66:22 67:15,22
 67:23 90:2
 91:14 118:23
 135:17 141:25
 148:12,24,25
 151:1 153:12
 159:3 160:14
 162:12 163:23
**gold** 28:22
**good** 34:18 37:19
 42:12 66:15
**government** 81:3
 81:22 114:4,6
 143:25 144:6
 151:5
**grade** 111:1,10
**Graham** 1:13
 167:3,24

**grand** 161:19
**granted** 51:20
**grave** 99:20,25
 100:3,5 157:4,8
**gravitate** 33:6
**great** 136:22
 138:13 153:19
 156:11
**greater** 155:25
**green** 136:10
**grilled** 43:18
**group** 148:14,24
 149:2
**groups** 152:6
**guarantee** 99:13
 100:19,22
**guaranteed**
 99:19,24 100:5
 100:8,11,17
**guardian** 10:23
 11:1 31:20
 115:21
**guess** 96:11
 158:16
**guideline** 35:16
 38:10

─────── **H** ───────

**half** 2:12 37:16
 46:21 51:9,10
 70:15
**halfway** 13:23
**HAND** 167:22
**hands** 128:4
 129:18,25
**happen** 149:6,8,9
 153:10 155:16
**happened** 141:22
**happening** 57:23
 59:9 97:11
 155:24
**happy** 66:6,24
 96:8 162:17
**harbored** 114:5
**hard** 119:13
**hare** 161:13

**harm** 101:8
**harmful** 68:9
**hate** 77:2 79:5
 150:9
**head** 28:7
**heading** 105:20
**heads** 140:20
**health** 38:20 39:3
 39:7,10,19,24
**healthy** 38:23
**hear** 6:18 44:14
 47:10 52:23
 82:21 93:18
**heard** 4:20 46:13
 47:10
**hearing** 84:8
**heavy** 94:11
**help** 27:2 89:1
 104:4,7 160:10
**helped** 61:17
**helper** 11:8 18:1
 18:4,7,10,12,14
**helper's** 17:22,24
**helping** 104:21
 104:25
**helps** 118:11
**HENNEPIN**
 167:2
**Hensley** 2:3,3
**hereto** 167:16
**hfeldman@fel...**
 2:17
**higher** 36:3
**highlight** 33:3
**hiking** 121:7,21
 122:10
**hired** 104:10
**history** 13:22
 105:6,13
**hold** 53:22
 114:10 119:6
 142:9 155:9
**holding** 141:16
**home** 15:22
 40:10,12,16,24
 43:21 46:18



69:17,17 72:5
75:5 104:5,13
105:14,16
106:3,5 144:1
**homes** 43:21
**honestly** 56:12
**Hong** 10:2 11:8
11:19 13:12
18:17 21:23
24:1 27:8 38:14
38:17 39:2,5,9
39:16,18,21
56:20 57:23
59:19 60:8,17
60:25 61:12,15
61:18,25 62:4,7
62:12,16,20,22
63:5,9,12,14,18
63:23 64:3,17
64:23 65:2,12
65:12,16,21
66:2,10 67:2,5
67:11,14,15,17
68:2,16,21 69:1
82:20,23 85:25
86:3,7,13,18,21
87:6,12,18,21
88:2,4,13,24
89:2,9,11,19,23
89:24 91:6,7,12
91:15 92:21
94:6 96:25 97:4
97:8,14 99:8,13
99:15 100:18
102:19 104:5
107:4,19 108:6
108:9,13,16
109:3,9,12,16
109:21 110:1,5
110:9,15,21
111:10 112:21
112:24 113:8
113:12,12,18
113:20 114:2
116:6 117:5
118:5,6 125:18

127:4 132:7,8
132:12,13
133:2,10,13,20
134:8,21
136:16 137:15
139:6,8,18,23
139:25 140:7
141:12 143:25
144:21 145:19
146:18 147:5
147:19 149:15
151:3,6,7,9,11
153:24 154:9
155:7,8,10
156:21 157:17
**honors** 5:10
**hope** 137:5
**horrible** 128:8
**hotline** 146:9,12
146:21,23
147:12 150:4
**hour** 41:8 46:21
51:9,10 70:15
158:5
**hourly** 158:3
**hours** 95:8
161:23
**hour-long** 43:10
**house** 45:4,7
50:12 52:17
70:2 80:15
104:9
**Howard** 2:14
4:14
**hundreds** 156:7
156:7,7
**hypothetical** 93:7

————————
**I**
**idea** 8:7
**ideal** 135:21
140:5
**ideally** 135:19
137:2,8 143:17
**identification**
164:19

**identified** 10:4
12:9 13:4 57:3
87:23 95:11
111:15
**identify** 29:21
47:5 56:25 57:5
65:23 106:2
143:8
**illegal** 150:8,8
**Illinois** 1:1 2:5,8
2:13,16 5:11
6:23 11:12,16
40:13 92:18
93:24 111:3
115:6,10,13,17
116:8,14,22
117:13,24
118:2,9,13
120:15,22,25
121:4 122:4,20
122:24 123:22
124:1 125:19
125:23 126:6,9
126:12,14,24
134:4 136:3
137:12 138:6
143:7
**illogical** 28:11
**imagine** 68:12
**immediately**
128:3
**impact** 32:13,16
32:22 33:23
39:1,4,15,20,25
65:22 66:19
67:19 90:6,16
116:12
**impacts** 33:19
39:16 65:13,14
66:2,5,10
**impair** 4:25
**imply** 134:14
**importance**
152:10
**important** 28:8
48:20 58:21

**imposed** 165:6
**impossible** 99:13
**impression** 137:6
**imprisoned**
113:22 114:7
141:20
**imprisonment**
98:1,7,10 140:1
143:1,15
**impulse** 144:24
145:11 147:16
148:8,8,8,13
149:1 150:24
152:1,16
**impulsive** 147:22
147:23 148:1,2
149:17 153:6
154:7,10
**inaccessible**
132:19 133:9
**inaccurate** 35:3
**inappropriate**
149:24
**incarcerated**
146:15
**incident** 14:19
21:5,6,9,18
22:2,6,8,11
54:1,5,8,13,17
54:23 55:4
79:15,22 80:2,6
80:9,12 130:17
130:20,24
**incidental** 134:17
**include** 34:21
164:3
**included** 35:20
48:1 85:8 98:23
**includes** 164:6
**including** 94:11
96:1 98:20
102:11 103:17
**incorrect** 136:25
153:7 156:9
**incumbent** 141:2
**independent** 10:7

56:3 60:16
64:25 162:4
**independently**
54:16,23 55:3
80:1 83:21 95:1
95:2,14
**INDEX** 3:1
**Indiana** 6:22
**indicate** 42:16
52:5,7 57:16
63:10,13 70:24
71:1,3,5,11
76:11 115:4
144:16 159:20
**indicated** 38:21
45:23 47:20,22
53:3,12 54:15
57:10 60:6
62:15,21 63:8
63:17 64:13
70:21 71:18,21
74:12,14 75:7
81:2 86:15,20
87:17 89:10,11
89:20 91:15
93:16 95:16
96:20 102:25
142:6
**indicates** 32:4
48:2 54:22
74:25 119:8
123:17 126:11
**indicating** 78:2
87:15
**indication** 116:17
126:10,15
**indications** 76:25
78:7,9
**indirect** 39:16
**individual** 26:20
27:1 28:4 36:4
45:16 46:7
48:21 101:12
112:12 148:10
**individually**
111:22 112:4



**individuals** 11:18
11:22 31:15,17
40:21 46:17
69:24 78:16
97:24 98:6,9,11
101:7 102:1,4
114:21 120:20
141:21 155:25
**individual's**
27:24 28:18
29:2
**indoctrination**
146:7
**influence** 90:14
91:8
**influenced** 91:3
91:17,18
**influential** 153:9
**informally** 85:16
**information**
11:23 14:9
17:21 21:4 23:1
23:21 30:4
32:13,17 35:20
37:2 54:11
56:25 57:3,4,6
57:17,19 58:1,7
58:9,11,17,18
58:24 59:1,6,7
59:8,14 60:14
62:18,24 63:2
64:16,24 66:10
66:17 67:21
68:8 78:10,11
78:23 79:1,8,11
80:17,18 81:10
81:12,16 82:3
82:12 83:3,24
85:7,21 86:22
87:9 89:12 93:9
93:13 94:17
95:17 96:3
98:19,22 107:7
107:15 108:19
110:18 111:12
111:18 112:7

112:11,16
115:19 118:16
118:19 120:16
120:18 123:1,2
123:10,12
124:4 126:2
128:12 131:6,8
132:2,21
141:13 142:1,3
142:5,12
144:14 145:12
146:4,5 154:13
155:13
**informed** 128:5
**inherently** 100:2
**initiated** 54:10
55:3 79:24 80:4
**Inpatient** 44:12
**inquire** 41:23
78:25
**inquiries** 78:25
**inquiring** 93:4
**inquiry** 57:21
**insight** 65:4
**instance** 36:25
37:12
**instances** 103:14
**instructed** 21:16
**inter** 51:4
**interacting** 15:25
41:16 42:13
**interactions**
17:14,18 32:6
43:6 49:13,17
**intercepting** 96:1
**interest** 25:19
143:13
**interested** 84:7,8
167:17
**international**
60:18 115:2
140:13 142:8
**interns** 7:19
**interpretive**
34:14,21,22
35:2,3,14,15

