SUPPLEMENTAL EXHIBIT LIST (RESPONDENT)

Case Name: Chung Chui Wan v. Michel Dale Debolt        Case No.: 3:20-cv-03233-SEM-TSH

| No. | DESCRIPTION | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 164 | March 13, 2021 South China Morning Post article "Hong Kong officials ask schools if they have installed CCTV, after some lawmakers called for cameras to be installed in classrooms" by Chan Ho-him (https://www.scmp.com/news/hong-kong/education/article/3125330/hong-kong-education-authorities-ask-schools-whether-they) | | | |
| 165 | March 12, 2021 U.S. Department of State media note entitled "G7 Statement on Hong Kong Electoral Changes" (https://www.state.gov/g7-statement-on-hong-kong-electoral-changes/) | | | |
| 166 | March 11, 2021 U.S. Department of State Secretary of State Antony J. Blinken's press statement entitled "Assault on Democracy in Hong Kong" (https://www.state.gov/assault-on-democracy-in-hong-kong/) | | | |
| 167 | February 13, 2021 Hong Kong Free Press article " 'Intrusive power': Concern over proposed Hong Kong law that could bar anyone from leaving the city" by AFP (https://hongkongfp.com/2021/02/13/intru | | | |

SUPPLEMENTAL EXHIBIT LIST (RESPONDENT)

Case Name: Chung Chui Wan v. Michel Dale Debolt	Case No.: 3:20-cv-03233-SEM-TSH

| | | | | |
|---|---|---|---|---|
| | sive-power-concern-over-proposed-hong-kong-law-that-could-bar-anyone-from-leaving-city/) | | | |
| 168 | August 7, 2020 U.S. Consulate General Hong Kong & Macau U.S. Department of Treasury press release entitled "Treasury Sanctions Individuals for Undermining Hong Kong's Autonomy" (https://hk.usconsulate.gov/n-2020080702/) | | | |
| 169 | May 27, 2020 U.S. Embassy & Consulates in China statement by Secretary of State Michael R. Pompeo "PRC National People's Congress Proposal on Hong Kong National Security Legislation" (https://china.usembassy-china.org.cn/prc-national-peoples-congress-proposal-on-hong-kong-national-security-legislation/) | | | |
| 170 | November 20, 2019 Ministry of Foreign Affairs "Foreign Ministry Spokesperson Geng Shuang's Remarks on US Senate Passing Hong Kong Human Rights and Democracy Act" (https://www.fmprc.gov.cn/mfa_eng/xwfw_665399/s2510_665401/2535_665405/t1716773.shtml) | | | |

SUPPLEMENTAL EXHIBIT LIST (RESPONDENT)

Case Name: Chung Chui Wan v. Michel Dale Debolt                Case No.:  3:20-cv-03233-SEM-TSH

| 171 | Hong Kong Autonomy Act Update | | | |
|---|---|---|---|---|

| |
|---|
| Michel reserves the right to designate as exhibits any and all exhibits listed by Wan. |
| Michel reserves the right to supplement his list with pleadings, orders, discovery documents or transcripts in this matter. |
| Michel reserves the right to supplement his list with demonstrative and/or summary exhibits. |
| Michel reserves the right to supplement his list for purposes of impeachment, rebuttal, and/or foundational purposes, and as may be necessary as a result of testimony adducted, or exhibits used, by Wan. |
| Michel reserves the right to supplement his list with any and all documents produced in discovery, and all deposition exhibits, or documents relied upon by any expert witness. |
| Michel reserves the right to supplement his list with updated discovery documents that have not been previously produced by Wan. |