**Wan v. Debolt (20-cv-3233) Exhibits and Objections**

| PETITIONER'S EXHIBITS | DESCRIPTION | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| PX123 | "Confronting Violence Against Asians, Biden Says That 'We Cannot Be Complicit,'" New York Times, March 19, 2021, https://www.nytimes.com/2021/03/19/us/politics/biden-harris-atlanta.html | | | |
| PX124 | "Asian-Americans Are Being Attacked. Why Are Hate Crime Charges So Rare?," New York Times, March 18, 2021, https://www.nytimes.com/2021/03/18/nyregion/asian-hate-crimes.html | | | |
| PX125 | "There were 3,800 anti-Asian racist incidents, mostly against women, in past year," NBC News https://www.nbcnews.com/news/asian-america/there-were-3-800-anti-asian-racist-incidents-mostly-against-n1261257 | | | |
| PX126 | U.S. State Department Travel Advisories as Of March 19, 2021 | | | |
| PX127 | https://www.dfa.ie/travel/travel-advice/a-z-list-of-countries/united-states-of-america/ (Trial brief, page 57) | | | |
| PX128 | https://www.smartraveller.gov.au/destinations/americas/united-states-america (Trial brief, page 57) | | | |
| | | | | |