SECOND SUPPLEMENTAL EXHIBIT LIST (RESPONDENT)

Case Name: Chung Chui Wan v. Michel Dale Debolt         Case No.:  3:20-cv-03233-SEM-TSH

| No. | DESCRIPTION | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 172 | March 15, 2021 The Telegraph article "Brain drain fears as quarter of young Hongkongers plan to emigrate" by Jasmine Leung (https://www.telegraph.co.uk/news/2021/03/15/brain-drain-fears-quarter-young-hongkongers-plan-emigrate/) | | | |
| 173 | March 19, 2021 South China Morning Post article "Britain receives 27,000 applications from Hongkongers looking to leave, and analysts say tens of thousands more could follow this year" by Cyrus Chan (https://www.scmp.com/news/hong-kong/politics/article/3126239/british-pm-boris-johnson-meets-hong-kong-bno-visa-families) | | | |
| 174 | March 18, 2021 Hong Kong Free Press article " Hong Kong prosecutor who complained about police has been suspended – reports " by Kelly Ho ( https://hongkongfp.com/2021/03/18/hong-kong-prosecutor-who-complained-about-police-has-been-suspended-reports/) | | | |

Michel reserves the right to designate as exhibits any and all exhibits listed by Wan.

SECOND SUPPLEMENTAL EXHIBIT LIST (RESPONDENT)

Case Name: Chung Chui Wan v. Michel Dale Debolt                Case No.:  3:20-cv-03233-SEM-TSH

| |
|---|
| Michel reserves the right to supplement his list with pleadings, orders, discovery documents or transcripts in this matter. |
| Michel reserves the right to supplement his list with demonstrative and/or summary exhibits. |
| Michel reserves the right to supplement his list for purposes of impeachment, rebuttal, and/or foundational purposes, and as may be necessary as a result of testimony adducted, or exhibits used, by Wan. |
| Michel reserves the right to supplement his list with any and all documents produced in discovery, and all deposition exhibits, or documents relied upon by any expert witness. |
| Michel reserves the right to supplement his list with updated discovery documents that have not been previously produced by Wan. |