**Wan v. Debolt (20-cv-3233) Exhibits and Objections**

| PETITIONER'S EXHIBITS | DESCRIPTION | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| PX1 | Complaint Ex. A -- WhatsApp Communications | | | |
| PX2 | Complaint Ex. B -- July 30, 2020 WhatsApp Communication | | | |
| PX3 | Complaint Ex. C -- August 8, 2020 WhatsApp Communication | | | |
| PX4 | Complaint Ex. D -- August 16-17, 2020 WhatsApp Communication | | | |
| PX5 | Complaint Ex. E -- Convention on the Civil Aspects of International Child Abduction ("Hague Convention") | | | |
| PX6 | Complaint Ex. F -- International Child Abduction Remedies Act ("ICARA") | | | |
| PX7 | Complaint Ex. G -- Marriage Certificate of Parties | | | |
| PX8 | Complaint Ex. H -- Parties' Home Ownership Land Registry | | | |
| PX9 | Complaint Ex. I -- Children's Academic Reports | | | |
| PX10 | Complaint Ex. J -- Children's Medical Records | | | |
| PX11 | Complaint Ex. K -- Rugby Coach's Email re: Parties' daughter | | | |
| PX12 | Complaint Ex. L -- Petitioner's August 20, 2020 Applications for Return of Minor Children Pursuant to the Hague Convention to Hong Kong's Department of Justice | | | |
| PX13 | Complaint Ex. M -- Petitioner's August 28, 2020 Petition for Dissolution of Marriage in Hong Kong | | | |
| PX14 | Complaint Ex. N -- Epic Gem, Inc. July 10, 2020, Cessation of Place of Business in Hong Kong | | | |
| PX15 | Complaint Ex. O -- Epic Gem's Annual Return, filed on June 26, 2020 | | | |
| PX16 | Complaint Ex. P -- Affidavit of Hong Kong law as it Relates to Matters Regarding Children and Rights of Custody in Hong Kong | | | |
| PX17 | Petition for Dissolution of Marriage; Case no. 2020D35, Circuit Court of the Fourth Judicial Circuit, Shelby County | | | |
| PX18 | Motion for Temporary and Permanent Sole Allocation of Parental Responsibilities, to Set Parenting Time, and for Other Relief, Case No. 2020 D 35; Aug. 25, 2020 | | | |
| PX19 | HK Divorce Petition | | | |
| PX20 | Abbys Book of Mama.pdf | | | |
| PX21 | Birth Certificate (Abby Thea Debolt.jpg) | | | |
| PX22 | Birth Certificate (Tyler James Debolt.jpg) | | | |
| PX23 | Abby HK School Record | | | |
| PX24 | Tyler HK School Record | | | |

