E-FILED
Friday, 07 May, 2021   04:58:39 PM
Clerk, U.S. District Court, ILCD

## Summary

|  | USD |
|---|---:|
| Legal & expert fees | 517,308.33 |
| Flights | 8,398.91 |
| Accomodations | 38,788.63 |
| **Total** | **564,495.87** |

Legal Fees

| Law Firm/ Expert | Feinberg Sharma | Kepner & Reiser | Brown Hay & Stephen | Akerman | Botti Marinaccio | Hensley Sendek | Scott & Scott | Azan Marwah | Dr. Robert Shapiro |
|---|---|---|---|---|---|---|---|---|---|
| Currency | USD | USD | USD | USD | USD | USD | USD | HKD | USD |
| Aug-20 | 1,740.00 | - | - | - | - | - | - | - | - |
| Sep-20 | 13,713.90 | 1,226.41 | - | - | - | - | - | - | - |
| Oct-20 | 21,207.50 | - | - | - | - | - | - | - | - |
| Nov-20 | 13,338.60 | - | - | - | - | - | 5,031.25 | - | - |
| Dec-20 | - | - | 1,113.25 | 30,167.75 | 13,007.10 | - | 1,723.50 | - | 15,000.00 |
| Jan-21 | - | - | 87.50 | 50,074.33 | 3,427.64 | 5,348.50 | 1,004.75 | - | - |
| Feb-21 | - | - | - | 56,659.51 | - | 29,283.75 | 1,032.45 | 70,000.00 | - |
| Mar-21 | - | - | 562.50 | 140,719.30 | - | 33,245.25 | 5,942.25 | 122,500.00 | 10,000.00 |
| Apr-21 | - | - | - | - | - | 29,435.75 | 5,848.50 | - | 3,000.00 |
| Total | 50,000.00 | 1,226.41 | 1,763.25 | 277,620.89 | 16,434.74 | 97,313.25 | 20,582.70 | 192,500.00 | 28,000.00 |
| **USD Equivalent** | **50,000.00** | **1,226.41** | **1,763.25** | **277,620.89** | **16,434.74** | **97,313.25** | **20,582.70** | **24,367.09** | **28,000.00** |

**Total in USD**     517,308.33

## Flights

| Date | Trip | Currency | Amount | USD | Note |
|---|---|---|---|---|---|
| 31-Oct-21 | Hong Kong <=> Chicago | HKD | 25,066.00 | 3,172.91 | |
| 23-Dec-20 | Hong Kong <=> Chicago | HKD | 7,230.00 | 915.19 | Return flight canceled by Cathay Pacific, refund not yet completed. Amount halved to account for the potential refund |
| 13-Jan-21 | Chicago <=> Bahamas | USD | 817.65 | 817.65 | |
| 22-Feb-21 | Chicago <=> Bahamas | USD | 672.65 | 672.65 | |
| 4-May-21 | Chicago => Mexico | HKD | 7,929.00 | 1,003.67 | |
| 6-May-21 | Mexico => Hong Kong | USD | 1,816.84 | 1,816.84 | |
| **Total** | | | | **8,398.91** | |

Accomodations

| From | To | Place | Purpose | Currency | Amount | USD | Days | Avg per night |
|---|---|---|---|---|---|---|---|---|
| 2-Nov-20 | 6-Nov-20 | AirBnB - Moose Cabin | Visit Children | HKD | 10,889.65 | 1,378.44 | 4 | 345 |
| 6-Nov-20 | 11-Nov-20 | AirBnB - Chicago | Visit Children | HKD | 14,654.10 | 1,854.95 | 5 | 371 |
| 11-Nov-20 | 16-Nov-20 | AirBnB - Effingham | Visit Children | HKD | 7,780.94 | 984.93 | 5 | 197 |
| 16-Nov-20 | 19-Nov-20 | AirBnB - Chicago | Wait for COVID Test | HKD | 3,510.10 | 444.32 | 3 | 148 |
| 20-Nov-20 | 4-Dec-20 | Novotel Hong Kong | Quarantine | HKD | 15,510.00 | 1,963.29 | 14 | 140 |
| 24-Dec-20 | 13-Jan-21 | AirBnB - Chicago | Visit Children | HKD | 26,843.12 | 3,397.86 | 20 | 170 |
| 13-Jan-21 | 11-Feb-21 | Bahamas | Wait to Visit Children | USD | 3,000.00 | 3,000.00 | 29 | 103 |
| 11-Feb-21 | 22-Feb-21 | AirBnB - Chicago | Visit Children | HKD | 20,797.69 | 2,632.62 | 11 | 239 |
| 22-Feb-21 | 18-Mar-21 | Bahamas | Wait for Trial | USD | 3,000.00 | 3,000.00 | 24 | 125 |
| 18-Mar-21 | 27-Mar-21 | AirBnB - Chicago | Trial | HKD | 10,585.01 | 1,339.87 | 9 | 149 |
| 27-Mar-21 | 5-Apr-21 | AirBnB - Chicago | Visit Children | HKD | 21,037.85 | 2,663.02 | 9 | 296 |
| 5-Apr-21 | 12-Apr-21 | AirBnB - Chicago | Trial | HKD | 9,751.09 | 1,234.32 | 7 | 176 |
| 12-Apr-21 | 19-Apr-21 | AirBnB - Chicago | Visit Children | HKD | 22,024.65 | 2,787.93 | 7 | 398 |
| 19-Apr-21 | 4-May-21 | Kasa - Chicago | Wait for Trial Result & Visit Children | USD | 2,571.43 | 2,571.43 | 15 | 171 |
| 4-May-21 | 6-May-21 | Courtyard - Mexico | Transit | USD | 338.19 | 338.19 | 2 | 169 |
| 7-May-21 | 28-May-21 | Regal Hotel Airport HK | Quarantine | HKD | 72,660.00 | 9,197.47 | 21 | 438 |
| **Total** | | | | | | **38,788.63** | **185** | **210** |