E-FILED
Friday, 07 May, 2021  04:58:39 PM
Clerk, U.S. District Court, ILCD

From: **Airbnb** express@airbnb.com
Subject: Your receipt from Airbnb
Date: 17 November 2020 at 2:26 AM
To: cwan75@gmail.com



# Your receipt from Airbnb

Receipt ID: RCQHTCNSZN · Nov 16, 2020

# Chicago

**3 nights in Chicago**

Mon, Nov 16, 2020 → Thu, Nov 19, 2020
Entire home/apt · 6 beds · 2 guests
Confirmation code: HM3TBZN9TQ
**Go to listing**

# Price breakdown

Reservation change: +1 night

| | |
|---|---|
| **Price difference** | **$911.68** |
| **Total adjustment (HKD)** | **$911.68** |
| **Previous total (HKD)** | **$2,598.42** |

| New total (HKD) | $3,510.10 |
|---|---|

## Payment

| VISA •••• 0778 | $911.68 |
|---|---|

Nov 16, 2020 · 06:17PM +00:00

| Amount paid (HKD) | $911.68 |
|---|---|

## Cancellation policy

Cancel before 4:00 PM on Nov 16 and only get a refund of the cleaning fee. **More details**

Cutoff times are based on the listing's local time

## Print this receipt

Go to itinerary

## Have a question?

Visit the **Help Center**

## Occupancy taxes

Occupancy Taxes include Lodging Tax (Chicago), Occupancy Tax (Chicago), Hotel Tax (Chicago), General Sales and Use Tax (Chicago), Accommodations Tax

(Chicago), Lodging Surcharge (Chicago), Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), Accommodations Tax (Cook), Lodging Tax (Chicago), Occupancy Tax (Chicago), Hotel Tax (Chicago), General Sales and Use Tax (Chicago), Accommodations Tax (Chicago), Lodging Surcharge (Chicago), Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), Accommodations Tax (Cook), Lodging Surcharge (Chicago), General Sales and Use Tax (Illinois), Accommodations Tax (Cook).

## Airbnb Payments UK Ltd.

Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

## Security Deposit

Your Host requires a Security Deposit of $1938 HKD to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at https://www.airbnb.com/help/article/140.

Sent with ♥ from Airbnb

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

Earn travel credit



**From:** **CC Wan** cwan75@gmail.com
**Subject:** Re: Contact request-JVDSBQVB
**Date:** 20 November 2020 at 6:25 PM
**To:** NOVOTEL Citygate Hong Kong RE1  H6239-RE1@accor.com

Hi, I hope it is fine that I ordered a exercise stepper to be delivered to Novotel this evening . It shouldn't be very big.

I am still waiting for the COVID test result at the HK airport. With any luck maybe I'll be able to check in 2-3 hours. I arrived at 11am this morning.

Best regards
Wan
+852 6180 0477

On 17 Nov 2020, at 2:51 PM, NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com> wrote:

Dear Ms. Wan,

Thank you for your email.

In addition to our last email, we are pleased to informed you that there's an update for your room rate which lower that previous offer. Please find the detail as below :

Guest name : Ms. Chung Chui Wan
Staying period : 20 November – 04 December 2020 (14 nights)
Room type : one Standard room
Room rate :
20,27 November : HKD 1,050 subject to 10% service charge per room per night, for room accommodation only
21,28 November : HKD 1,125 subject to 10% service charge per room per night, for room accommodation only
22,23,24,25,26,29,30Nov, 01,02,03 December : HKD 975 subject to 10% service charge per room per night, for room accommodation only

The grand total for the captioned stay period, inclusive services charge is at HKD15,510 per room, accommodation only.

Should there be further assistance required, please do not hesitate to contact us.

With best regards,

Sarah
Explore our latest offers at Novotel Citygate Hong Kong!

<image001.jpg>


<image002.png>
**Sarah Ayu Dewi**

<image003.png>
Reservations Agent

<image003.png>
Sales & Marketing Department


**<image004.png>**
 **Novotel Citygate Hong Kong**
<image003.png>
 51 Man Tung Road, Tung Chung, Hong Kong
**<image002.png>**
 T +852 3602 8800・F +852 2109 9177
<image005.png>
 novotel.com
<image005.png>
 accorhotels.com
<image005.png>
 novotelcitygate.com

<image006.jpg>
<image007.jpg>

Re: Contact request-JVDSBQVB

---

**CC Wan <cwan75@gmail.com>**
11/17/2020 10:44:45 AM CST
To: NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com>

Thank you for your help, Sarah!

Best Regards
Wan
+852 6180 0477

On 16 Nov 2020, at 8:39 PM, NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com> wrote:

Dear Ms. Wan,

Thank you for your reply.

We are pleased to confirm your booking for quarantine purpose for staying period 20 November – 04 December 2020 (14 night) under our booking confirmation number JVDSBQVB. The confirmation letter will sent to your email.

Kindly notice of cancellation for our **Flexible Rate** is by 6pm 24 hours prior to arrival date to avoid a one-night penalty charge. The same penalty charge will be applied should you fail to check-in on your arrival date.

Moreover, since the guest is required to be quarantined for 14 days as mandated by the HKSAR government, during the stay period in our hotel, please do take note of the following:

·   No housekeeping and cleaning service will be provided. Extra linens, towels, toilet paper, water and plastic bag will be placed in room prior to check-in
·   Only take away boxes with disposal cutlery will be provided for each room service order. Please note orders will be placed outside of your door. Alternatively, guest can order food from out-source and our staff will collect the food and place outside the door.
·   No operational, repair & maintenance work will be provided in the room
·   No laundry service available for quarantine guest
·   Temperature check will be required on a daily basis (please bring your own thermometer)
·   Guest will not be allowed to leave the room - otherwise, Centre for Health Protection (Department of Health) will be informed immediately
·   No visitors will be allowed during the 14-day compulsory quarantine period
·   For any other services, please contact hotel hotline at 8008. Services requested subject to Hotel's discretion

All of the above regulations will be imposed by the hotel on top of what the HKSAR Government already has in place. Hence, we highly recommend that you check & review all the quarantine regulations being imposed by HKSAR Government for persons arriving into Hong Kong (click here).