36:4 37:1 38:3
38:5,6
**interview** 29:7
44:21,23 45:1
45:13,15,16,18
45:21 46:1,5,7
46:8,20,25 47:1
47:14,16 48:3
48:13,21 49:21
50:6,11,15 51:8
51:12,14,18,23
52:1,8,16 53:4
53:8 54:20
55:18,22 56:24
59:17 60:23
66:11 69:16,21
70:11,14,22
71:10,14,24
72:4,9,23 73:3
73:7,15,18,22
73:24 74:6,10
74:16,19 79:23
80:21 82:9 86:3
86:14 92:15
93:15,23 126:7
126:18 138:9
138:20 144:15
150:23
**interviewed**
85:20
**interviewer**
47:13
**interviewing**
29:20 43:19
72:6
**interviews** 24:14
41:11 44:17
61:22 69:4,12
72:7 85:5,15
116:5 121:23
126:4 130:18
137:9 138:4
147:21 148:6
151:18
**Inventory** 25:13
25:14,17 26:18

**investigate** 78:24
147:11
**investigating**
95:22
**invoice** 159:4,10
159:15,17,20
159:24 160:2,4
160:6,14,15,16
160:18 162:16
163:7 165:1
**invoices** 159:4
160:8,17
161:12,15
162:20 163:25
164:8,16,21,22
**involved** 6:1,21
17:11 18:1,12
68:22 78:16
79:5 84:23
107:6 120:24
121:2,4
**involvement** 6:8
**involves** 6:1
**involving** 27:12
101:4
**in-person** 44:10
44:13
**irrelevant** 135:16
135:17
**isolated** 119:22
119:24 120:3,4
120:5
**issue** 31:11,12
56:8 65:23
75:22 83:21
110:16 147:17
157:23,24
**issues** 27:3,12
77:4 139:8,17
139:19,22

**J**

**Jaffe** 1:12 4:2,4
4:18 5:16 159:5
166:1,23 167:4
**Jaffe's** 3:6

**jail** 149:13,20
151:5,7,10
**January** 9:10,14
9:18 31:2 40:7
41:4,12 44:22
46:2 47:15 48:4
49:21 50:10
51:12 52:1,11
54:20,21 59:18
69:14 71:9,25
72:3 83:19
159:7 162:21
162:23 164:4
166:2
**Jessica** 2:3 4:10
**jessica@hensle...**
2:5
**job** 36:17 156:13
**joined** 20:13 21:2
**Jolynn** 1:13
167:3,24
**judgment** 27:14
27:14
**July** 104:23
122:20,24
133:15 136:3
**j-a-f-f-e-p-s-y-...**
163:17

**K**

**K** 2:6
**kept** 161:20
**kids** 85:18 91:13
91:14 103:10
141:3 148:21
154:9
**kind** 28:19 35:24
**kinds** 79:1
**knew** 43:18 76:3
109:14
**know** 10:6 12:6
12:25 14:6,12
14:21 18:10,12
19:2,5,8,25
20:6,10,13 22:1
22:4,13,23



23:11,14,17,19
24:22,25 27:9
27:10 28:9
29:15 30:13,13
30:18 33:6 36:8
41:1 42:25 45:7
45:20 46:10,17
47:6 48:8 51:3
51:7 53:11,16
53:18,19 59:11
60:21 63:1 64:4
68:18,19,20
69:2 71:6 76:21
76:22 80:8,11
80:15 82:8 85:3
85:11,19 89:13
92:5,9,12 94:19
95:6 96:21
98:15,18 99:7,9
103:5 104:12
104:18,21,24
107:9,12,21
108:10,14,24
109:13,15,17
110:10,13,17
110:23 111:5,6
111:11 118:13
119:10,24
120:2,2,3,5
121:14 122:5,9
122:11,11,18
122:19,21,22
123:5,8,9,16,23
127:2 136:7,11
137:18 144:8
144:11,13,19
145:12,14,14
145:16 146:17
146:22 147:9
148:1,21 150:3
150:12,22
151:6,7,9,10
153:7 157:21
157:25 158:13
160:7 161:17
161:23 162:1

162:24,24
164:24,25
165:11 166:3
**knowing** 133:2,3
133:25
**knowledge** 56:3
59:9 60:17
64:25 65:3
68:15 81:17,25
93:10 96:24
97:2,3,5,6,10
98:3,8,9 104:15
105:2,3 106:21
106:24 107:2
108:8 109:23
110:20,22
111:9 114:16
114:19,20
115:1 117:19
137:18 142:7
145:4,7,17
146:17 147:4
147:13 149:14
153:20
**knowledgeable**
60:21
**KNOWN** 167:3
**knows** 36:8 59:2
**Kong** 10:2 11:8
11:19 13:12
18:17 21:23
24:1 27:8 38:14
38:17 39:2,5,9
39:16,18,21
56:20 57:24
59:19 60:8,17
60:25 61:12,15
61:18,25 62:4,7
62:12,16,20,22
63:5,9,12,14,18
63:23 64:3,18
64:23 65:2,12
65:12,16,21
66:2,10 67:3,5
67:11,15,15,17
68:2,17,21 69:1

82:20,23 85:25
86:3,7,13,18,21
87:6,12,18,21
88:2,5,13,24
89:2,9,11,19,23
89:24 91:6,8,12
91:15 92:22
94:6 97:1,4,8
97:14 99:8,13
99:15 100:18
102:20 104:5
107:4,19 108:6
108:9,13,16
109:3,9,12,16
109:21 110:2,6
110:9,15,21
111:10 112:21
112:24 113:8
113:12,13,18
113:20 114:2
116:6 117:5
118:5,7 125:18
127:4 132:7,8
132:12,13
133:2,11,13,21
134:8,21
136:16 137:15
139:6,8,18,23
139:25 140:8
141:12 144:1
144:21 145:20
146:18 147:5
147:19 149:15
151:3,6,8,9,11
153:24 154:9
155:7,8,10
156:22 157:17
**Kramer** 118:22

--- L ---

**L** 2:3
**lack** 38:20 140:4
**land** 149:12,19
**laude** 5:8
**laughing** 42:2
**launch** 31:7,8

**launching** 30:16
**law** 2:3 7:9 68:5
94:9 95:22
97:21
**lays** 108:24
**lead** 151:19
**leagues** 123:6
**learn** 54:8 62:9
**leave** 59:12
**leaving** 140:17
**left** 73:11 104:22
105:1
**legal** 1:21 136:8
136:11,16
**length** 41:5 51:7
70:13
**lessons** 19:12
49:2,18 62:8
**let's** 80:4 140:20
**level** 36:12
149:18
**levels** 150:25
**life** 13:22 43:15
43:20 81:19
94:12 97:25
98:6,10
**likelihood** 156:19
**limit** 165:5,10,14
165:17
**limitations** 29:25
**limited** 47:3
68:15 79:10
138:18 140:11
147:15 149:13
**line** 34:9,10 78:5
83:8
**lines** 15:14,20,21
22:16
**list** 8:22 88:1
**listed** 13:3 96:22
**listened** 128:14
128:17 129:7
129:10
**litem** 11:1 31:20
**litem's** 10:23
115:21

**little** 15:12 56:9
58:2 90:3 95:21
119:3,4 157:20
160:12,12
**live** 46:17 47:6
64:14 67:4
90:17,18 92:6
92:10 93:19
135:14 141:5
142:25 143:2,9
143:14,15
146:18 157:14
157:22
**lived** 18:17 81:18
104:12,13,16
108:5,9,13,16
109:9,12,16,21
110:1,5 112:21
112:24 133:14
157:18
**lives** 28:1,1 67:5
143:16
**living** 21:23 45:8
51:20 60:8
61:12,15,18,25
67:10,11 82:20
82:23 91:11
92:17 99:8
107:4 115:5
122:3 123:7
125:19 127:4
144:20 157:16
**LLC** 2:3
**LLP** 2:7,11
**locale** 135:10
**locate** 95:7
**located** 45:1,2
124:16,18
**location** 101:22
101:24
**logical** 101:12
**long** 7:8 43:12
46:20 74:6
143:19
**long-lasting**
154:22



**look** 24:21 28:15
28:17 37:25
40:6 54:19 61:2
80:3 95:2
123:17 157:15
158:17 161:15
**looking** 22:15
31:23 42:5,7,9
66:6 71:20
77:16
**looks** 162:16
**lose** 113:2 154:17
**losing** 105:21,21
112:1 113:5
154:17
**loss** 10:12 36:9
135:1,25 136:2
137:11 138:5
140:3
**lot** 90:11
**love** 33:7
**Lynn** 2:11