## Wan v. Debolt (20-cv-3233) Exhibits and Objections

| | | | | |
|---|---|---|---|---|
| PX25 | Kids in HK Photos | | | |
| PX26 | Trinity Luthern Church and School Letter, dated 12/3/20 | | | |
| PX27 | Group Exhibit (38 Photographs) – Discovery Bay (IMG_1690.HEIC-IMG_1761.HEIC) | | | |
| PX28 | Group Exhibit (25 Photographs) – Discovery Bay Pictures | | | |
| PX29 | 30 October 2020 Affidavit of Lynn Chan | | | |
| PX30 | 3 November 2020 Affidavit of Alexandros Katsanos | | | |
| PX31 | 9 November 2020 Affidavit of Pen- Yuen Beth Chang | | | |
| PX32 | 2 November 2020 Affidavit of Lam Pui Chi | | | |
| PX33 | 12 November 2020 Affidavit of CHUAH Siew Hwei | | | |
| PX34 | 4 November 2020 Affidavit of Chuk Ching Wan | | | |
| PX35 | 2 November 2020 Affidavit of TSE Tak Cheng | | | |
| PX36 | 3 November 2020 Affidavit of Robert Lustberg | | | |
| PX37 | 3 November 2020 Affidavit of Ivan Rachev | | | |
| PX38 | 2 November 2020 Affidavit of Yau Ming Yan Clayton and Loe Yuen Yi Jamie | | | |
| PX39 | 20 August 2020 Hong Kong Department of Justice Request for Return of Child (ATD) | | | |
| PX40 | 20 August 2020 Hong Kong Department of Justice Request for Return of Child (TJD) | | | |
| PX41 | Guardianship of Minors Ordinance (Ch. 13, Laws of Hong Kong) https://www.elegislation.gov.hk/hk/cap13 | | | |
| PX42 | CV of Dr. Robert Shapiro | | | |
| PX43 | CV of Azan Marwah | | | |
| PX44 | Withdrawn | | | |
| PX45 | CHAN0189-0200 | | | |
| PX46 | Pen-yuen Chang Transcript 01.07.21 | | | |
| PX47 | Michel Debolt Transcript 01.14.21 | | | |
| PX48 | Ching Wan Transcript 01.06.21 | | | |
| PX49 | WhatsApp Correspondence Between M. Debolt and C.C. Wan and attached photos, videos and files | | | |
| PX50 | WhatsApp Correspondence with Eune and C.C. Wan and attached photos, videos and files | | | |
| PX51 | Messages between Michel DeBolt and Mrs. Hult's, Tyler's teacher | | | |
| PX52 | Messages between Michel DeBolt and Mrs. Spradlin, Abby's teacher | | | |
| PX53 | Email between Michel DeBolt and Principal Deters re: Stew-Stras Enrollment, dated 8/5/20 | | | |
| PX54 | Email between Michel DeBolt and Principal Deters re: register Abby and Tyler, dated 8/14/20 | | | |
| PX55 | Email between Michel DeBolt and Principal Deters Fwd: Debolts not Monday, dated 8/16 to 8/18/20 | | | |
| PX56 | Email between Michel DeBolt and Principal Deters re: Abby, dated 9/22 to 9/23/20 | | | |
| PX57 | 23 November 2020 Report of the Guardian ad Litem | | | |

**Wan v. Debolt (20-cv-3233) Exhibits and Objections**

| | | | | |
|---|---|---|---|---|
| PX58 | Central Illinois Man Charged In Mosque Bombing Allegedly Targeted Effingham Rail Line, Graham Mildrum, Effing Halm Daily News, March 16, 2018 | | | |
| PX59 | Karate Instructor Charged With Kidnapping Effingham Student, 13, Tony Huffman, Effingham Daily News, Feb. 1, 2015 | | | |
| PX60 | Chicago officers handcuffed 8-year-old outside in cold and rain for 40 minutes, lawsuit says, Elisha Fieldstadt, NBC News, May 30, 2019 | | | |
| PX61 | Rochester officers who pepper-sprayed a 9-year-old suspended, Carolyn Thompson, AP, Feb. 1, 2021 (with video) | | | |
| PX62 | Rochester police officers handcuff and pepper-spray a 9-year-old girl after call of 'family trouble', Laua Ly, CNN, Feb. 2, 2021 | | | |
| PX63 | Texas real estate agent who took private jet is charged in Capitol riot, Minyvonne Burke, NBC News, Jan. 15, 2021 | | | |
| PX64 | 'Operation Safe Pump': Chicago aldermen creating safe spaces to pump gas due to carjacking spike, Gregory Pratt, Chicago Tribune, Jan. 29, 2021 | | | |
| PX65 | Georgia lawyer said he kicked in Pelosi's door, she could've been 'torn into little pieces', NBC News, Shannon Stapleton, Jan. 19, 2021 | | | |
| PX66 | Minneapolis police tapped Google to identify George Floyd protesters, Feb. 6, 2021, TechCrunch, Zach Whittaker | | | |
| PX67 | New Video Captures Pepper-Sprayed Girl's Wait for EMTs, AP Feb 11, 2021 (with video) | | | |
| PX68 | Murder mystery rocks Yale University after grad student found fatally shot off campus, Bull Hutchinson, ABC News, Feb 8, 2021 | | | |
| PX69 | Violent attacks on elderly Asian Americans in Bay Area leaves community members 'traumatized', Kiara Brantley-Jones, ABC News Feb. 11, 2021 | | | |
| PX70 | No punishment for Chicago cops who handcuffed 10-year-old in 2018, Jeremy Gorner, Chicago Tribune Jan. 22, 2021 | | | |
| PX71 | Video Shows Chicago Police Handcuffing 10-Year-Old Boy, Christian Farr, June 5, 2018, NBC Chicago (video) | | | |
| PX72 | News report (20210212PROD000066-71) | | | |
| PX73 | Photographs (20210212PROD000072-73) | | | |
| PX74 | Emails (20210212PROD000074-81) | | | |
| PX75 | 19 Feb. 2021 Transcript of Phil C.W. Chan | | | |
| PX76 | Deposition Transcript of Dr. Alan Jaffe | | | |
| PX77 | Michel Hong Kong Visa | | | |