We are pleased to advise you that we do provide complimentary airport shuttle service for our in-house guests from 06:00am to 11:40pm at 20-minute intervals. Please proceed directly to Terminal 1, Carpark 1 – Bays 11 to 14. Kindly note that no reservation is required as this is on a first-come-first-serve basis. Alternatively, you may opt to take a 5-minute taxi ride to the hotel and cost is approximately HKD65 per taxi per ride. Note: there will be additional charges for each luggage
Notification:
·   The hotel has become 100% non-smoking starting from 1 January 2020. In line with this policy, please note that a cleaning fee of HKD1,500 will be levied to any guest found to be smoking in any of our rooms.
·   In view of the precautionary measures stated by the HKSAR Government, please note that hotel facilities have now been opened with limited capacity and new measures in place. Please accept our most sincere apologies for any inconvenience this might c

ause.

Thank you for choosing Novotel Citygate Hong Kong and please do not hesitate to contact us if we could be of any further assistance.

With best regards,

Sarah
Explore our latest offers at Novotel Citygate Hong Kong!

<image006.jpg>

<image007.png> **Sarah Ayu Dewi**
<image008.png> Reservations Agent
<image008.png> Sales & Marketing Department

**<image009.png> Novotel Citygate Hong Kong**
<image008.png> 51 Man Tung Road, Tung Chung, Hong Kong
**<image007.png>** T +852 3602 8800 • F +852 2109 9177
<image010.png> novotel.com <image010.png> accorhotels.com <image010.png> novotelcitygate.com

<image001.jpg><image002.jpg>

---

**CC Wan <cwan75@gmail.com>**
11/17/2020 04:59:23 AM CST
To: NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com>

Sarah,

Thank you!

My last name: WAN
My first first name: Chung Chui
Credit Card no: xxxx xxxx xxxx xxxxx
Expiry date: 10/24

Best Regards
Wan
+852 6180 0477

On 15 Nov 2020, at 8:59 PM, NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com> wrote:

Dear Mr. / Ms. Wan,

Thank you for your reply.

In order for us to proceed your booking please provide guest full name along with credit card information ( with expiry date) for guarantee the booking. Please be reminded that no reservation will be held until we have received your acceptance and rates may change at the time of booking.

Should there be further assistance required, please do not hesitate to contact us.

With best regards,

Sarah
Explore our latest offers at Novotel Citygate Hong Kong!

<image001.jpg>

<image002.png> **Sarah Ayu Dewi**

<image003.png>  Sarah Hyu Doll ~
<image003.png>  Reservations Agent
<image003.png>  Sales & Marketing Department

**<image004.png>  Novotel Citygate Hong Kong**
<image003.png>  51 Man Tung Road, Tung Chung, Hong Kong
**<image002.png>** T +852 3602 8800・F +852 2109 9177
<image005.png>  novotel.com <image005.png>  accorhotels.com <image005.png>  novotelcitygate.com

<image008.jpg><image009.jpg>

**From:** CC Wan <cwan75@gmail.com>
**Sent:** Sunday, 15 November 2020 10:23 PM
**To:** NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com>
**Subject:** Re: Contact request

Dear Ms. Lo,

Thank you for your reply. I would like to book the room. Do I do that through email or on your website?

I will arrive on the following flight.

**Thu. 19 November 2020: Zurich – Hong Kong**
<image003.png>

| | | |
|---|---|---|
| **16:10 h** | Zurich Zurich (ZRH) | <image005.png>**LX 138** |
| | | operated by: |
| <image004.png> | | Swiss International Air Lines |
| **10:30 h +1** | Hong Kong Chek Lap Kok (HKG) | |
| | Terminal 1 | |

<image004.png>

Best Regards
Wan
+852 6180 0477

On 14 Nov 2020, at 11:10 PM, NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com> wrote:

Dear Mr. / Ms. Wan,

Thank you for your interest in Novotel Citygate Hong Kong.

Re : Rate Inquiry for 20 November - 04 December 2020 (14 nights, 1 room, up to 2 adults per room)

Pleased to inform you that we do accept reservation for quarantine purpose and available for Standard Queen Bed Room accommodation only (with room size: 28sqm / bed size: 1.7m x 2.1m for queen bed room). Please find below room quotation for your kind consideration:

We are pleased to inform you that we do have a Standard Queen Bed Room available at our **Flexible Rate** at **HKD1,050 on 20,27Nov,03Dec; HKD1,125 on 21,28Nov; HKD975 on 22,23,24,25,26,29,30Nov, 01,02Dec** (subject to 10% service charge per room per night, for room accommodation only).

The grand total for the captioned stay period, inclusive services charge is at HKD15,592.50 per room, accommodation only.

Note 1: notice of cancellation for our **Flexible Rate** is by 6pm 24 hours prior to arrival date to avoid a one-night penalty charge. The same penalty charge will be applied should you fail to check-in on your arrival date.

Note 2: since the guest is required to be quarantined for 14 days as mandated by the HKSAR government, during the stay period in our hotel, please do take note of the following:

· No housekeeping and cleaning service will be provided. Extra linens, towels, toilet paper, water and plastic bag will be placed in room prior to check-in
· Only take away boxes with disposal cutlery will be provided for each room service order. Please note orders will be placed outside of your door
· No operational, repair & maintenance work will be provided in the room

- Temperature check will be required on a daily basis (please prepare your own thermometer)
- Guest will not be allowed to leave the room - otherwise, Centre for Health Protection (Department of Health) will be informed immediately
- No visitors will be allowed during the 14-day compulsory quarantine period
- For any other services, please contact hotel hotline at 8008. Services requested subject to Hotel's discretion
- No laundry service can be provide for quarantine guest

*All of the above regulations will be imposed by the hotel on top of what the HKSAR government already has in place. Hence, we highly recommend that you check and review all the quarantine regulations that are being imposed by HKSAR government to all travelers arriving into Hong Kong.