**M**

**machinery** 101:9
**Macy** 124:10,23
**magna** 1:21 5:8
**major** 66:19
**majority** 15:8
16:7
**making** 42:12,16
43:3 96:4
114:24 125:25
144:24 148:4
149:23 151:15
**manner** 33:12
131:5 146:3
**MARCH** 167:22
**marginalize**
132:18 133:8
**marginalized**
135:23
**mark** 164:15
**marked** 164:19
**marriage** 105:7
**mass** 97:19 98:4

98:14
**Master's** 5:9
**material** 84:6
**matter** 4:12
48:22 81:23
148:15 149:3
152:14,15,18
153:2,2
**matters** 7:9 79:5
152:20
**maturity** 13:10
13:17
**maximum** 94:12
**meals** 17:7 18:5
61:6 106:7,10
106:13,16,19
106:21,24
107:9
**mean** 32:22 33:2
33:14 36:12,12
37:17 49:8 59:7
81:19 83:10
90:2 91:1 101:1
101:5 135:16
137:25 147:3
153:3 154:3
160:17 166:4
**Meaning** 146:5
**means** 33:5,9,18
36:19 142:13
148:2
**measure** 25:23
**measures** 26:13
**mechanisms**
28:25
**media** 98:1,16
99:5,7
**Medical** 5:14
**medication** 36:7
**Medicine** 5:20
7:12
**meet** 73:13
**meeting** 9:13
**meetings** 19:17
**Melanie** 40:20
**member** 5:19

140:10
**memory** 12:23
15:1 16:19 20:4
35:11 42:4 43:4
44:3 45:11
85:13 121:18
125:11 158:18
**mental** 38:19
39:3,7,10,19,24
**mentally** 38:24
**mention** 118:3
127:20 131:3
**mentioned** 7:11
45:25 117:3
122:14 128:10
143:23 146:8
147:16 154:14
**messages** 56:6,11
78:1,12
**met** 9:17
**Michel** 1:7 2:20
4:15 8:14 9:6
9:21 11:21 12:4
12:13,20 13:22
13:24 14:3,13
14:15,22 15:2,7
15:15,17,21,24
16:6,12,22 17:2
17:6,9,13,18,21
18:15 19:15,20
19:25 20:10,16
21:1,4,8 22:1,4
22:9,12,17,25
24:1,11,18
29:21 32:11
33:8,16,20 34:3
40:1,8,12 41:1
41:3,15,16,21
42:12 43:24
44:7 46:11 47:2
47:17 48:13,24
50:21,23,24,25
51:15,16 52:12
54:12 56:6,8,16
59:15 60:15
62:19 63:4,7,8

63:10,16 64:1
64:16,25 65:1
67:12 68:2,16
68:25 70:6
71:15 73:11
78:2,12 79:12
80:5,11 84:2,10
84:19,22 85:8
87:14 89:15
91:19 93:10
95:1,12 103:5
104:3,22 105:5
105:10,15,22
106:9,18 108:2
108:18 110:18
111:2,14,17,19
111:22 112:3
112:11,12,17
112:19,20,23
113:11,14,19
114:9,11,15
115:19 117:12
118:20 120:8
120:19,21
122:23 123:1,4
123:11 124:5
125:15 126:3
126:23 127:9
127:10 128:5
128:13,22
130:16,24
131:3,7 132:6
133:4,15 134:2
134:9,20
136:17 137:15
137:16 138:22
139:24 141:11
142:2,13 143:6
144:9 145:13
154:16 155:7
164:23
**Michel's** 16:15
16:20 19:21
31:25 32:4
33:24 34:14
38:11,19,19,21

39:3,7,10,19,24
40:10,15,24
67:2 69:2,17
70:19 99:14
113:6,23
132:17,23
133:18 136:2
142:14,15
**Michigan** 6:22
**middle** 15:6
88:25
**mild** 27:22
**mind** 52:21
**mine** 162:16
**mini** 28:11
**minimize** 132:17
132:22 133:18
**Minneapolis** 1:15
**Minnesota** 1:15
8:6 25:12 167:1
**minutes** 46:21,22
51:9,11 70:15
74:8,8 158:22
**misleading** 35:4
35:20 36:10
37:3
**misrepresentat...**
37:13
**misrepresented**
37:10
**missed** 78:3
**MMPI** 25:13,22
25:23
**moderate** 27:22
37:20
**modified** 57:13
**modify** 67:22
**mom** 60:25 62:6
76:1 88:20
131:15,15
**moment** 34:11
69:8 95:3
128:24 152:19
152:21 153:6,9
153:19
**mommy** 62:7,9



89:3 131:17,18
**month** 25:1
125:13
**months** 111:4
**mood** 53:3,10,14
53:16,20,23
74:17,18,25
75:1
**morning** 18:8
108:15,22,25
**mornings** 119:10
119:11
**mother** 21:17
22:5 23:24 49:1
49:6,14,17 64:6
64:14 65:6
67:16 76:4,12
77:1 80:24
81:21 82:12
89:5 92:6,10,17
92:23 93:2,11
93:17,25 115:7
128:15,18,23
129:8,11,13,14
130:12,15
134:3,10,20
136:7 137:11
138:5,25 139:7
139:16 142:16
142:22 155:1,5
**mother's** 55:21
56:1 75:19
76:23 78:8
130:6,10
**motivated** 94:10
**mouth** 55:15
**move** 51:22 70:8
90:5 93:3,12
**moved** 122:20
**Moving** 33:10
34:1 94:5
150:13
**multi** 6:21 25:12
**Multiphasic**
25:12
**multiple** 19:18

**N**

**N** 4:1
**nailed** 30:17
**name** 118:14
124:9,9 125:3
**names** 124:23,24
128:7
**nanny** 104:9,12
104:16,18,21
105:17 107:10
**national** 68:5
97:21
**natural** 133:23
**nature** 136:19
152:16
**nearly** 101:18
102:12
**necessarily** 26:6
58:15 85:23
91:16,18
119:23
**necessary** 57:24
**need** 90:2 104:1
119:3 137:4,7
138:2 141:9
145:15 162:7
**needs** 106:4
**negative** 32:8
154:22
**neighbor** 13:25
14:6,13
**neighborhood**
46:23 157:14
157:24
**neighbors** 68:8
**neither** 135:22
**never** 162:24
**new** 143:8
**news** 115:2
137:18 142:8
**night** 101:3
108:12
**nightmare** 85:7
108:12
**nightmares**

83:18,22,25
84:5,9,11,15
**noises** 52:23
**nonexistent**
147:15
**non-clinicians**
37:22
**normal** 38:23
43:16 77:13
150:23 157:13
**normative**
150:24
**Northwestern**
5:13,19 7:12
8:5
**Notary** 1:13
167:25
**noted** 15:24
22:17 46:4
**notes** 16:19 44:4
44:5 45:19 46:4
47:22 48:1,5,10
48:11,14,16
49:23 50:3,19
53:13 54:19,24
54:25 71:5,7,9
71:11,20,22
74:3,14 85:23
121:15 124:25
125:8
**notice** 1:14
102:19,23
**noticed** 167:19
**November** 30:11
31:1,2
**NSL** 146:8
**number** 31:15
77:7 158:13
162:8,18
**nuts** 29:8

**O**

**O** 4:1
**oath** 4:6
**objection** 166:18
**OBJECTIONS**

3:8
**objective** 19:23
28:13,17 43:22
138:12
**observation**
40:19,22,25
41:3,9,14 42:6
42:11 43:9,23
44:6,10 52:12
72:13,16,18,22
72:24,25
**observe** 8:15
40:1,8 43:14,15
43:20 147:22
147:23,25
**observed** 22:12
47:1 51:15
**obtain** 11:22
83:24 87:9
107:15 111:12
112:7 118:19
128:12 152:6
**obtained** 58:9
59:14 82:11
94:25 95:13
**obvious** 138:21
138:22
**occur** 21:18
24:20 40:4
41:10 44:23
50:9,13 53:7
69:16 72:2,17
72:22 98:14
148:6
**occurred** 20:6,24
21:20,22 22:2
25:1,2 33:4
41:4 44:11 80:9
80:12 128:3,9
130:13,14,25
150:1
**occurring** 103:15
**offense** 94:9
**offer** 19:10 34:7
35:24,25
145:23

**offered** 153:1,14
**offering** 93:7
**offhand** 14:11
16:17 104:1
121:20 162:25
**office** 25:5,6
40:11,14 44:24
69:19,22 73:14
73:19,23
**Off-the-record**
95:5 109:18
**Oh** 18:21 21:19
44:14 50:19
60:9 61:4 72:18
153:18 164:10
**Ohio** 6:22
**okay** 4:22,23
8:24 16:4 33:10
34:10,11 83:17
85:18,19 88:22
95:9 112:10
119:7 137:21
144:6 158:23
161:8,11
163:15,19
164:10 165:18
**old** 83:3 87:3
**older** 74:24 119:4
**one's** 27:14 68:9
133:21,24,24
**online** 95:25
**openly** 143:24
144:5
**open-ended**
52:19
**operative** 33:15
**opined** 115:24
**opinion** 13:9,17
143:3,9,10
155:9 156:8,10
**opinions** 10:8
38:13 82:10
**opportunity**
36:21 52:20
135:5
**option** 36:8