3

**Wan v. Debolt (20-cv-3233) Exhibits and Objections**

| | | | | |
|---|---|---|---|---|
| PX78 | Answer (Dkt. 27) | | | |
| PX79 | Rebuttal Report of Dr. Robert Shapiro (contingent upon if Respondent's initial expert report is offered and admitted into evidence) | | | |
| PX80 | Rebuttal Report of Azan Marwah (contingent upon if Respondent's initial expert report is offered and admitted into evidence) | | | |
| PX81 | Withdrawn | | | |
| PX82 | Withdrawn | | | |
| PX83 | Exhibits submitted with Marwah report – See exhibits 85-118 | | | |
| PX84 | Withdrawn | | | |
| PX85 | https://www.hkcfa.hk/en/about/who/jda/former/index.html. | | | |
| PX86 | Law of the People's Republic of China on the Procedure of the Conclusion of Treaties (1990) | | | |
| PX87 | Hong Kong Legal Information Institute (HKLII) | | | |
| PX88 | https://www.doj.gov.hk/en/external/treaties.html | | | |
| PX89 | https://www.hcch.net/en/instruments/conventions/status-table/?cid=24 | | | |
| PX90 | https://www.hklii.hk/en/legis/ord/512/ | | | |
| PX91 | BMC v BGC formerly known as WCY [2020] HKCFI 222 | | | |
| PX92 | https://www.hklii.hk/en/cases/hkca/2015/407 | | | |
| PX93 | https://www.law.cornell.edu/constitution-conan/article-3/section-1/judicial-power | | | |
| PX94 | https://www.hklii.hk/en/cases/hkca/2020/913 | | | |
| PX95 | https://www.info.gov.hk/gia/general/202012/25/P2020122500012.htm | | | |
| PX96 | https://www.hklii.hk/en/cases/hkcfa/2016/67 | | | |
| PX97 | https://www.cecc.gov/resources/legal-provisions/macau-special-administrative-region-national-security-law-chinese-and | | | |
| PX98 | https://www.hklii.hk/en/legis/ord/200/ | | | |
| PX99 | https://www.hklii.hk/en/legis/ord/227/s57 | | | |
| PX100 | https://hongkongfp.com/2021/01/06/breaking-over-50-hong-kong-democrats-arrested-under-security-law-over-2020-legislative-primaries/ | | | |
| PX101 | https://www.scmp.com/news/hong-kong/politics/article/3093015/hong-kongs-traditional-opposition-parties-lose-out-localist | | | |
| PX102 | https://legalref.judiciary.hk/doc/judg/html/vetted/other/ch/2020/WKCC001750_2020_files/WKCC001750_2020ES.htm | | | |
| PX103 | https://www.hklii.hk/en/legis/ord/227/s57 | | | |
| PX104 | https://www.hklii.hk/en/legis/ord/383/s8 | | | |
| PX105 | https://www.hklii.hk/en/legis/ord/232/ | | | |
| PX106 | https://www.hklii.hk/en/cases/hkcfi/2009/1679 | | | |