Should you find any of the above rates favorable, kindly let us know of your acceptance by return along with your credit card details, with expiry date, for guarantee. Kindly reply us as soon as possible and please be reminded that no reservation will be held until we have received your acceptance and rates may change at the time of booking.

For dining arrangement, guest may order hotel room services on own account and based on consumption. Alternatively, guest may order food delivery via outsider delivery APP, please settle all the payment in advance. And food items to be send to our Concierge Team at lobby counter, our team will assist to send the food to the guest and place outside of your room door.

Other information:
- Hotel check-in time is from 2:00pm and check-out time is before 12:00noon, early check-in or late check-out will be on request basis, subject to rooms availability.
- The hotel has become 100% non-smoking starting from 1 January 2020. In line with this policy, please note that a cleaning fee of HKD1,500 will be levied to any guest found to be smoking in any of our rooms.

For your information, we provide complimentary airport shuttle service for our in-house guests from 6:00am-11:40pm at 20-minute intervals. Please proceed directly to Terminal 1, Carpark 1, Bays 11 to 14. Kindly refer to the attached location map for details. Alternatively, it is a 5 minutes taxi ride to the hotel and the cost is approximately HKD65 per taxi per way. Note: airport shuttle bus service is on a first-come-first-serve basis, hence, no advance reservations can be made.

We thank you for considering Novotel Citygate Hong Kong and looking forward in hearing from you soon.

Meanwhile, please do not hesitate to let us know if we could be of any further assistance.


With best regards,


Ronnie LO
Explore our latest offers at Novotel Citygate Hong Kong!
<image001.jpg>

**<image002.png>  Ronnie LO**
<image003.png>  Reservations Agent
<image003.png>  Sales & Marketing Department

**<image004.png>  Novotel Citygate Hong Kong**
<image003.png>  51 Man Tung Road, Tung Chung, Hong Kong
**<image002.png>**  T +852 3602 8800 • F +852 2109 9177
<image005.png>  novotel.com  <image005.png>  accorhotels.com  <image005.png>  novotelcitygate.com

<image006.jpg>
<image007.jpg>



<image017.png>諾富特東薈城酒店


**Contact request from your website**


First Name : Chung Chui

Last Name : Wan

Email : cwan75@gmail.com

Phone number : 61800477

Address :

City :

Zip Code :

Country :

Message : Dear Sir/ Madam, I would like to book a 14-day quarantine stay. I arrive in Hong Kong on the 20th Nov. Please let me know if you still have any availability. Regards, Wan

IP : 173.22.231.119

**From:** CC Wan <cwan75@gmail.com>
**Sent:** Tuesday, 17 November 2020 10:45 AM
**To:** NOVOTEL Citygate Hong Kong RE1 <H6239-RE1@accor.com>
**Subject:** Re: Contact request-JVDSBQVB

> Message from ACCORHOTELS mail server / Message du serveur de messagerie ACCORHOTELS
>
> **This is an automatic sending of the mail server which warns you that you have received a secured message containing information of payment cards.**
>
> **Read your secure message by opening the attachment, securedoc_20201117T034444.html.**
>
> This process has been put in place to protect the data of our customers. To transfer or answer this message, thank you for deleting the attachment and the history of the message.
> You are authorized to open and read this message but do not save it on your PC.
>
> **First time users,** will need to register after opening the attachment.
> For more information, click the link: https://res.cisco.com
>
> ---
>
> **Ceci est un envoi automatique du serveur de messagerie qui vous avertit que vous venez de recevoir un message sécurisé contenant des informations de cartes de paiement.**
>
> **Pour lire ce message, veuillez cliquer sur le fichier en pièce jointe, securedoc_20201117T034444.html.**
>
> Cette procédure a été mise en place pour protéger les données de nos clients. Vous êtes autorisé à ouvrir et lire ce message mais ne le sauvegardez pas sur votre PC.
> Pour transférer ou répondre a ce message, merci de supprimer la pièce jointe et l'historique du message.
>
> **Lors de votre première utilisation**, vous serez invité à vous enregistrer au service.
> Pour plus d'information, cliquez sur le lien suivant : https://res.cisco.com

This e-mail, any attachments and the information contained therein ("this message") are confidential and intended solely for the use of the addressee(s). If you have received this message in error please send it back to the sender and delete it. Unauthorized publication, use, dissemination or disclosure of this message, either in whole or in part is strictly prohibited.

Ce message electronique et tous les fichiers joints ainsi que les informations contenues dans ce message (ci apres "le message"), sont confidentiels et destines exclusivement a l'usage de la personne a laquelle ils sont adresses. Si vous avez recu ce message par erreur, merci de le renvoyer a son emetteur et de le detruire. Toute diffusion, publication, totale ou partielle ou divulgation sous quelque forme que ce soit non expressement autorisees de ce message, sont interdites.



← To Itinerary

# Your payment details

## Chicago

**22 nights in Chicago**

Thu, Dec 24, 2020  →  Fri, Jan 15, 2021

Entire home/apt · 4 beds · 3 guests

Confirmation code: HMKBM9WYMR



## Payments

**17 nights in Chicago**                                    $26,843.12

Dec 21, 2020 · 11:56PM UTC
VISA •••• 0778
Get receipt

**Reservation change: +5 nights**                          $4,168.45

Jan 02, 2021 · 10:33PM UTC
VISA •••• 0778
Get receipt

**Amount paid (HKD)**                                       $31,011.57

From: **CC Wan** cwan75@gmail.com 
Subject: Screenshot 2021-01-19 at 10.51.03 AM
Date: 19 January 2021 at 11:51 PM
To: shawna tennyson conchiejoe35@gmail.com

Hi Shawna

Please see payment record.