**oranges** 100:14
150:11
**order** 6:7,12
21:11
**ordered** 167:19
**organized** 120:24
123:6
**original** 160:18
167:18
**outcome** 167:17
**outlined** 94:22
**outside** 59:4,4
73:13 104:13
106:5 120:20
124:14 144:1
152:5 157:12
**outweigh** 153:15
**overall** 27:1
**overheard** 47:1
51:15 70:18
73:9
**overlearned**
146:5
**overripe** 21:14
**oversight** 96:11

**P**

**P** 4:1
**page** 8:21 12:10
13:3,20,21,23
15:5,6,13,13
19:19 22:15
30:24 31:23
33:11 34:1,9
48:2,25 54:2
61:3 76:10,15
87:23,25 88:25
89:1 94:7,23
99:10 102:25
105:19 111:21
118:11 127:13
127:15,16,17
127:24 131:12
132:20,24,25
139:6 144:3
**pages** 162:12

**PAI** 25:13,24,25
26:2
**paid** 158:11
159:12,17,22
159:23 160:5
160:23 161:6
161:14 162:2,5
162:22 164:12
**paragraph** 15:13
15:16 22:16
31:24 32:2,3
34:2,8,9 94:14
94:15 95:21
99:10 101:17
105:20 112:1
127:16,23
132:25 139:10
139:13 144:4
153:22
**Pardon** 92:8
**parent** 10:12
65:19 66:13,13
66:19 73:16
90:4,12,18
105:21 112:1
113:2,5 133:20
133:25 134:1
134:16 135:1
135:10,22,25
136:2 137:5
138:12,21
142:20 152:13
153:1,15
**parenting** 15:8
16:7 132:17,23
133:18
**parents** 19:4,14
64:11,12,15
73:20 88:18
107:5,14
109:10 110:24
134:25 135:6,7
135:9,13,21
136:6,15 137:3
137:8 138:2
140:6,19 141:2

142:24 143:5
143:10,19
153:3,4,6
157:14
**park** 112:6,15
**parks** 18:23 19:2
**part** 6:6 93:18
**particular** 22:10
39:25 66:6
83:14 85:4,5
91:3,13 120:1
132:1 135:3
139:3 152:2
**particularly** 9:25
60:21 105:22
**parties** 6:10
78:24,25
167:16,19
**parts** 22:11
**party** 114:6
148:23 150:10
167:19
**party's** 105:6
**passing** 85:3
**passport** 69:3
**pathology** 26:15
26:16
**patients** 5:25
**pattern** 31:25
32:4
**patterns** 34:15
**payment** 30:7,11
30:15
**payments** 164:3
**peaceful** 41:20
**penalties** 94:11
**pendency** 164:23
**pending** 65:7
**people** 33:6,9
35:22 37:21
68:7
**perceived** 84:3
**perceives** 90:15
**percent** 7:7
**percentage** 7:4
**percentages** 7:1

**perform** 6:14,16
**performing** 7:8
**peril** 113:16,16
133:6 138:11
138:21,22,25
139:3
**perils** 101:15
103:22
**personal** 113:16
154:1,5 155:11
156:21,23,24
157:10
**personality** 25:13
25:14,15,23
26:4,5,8 27:2,3
**pertaining** 9:25
**pertinent** 58:12
**Petitioner** 1:5 2:2
4:11
**Petitioner's**
164:16
**phone** 124:21
**physical** 97:7
116:17 117:5
**physically** 40:15
**physician** 36:7
**pick** 21:17
**piece** 35:2 66:17
**place** 25:4,5 29:1
48:18 50:11,12
53:4 67:24 72:4
72:10,25 90:13
90:19 97:13
101:21,23
102:19 103:2
127:14 134:13
141:7 143:8,14
147:10 157:22
**placed** 36:6 82:7
138:11
**planned** 106:7,10
106:13
**plans** 62:22
**platform** 40:10
47:8 72:8
**play** 19:5 43:24

61:11 86:23
110:1,4,7,9,12
122:2 123:20
123:23,25
124:6,7,8,11
142:16
**played** 109:4,6
122:5
**player** 109:15
**playground** 49:7
49:8,10,14
**playgrounds**
49:1
**plays** 112:5,8,10
112:14
**pleasant** 66:16
**please** 59:22
**PO** 2:16
**point** 57:25 65:9
85:17 96:7
140:17
**points** 36:3
**politic** 75:3
**political** 10:1
56:22 57:12
58:3,5,20 80:20
81:8 82:1,4,16
94:3,5 99:12
101:15 103:21
113:16,17
115:1 133:5
137:22 140:7
145:4,6,8,18
147:6,14
149:14,23
155:21 156:25
**politically** 57:22
94:10 155:24
**portion** 14:1
42:20,22 94:6
97:22 102:20
103:12 139:14
162:11
**pose** 77:5
**position** 5:15
7:16 8:2 43:17



105:10 141:17
**positive** 32:7
117:1
**possibility** 66:21
145:1
**possible** 141:7
149:5,7
**Possibly** 30:13
**posts** 98:2,17
**potential** 10:12
26:16 27:7 77:9
154:1,5 155:12
155:15,15,17
155:22 156:3
157:3,6,9
**potentially** 39:11
77:5,22 94:11
101:8 134:12
136:22
**power** 153:8,14
153:20
**powerfully**
154:21
**practically**
147:15
**practice** 5:17,21
7:1,19
**prefer** 64:11,13
88:16,17,18
**preferable** 36:10
**preference** 91:11
**preferences**
90:22 91:19
**prefers** 126:13
**premised** 113:6
**prep** 164:14
165:3
**preparation**
12:17 128:18
**prepare** 107:9
**prepared** 47:16
48:12 50:3
51:25 71:15
74:10 106:15
**prepares** 61:6
**preparing** 11:23

13:6 17:6 18:4
96:15 126:19
**prepotent** 152:22
**presence** 27:21
**present** 2:18 22:4
40:15,18,22,24
45:13,17 50:15
50:17 69:20,22
74:2 80:9,13
104:9 106:3
138:22,25
148:17 161:10
**presented** 138:21
139:2
**president** 59:3,4
**press** 23:9
**pressure** 145:10
148:16 151:1
**presume** 127:9
**pretend** 137:24
**prevented** 103:10
**previously** 14:15
57:10 58:16
74:16 77:10
99:1 117:3
**primary** 15:9
105:24 106:2
111:15 134:15
**prior** 9:13 52:22
93:1 128:9
160:6
**prison** 94:12
146:20
**private** 5:17,21
**probability**
141:18
**probable** 149:8
**probably** 7:6
10:3,3 37:19
46:3
**problem** 57:12
131:18 149:11
**problematic** 27:4
**Procedure** 96:13
**proceeded** 48:23
**process** 28:11

85:3,14 114:8
147:10,13,14
150:2
**provided** 98:24
166:8,15
**produced** 47:24
137:16 160:18
162:11 166:12
166:17
**production** 96:10
162:21 165:24
**Professional** 5:11
**professor** 7:12
**professors** 8:4
**prohibit** 68:2
95:24
**prohibited** 68:16
97:4
**prohibition** 82:7
**projects** 121:9
122:8
**prompted** 52:24
**proof** 145:23
**proper** 69:1
**properly** 166:12
**properties** 95:23
96:25
**prosecutions**
94:10
**protest** 23:9
144:18
**protesting**
101:19
**protestors** 97:9
**protests** 56:22
57:1 94:8
101:23,25
**provide** 7:17,17
10:19 13:9,17
16:12 17:21
22:25 23:3
26:25 64:16
66:13 68:8
94:20 95:7,20
96:8,22 103:19
108:18 132:2

**provided** 9:21
12:2 16:22
32:14,17 34:20
35:14 54:12
56:5 58:6 60:15
63:1,16 64:24
66:11,17 78:12
78:23 79:9,11
107:7 111:13
111:18 112:18
115:19 118:20
120:17,18
124:4 125:14
126:2 127:10
128:21 131:6
142:12 144:14
145:13 163:25
**providing** 57:17
67:20
**provoke** 130:6,10
**psychological** 8:8
8:14 24:17
26:23,25 27:11
28:18 29:5,19
31:22 33:24
34:5,25 35:1,23
36:5,18 38:9,12
38:18,20,22
39:14 154:2,14
154:19,24
158:7,8
**psychologically**
38:24
**psychologist**
48:15 84:7
**psychologists**
29:17
**psychology** 5:8
5:10,12 8:5
95:14
**psychopathology**
26:7,15 27:4,21
**public** 1:13 37:11
167:25
**published** 7:20
34:25