**Wan v. Debolt (20-cv-3233) Exhibits and Objections**

| | | | | |
|---|---|---|---|---|
| PX107 | https://legalref.judiciary.hk/lrs/common/ju/ju_frame.jsp?DIS=108064 | | | |
| PX108 | https://www.hklii.hk/en/legis/ord/245/s17C | | | |
| PX109 | https://www.hklii.hk/en/legis/ord/245/s33 | | | |
| PX110 | https://www.hklii.hk/en/legis/ord/228/s17 | | | |
| PX111 | https://www.hklii.hk/en/legis/ord/226/s3 | | | |
| PX112 | https://www.hklii.hk/en/legis/ord/226/s3 | | | |
| PX113 | Discovery Bay Crime Statistics (First quarter to third quarter 2017) | | | |
| PX114 | https://hongkongfp.com/hong-kong-protest-movement-data-archive-tear-gas-map/ | | | |
| PX115 | https://www.rthk.hk/radio/radio3/programme/backchat | | | |
| PX116 | https://www.hklii.hk/en/legis/ord/13/s10 | | | |
| PX117 | https://www.hklii.hk/en/legis/ord/13/s3 | | | |
| PX118 | https://www.hklii.hk/en/cases/hkfc/2018/126 | | | |
| PX119 | Letter from Hong Kong Dept. of Justice | | | |
| PX120 | Police, Crime, Sentencing and Courts Bill | | | |
| PX121 | Respondent Exhibit 21 with photos | | | |
| PX122(a-q) | Respondent Exhibit 21 audio files (group exhibit) | | | |
| PX123 | "Confronting Violence Against Asians, Biden Says That 'We Cannot Be Complicit,'" New York Times, March 19, 2021, https://www.nytimes.com/2021/03/19/us/politics/biden-harris-atlanta.html | | | |
| PX124 | "Asian-Americans Are Being Attacked. Why Are Hate Crime Charges So Rare?," New York Times, March 18, 2021, https://www.nytimes.com/2021/03/18/nyregion/asian-hate-crimes.html | | | |
| PX125 | "There were 3,800 anti-Asian racist incidents, mostly against women, in past year," NBC News https://www.nbcnews.com/news/asian-america/there-were-3-800-anti-asian-racist-incidents-mostly-against-n1261257 | | | |
| PX126 | U.S. State Department Travel Advisories as Of March 19, 2021 | | | |
| PX127 | https://www.dfa.ie/travel/travel-advice/a-z-list-of-countries/united-states-of-america/ (Trial brief, page 57) | | | |
| PX128 | https://www.smartraveller.gov.au/destinations/americas/united-states-america (Trial brief, page 57) | | | |
| PX129 | Testimony of Congresswoman Judy Chu (CA-27) Chair of the Congressional Asian Pacific American Caucus Before the House Judiciary Subcommittee on the Constitution, Civil Rights, and Civil Liberties Hearing on "Discrimination and Violence Against Asian Americans" on March 18, 2021 | | | |
| PX130 | Statement of Senator Tammy Duckworth (D-IL) of the House Judiciary Subcommittee on the Constitution, Civil Rights, and Civil Liberties on March 18, 2021 | | | |
| PX131 | Statement by Wencong Fa, Attorney (Pacific Legal Foundation) on Discrimination against Asian Americans in Education Before the House Subcommittee on the Constitution, Civil Rights, and Civil Liberties on March 18, 2021 | | | |

## Wan v. Debolt (20-cv-3233) Exhibits and Objections

| | | | | |
|---|---|---|---|---|
| PX132 | Testimony of Erika Lee, PhD, Regents Professor of History and Asian American Studies and Director of the Immigration History Research Center at the University of Minnesota on "Discrimination and Violence Against Asian Americans" Before the Subcommittee on Civil and Constitutional Rights Committee on the Judiciary on March 18, 2021 | | | |
| PX133 | Congresswoman Grace Meng's Statement to the House Judiciary Subcommittee on Constitution, Civil Rights, and Civil Liberties Hearing: Discrimination and Violence Against Asian Americans on March 18, 2021 | | | |
| PX134 | Testimony of John C. Yang, President and Executive Director of Asian Americans Advancing Justice (AAJC), Before the United States House of Representatives Committee on the Judiciary Subcommittee on the Constitution, Civil Rights, and Civil Liberties Hearing On "Discrimination and Violence Against Asian Americans" on March 18, 2021 | | | |
| PX135 | Hong Kong Courts Free of Government Meddling, Justice Minister Says in Backing Comments by Leading British Judge; South China Morning Post (March 19, 2021) | | | |
| PX136 | Wyoming Secretary of State Foreign Profit Corporation Application for Certificate of Withdrawal | | | |
| PX137 | 10 Killed in Colorado Mass Shooting, Springfield Business Journal, March 23, 2021 | | | |