**Done**

# Sending **USD 2000.00** to JONATHAN D BROW

Transaction ID **MBKFG210120O104751**

Recipient Details

# BANK OF NOVA SCOTIA NASSAU  9842

# Select

Purpose of Transfer

# Personal Expenses

Transfer date

# Today, 19 Jan 2021

Transfer will take about 5 working days to process
Fees of HKD 0.0  will be deducted

From

# HK$ Step-Up Interest Account •••• 7202

# HKD 15576.40

**Tell your friend**

Wan
+852 6180 0477



← To Itinerary

# Your payment details

## Chicago

**11 nights in Chicago**

Thu, Feb 11, 2021 → Mon, Feb 22, 2021
Entire home/apt · 3 beds · 3 guests
Confirmation code: HMQMBY9NHT



## Payments

**10 nights in Chicago**                                          $18,985.49
Jan 29, 2021 · 12:45AM UTC
VISA •••• 0778
Get receipt

**Reservation change: +1 night**                                  $1,812.20
Feb 17, 2021 · 09:15PM UTC
VISA •••• 0778
Get receipt

**Amount paid (HKD)**                                            **$20,797.69**



You're welcome! 3:20 AM

2/28/2021

Hi there
I hope you're well and you're enjoying the house. 1:40 AM

I checked our bank account and I didn't see your payment 1:40 AM

Oh sorry I totally forgot 1:41 AM

Now 1:41 AM

Sending **USD 3,000.00** to
JONATHAN D BROW

Transaction ID MBKFG2103010128357

Recipient Details

BANK OF NOVA SCOTIA NASSAU 9842

Select

Purpose of Transfer

**Personal Expenses**

Transfer date

**Today, 27 Feb 2021**

Transfer will take about 5 working days to process
Fees of HKD 0.0 will be deducted

From

HK$ Step-Up Interest Account •••• 7202   1:45 AM

# Your receipt from Airbnb



Receipt ID: RCW9YTBRYW · March 17, 2021

## Chicago

**9 nights in Chicago**

Thu, Mar 18, 2021 → Sat, Mar 27, 2021

Entire home/apt · 2 beds · 1 guest

808 South Michigan Avenue
Chicago, IL 60605
United States

Hosted by Sonder Team

Confirmation code: HMHHBQQKCK

Go to itinerary · Go to listing

Traveler: Chung Wan

### Cancellation policy

Cancel before 4:00 PM on Mar 18 and only get a refund of the cleaning fee. More details

Cutoff times are based on the listing's local time

**Have a question?**

Visit the Help Center

## Price breakdown

| | |
|---|---|
| $1,043.15 x 9 nights | $9,388.35 |
| 15% weekly price discount | -$1,408.25 |
| Cleaning fee | $597.94 |
| Taxes and fees | $2,006.97 |
| **Total (HKD)** | **$10,585.01** |

## Payment

| | |
|---|---|
| VISA ···· 0778 | $10,585.01 |
| March 18, 2021 · 1:27:14 AM GMT+8 | |
| **Amount paid (HKD)** | **$10,585.01** |

**Occupancy taxes**

Occupancy Taxes include Hotel Tax (Chicago), Accommodations Tax (Chicago), Lodging Surcharge (Chicago), Accommodations Tax (Illinois), Accommodations Tax (Cook), General Sales and Use Tax (Chicago), General Sales and Use Tax (Illinois), Occupancy Tax (Chicago), Lodging Tax (Chicago).

**Airbnb Payments UK Ltd.**

Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

**Security Deposit**

Your Host requires a Security Deposit of $3,106.16 to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at https://www.airbnb.com/help/article/140.

**Payment processed by:**
Airbnb Payments UK Ltd.
40 Compton St.
London
EC1V 0AP
United Kingdom

Airbnb Ireland UC
The Watermarque Building
South Lotts Road, Ringsend, Dublin 4
Ireland
VAT Number: IE 9827384L
www.airbnb.com



# Your receipt from Airbnb



Receipt ID: RCD8XCHHQP · March 26, 2021

## Chicago

**9 nights in Chicago**

Sat, Mar 27, 2021 → Mon, Apr 5, 2021
Entire home/apt · 5 beds · 3 guests

1128 West Fry Street #3
Chicago, IL 60642
United States

Hosted by The Adventurers !

Confirmation code: HMEA4XAXDD
Go to itinerary · Go to listing

Traveler: Chung Wan

### Cancellation policy

Cancel before 2:00 PM on Mar 27 and only get a refund of the
cleaning fee. More details

Cutoff times are based on the listing's local time

### Have a question?

Visit the Help Center

## Price breakdown

| | |
|---|---|
| $1,683.27 x 9 nights | $15,149.46 |
| 5% weekly price discount | -$670.08 |
| Cleaning fee | $932.27 |
| Service fee | $2,175.77 |
| Occupancy taxes and fees | $3,605.81 |
| **Total (HKD)** | **$21,193.23** |

## Payment

| | |
|---|---|
| VISA •••• 9564 | $21,193.23 |
| March 27, 2021 · 5:48:45 AM GMT+8 | |
| **Amount paid (HKD)** | **$21,193.23** |

---

**Airbnb service fee**
Includes applicable VAT charges. Go to Payment Details to view VAT Invoice.

**Occupancy taxes**
Occupancy Taxes include Accommodations Tax (Cook), Accommodations Tax (Chicago), Lodging Tax (Chicago), Accommodations Tax (Illinois), Lodging Surcharge (Chicago), Hotel Tax (Chicago), General Sales and Use Tax (Illinois), General Sales and Use Tax (Chicago), Occupancy Tax (Chicago).

**Airbnb Payments UK Ltd.**
Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

**Security Deposit**
Your Host requires a Security Deposit of $3,884.48 to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at https://www.airbnb.com/help/article/140.