**pull** 26:6 158:22
163:11
**pulls** 26:7
**punished** 80:2
**punishment**
146:10
**purpose** 57:21
77:8 79:5
**purposes** 32:25
164:17
**pursuant** 1:14
**pursuing** 78:5
**put** 29:1 43:17
108:5,8 140:20
152:10
**p.m** 1:16 4:3
166:24

――――――――
**Q**
――――――――

**quality** 28:9,10
**question** 4:21
13:13,16 20:19
20:20,22 21:3
28:21 32:15,20
34:12 39:6,23
42:3 52:15,18
52:19,22,24
53:2,25 55:3
57:8 59:24
61:20 62:2,5
66:4,24 75:25
77:17,24 78:21
83:5,14,15
91:24,25 92:2,4
93:21,22 98:21
129:6 130:8
133:24 138:7
141:23,25
147:7 151:23
151:24 152:8
154:13 162:15
166:15
**questioning** 61:5
78:5 83:9
**Questionnaire**
25:16



**questions** 4:19
  14:22 27:23
  49:5,16,20 67:1
  75:10 77:8,11
  165:22
**quick** 129:1
**quiet** 41:20
**quite** 48:21 116:2
  117:2 135:2

――――――――――
**R**
**R** 4:1
**racial** 117:19
**raise** 27:23 65:24
  133:1,7
**raised** 56:8
  135:24
**range** 38:23
  157:13
**rate** 158:3,6,8
  167:20
**rattle** 77:19
**reachable** 135:10
**reaching** 82:10
**reactions** 130:7
  130:11
**read** 34:10 35:23
  36:17 42:15
  77:25 116:19
  118:25 131:24
**readily** 65:4
**reading** 167:13
**readings** 60:19
  146:13
**reads** 22:17
**ready** 85:19
**real** 43:15 57:7
  155:22 157:2
**realistic** 66:14
  67:20 133:21
**reality** 140:7
**really** 57:24
  81:23 91:14,21
**reason** 35:8,17
  63:15 78:6
  89:16 115:18

145:2,3,10
**reasonable** 83:6
  141:18
**reasonably** 59:11
  140:19
**reasons** 144:25
**reassurance**
  73:10
**rebuttal** 28:14
**recall** 9:2,19 10:2
  12:12,15,21
  13:7,15 14:24
  16:21,22,25
  17:8,16,20 18:6
  18:9,13,21,25
  19:7,11,18,20
  19:23 20:2,12
  20:18,21 21:3,5
  21:10,19,20,21
  21:22,25 23:13
  23:23 30:3,6
  34:19 35:6
  43:12 44:1,1
  45:2,9 51:5
  52:25 53:18,21
  54:9,18 55:12
  56:12 57:2,9
  59:20 61:8
  62:25 63:24
  76:2,18 79:19
  80:3,10,16,19
  84:15,20 85:6
  87:19,22,24
  96:6 102:20
  103:4 104:11
  106:14 107:8
  107:16,23
  109:13 112:22
  112:25 115:7
  116:2 118:4
  123:2 124:9
  127:5,19 128:1
  128:16,20
  129:12,15,19
**recalled** 22:8
**receive** 9:1 78:10

123:12
**received** 5:5,7
  9:2,4 57:3,4,5
  78:11 87:14
  112:10 123:11
  137:7 164:4
**receiving** 103:11
**recess** 87:1,10
**recognize** 139:8
  139:17,22
  140:14 143:11
**recommend**
  154:18
**record** 4:10
  162:14 165:23
  167:11
**recorded** 12:6,7
  126:23 167:8
**recordings** 12:16
  12:20 128:22
  129:7,10
**records** 160:22
  161:1 162:4
**reduce** 156:15
**reduced** 167:8
**refer** 88:8
**reference** 3:1
  10:10,14 88:1
  101:17 103:8
  127:13
**referenced** 13:24
  37:15 102:18
  146:19
**referred** 166:5
**referring** 9:6
  32:9 116:23,24
  131:23,25
  135:8 139:12
**refers** 119:13
**reflected** 49:22
  121:13,15,25
  164:8
**refresh** 12:22
  14:25 16:19
  20:4 35:10 42:4
  44:2 45:10

85:12 121:17
  158:18
**refusal** 134:12
**regard** 47:3
  81:10 86:11
  101:7,8,9,10
  117:1 133:24
**regarding** 15:2
  21:5 23:21
  38:13 56:4
  84:24 130:24
  132:16,22
  133:17 134:18
  135:25 137:14
  139:5 142:3
**Regardless** 67:2
**regards** 152:1
**registered** 121:8
  121:8 123:9
**regularly** 22:19
**regulated** 126:8
  126:15
**relate** 38:12
**related** 117:5
  167:16
**relates** 54:1
**relationship**
  38:15
**relative** 167:6
**relatively** 115:5
**relay** 62:18 81:1
  86:2
**relayed** 21:4 59:1
  59:6
**relevant** 27:5
  83:16
**reliable** 29:16
**relied** 10:20
  11:23 13:5
  94:20 95:13,15
  95:17 96:14,19
  97:15 98:24
  102:14 103:19
  165:25
**rely** 94:17 96:3
  97:12 98:19,22

102:11 103:17
  132:21 139:21
  151:14
**relying** 43:1
  114:24 125:10
  125:25 126:2,3
  130:9 142:1
  145:25
**remain** 100:20
  100:24 157:11
**remained** 134:19
**remaining**
  159:14
**remains** 160:18
**remember** 48:14
  84:21 131:17
**remote** 1:11
**removal** 136:2
**repeat** 24:5 93:21
  98:21 99:23
  110:25
**repeating** 111:9
**report** 3:6 8:18
  8:21 10:5,17,23
  11:24 12:10,17
  13:6,20 14:1
  15:5 16:18
  19:19 22:15
  24:22,23 31:3
  31:24 34:14,22
  34:22,23 35:3
  35:12,14,15,21
  36:4 37:1 38:4
  38:5,6 40:6
  42:7,9,15,21,23
  43:5 45:25
  47:20,25 48:25
  49:23 52:5,10
  52:16 53:12
  54:15,20,22
  55:1,5,14,25
  59:21,22 60:6
  61:3,9 63:21
  65:5 70:21 71:1
  71:3,18 74:12
  76:7 87:23



88:15,23 89:17
94:6,23 95:15
95:16 96:15,16
97:22 98:20,23
99:11 102:12
102:21,25
103:8,12,18
105:19 110:4,7
111:16,21
113:1 114:3
115:4,21 118:1
118:8,10,16
121:10,13,19
121:21,25
123:13,15,19
123:20 124:14
124:25 125:6
126:20 127:13
127:20 128:10
128:19 130:5
131:3,10,12
132:4,15,20
135:4,25 139:4
139:6,14
141:15 143:3
143:23 146:8
147:18 150:4,5
150:6 153:22
162:21 166:2
**reported** 13:22
13:24 14:15,20
15:7 16:6 19:15
23:14 32:25
33:20 48:25
54:9 74:17 84:4
84:5 85:8 88:16
117:12 118:6,6
126:13 130:14
144:9 146:12
**reporter** 48:16
50:5
**reporting** 144:9
**reports** 56:7
115:3 116:4
**represent** 27:4
48:17 77:23

153:4
**representation**
37:8
**represented**
36:16 48:10,11
52:10 81:20
91:2 135:4
**represents**
142:23
**repressive** 34:3
34:17
**republican**
150:10
**requested** 45:3
45:23 47:9
50:23 51:16
**research** 10:8
**reside** 134:21
135:9
**residency** 5:13
**resides** 133:10
**residing** 145:19
157:17
**resolved** 48:22
**respect** 5:21 6:4
47:25 67:1
**respectfully** 90:2
**respective** 167:14
**respond** 79:20
**responded** 33:12
62:7 92:22
**respondent** 1:8
2:10 52:20
**responding** 32:4
**response** 34:3,17
52:3,4 53:1
87:3
**responsibilities**
5:22,24,25
16:23
**responsibility**
17:4 19:13
27:10 36:15
37:9,23 66:12
**responsible** 17:2
17:6,9,13 18:4

18:7 37:24
53:23 156:13
**rest** 141:6
**restate** 151:17
**restrict** 95:23
**restricted** 97:4
**restrictions** 23:8
29:14
**restroom** 69:8
**result** 55:5
113:17 146:20
**results** 33:24
34:15 36:6,23
38:8,11,16
39:13
**retained** 30:1,10
161:9
**retainer** 159:11
**Retention** 30:20
**retired** 73:22
**return** 27:7
38:14,17,17
39:1,4,9,15,18
39:20 62:16,19
62:22 63:5 64:3
64:22 65:11
66:1,9 67:15
68:21 69:1
88:24 89:9,11
89:23 90:12
91:6,7 92:21
99:15 113:8,12
113:20 132:7,7
132:12 133:2
134:8,12
136:18 139:25
141:12 147:19
155:7,8 156:21
**returned** 63:11
63:17,23 65:2
89:18
**returning** 62:12
63:9,14 64:17
65:16,20 66:20
67:14 68:2,16
88:12 133:4,13