---

**Payment processed by:**
Airbnb Payments UK Ltd.
40 Compton St.
London
EC1V 0AP
United Kingdom

Airbnb Ireland UC
The Watermarque Building
South Lotts Road, Ringsend, Dublin 4
Ireland
VAT Number: IE 9827384L
www.airbnb.com



# Your receipt from Airbnb



Receipt ID: RCERXCN2YY · April 2, 2021

## Chicago

**7 nights in Chicago**

Mon, Apr 5, 2021 → Mon, Apr 12, 2021
Entire home/apt · 1 bed · 1 guest

900 South Clark Street
Chicago, IL 60605
United States
Hosted by Kasa Living
Confirmation code: HMTWEM2R4D
Go to itinerary · Go to listing

Traveler: Chung Wan

**Cancellation policy**

Cancel before 3:00 PM on Apr 5 and get a 50% refund, minus the
first night and service fee. More details

Cutoff times are based on the listing's local time

**Have a question?**

Visit the Help Center

## Price breakdown

| | |
|---|---|
| $1,020.67 x 7 nights | $7,144.67 |
| 10% weekly price discount | -$714.48 |
| Cleaning fee | $660.82 |
| Service fee | $1,001.11 |
| Occupancy taxes and fees | $1,658.97 |
| **Total (HKD)** | **$9,751.09** |

## Payment

| | |
|---|---|
| VISA •••• 0778 | $9,751.09 |
| April 2, 2021 · 11:01:29 PM GMT+8 | |
| **Amount paid (HKD)** | **$9,751.09** |

**Airbnb service fee**
Includes applicable VAT charges. Go to Payment Details to view VAT Invoice.

**Occupancy taxes**
Occupancy Taxes include General Sales and Use Tax (Chicago), Accommodations Tax (Cook), Accommodations Tax (Illinois), Lodging Surcharge (Chicago), Lodging Tax (Chicago), Hotel Tax (Chicago), General Sales and Use Tax (Illinois), Accommodations Tax (Chicago), Occupancy Tax (Chicago).

**Airbnb Payments UK Ltd.**
Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

**Security Deposit**
Your Host requires a Security Deposit of $1,943.60 to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at https://www.airbnb.com/help/article/140.

Payment processed by:
Airbnb Payments UK Ltd.
40 Compton St.
London
EC1V 0AP
United Kingdom

Airbnb Ireland UC
The Watermarque Building
South Lotts Road, Ringsend, Dublin 4
Ireland
VAT Number: IE 9827384L
www.airbnb.com



From: **Airbnb** automated@airbnb.com
Subject: Reservation confirmed for Chicago
Date: 9 April 2021 at 11:44 AM
To: cwan75@gmail.com





# Your reservation is confirmed

You're going to Chicago!



## Wicker Park House w Garage & Hot Tub Best Location

Entire home/apt hosted by Rodrigo



## Check-in is 3:00 PM - 10:00 PM

Monday, Apr 12, 2021

Get instructions

## Checkout by 12:00 PM

Monday, Apr 19, 2021

View full itinerary

## Address

2034 W Crystal St, Chicago, IL 60622, USA

Get directions

# Guests

1 adult, 2 children

Invite guests

# Cancellation policy

More details

Cancel before 3:00 PM on Apr 12 and only get a re-
fund of the cleaning fee.

Cutoff times are based on the listing's local time

# Payments

Payment 1 of 1

$22,024.65
Apr 09, 2021 · 03:44AM UTC
VISA ···· 0778

**Amount paid (HKD)**                              **$22,024.65**

# Reservation code

HM5N9RTFFY

| Change reservation |
| :---: |

## House rules                                        Show all

🕐 Check-in: 3:00 PM - 10:00 PM

🕐 Checkout: 12:00 PM

▪ Self check-in with keypad

Self check-in with keypad

## Safety & Property Info                    Show all

⊘  Security camera/recording device

⊘  Pool/hot tub without a gate or
   lock

🕐  Carbon monoxide alarm

## Rodrigo is your host

Contact Rodrigo to coordinate arrival
time and key exchange.

Message host

+1 (847) 530-2881

## Know what to expect

Make sure to review the House Rules
and amenities.

Go to House Rules

## Customer support

Contact our support team 24/7 from
anywhere in the world.

Visit Help Center

Contact Airbnb

 **Considering travel insurance?**

Get information on how to protect your trip.

**Learn more**



## Earn money toward your next trip

Invite people you know to Airbnb. You'll get up to $218 in credit when they complete a qualifying stay and/or go on a qualifying experience.

**Send invites**



## Check for local travel advisories

Many places around the world are issuing new restrictions on lodging and travel each day. Before you travel, please check the latest from the local government in order to keep everyone safe and healthy.

**Learn more**

## Refer a host, earn $20 cash

Learn more

Get a friend to start hosting on Airbnb and make extra money to fund your travels.

Sent with ♥ from Airbnb

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

Earn travel credit

# RECEIPT



**Kasa Living, Inc.**

358 Brannan St

San Francisco, CA 94107

+1 (650) 451-3444

reservations@kasa.com

**DATE: 5/5/2021**

**Reservation #: MZQ8PvEBB**

**BILL TO**

Chung Chui Wan

[If Applicable] <Client Company Name>

cwan75@gmail.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Accommodation Fee: [04/19] - [04/26] @ Kasa [Chicago South Loop] | | | $1,188.00 |
| Cleaning Fee | | | $77.00 |
| | | | $0.00 |
| | | | $0.00 |

Remarks / Payment Method:

| | |
|---|---|
| **SUBTOTAL** | $1,265.00 |
| **DISCOUNT** | -$279.18 |
| **SUBTOTAL AFTER DISCOUNT** | $985.82 |
| **TAX** | $230.68 |
| **Amount Paid** | **$1,216.50** |

# RECEIPT

**kasa**

**Kasa Living, Inc.**

358 Brannan St

San Francisco, CA 94107

+1 (650) 451-3444

reservations@kasa.com

**DATE: 5/5/2021**

**Reservation #: 99Q9K8Vvx**

**BILL TO**

Chung Chui Wan

[If Applicable] <Client Company Name>

cwan75@gmail.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Accommodation Fee: [04/26] - [04/28] @ Kasa [Chicago South Loop] | | | $274.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