137:15 140:16
153:24 155:9
**returns** 65:12
89:24 111:10
114:1
**revealed** 29:6
38:18
**review** 9:8,20
10:23 12:10
87:20 102:23
105:12 115:21
126:19 127:2
131:10 160:22
162:3
**reviewed** 8:23
9:9,13,16 12:1
12:17 118:21
127:3,8 160:6
**reviewing** 42:3
**reward** 152:18
152:20,21,25
153:8,14
**rewards** 150:14
150:18 151:13
151:21 152:5,9
**rich** 84:6
**right** 13:2 30:4
80:6 88:6
158:24 166:21
**risk** 38:13 39:4,8
39:18 99:20,25
100:4,6 136:21
136:21,21
140:1,1,8,9,12
140:14,15,22
141:5,11
142:16 143:1
143:11,15
145:9 147:16
149:8,15 154:6
154:7 155:14
156:4,10,14
157:2,3,4,7,8
157:10
**risks** 27:7 39:15
65:1 137:14

142:4,6 149:16
**Road** 2:4,12
**role** 7:15 8:12,13
17:22,25
**room** 22:5 45:7,8
50:17,21,23,25
51:1,3,5,6,23
52:8 70:4,5,6,9
72:11 73:1,11
73:16,22 74:4
**routinely** 153:5
**RPR** 1:13 167:24
**rubber** 97:8
**rugby** 19:8 49:3
109:6,7,11,12
109:16 110:1
**rules** 96:12
166:13,20
**run** 154:6,7

――――――――――
**S**
――――――――――
**S** 2:4 4:1
**sad** 92:22 93:16
93:25
**sadness** 93:5,6
**safe** 65:20 66:20
67:14 83:11
157:14
**safeguard** 47:5,6
**safeguards** 46:24
47:3 51:13
70:16 73:6
**safest** 141:7
**safety** 99:14,18
99:24 100:2,5,7
100:9,11,13,16
100:20,22,23
101:4,5,6,8,9
101:10 133:22
134:8 154:1,5
155:11 156:21
156:23,24
157:2,3,6,10
**sake** 140:18
**Sara** 118:22
**saying** 43:2 74:24



85:10 88:9
152:23 155:15
155:17 162:7,8
**says** 4:6 90:12
**scary** 68:14
**scheduled** 107:2
109:20,23
**scheduling** 84:25
85:4
**school** 5:11,14,20
7:12 8:6 11:12
11:15,19 17:3
18:11,19 61:22
85:25 86:13,18
86:20,24 87:5
87:11,18,21
88:2,3,4 110:14
110:16,21,23
111:7 115:10
115:12,17
116:8,14,22
117:16,20,24
118:2,9,22
119:9,11,16,19
119:21 120:6,9
120:12
**scope** 79:3
**score** 33:10 36:11
38:2
**scores** 33:11
37:15,20
**screen** 71:21
118:23 159:3,5
**screwed** 28:7
**scroll** 30:24 48:7
48:8 160:7,11
**scrolled** 160:10
**scrolling** 159:10
159:19
**se** 92:19
**SEAL** 167:22
**search** 95:23
**searching** 96:25
**second** 30:19
31:24 32:2,3
50:6 94:13,14

94:14 144:3
158:21 162:20
**secondhand**
114:20
**security** 68:5
97:21
**see** 5:25 13:25
15:10,11 22:20
30:20 34:6
36:22 48:8 49:3
51:1 54:1,21
60:18 63:18,22
64:2,12 71:10
80:4 88:10
94:13 95:2,3
97:21 99:15
101:19 103:12
105:25 111:23
118:24 119:1,5
123:17,19
135:3 139:19
142:22 148:18
159:4
**Self-employed**
5:16
**self-employment**
105:10
**self-report** 27:24
27:25 29:2
**semester** 7:22,23
**send** 162:2,10,19
166:21
**Sendek** 2:3,3,6
3:2 4:9,10,10
4:17 69:9,11
95:9,10 109:19
129:3,5 158:21
158:24 159:2
163:4,8,12
164:15,20
165:21 166:5
166:11,17
**sense** 85:17 141:8
**sent** 78:1 130:15
**sentence** 15:23
16:2 22:17,20

34:6,13 49:3
94:12,14 99:11
99:16 111:23
111:25 131:23
131:25 139:9
139:12,13,19
144:3
**sentiments** 114:5
114:9,18,22
**separate** 134:15
158:6
**separated** 115:6
134:2,5,9,11
140:2 154:15
154:25 155:4
**separating** 134:1
153:23
**separation**
134:17 142:15
142:19,23
**series** 4:18
**seriously** 68:9
**services** 1:21
30:12 103:11
**session** 40:19
41:3,6,9,14,22
42:6,11 43:10
43:23 52:12
72:14,16,18,22
72:24,25
**sessions** 40:25
44:7,10
**settings** 148:15
**severe** 27:22
29:13,25
136:22
**severely** 37:21
**severity** 57:12
**sexual** 97:7
**Shana** 2:11 4:13
4:14 158:25
163:4
**share** 118:23
159:3 161:12
163:23
**shared** 17:5

19:13 23:24
85:20 146:4
**shares** 45:4
**sharing** 30:22
143:16
**Shelbyville** 111:7
**short** 29:8,9
69:10 129:4
159:1
**shorthand** 167:8
**shortly** 162:19
**show** 48:5 51:22
70:8
**showing** 47:24
71:9
**shows** 119:20
125:22 126:5
**shuffle** 160:20
**sic** 42:17
**sick** 61:18 107:22
107:25 108:3
**signing** 31:7
167:13
**signs** 26:14
**silence** 139:5,14
**simplistic** 91:21
**simply** 36:11
140:12 148:9
**Simpsons** 41:18
43:7,11
**single** 116:15
**sister** 45:5 46:19
49:2
**sit** 141:2
**sits** 87:1
**sitting** 87:10
**situation** 10:1
56:19,21 58:3,5
58:20 60:17
68:14 80:21,24
81:8 82:17 90:8
90:15 94:3,5
113:17 115:1
129:22 135:22
137:22 139:5
140:7 143:8

145:4,7,8,19
147:6 149:14
153:19 155:21
157:1
**situations** 10:11
43:16
**six** 111:3
**skiing** 121:7
122:14,17,19
**slam** 46:14 47:10
**sleep** 84:4
**sleeping** 84:13
**slice** 43:20
**slightly** 39:22
**Slvitek@beer...**
2:13
**small** 41:19
**snacks** 87:2
**social** 17:14,18
33:17 98:1,16
99:5,7 109:2
120:21 145:10
148:15 151:1
152:6
**socialization**
116:25
**socializing** 78:4
87:11
**socially** 27:16
33:12 120:15
**sole** 77:8
**solely** 98:1 142:2
**solution** 143:5
**somatic** 26:16
**somebody** 77:19
**someone's** 84:8
**something's**
119:6
**soothed** 42:14
**soothes** 131:20
**soothing** 131:5
**sorry** 6:18 16:3
24:5 32:15,19
34:7,12 38:3
44:14 72:19
82:21 98:21



99:23 127:15
139:11 147:3
149:21,24
151:17 152:8
158:14 160:3
**sort** 77:13 78:4
**sound** 27:15
30:12 68:18
158:15
**source** 8:25
58:11,18,23
81:10,11
**South** 2:8,15
**southern** 40:12
**sp** 118:14
**spanks** 131:19
**speak** 11:1,4,7,11
11:15,18,22
24:3,6,8,9,11
28:6 29:11,22
31:3,16,19
55:17 56:13,16
69:13 78:15,19
80:20 82:15
90:11 114:11
117:15 119:14
120:20 137:10
138:3,17
160:21
**speaking** 10:14
29:9,10 74:1
**specializes** 77:20
**specific** 16:23
19:23 20:7 21:3
22:23 23:2
24:23 29:24
61:19 62:1
65:14 66:25
75:25 83:15
84:16 91:25
92:1,1 93:13
98:11 101:22
101:24 110:22
111:5 121:1
128:16 129:12
147:4,14

**specifically** 13:13
13:15 17:20
18:14,22 20:18
21:19 23:19
28:21 29:23
34:19 42:7
46:10,16 49:9
51:5 55:24 57:2
57:16 58:6 60:9
60:10,12 61:16
63:25 70:24
71:3 77:4,17,24
92:12 100:15
102:10 110:19
122:11 144:8
**specificity** 19:1
19:10 90:3
**specifics** 18:9
69:2 90:12
122:13
**speech** 23:8,9
94:8 114:13
144:17
**spell** 163:15
**spend** 62:6
**spending** 136:5
**spent** 15:24
60:25
**spit** 55:14
**spitting** 55:9
**split-second**
153:8
**spoke** 9:9 55:4
65:9 80:5
**spoken** 31:10,13
31:14,15 90:24
115:9
**spontaneous**
30:16
**spontaneously**
54:4 55:20
75:21 79:21
**sports** 123:6
**Springfield** 1:2
2:16
**standard** 28:22