Remarks / Payment Method:

| | |
|---|---|
| **SUBTOTAL** | $274.00 |
| **DISCOUNT** | -$27.40 |
| **SUBTOTAL AFTER DISCOUNT** | $246.60 |
| **TAX** | $57.70 |
| **Amount Paid** | **$304.30** |

# RECEIPT

**Kasa Living, Inc.**

358 Brannan St

San Francisco, CA 94107

+1 (650) 451-3444

reservations@kasa.com

**DATE: 5/5/2021**

**Reservation #: pZQzVjyBN**

**BILL TO**

Chung Chui Wan

[If Applicable] <Client Company Name>

cwan75@gmail.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Accommodation Fee: [04/28] - [04/30] @ Kasa [Chicago South Loop] | | | $279.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

Remarks / Payment Method:

| | |
|---|---|
| SUBTOTAL | $279.00 |
| DISCOUNT | -$27.90 |
| SUBTOTAL AFTER DISCOUNT | $251.10 |
| TAX | $58.76 |
| **Amount Paid** | **$309.86** |

# RECEIPT

**Kasa Living, Inc.**

358 Brannan St

San Francisco, CA 94107

+1 (650) 451-3444

reservations@kasa.com

**DATE: 5/5/2021**

**Reservation #: vQoYz4qo8**

**BILL TO**

Chung Chui Wan

[If Applicable] <Client Company Name>

cwan75@gmail.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Accommodation Fee: [04/30] - [05/04] @ Kasa [Chicago South Loop] | | | $551.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

Remarks / Payment Method:

| | |
|---|---|
| **SUBTOTAL** | $551.00 |
| **DISCOUNT** | -$55.10 |
| **SUBTOTAL AFTER DISCOUNT** | $495.90 |
| **TAX** | $116.04 |
| **Amount Paid** | **$611.94** |

# COURTYARD
## BY MARRIOTT

### Mexico City Airport

| EMISOR | | FACTURA **C33 - 33465** | |
|---|---|---|---|
| **Razón Social:** | PEÑON S. DE R.L. DE C.V. | **Tipo Comprobante:** | I - Ingreso |
| **RFC:** | PE&620117SL5 | **Certificado:** | 00001000000502699277 |
| **Régimen Fiscal:** | 601 - General de Ley Personas Morales | **Fecha Emisión:** | 2021-05-06 13:54:10 |
| **Dirección:** | Sinaloa No. Ext.31 Col.Peñon de los Baños Venustiano Carranza Ciudad de Mexico C.P 15520 | **No. Certificado SAT:** | 00001000000503727538 |
| | | **Folio (UUID):** | B6A9CEE2-F6B1-4EE0-B197-774F612A8BE6 |
| | | **Fecha de Certificación:** | 2021-05-06 13:54:12 |

| SUCURSAL | |
|---|---|
| **Nombre:** | Courtyard Mexico City Airport - Courtyard By Marriott Mexico City Airport |
| **Lugar de Expedición:** | 15520 |
| **Dirección:** | Sinaloa No. Ext.31 Col. Peñon de los Baños Venustiano Carranza Ciudad de Mexico |

| RECEPTOR | |
|---|---|
| **Nombre:** | Chung Chui Wan |
| **RFC:** | XEXX010101000 |
| **Uso CFDI:** | G03 - Gastos en general |

| DATOS HUESPED | | | | | |
|---|---|---|---|---|---|
| **Huesped:** | Wan, Chung Chui | **Check In:** | 2021-05-04 | **Check Out:** | 2021-05-06 |
| **Folio:** | 446772 | **Habitación:** | 210 | **Reservación:** | |

### PRODUCTOS Y SERVICIOS

| Clave Producto | Número de Identificación | Cantidad | Clave | Unidad | Descripción | Precio Unitario | Descuento | Impuesto | Importe |
|---|---|---|---|---|---|---|---|---|---|
| 81112100 - Servicios de internet | 07 | 1 | E48 | Unidad de servicio | 81112100 Internet (1) | $65.53 | 0.00 | 002 - IVA Base:$65.53 Tasa: 0.160000 Importe: $10.48 Factor: Tasa | $65.53 |
| 90111501 - Hoteles | 01 | 1 | ROM | Habitación | 90111500 Hospedaje (2) | $5,820.63 | 0.00 | 002 - IVA Base:$5,820.63 Tasa: 0.160000 Importe: $931.3 Factor: Tasa | $5,820.63 |

| | | |
|---|---|---|
| | **Subtotal:** | $5,886.16 |
| | **Descuento:** | 0.00 |
| | **IVA (0.160000%):** | $941.78 |
| | **ISH:** | $203.72 |
| **Importe con letra:** SIETE MIL TREINTA Y UN  PESOS  66/100 M.N. | **Total Comprobante:** | $7,031.66 |

| | | | |
|---|---|---|---|
| **Método de Pago:** | PUE - Pago en una sola exhibición | **Total a Pagar:** | $7,031.66 |
| **Forma de Pago:** | 04 - Tarjeta de crédito | | |
| **Moneda:** | MXN - Peso Mexicano | | |
| **Tipo Cambio:** | 1 | | |
| **RFC Proveedor Certificado** | SAD110722MQA | | |

### Notas:

Cargos de servicio son a la discreción del huésped y son para el beneficio del personal elegible.