37:17
**start** 5:4
**started** 104:18
**starts** 16:2 31:25
**state** 9:5 10:1
32:10 34:2
60:19 81:25
82:3 86:13
93:21 94:7
95:22 97:19
99:11 102:19
105:4,21
106:20 111:21
113:16 115:3
116:21 131:20
137:20 139:7
139:16 140:11
145:25 150:13
153:23 167:1
**stated** 26:10 36:4
43:6 76:19
116:2 131:14
134:14
**statement** 28:19
37:20 82:14
93:2 94:13,18
98:20,23 100:1
103:18 105:25
115:7 116:15
116:20 117:4,9
126:1 149:12
151:15 153:15
153:16
**statements** 43:2
66:2 67:6,7,9
67:10 81:13
89:25 90:16
91:9,10 113:7
114:25 143:24
144:5,7,11,20
**states** 1:1 6:22,25
13:12 15:6
21:24 34:15
64:7,14 65:15
67:10 76:14
88:12 91:12

92:7,11 93:3,12
100:8,12,17,21
100:25 101:14
101:16 103:22
134:19 135:14
136:8 142:18
149:16 157:7
157:11
**stating** 93:8
130:9
**status** 69:3,3
136:8,11,16,20
136:20
**stay** 13:11 88:17
88:18 92:11
142:17
**stayed** 92:23
**staying** 65:15
88:12
**stays** 88:21 92:18
93:24
**stimulate** 32:7
**stopped** 14:16
**straight** 28:8
**Strasburg-Shel...**
115:14
**Street** 2:15
**stress** 126:10
**students** 102:5,6
**style** 34:4,17
**subject** 60:2
**submitted** 164:22
**subsequent** 43:19
**substance** 120:2
**success** 116:24
**successful** 115:25
**succumb** 151:25
**sudden** 148:4,5
**suffer** 135:1
**suffers** 26:21
**suggest** 33:11
138:16
**suggested** 92:19
93:1
**suggestion** 92:14

92:16
**suitable** 157:21
**Suite** 2:4,12
**summer** 122:2
123:7,8
**superficial**
116:19
**supervision** 7:18
**support** 88:3
**supporting** 36:23
**suppose** 6:12
**suppress** 32:5,10
**sure** 10:6,22 12:8
25:2 29:15 35:5
37:10 39:6 45:9
46:22 49:24
59:23 66:4,23
67:12 80:14
90:9 95:7
104:24 121:16
122:16 125:20
136:9,17 137:1
158:9,10
161:25 162:12
163:14
**surveillance** 96:1
**suspicion** 97:20
**swimming** 19:12
49:2,18 62:8
109:7
**sworn** 4:5 167:5
**Symptom** 25:16
25:17 26:9,13
26:18
**symptoms** 26:14
34:5
**system** 150:3

---
**T**
---
**take** 25:4 28:17
29:23 38:8
46:24 47:4
50:11 51:10,13
53:4 54:19 61:2
69:8 70:16 72:4
72:25 73:6 74:3



79:8 83:1
101:21,23
123:17 129:1
148:25,25
158:22 165:11
**takeaway** 81:15
**taken** 1:12 16:6
37:21 48:15
141:19
**takes** 112:5,14
**talk** 41:19 52:20
113:1 131:14
148:22
**talked** 126:9
138:14
**talking** 42:1
131:5,12
**targeted** 77:24
**targeting** 77:4
**tattle** 68:7
**taught** 7:24,25
149:4
**teach** 7:17
**teachers** 11:12
110:15 115:9
**teaching** 7:22,23
**tear** 97:6
**telephone** 84:18
84:21
**tell** 17:24 21:8
49:25 63:7
64:20 67:13,13
76:15 84:10
**ten** 22:16 63:19
63:22 64:3
**tend** 33:3 108:11
**tendency** 32:5,11
32:21,23 38:6
**tender** 96:13
**tendered** 31:3
47:25 96:16
123:13 166:1
166:19
**tenured** 8:2
**terms** 32:12
151:12

**test** 25:8 26:3,17
33:24 34:14
35:23 36:6,18
38:2,16
**testify** 167:5
**testifying** 6:2
167:5
**testimony** 5:2
167:8,11
**testing** 24:17,20
24:25 25:4,5
29:5,20 31:22
35:1,1 36:23
38:12,21 39:14
39:17 158:7,8
**tests** 25:11,18
26:24,25 28:20
28:22 29:3
36:21 38:9,18
**text** 56:5,10 78:1
78:11 87:13
**textual** 42:22
**Thakkar** 40:20
45:19 50:4,19
69:23 74:2 85:1
**thank** 16:3
**thereof** 38:20
**thing** 77:13 78:4
89:2 155:18
**things** 67:18
138:13
**think** 7:25 10:2
33:15 35:2
37:18 55:7,8
65:10,21,25
66:8,12,18
67:12 74:23
75:2 78:20 83:8
83:13 84:23
85:14,17 89:22
90:20 91:3,5,13
91:16,20,20
101:6,11
103:24 104:1,2
113:14 114:15
135:19 137:2,4

140:5,8 141:1,9
157:23,23
158:9 164:11
**thinking** 28:10
**third** 34:9,10
94:13 111:25
**thought** 28:11
116:16 117:3
148:9 149:19
149:19 151:4
**thoughts** 154:10
**three** 41:10
**thrive** 33:8
**throwing** 55:11
**time** 7:24 9:17
12:12 14:5 15:7
15:8,25 16:2,3
16:7 17:1 18:17
19:18 20:11
29:13,18,25
31:10,12 47:11
60:24 62:5
63:15 75:3 76:3
76:4,16,19
80:11 85:21
96:15 101:1
104:2 105:15
122:5 136:5
138:18 145:22
146:2 155:19
161:9 163:24
**times** 6:9 76:17
124:11 141:23
147:8
**Timothy** 2:6 4:10
**tim.sendek@a...**
2:9
**titles** 10:20 96:6
**today** 5:1 85:18
89:16 164:17
**told** 23:11 30:1
47:19 58:4
65:10,19,25
66:8 67:3 80:23
81:7,21 89:22
90:4,18 91:5

92:5,9,12 93:11
113:19 132:6
132:11 152:12
166:9
**top** 48:2 111:8
115:20 127:22
160:16
**total** 161:19,19
162:18 163:19
163:22
**toy** 129:19
**toys** 43:24 130:2
**traffic** 101:9
**train** 78:3
**training** 5:6
**transcript** 48:17
50:2,3
**trauma** 25:17
26:17,18
**travel** 19:17
95:24 97:3
102:19,23
**traveled** 19:15,20
19:25 20:11
**travels** 20:17
**treaters** 138:18
**treatment** 10:10
138:15,16
**trips** 19:22,24
20:6,14,23 21:2
**true** 51:20
167:10
**truth** 75:2 167:6
167:6
**truthful** 5:1
**trying** 15:17
30:19
**turn** 8:21
**turning** 13:20
15:5
**twice** 65:8 76:17
**two** 140:19
**two-thirds** 76:14
**Tyler** 21:12,12
21:14 22:5,9
41:4 44:18,21

45:1,14,15,20
46:1,5,9,16,18
46:20,25 47:9
47:15,15 48:4,5
48:24,25 49:5
49:21 50:7,16
50:20,22 51:3,8
51:13,14,17,22
51:25 52:7,16
53:10,13,25
54:4,10,16,22
55:4,17,20,25
56:19,24,24
57:18,21 58:4
59:1,6,14,17,18
60:3,23,24 61:6
61:11,14,17,21
61:24 62:3,7,11
62:23 63:1 64:5
64:10,11 65:5
65:10,12,25
66:8,10,17 67:3
67:14,22 73:10
74:16 80:2,7
109:4 110:1,24
110:25 111:9
112:4,21 118:8
119:9,10,13,15
120:6,9,11
125:12 126:11
128:4,5,15,23
129:8,13,17,21
130:17,21
131:1,13,14,15
131:20 150:17
151:20 152:2
**Tyler's** 50:18,20
53:1,7,21 65:13
66:2 67:5 73:3
125:2
**type** 26:14 31:10
**types** 31:9
**typewriting**
167:9
**typical** 16:12,15
16:20 18:15,18


MAGNA
LEGAL SERVICES

33:13,16 73:25
77:14 129:24
130:1,2,4
165:10
**typically** 6:19,20
25:18 28:24
73:15 74:4
78:13
**T-H-A-K-K-A-R**
50:5