### SELLO DIGITAL DEL CFDI

gq7tYwENUcUk6Zx4Jlqo3n5n05IYW6ZDDwWh8GhdfQaOjhOQoeQkR/T1TXzNNgPoPFN4K5F4r3DSFPh4PQzXM2KG8yfpGXmDT9l6gkQTn58SpFDBCNHoeymVCWxwhzDmPrL77M3Yno06keh5+mnvznJHDoQaSUcsz7varDrdCT6PrbxerLdqm1OYDM4GjqyjbmQgyhRwXrdnpH/jgflMdOhKuxxR2FPCGql+3VZoR1Jhw9AGw3pugBeTrKUCDH/4BXXx6uZWlb5m+3l/TU3qBfFhEno6SAS7Ci3xL6Vm/ZsiwiSh+vGBGaE3hDr3hjQJCWM/b54S+mlqpinxk61ZkQ==

### SELLO DIGITAL

UFT0prkhZRPPCoQbMUKxG7J4BiH7buh5XOLATZ5WmmucABANl6DywpsG684Pi0hDUIR2ofGQo6TFwtYV3zy82J7jysiICCIRAcnQJWHdKaYhQUjmuzKBQxsCobVtqDqhCxSY3VdxRZXwaKU0ZmRVz4aHUADL1zO3eC5w6m9bxIW2C6J+dQ5yL/2BsINNwDVInSxLQLkyTbMijh9Ie05hk/WImEsFUP7k54sGkfZvJFJaTrxjaNlEm+KSzhdBwZ/dpHXl0VHkY8/mbYf//Kz+VN1i9X9Y9reK1grj/vNXa1KV.X/KxaveH0EpQwIADaVi9TmQ5sHDK0vpF+g5M5Q2IjA==

### CADENA ORIGINAL DEL COMPLEMENTO DE CERTIFICACIÓN DIGITAL DEL SAT

||1.1|B6A9CEE2-F6B1-4EE0-B197-774F612A8BE6|Thu May 06 13:54:12 CDT 2021|SAD110722MQA|gq7tYwENUcUk6Zx4Jlqo3n5n05IYW6ZDDwWh8GhdfQaOjhOQoeQkR/T1TXzNNgPoPFN4K5F4r3DSFPh4PQzXM2KG8yfpGXmDT9l6gkQTn58SpFDBCNHoeymVCWxwhzDmPrL77M3Yno06keh5+mnvznJHDoQaSUcsz7varDrdCT6PrbxerLdqm1OYDM4GjqyjbmQgyhRwXrdnpH/jgflMdOhKuxxR2FPCGql+3VZoR1Jhw9AGw3pugBeTrKUCDH/4BXXx6uZWlb5m+3l/TU3qBfFhEno6SAS7Ci3xL6Vm/ZsiwiSh+vGBGaE3hDr3hjQJCWM/b54S+mlqpinxk61ZkQ==|00001000000503727538||



# HOTEL CONFIRMATION

**Thank you for choosing Regal Airport Hotel. Please find below details of your reservation.**

Date of Booking / Amendment / Cancellation: _____06-MAY-21_____

Reservation Confirmation ■          Amendment ☐          Cancellation ☐

Attention : ☐ 925 Club (membership no. : _____ )

Contact Name : _____Ms Wan_____          Company / Agent Name: _____

Telephone No. : _____          Fax / _____cwan75@gmail.com_____

| | Surname | First Name | Confirmation No. |
|---|---|---|---|
| 1) | Ms   Wan | Chung Chui | 9530042 |

☐ Regal Rewards (membership no. : _____ )

| | | |
|---|---|---|
| 2) | Mr   Debolt | Tyler James |
| 3) | Ms   Debolt | Abby Thea |
| 4) | | |

*Please provide your Regal Rewards membership number. If you are not a member, please feel free to inquire the details upon your arrival.

No. of Room: _____1_____          Room Type: __Deluxe Suite with 1bedroom on Top Floor__

Room Rate: __HKD 3,460__          No. of Persons: _____3_____

Arrival Date: __07-MAY-21__   Flight: __NH1929__   Time __13:40__

Departure Date: __28-MAY-21__   Flight: _____   Time _____

☐ Room Only   ■ Include Daily 3 Meals   ☐ 1 Person   ☐ 2 Persons   ■ 3 Persons   ☐ 4 Persons

Hotel Official Check-in Time: 1500 hours / Check-out Time: 1200 hours

**Request:**   ☐ Twin bed   ☐ Queen bed   ☐ Baby cot   ☐ Connecting   ☐ High floor

■ Others ( Please specify ) Extra bed

Request of Preference is subject to hotel's availability and confirmation.

Regal Airport Hotel is a smoke-free hotel. You will be liable for a cleaning fee of HKD2,000 for smoking in room.

All rates quoted are in Hong Kong Dollar and subject to 10% service charge and prevailing government tax, unless otherwise quoted

Payment:   ■ Guest Own Account          ☐ Third Party Payment (Separate payment authorization form

☐ Company Account          and credit card both sides copy is required)

☐ Room Only   ☐ All Expenses   ☐ Room & Breakfast          ☐ Room Only   ☐ All Expenses   ☐ Room & Breakfast

☐ Send Bill (need prior arrangement with hotel)

Guarantee: ■ Deposit Paid          ☐ Company Account

☐ Credit Card          Guaranteed by Company (signature with company chop)

Name printed on Credit Card : Wan          Chung Chui

Card Type          : _____

Credit Card Number          : _____

Card Expiry Date          : _____          Please sign with company chop

* Booking without guarantee will be released automatically

Terms & Conditions:

- Please note that any change in the length of stay or dates of your reservation may result in a rate change.

- NO Cancellation/Amendment is allowed.

- Credit card guarantee or prepayment as per specific rate plan is required for all reservations. Otherwise, hotel reserves the final right to release the booking without prior notice.