**U**

**uh** 24:13 46:10
55:7 96:19
102:10 128:16
**UK** 135:15
136:12 140:16
**um** 21:13 23:19
57:2 68:19 76:8
80:3 134:17
136:4 162:10
**um-hmm** 144:6
**undeniable**
153:25 154:4
155:11
**understand**
32:15,19 39:6
47:7 58:19 66:4
68:11,13 79:4
101:14 152:8
153:10
**understanding**
12:7 18:18 23:5
23:10,23 50:24
79:9 104:7
105:9 133:19
136:23,24,25
137:14 139:25
145:6 146:24
152:22 155:20
156:25 157:19
157:20 164:24
**understood** 4:21
81:2
**undertaking**
68:23

**undesirable**
135:2 142:23
**unethical** 37:6
**unhelpful** 35:4
**unidimensional**
38:7
**unilaterally**
134:2,5,7
**United** 1:1 13:12
21:24 64:7,14
65:15 67:10
88:12 91:12
92:6,10 93:3,12
100:8,12,17,21
100:24 101:14
101:16 103:22
134:19 135:14
136:8 142:17
149:16 157:7
157:11
**university** 5:8,9
5:13,20 102:5
**unrest** 99:12
**unsafe** 59:19
60:7,10,13
82:20,23 83:12
**unwilling** 139:7
**unwillingness**
139:17,22
142:14
**upset** 84:13
130:3 131:13
131:18,21
**use** 14:20,23 15:3
29:15 55:11,18
55:21 56:1,4,13
56:17 69:7
75:19 76:23
78:8,14 86:5
97:13
**Usually** 6:11
**U.S** 103:11

**V**

**vaguest** 8:7
**valid** 29:16

**validity** 33:20,23
37:14,15
**valuable** 83:2
**values** 33:16
**variety** 144:25
**various** 6:25
10:11
**venture** 158:16
**veracity** 27:24
29:8 33:2
**verbally** 153:12
**verbatim** 48:17
50:2
**versus** 4:12 65:15
67:11 91:12
**video** 40:10 47:8
127:14,19
128:1,3,10
129:17 130:21
130:25
**videoed** 127:6,7
**videos** 12:1,6,9
12:11,13
126:19,23
127:3,7,10
**view** 57:25
**views** 22:18,22
22:24 23:2,4,6
23:11,14,17,19
23:22,24 24:4,7
24:12
**vilify** 137:5
141:10
**violating** 97:20
**violence** 97:7,13
**visa** 69:1,2
**visit** 63:11 64:6
89:18 90:5
113:11 132:13
**visited** 65:8
**visits** 65:5
**Vitek** 2:11 4:14
4:14 158:23
166:3,7,14,21
**vivo** 43:15
**voices** 47:11

**vomited** 76:13,16
76:17
**vomiting** 55:5,10
76:4,5
**vulnerable** 64:22

**W**

**W** 2:14
**Wacker** 2:8
**waiting** 73:22
**WAIVED** 167:14
**waiving** 166:18
**wakes** 108:15,21
**walk** 5:5
**wall** 128:4
129:18,25
137:25
**Wan** 1:4 2:19
4:11,12 11:4
17:11 20:13
21:1 22:18
23:25 24:3,6,8
56:6,6,13 57:10
59:15 78:2
82:15 128:6
133:1,10
134:20
**want** 4:13 5:4
21:15 43:16
62:8,16 67:24
119:9,11 163:4
163:20 164:15
166:4,7,15,17
**wanted** 43:14,15
43:20 54:13
56:9 58:19
165:22 166:9
**wanting** 119:18
119:19 120:6,9
**Wan's** 22:22
23:17,22 24:9
55:18 56:4,17
132:15,16,22
139:22
**wasn't** 57:24
58:22,23 93:7

166:14
**Wasser** 2:15
**watch** 140:13
**watched** 43:10
**watching** 41:18
41:25 43:7
**way** 37:24 42:13
50:4 51:19
81:18 93:8
116:3,19 119:7
134:14 140:2
141:25 146:3
163:10
**week** 106:22
**weekend** 18:16
18:20,21
**weekends** 18:24
19:3,6,9 61:24
106:25
**weeks** 19:18
**weight** 36:9
117:11
**well-being** 23:25
27:6 41:23
64:21 68:10
**went** 18:23 20:16
49:18
**wet** 155:23
**We'll** 166:21
**we're** 51:20
67:15 68:22
100:13,13
166:11
**whatsoever**
137:23 145:6,8
**Wheaton** 2:5
**wife** 106:5
**willing** 133:2
151:12
**willingness** 63:5
120:12 132:16
132:17,22
133:7,18
139:24 152:9
**wind** 140:25
**wine** 76:1,6,12,20



76:22
**Wisconsin** 40:14
**wise** 74:23
**wish** 13:11 90:17
**wishes** 13:11
**witness** 28:14
  69:7 95:6 129:1
  163:6,9 167:5,8
  167:11,13,14
  167:22
**witnesses** 29:21
  31:4,9
**woke** 108:11
**woods** 122:12
**word** 33:15 55:10
**words** 55:11
  63:24 86:5,16
  130:6,10
**work** 5:16 6:1
  7:19 30:7 67:17
  143:2 158:3,11
  161:6,17 162:5
**worked** 106:5
  161:23
**working** 15:22
  105:13,15
  107:10
**world** 47:7,7
  51:21
**worth** 137:19
**wouldn't** 9:15
  37:1 38:15
  49:24 83:1,1
  85:22 91:17
  92:19 119:22
  145:9 147:25
  158:16 161:21
**Wren** 124:9,12
  124:23
**writing** 35:22
  87:14
**writings** 87:16
**written** 77:21
**wrong** 22:7 28:16
  68:23 153:21
  155:18,18,23

**Www.MagnaL...**
  1:22

**Y**

**yeah** 24:2 25:2,7
  33:15 50:14
  55:2,16,19
  59:12 75:20
  86:17 121:12
  128:11 129:20
  152:4,4 153:18
  159:18 163:9
**year** 109:15
**years** 7:10,21 8:1
  53:24 63:19,22
  64:3 105:24
  140:18 141:1
  156:5
**yells** 75:7,11,13
  75:16
**yield** 145:11
  151:1

**Z**

**zipline** 121:7
**Zoey** 124:10,23
**zoom** 1:12 4:16
  40:10 43:11
  44:23,25 50:13
  51:1,21 69:23
  69:24 72:6,7
  163:2

**$**

**$10,000** 159:13
**$3,140.25** 159:16
**$4,500** 158:9
**$4,945.70** 159:21
**$475** 158:5
**$50,000** 158:15
**$57,254.42**
  163:22
**$6,930.25** 164:14

**1**

**1** 3:6 19:19

164:16,18
**10** 53:24 124:2
  146:11,14,14
  148:12,20
**10-year-old**
  129:24 130:2
  146:19,25
  150:20,25
  151:25
**100** 101:18
  102:12 147:7
**11** 22:15
**1166** 162:12
**12** 31:23
**124** 2:4
**13** 33:11 49:21
  69:14
**13th** 9:10 44:22
  46:2 47:15 48:4
  54:20 59:18,25
  60:1,3 70:14,22
  71:9,25
**1307** 2:15
**15** 48:25 124:3
**16** 25:15
**16PF** 25:15 26:3
**164** 3:6
**17** 61:3
**18** 102:9
**19** 118:11 131:12

**2**

**2:07** 1:16 4:3
**20** 9:14
**20th** 9:18 40:7
  41:4,12 50:10
  51:12 52:1,11
  54:21 55:22
  60:4,23 72:3,13
  72:20 73:7 74:7
  83:19 85:16
  86:4,14 92:15
  93:15,23
**2014** 14:16
**2015** 15:21,24
  16:10 105:12

105:14
**2019** 13:25 14:4,7
**2020** 101:19
  102:13 104:23
  105:1 122:3,20
  122:24 127:14
  127:19 128:9
  129:17 130:25
  136:3 159:25
**2021** 1:16 49:22
  69:14 167:22
**21** 9:14 76:10
  159:24
**21st** 160:4
**215** 6:14
**2275** 2:12
**24** 89:1 95:8
**2418** 2:16
**25** 1:16 94:7
  99:10
**26** 105:19 111:21
**26th** 31:2 162:21
  162:23 164:4
  166:2
**28** 127:13,16,24
**29** 132:20,24,25

**3**

**3:20-cv-03233-...**
  1:6
**30** 74:8 139:6
**31** 144:3
**350** 2:12
**39** 7:10,21 141:1
  156:5

**4**

**4** 3:2 8:21 12:10
  13:3 87:23,25
  94:23 102:25
**4th** 2:7
**4-H** 121:9 122:7
**40** 156:5
**45** 46:21,22 51:9
  51:11 70:15
  74:8

**5**

**5** 36:3

**6**

**6** 13:20
**6th** 159:7
**6:15** 166:24
**60015** 2:13
**60187** 2:5
**60606** 2:8
**62705** 2:16

**7**

**7** 13:21
**7th** 2:15 167:22
**71** 2:8
**75** 7:7

**8**

**8** 15:5,13 148:11
  148:20 150:20
  150:25 151:25
**8-year** 83:3 87:3
**866-624-6221**
  1:22

**9**

**9th** 30:11 31:1,2
**90** 26:9,13