Remarks: _____

Contact Person: Reservations Department        Tel: (852) 2286 8688        Fax: (852) 2286 8622        Email: stay@airport.regalhotel.com

9 Cheong Tat Road, Hong Kong International Airport, Chek Lap Kok, Hong Kong

香港赤鱲角香港國際機場暢達路9號

Tel: (852) 2286 8888    Fax: (852) 2286 8686    Email: info@airport.regalhotel.com    Website: www.regalhotel.com

# Your receipt from Airbnb



Receipt ID: RCTPDDJKZM · Oct 15, 2020

## Sullivan

**4 nights in Sullivan**

Mon, Nov 2, 2020 → Fri, Nov 6, 2020
Entire home/apt · 4 beds · 4 guests

974 County Road 1300 East
Sullivan, IL 61951
United States

Hosted by Caitlin Veatch
Confirmation code: HMBDKYQ9QA
Go to itinerary · Go to listing

Traveler: Chung Wan

**Cancellation policy**

Cancel before 4:00 PM on Oct 28 and get a full refund. After that,
cancel before 3:00 PM on Nov 2 and get a 50% refund, minus the first
night and service fee. More details

Cutoff times are based on the listing's local time

**Have a question?**
Visit the Help Center

## Price breakdown

| | |
|---|---|
| $2,170.01 x 4 nights | $8,680.04 |
| Cleaning fee | $387.50 |
| Service fee | $1,280.15 |
| Occupancy taxes and fees | $541.96 |
| **Total (HKD)** | **$10,889.65** |

## Payment

| | |
|---|---|
| VISA ···· 9564 | $10,889.65 |
| Oct 15, 2020 · 11:46PM +00:00 | |
| **Amount paid (HKD)** | **$10,889.65** |

**Occupancy taxes**

Occupancy Taxes include Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), General Sales and Use Tax (Illinois).

**Airbnb Payments UK Ltd.**

Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

**Security Deposit**

Your Host requires a Security Deposit of $3875 HKD to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at https://www.airbnb.com/help/article/140.

**Payment processed by:**
Airbnb Payments UK Ltd.
40 Compton St., London, EC1V 0AP
United Kingdom

Airbnb Ireland UC
The Watermarque Building
South Lotts Road, Ringsend, Dublin 4
Ireland
VAT Number: IE 9827384L
www.airbnb.com



# Your receipt from Airbnb



Receipt ID: RC8WMTKBSQ · Oct 16, 2020

## Chicago

**5 nights in Chicago**

Fri, Nov 6, 2020 → Wed, Nov 11, 2020
Entire home/apt · 4 beds · 4 guests

1838 N Lincoln
Chicago, IL 60614
United States

Hosted by Noemi Kopp-Tanaka
Confirmation code: HMZDYPNY4R
Go to itinerary · Go to listing

Traveler: Chung Wan

**Cancellation policy**

Cancel before 3:00 PM on Nov 1 and get a full refund. After that,
cancel before 3:00 PM on Nov 6 and get a 50% refund, minus the first
night and service fee. More details

Cutoff times are based on the listing's local time

### Price breakdown

| | |
|---|---|
| $1,962.31 x 5 nights | $9,811.55 |
| Cleaning fee | $844.75 |
| Service fee | $1,504.44 |
| Occupancy taxes and fees | $2,493.36 |
| **Total (HKD)** | **$14,654.10** |

### Payment

| | |
|---|---|
| VISA ···· 9564 | $14,654.10 |
| Oct 16, 2020 · 12:52AM +00:00 | |
| **Amount paid (HKD)** | **$14,654.10** |

**Have a question?**

Visit the Help Center

---

**Occupancy taxes**

Occupancy Taxes include Lodging Tax (Chicago), Occupancy Tax (Chicago), Hotel Tax (Chicago), General Sales and Use Tax (Chicago), Accommodations Tax (Chicago), Lodging Surcharge (Chicago), Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), Accommodations Tax (Cook), Lodging Tax (Chicago), Occupancy Tax (Chicago), Hotel Tax (Chicago), General Sales and Use Tax (Chicago), Accommodations Tax (Chicago), Lodging Surcharge (Chicago), Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), Accommodations Tax (Cook), Lodging Surcharge (Chicago), General Sales and Use Tax (Illinois), Accommodations Tax (Cook).

**Airbnb Payments UK Ltd.**

Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

**Security Deposit**

Your Host requires a Security Deposit of $38750 HKD to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at https://www.airbnb.com/help/article/140.

---

**Payment processed by:**
Airbnb Payments UK Ltd.
40 Compton St., London, EC1V 0AP
United Kingdom

Airbnb Ireland UC
The Watermarque Building
South Lotts Road, Ringsend, Dublin 4
Ireland
VAT Number: IE 9827384L
www.airbnb.com



# Your receipt from Airbnb



Receipt ID: RCQC54ZBAR · Oct 15, 2020

## Effingham

**5 nights in Effingham**

Wed, Nov 11, 2020 → Mon, Nov 16, 2020
Entire home/apt · 4 beds · 4 guests

15325 North Cardinal Lane
Effingham, IL 62401
United States

Hosted by Evolve Vacation Rental .

Confirmation code: HMFXX3KN2R

Go to itinerary · Go to listing

Traveler: Chung Wan

**Cancellation policy**

Free cancellation for 48 hours after booking. After that, cancel before 3:00 PM on Nov 4 and get a 50% refund, minus the service fee. More details

Cutoff times are based on the listing's local time

**Have a question?**

Visit the Help Center

## Price breakdown

| | |
|---|---|
| $1,041.60 x 5 nights | $5,208.00 |
| Cleaning fee | $1,271.01 |
| Service fee | $914.66 |
| Occupancy taxes and fees | $387.27 |
| **Total (HKD)** | **$7,780.94** |

## Payment

| | |
|---|---|
| VISA ···· 1683 | $7,780.94 |
| Oct 15, 2020 · 11:39PM +00:00 | |
| **Amount paid (HKD)** | **$7,780.94** |

**Occupancy taxes**

Occupancy Taxes include Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), Accommodations Tax (Illinois), General Sales and Use Tax (Illinois), General Sales and Use Tax (Illinois).

**Airbnb Payments UK Ltd.**

Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments UK Ltd. at +44 203 318 1111.

**Payment processed by:**
Airbnb Payments UK Ltd.
40 Compton St., London, EC1V 0AP
United Kingdom

Airbnb Ireland UC
The Watermarque Building
South Lotts Road, Ringsend, Dublin 4
Ireland
VAT Number: IE 9827384L
www.airbnb.com

