E-FILED
Friday, 07 May, 2021  04:58:39 PM
Clerk, U.S. District Court, ILCD

From:    **Delta Air Lines** DeltaAirLines@t.delta.com
Subject: Your Flight Receipt - CHUNG CHUI WAN 13JAN21
Date:    13 January 2021 at 1:30 AM
To:      cwan75@gmail.com



## Hello, Chung Chui Wan

### Confirmation #: GOO6AT

Delta CareStandard

You're all set. If your plans change, you can cancel or modify your itinerary via MyTrips on delta.com prior to departure without any change fees.

**WE'VE GOT YOU COVERED**
As always, your safety is our top priority. That's why you'll experience a new standard of care on your upcoming trip. Our Delta CareStandard focuses on keeping surfaces clean, giving you more space, and offering safer service and personal care at every point in your journey.

Learn more about the steps we are taking to provide you with the safest experience. We also recommend packing your own food items, especially on longer flights, since many airport offerings are limited during this time. Please be sure to review TSA guidelines before bringing food through security checkpoints.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

**JOIN SKYMILES**® - start earning miles that don't expire and can take you to more than 1,000 destinations. In addition, receive important information about your trip whenever you fly. Join today for free >>

**DOWNLOAD THE FLY DELTA APP** – during this time, flight schedules can change quickly, so we strongly encourage you to download the Fly Delta app before you leave for the airport. With real-time push notifications sent to your mobile device, you'll never miss an update, and you can easily check your flight status under the "My Trips" tab. Download Now >>

**VISIT OUR NEED HELP PAGE** – get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. >>

Have a great trip, and thank you for choosing Delta.

| Wed, 13JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 1423 | CHICAGO-OHARE | ATLANTA |

| | | |
|---|---|---|
| DELTA 1425 Main Cabin (K) | CHICAGO-OHARE 6:00am | ATLANTA 9:02am |
| DELTA 1880 Main Cabin (K) | ATLANTA 10:00am | NASSAU, BAHAMAS 12:06pm |

| Thu, 11FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1956 Main Cabin (V) | NASSAU, BAHAMAS 5:28pm | ATLANTA 7:45pm |
| DELTA 1374 Main Cabin (V) | ATLANTA 10:36pm | CHICAGO-OHARE 11:31pm |

## MANAGE MY TRIP>

### GOVERNMENT-ISSUED COVID-19 TRAVEL RESTRICTIONS

Several countries/states have issued travel mandates that may affect your trip. We strongly encourage all customers to review the COVID-19 Travel Restrictions before arriving at the airport. You may check your eligibility to change or cancel your flight here.

### MASKS REQUIRED FOR EVERYONE'S SAFETY

Per CDC recommendations, all employees and customers are required to wear masks or face coverings throughout the travel journey. Customers requiring medical-based exemptions for not wearing face coverings or masks should be prepared to complete a clearance to fly process prior to departure at the airport. Learn More >

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta does not accept smart bags.** Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

All damaged, defective or recalled lithium batteries, including lithium powered self-balancing transportation devices are not permitted as carry-on or checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in

carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

Name: CHUNG CHUI WAN

| FLIGHT | SEAT |
|--------|------|
| DELTA 1423 | 21B |
| DELTA 1880 | 16A |
| DELTA 1956 | 16A |
| DELTA 1374 | 16A |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062438720623
Place of Issue:
Issue Date: 12JAN21
Expiration Date: 12JAN22

| METHOD OF PAYMENT | |
|-------------------|--------------|
| VI************0778 | **$817.65 USD** |

| CHARGES | |
|---------|--------------|
| **Air Transportation Charges** | |
| Base Fare | $645.00 USD |
| **Taxes, Fees and Charges** | |

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| Bahamas - Value Added Tax (C9) | $6.80 USD |
| Bahamas - Passenger Departure Tax (EA) | $29.00 USD |
| Bahamas - Airport Facility Fee (GJ) | $38.00 USD |
| Bahamas - Security Fee (GK) | $9.00 USD |
| Bahamas - Passenger Processing Fee (PO) | $10.00 USD |
| United States - Transportation Tax (US) | $38.20 USD |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | $3.96 USD |
| United States - Passenger Facility Charge (XF) | $13.50 USD |
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | $7.00 USD |
| United States - Custom User Fee (YC) | $5.99 USD |
| **TICKET AMOUNT** | **$817.65 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: CHI DL X/ATL DL NAS410.00KNNA0NMZ DL X/ATL DL
CHI235.00VNNN0NMY NUC645.00END ROE1.00 XF ORD4.5ATL4.5ATL4.5

CHI255.00VNNNONFH NUC045.00END ROE1.00 XF ORD4.5ATL4.5ATL4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

Wed 13 Jan 2021                                                                                      ORD-NAS

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $30.00<sup>USD</sup> (50LBS/23KG) | $40.00<sup>USD</sup> (50LBS/23KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

Thu 11 Feb 2021                                                                                      NAS-ORD

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $30.00<sup>USD</sup> (50LBS/23KG) | $40.00<sup>USD</sup> (50LBS/23KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

## MANAGE MY TRIP>

BOOK A FLIGHT >

BOOK A VACATION PACKAGE >

BOOK A VACATION PACKAGE >

RESERVE A CAR + HOTEL >

EARN AND USE MILES >

 Facebook   Twitter   Instagram

STAY CONNECTED WITH US

COMMENT OR COMPLAINT    |    PRIVACY POLICY

Fly green. Partner with us to protect the environment and support communities. Visit delta.com/co2 to learn more about offsetting your carbon footprint.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and

other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

© 2021 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

From: **Delta Air Lines** DeltaAirLines@t.delta.com
Subject: Your Flight Receipt - CHUNG CHUI WAN 22FEB21
Date: 17 February 2021 at 10:39 AM
To: cwan75@gmail.com



## Hello, Chung Chui Wan

**Confirmation #: GAJMOS**



You're all set. If your plans change, you can cancel or modify your itinerary via MyTrips on delta.com prior to departure without any change fees.

**WE'VE GOT YOU COVERED**
As always, your safety is our top priority. That's why you'll experience a new standard of care on your upcoming trip. Our Delta CareStandard focuses on keeping surfaces clean, giving you more space, and offering safer service and personal care at every point in your journey.

Learn more about the steps we are taking to provide you with the safest experience. We also recommend packing your own food items, especially on longer flights, since many airport offerings are limited during this time. Please be sure to review TSA guidelines before bringing food through security checkpoints.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

**JOIN SKYMILES®** - start earning miles that don't expire and can take you to more than 1,000 destinations. In addition, receive important information about your trip whenever you

receive important information about your trip whenever you fly. Join today for free >>

**DOWNLOAD THE FLY DELTA APP** – during this time, flight schedules can change quickly, so we strongly encourage you to download the Fly Delta app before you leave for the airport. With real-time push notifications sent to your mobile device, you'll never miss an update, and you can easily check your flight status under the "My Trips" tab. Download Now >>

**VISIT OUR NEED HELP PAGE** – get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. >>

Have a great trip, and thank you for choosing Delta.

| Mon, 22FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 5696*<br>Basic Economy (E) | CHICAGO-MIDWAY<br>6:00am | ATLANTA<br>9:05am |
| DELTA 1880<br>Basic Economy (E) | ATLANTA<br>9:55am | NASSAU, BAHAMAS<br>12:01pm |

| Sun, 21MAR | DEPART | ARRIVE |
|---|---|---|
| DELTA 1965<br>Basic Economy (E) | NASSAU, BAHAMAS<br>1:10pm | ATLANTA<br>3:37pm |
| DELTA 5606*<br>Basic Economy (E) | ATLANTA<br>4:26pm | CHICAGO-MIDWAY<br>5:26pm |

*Flight 5696 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

*Flight 5606 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

**MANAGE MY TRIP>**

**GOVERNMENT-ISSUED COVID-19 TRAVEL RESTRICTIONS**

Several countries/states have issued travel mandates that may affect your trip. We strongly encourage all customers to review the COVID-19 Travel Restrictions before arriving at the airport. You may check your eligibility to change or cancel your flight here.

**MASKS REQUIRED FOR EVERYONE'S SAFETY**

It's Delta's policy and federal law that all employees and customers wear masks during boarding and deplaning, while in the airport and during public transit. Customers requiring exemptions for not wearing face masks due to a disability should be prepared to complete a clearance to fly process prior to departure at the airport. Learn More >

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, **Delta does not accept smart bags.** Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

All damaged, defective or recalled lithium batteries, including lithium powered self-balancing transportation devices are not permitted as carry-on or checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

Name: CHUNG CHUI WAN

| FLIGHT | SEAT |
| --- | --- |
| DELTA 5696 | Seat Assigned After Check-In |
| DELTA 1880 | Seat Assigned After Check-In |
| DELTA 1965 | Seat Assigned After Check-In |
| DELTA 5606 | Seat Assigned After Check-In |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a

receipt of your purchase.

## Flight Receipt

Ticket #: 0062441405225
Place of Issue:
Issue Date: 17FEB21
Expiration Date: 17FEB22

| METHOD OF PAYMENT | |
|---|---|
| VI************0778 | **$672.65 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $500.00 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| Bahamas - Value Added Tax (C9) | $6.80 USD |
| Bahamas - Passenger Departure Tax (EA) | $29.00 USD |
| Bahamas - Airport Facility Fee (GJ) | $38.00 USD |
| Bahamas - Security Fee (GK) | $9.00 USD |
| Bahamas - Passenger Processing Fee (PO) | $10.00 USD |
| United States - Transportation Tax (US) | $38.20 USD |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | $3.96 USD |

| United States - Passenger Facility Charge (XF) | $13.50 USD |
|---|---|
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | $7.00 USD |
| United States - Custom User Fee (YC) | $5.99 USD |
| **TICKET AMOUNT** | **$672.65 USD** |

NONREF/NOCHGS/NOPRE RSVDSEAT

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: CHI DL X/ATL DL NAS350.00LNNC0NBZ DL X/ATL DL CHI150.00VNNL0SBZ NUC500.00END ROE1.00 XF MDW4.5ATL4.5ATL4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

Mon 22 Feb 2021                                                      MDW-NAS

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $30.00$^{USD}$ (50LBS/23KG) | $40.00$^{USD}$ (50LBS/23KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

Sun 21 Mar 2021                                                      NAS-MDW

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $30.00$^{USD}$ (50LBS/23KG) | $40.00$^{USD}$ (50LBS/23KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**MANAGE MY TRIP>**

BOOK A FLIGHT >

BOOK A VACATION PACKAGE >

RESERVE A CAR + HOTEL >

EARN AND USE MILES >





STAY CONNECTED WITH US

COMMENT OR COMPLAINT    |    PRIVACY POLICY

Fly green. Partner with us to protect the environment and support communities. Visit delta.com/co2 to learn more about offsetting your carbon footprint.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

© 2021 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

From: **United Airlines, Inc.** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation F25873
Date: 4 May 2021 at 9:50 AM
To: CWAN75@gmail.com CWAN75@GMAIL.COM





Mon, May 03, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Confirmation Number:

# F25873

| Flight 1 of 1 UA359 | Class: United Economy (S) |
|---|---|
| Tue, May 04, 2021 | Tue, May 04, 2021 |
| **08:45 AM** | **12:55 PM** |
| Chicago, IL, US (ORD) | Mexico City, MX (MEX) |

**Traveler Details**

**DEBOLT/TYLERJAMES**
eTicket number: **0162346901644**                      Seats: **ORD**-**MEX** -----
Economy Plus Seating New Bundle (0169918080187)              **ORD**-**MEX**
Standard Checked Bag (0169918080187)                        **ORD**-**MEX**

**WAN/CHUNGCHUI**
eTicket number: **0162346901643**                      Seats: **ORD**-**MEX** -----
Economy Plus Seating New Bundle (0169918080186)              **ORD**-**MEX**
Standard Checked Bag (0169918080186)                        **ORD**-**MEX**

**DEBOLT/ABBYTHEA**
eTicket number: **0162346901645**                      Seats: **ORD**-**MEX** -----
Economy Plus Seating New Bundle (0169918080185)              **ORD**-**MEX**
Standard Checked Bag (0169918080185)                        **ORD**-**MEX**

**Purchase Summary**

| Method of payment: | **Visa ending in 0778** |
|---|---|
| Date of purchase: | **Tue, May 04, 2021** |

| | |
|---|---|
| Airfare: | 265.00 USD |
| Equivalent Airfare: | 2060.00 HKD |
| U.S. Transportation Tax: | 149.00 HKD |
| Mexico Tourism Tax: | 230.00 HKD |
| September 11th Security Fee: | 44.00 HKD |
| U.S. Passenger Facility Charge: | 35.00 HKD |

| U.S. Passenger Facility Charge: | 55.00 HKD |
|---|---|
| Total Per Passenger: | **2518.00 HKD** |

| Total: | 7554.00 HKD |
|---|---|

---

Additional Purchase Summary

| Method of payment: | **Visa ending in 0778** |
|---|---|
| Date of purchase: | **Tue, May 04, 2021** |

Economy Plus Seating New Bundle (Reference Number: 0169918080187):
Standard Checked Bag (Reference Number: 0169918080187):

| Total: | 375.00 HKD |
|---|---|

---

Additional Purchase Summary

| Method of payment: | **Visa ending in 0778** |
|---|---|
| Date of purchase: | **Tue, May 04, 2021** |

Economy Plus Seating New Bundle (Reference Number: 0169918080186):
Standard Checked Bag (Reference Number: 0169918080186):

| Total: | 375.00 HKD |
|---|---|

---

Additional Purchase Summary

| Method of payment: | **Visa ending in 0778** |
|---|---|
| Date of purchase: | **Tue, May 04, 2021** |

Economy Plus Seating New Bundle (Reference Number: 0169918080185):
Standard Checked Bag (Reference Number: 0169918080185):

| Total: | 375.00 HKD |
|---|---|

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.74583 tonnes of CO2.**
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked | 1st bag | 2nd bag | 1st bag weight and | 2nd bag weight and |
|---|---|---|---|---|

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, May 04, 2021<br>Chicago, IL, US (ORD - O'Hare) to Mexico City, MX (MEX) | 35 USD | 60 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

      united.com restricted items page
      FAA website Pack Safe page
      TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Tickets** - Applies to standard fare tickets issued between March 3, 2020 and May 31, 2021 and Basic Economy fare tickets issued between March 3, 2020 and April 30, 2021.
**Changes/Cancellations:** Customers with Basic Economy fare tickets issued between March 3, 2020 and April 30, 2021 or standard fare tickets issued between March 3, 2020 and May 31, 2021 will be permitted to change without paying a change fee. If the new flight is priced higher, the customer may change for no change fee but must pay the fare difference. If the new flight is priced lower, the customer may change without paying a change fee, and may be given residual value in the form of a future flight credit. Any changes or cancellation must occur prior to ticketed travel date.
**Fare Validity:** This applies to all standard fare tickets issued through May 31, 2021 and Basic Economy fare tickets issued through April 30, 2021, all destinations, all points-of-sale, all travel dates available for sale, provided ticket number starts with 016.
**Miscellaneous:** Fares, fees, rules and offers are subject to change without notice. Seats are capacity-controlled and may not be

available on all flights or days. Some fares are non-refundable except during the first 24 hours after purchase. Other restrictions may apply.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2021 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

Please present all necessary country specific travel documentation or data such as staying address, Itinerary/Receipt, and positive identification such as passport, when you are requested to do so at check-in, or at Immigration/Customs. Please retain Itinerary/Receipt throughout your journey. Itinerary/Receipt may be required in case of itinerary change or refund.

| PASSENGER NAME | DEBOLT/ABBYTHEA MISS | | | | |
|---|---|---|---|---|---|
| TICKET NUMBER | 2052416254240 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
| PLACE OF ISSUE | USA - ANA SKY WEB US R | | | ISSUING OFFICE CODE | 05999162 |

The name of Haneda Airport's international passenger terminal building has changed as of March 2020.
Please be aware that the terminal for ANA-operated international departures and arrivals at Haneda Airport varies by flight.
Furthermore, the departure and arrival terminals for other flight reservations may also change.
Please check the terminal on your departure date.

## ✈ ITINERARY

| CITY/AIRPORT | TERMINAL | FLIGHT NO | DATE | DAY | TIME | CLASS | FARE BASIS | STATUS | BAGGAGE | INVALID BEFORE/AFTER |
|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTURE | | | DEPARTURE | | | | | | | |
| [1] MEXICO CITY(MEX) | 1 | NH179 | 06MAY21 | THU | 0220 | W(Y) | WLEODSNMVCH | OK | 2PC | |
| ARRIVAL | | SEAT | ARRIVAL | | | OPERATING CARRIER | | | | REMARKS |
| TOKYO(NARITA) | 1 | | 07MAY21 | FRI | 0645 | ALL NIPPON AIRWAYS | | | | |
| DEPARTURE | | | DEPARTURE | | | | | | | |
| [2] TOKYO(NARITA) | 1 | NH1929 | 07MAY21 | FRI | 0950 | W(Y) | WLEODSNMVCH | OK | 2PC | |
| ARRIVAL | | SEAT | ARRIVAL | | | OPERATING CARRIER | | | | REMARKS |
| HONG KONG | 1 | | 07MAY21 | FRI | 1340 | AIR JAPAN | | | | |



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

| | | |
|---|---|---|
| PASSENGER NAME | DEBOLT/ABBYTHEA MISS | |
| TICKET NUMBER | 2052416254240 | |
| | RESERVATION CODE 5UTG5A | DATE OF ISSUE 04MAY21 |
| PLACE OF ISSUE | USA - ANA SKY WEB US R | ISSUING OFFICE CODE 05999162 |

✈ FARE/TICKET INFORMATION

| FARE | USD419.00 | EQUIVALENT FARE PAID | |
|---|---|---|---|
| TAXES/FEES/CHARGES/ AIRLINE CHARGES TOTAL | USD136.81 | AIRLINE SERVICE CHARGE | USD0.00 |
| TOTAL (AIRLINE SERVICE CHARGE is not included.) | USD555.81 | TOUR CODE | |

FORM OF PAYMENT    CCVI XXXXXXXXXXXXX0778**/XX-XX S 576446

ENDORSEMENTS/ RESTRICTIONS    /C1-2 REFUNDABLE/CXLFEE/CHGFEE

FARE CALCULATION    MEX NH X/TYO NH HKG418.50NUC418.50END ROE1.000000

TAXES/FEES/CHARGES/: USD48.70YQ/ USD61.65XD/ USD16.76XO/ USD4.85CI / USD4.85SW
AIRLINE CHARGES
DETAILS

ORIGINAL ISSUE                ISSUED IN EXCHANGE FOR



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

| | | | | | |
|---|---|---|---|---|---|
| PASSENGER NAME | DEBOLT/ABBYTHEA MISS | | | | |
| TICKET NUMBER | 2052416254240 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
| PLACE OF ISSUE | USA - ANA SKY WEB US R | | | ISSUING OFFICE CODE | 05999162 |

TICKET NOTICE

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. Please note that if you travel on ANA's domestic sector flights within Japan only, without any international connecting flights, ANA's Conditions of Carriage for Passengers and Baggage for domestic flights will apply.

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments(the Warsaw Convention System), may apply to the entire journey, including any portion thereof within a country. For such passengers, the applicable treaty, including special contracts of carriage embodied in any applicable tariffs, governs and may limit the liability of the carrier. Check with your carrier for more information.

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Further information may be obtained from the carrier. With this ticket you will receive a set of notices which forms part of the ticket and contains the "Conditions of Contract and Other Important Notices". Please make sure that you have received these notices, and if not, obtain copies prior to the commencement of your journey at the following.

URL: https://www.ana.co.jp/other/int/meta/0192.html?CONNECTION_KIND=jp&LANG=e, or contact the issuing airline or travel agent.

DATA PROTECTION NOTICE: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, where your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.

This Itinerary/Receipt constitutes the "passenger ticket" for the purposes of Article 3 of the Montreal Convention and the Warsaw Convention, except where the carrier delivers to the passenger another document complying with the requirements of Article 3.

Ticketing information contained in ANA's computer system shall prevail should any discrepancy occur between the Itinerary/Receipt held by the customer and the ticketing information in our computer system.

ALL NIPPON AIRWAYS CO.,LTD.



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

Please present all necessary country specific travel documentation or data such as staying address, Itinerary/Receipt, and positive identification such as passport, when you are requested to do so at check-in, or at Immigration/Customs. Please retain Itinerary/Receipt throughout your journey. Itinerary/Receipt may be required in case of itinerary change or refund.

| PASSENGER NAME | DEBOLT/TYLERJAMES MSTR | | | | |
|---|---|---|---|---|---|
| TICKET NUMBER | 2052416254239 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
| PLACE OF ISSUE | USA - ANA SKY WEB US R | | | ISSUING OFFICE CODE | 05999162 |

The name of Haneda Airport's international passenger terminal building has changed as of March 2020.
Please be aware that the terminal for ANA-operated international departures and arrivals at Haneda Airport varies by flight.
Furthermore, the departure and arrival terminals for other flight reservations may also change.
Please check the terminal on your departure date.

## ✈ ITINERARY

| CITY/AIRPORT | TERMINAL | FLIGHT NO | DATE | DAY | TIME | CLASS | FARE BASIS | STATUS | BAGGAGE | INVALID BEFORE/AFTER |
|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTURE | | | DEPARTURE | | | | | | | |
| [1] MEXICO CITY(MEX) | 1 | NH179 | 06MAY21 | THU | 0220 | W(Y) | WLEQISMXVCH | OK | 2PC | |
| ARRIVAL | | SEAT | ARRIVAL | | | OPERATING CARRIER | | | | REMARKS |
| TOKYO(NARITA) | 1 | | 07MAY21 | FRI | 0645 | ALL NIPPON AIRWAYS | | | | |
| DEPARTURE | | | DEPARTURE | | | | | | | |
| [2] TOKYO(NARITA) | 1 | NH1929 | 07MAY21 | FRI | 0950 | W(Y) | WLEQISMXVCH | OK | 2PC | |
| ARRIVAL | | SEAT | ARRIVAL | | | OPERATING CARRIER | | | | REMARKS |
| HONG KONG | 1 | | 07MAY21 | FRI | 1340 | AIR JAPAN | | | | |

ALL NIPPON AIRWAYS CO., LTD.



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

| PASSENGER NAME | DEBOLT/TYLERJAMES MSTR | | |
|---|---|---|---|

| TICKET NUMBER | 2052416254239 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
|---|---|---|---|---|---|

| PLACE OF ISSUE | USA - ANA SKY WEB US R | ISSUING OFFICE CODE | 05999162 |
|---|---|---|---|

## ✈ FARE/TICKET INFORMATION

| FARE | USD419.00 | EQUIVALENT FARE PAID | |
|---|---|---|---|

| TAXES/FEES/CHARGES/ AIRLINE CHARGES TOTAL | USD136.81 | AIRLINE SERVICE CHARGE | USD0.00 |
|---|---|---|---|

| TOTAL (AIRLINE SERVICE CHARGE is not included.) | USD555.81 | TOUR CODE | |
|---|---|---|---|

| FORM OF PAYMENT | CCVI XXXXXXXXXXXXO778**/XX-XX S 576446 |
|---|---|

| ENDORSEMENTS/ RESTRICTIONS | /C1-2 REFUNDABLE/CXLFEE/CHGFEE |
|---|---|

| FARE CALCULATION | MEX NH X/TYO NH HKG418.50NUC418.50END ROE1.000000 |
|---|---|

| TAXES/FEES/CHARGES/ AIRLINE CHARGES DETAILS | USD48.70YQ/ USD61.65XD/ USD16.76XO/ USD4.85CI / USD4.85SW |
|---|---|

| ORIGINAL ISSUE | | ISSUED IN EXCHANGE FOR | |
|---|---|---|---|

ALL NIPPON AIRWAYS CO., LTD.



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

| | | | | | |
|---|---|---|---|---|---|
| PASSENGER NAME | DEBOLT/TYLERJAMES MSTR | | | | |
| TICKET NUMBER | 2052416254239 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
| PLACE OF ISSUE | USA - ANA SKY WEB US R | | | ISSUING OFFICE CODE | 05999162 |

TICKET NOTICE

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. Please note that if you travel on ANA's domestic sector flights within Japan only, without any international connecting flights, ANA's Conditions of Carriage for Passengers and Baggage for domestic flights will apply.

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments(the Warsaw Convention System), may apply to the entire journey, including any portion thereof within a country. For such passengers, the applicable treaty, including special contracts of carriage embodied in any applicable tariffs, governs and may limit the liability of the carrier. Check with your carrier for more information.

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Further information may be obtained from the carrier. With this ticket you will receive a set of notices which forms part of the ticket and contains the "Conditions of Contract and Other Important Notices". Please make sure that you have received these notices, and if not, obtain copies prior to the commencement of your journey at the following

URL: https://www.ana.co.jp/other/int/meta/0192.html?CONNECTION_KIND=jp&LANG=e, or contact the issuing airline or travel agent.

DATA PROTECTION NOTICE: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, where your booking is made via a a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.

This Itinerary/Receipt constitutes the "passenger ticket" for the purposes of Article 3 of the Montreal Convention and the Warsaw Convention, except where the carrier delivers to the passenger another document complying with the requirements of Article 3.

Ticketing information contained in ANA's computer system shall prevail should any discrepancy occur between the Itinerary/Receipt held by the customer and the ticketing information in our computer system.



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

A STAR ALLIANCE MEMBER

Please present all necessary country specific travel documentation or data such as staying address, Itinerary/Receipt, and positive identification such as passport, when you are requested to do so at check-in, or at Immigration/Customs. Please retain Itinerary/Receipt throughout your journey. Itinerary/Receipt may be required in case of itinerary change or refund.

| PASSENGER NAME | WAN/CHUNGCHUI MS | | | | |
|---|---|---|---|---|---|
| TICKET NUMBER | 2052416254238 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
| PLACE OF ISSUE | USA - ANA SKY WEB US R | | | ISSUING OFFICE CODE | 05999162 |

The name of Haneda Airport's international passenger terminal building has changed as of March 2020.
Please be aware that the terminal for ANA-operated international departures and arrivals at Haneda Airport varies by flight.
Furthermore, the departure and arrival terminals for other flight reservations may also change.
Please check the terminal on your departure date.

## ✈ ITINERARY

| CITY/AIRPORT | TERMINAL | FLIGHT NO | DATE | DAY | TIME | CLASS | FARE BASIS | STATUS | BAGGAGE | INVALID BEFORE/AFTER |
|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTURE | | | DEPARTURE | | | | | | | |
| [1] MEXICO CITY(MEX) | 1 | NH179 | 06MAY21 | THU | 0220 | W(Y) | WLEOISMNV | OK | 2PC | |
| ARRIVAL | | SEAT | ARRIVAL | | | OPERATING CARRIER | | | | REMARKS |
| TOKYO(NARITA) | 1 | | 07MAY21 | FRI | 0645 | ALL NIPPON AIRWAYS | | | | |
| DEPARTURE | | | DEPARTURE | | | | | | | |
| [2] TOKYO(NARITA) | 1 | NH1929 | 07MAY21 | FRI | 0950 | W(Y) | WLEOISMNV | OK | 2PC | |
| ARRIVAL | | SEAT | ARRIVAL | | | OPERATING CARRIER | | | | REMARKS |
| HONG KONG | 1 | | 07MAY21 | FRI | 1340 | AIR JAPAN | | | | |

ALL NIPPON AIRWAYS CO., LTD.



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

| | |
|---|---|
| PASSENGER NAME | WAN/CHUNGCHUI MS |

| TICKET NUMBER | 2052416254238 | RESERVATION CODE | 5UTG5A | DATE OF ISSUE | 04MAY21 |
|---|---|---|---|---|---|

| PLACE OF ISSUE | USA - ANA SKY WEB US R | ISSUING OFFICE CODE | 05999162 |
|---|---|---|---|

✈ FARE/TICKET INFORMATION

| FARE | USD558.00 | EQUIVALENT FARE PAID | |
|---|---|---|---|
| TAXES/FEES/CHARGES/ AIRLINE CHARGES TOTAL | USD147.22 | AIRLINE SERVICE CHARGE | USD0.00 |
| TOTAL (AIRLINE SERVICE CHARGE is not included.) | USD705.22 | TOUR CODE | |

| FORM OF PAYMENT | CCVI XXXXXXXXXXXXO778**/XX-XX S 576446 |
|---|---|

| ENDORSEMENTS/ RESTRICTIONS | /C1-2 REFUNDABLE/CXLFEE/CHGFEE |
|---|---|

| FARE CALCULATION | MEX NH X/TYO NH HKG558.00NUC558.00END ROE1.000000 |
|---|---|

| TAXES/FEES/CHARGES/ AIRLINE CHARGES DETAILS | USD48.70YQ/ USD61.65XD/ USD22.32XO/ USD4.85CI/ USD9.70SW |
|---|---|

| ORIGINAL ISSUE | | ISSUED IN EXCHANGE FOR | |
|---|---|---|---|



# ELECTRONIC TICKET ITINERARY/RECEIPT



For International Self Service Unit

| | | | | |
|---|---|---|---|---|
| **PASSENGER NAME** | WAN/CHUNGCHUI MS | | | |
| **TICKET NUMBER** | 2052416254238 | **RESERVATION CODE** 5UTG5A | **DATE OF ISSUE** | 04MAY21 |
| **PLACE OF ISSUE** | USA - ANA SKY WEB US R | | **ISSUING OFFICE CODE** | 05999162 |

TICKET NOTICE

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. Please note that if you travel on ANA's domestic sector flights within Japan only, without any international connecting flights, ANA's Conditions of Carriage for Passengers and Baggage for domestic flights will apply.

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments(the Warsaw Convention System),

may apply to the entire journey, including any portion thereof within a country. For such passengers, the applicable treaty, including special contracts of carriage embodied in any applicable tariffs, governs and may limit the liability of the carrier. Check with your carrier for more information.

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Further information may be obtained from the carrier. With this ticket you will receive a set of notices which forms part of the ticket and contains the "Conditions of Contract and Other Important Notices". Please make sure that you have received these notices, and if not, obtain copies prior

to the commencement of your journey at the following.

URL: https://www.ana.co.jp/other/int/meta/0192.html?CONNECTION_KIND=jp&LANG=e, or contact the issuing airline or travel agent.

DATA PROTECTION NOTICE: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, where your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.

This Itinerary/Receipt constitutes the "passenger ticket" for the purposes of Article 3 of the Montreal Convention and the Warsaw Convention, except where the carrier delivers to the passenger another document complying with the requirements of Article 3.

Ticketing information contained in ANA's computer system shall prevail should any discrepancy occur between the Itinerary/Receipt held by the customer and the ticketing information in our computer system.

ALL NIPPON AIRWAYS CO.,LTD.

 **Lufthansa**

## Ticket details & travel information

**Lufthansa booking code:** **O2V8VV**

| Display/edit booking |



## Passenger information

**WAN/CHUNG CHUI MRS**
Ticket number: 2202457398927

> **Receipt and Additional documents** !
> Do you require receipts for your tax returns or your travel expenses? You will be able to access all the receipts at the end of this message.
> ↓ Download your receipts now
> **Option for download is valid up to 90 days after end of travel.**

## ✈ Your itinerary

**Sat. 31 October 2020: Hong Kong – Frankfurt**

| 23:45 h | Hong Kong Chek Lap Kok (HKG) Terminal 1 |  **LH 797** |
| 05:45 h +1 | Frankfurt Frankfurt (FRA) Terminal 1 | operated by: Lufthansa |

**Status:** confirmed        **Class:** Business Class (P)

**Sun. 01 November 2020: Frankfurt – Chicago**

> **Important Notice**
> Due to stricter security checks for flights to the US it is advisable to be at the airport about 2 hours prior to departure. For further information please refer to the official website of TSA (Transport Security Administration, English only).

| 10:45 h | Frankfurt Frankfurt (FRA) Terminal 1 | **LH 430** |
| 13:10 h | Chicago OHare Intl Apt (ORD) Terminal 5 | operated by: Lufthansa |

**Status:** confirmed        **Class:** Business Class (P)


## Tue. 17 November 2020: Chicago – Frankfurt

> **Important Notice**
> Due to stricter security checks for flights from the US it is advisable to be at the airport about 2 hours prior to departure.

| | | |
|---|---|---|
| **18:25 h** | Chicago OHare Intl Apt (ORD) Terminal 1 | **LH 9151** |
| **09:35 h +1** | Frankfurt Frankfurt (FRA) Terminal 1 | operated by: United Airlines |

**Status:** confirmed　　　　**Class:** Business Class (P)

## Wed. 18 November 2020: Frankfurt – Hong Kong

> **Important Notice**
> Please observe the night flight ban at Frankfurt airport. For late evening flights, please proceed to your departure gate immediately in order to ensure an on-time departure.

| | | |
|---|---|---|
| **22:15 h** | Frankfurt Frankfurt (FRA) Terminal 1 | **LH 796** |
| **17:05 h +1** | Hong Kong Chek Lap Kok (HKG) Terminal 1 | operated by: Lufthansa |

**Status:** confirmed　　　　**Class:** Business Class (P)

## Total Price of your Ticket

| Passenger Type | Price | Taxes and carrier imposed fees | Passengers | Total Price of your Ticket |
|---|---|---|---|---|
| **Adult** | HKD 20070.00 | HKD 4996.00 | 1 | HKD 25066.00 |

Total Price for all Passengers　　　　　　　　　　　HKD 25066.00

## Lufthansa Online Services


**You can view and amend your booking at any time online at lufthansa.com.** You don't need to register to do this; just log in with your booking code and surname.

Under Flight Status you can find out about details of your flight from as early as 5 days before departure and activate automatic notifications for updated departure information. This applies to all flights that are operated by Lufthansa, Lufthansa Regional, Austrian Airlines, SWISS or Eurowings.

| Show booking | Rebook flight | Cancel flight | Help |
|---|---|---|---|

# Entry conditions US

**General entry conditions USA**
The USA has tightened its entry regulations. Effective immediately, we must transmit to the US authorities before your departure, the details of your country of residence and your first US address during your stay there: otherwise, entry will not be possible. For this reason, please add the relevant data online (APIS). This regulation does not apply to passengers with a permanent US residence permit.

**Regulation for travelling without visa**
Don't forget to register online via ESTA, the Internet-based travel authorization system. It's best to register right now at https://esta.cbp.dhs.gov. For further information, please go to www.cbp.gov/esta
Travellers who have visited Iraq, Iran, Libya, Somalia, the Syrian Arab Republic, Sudan or Yemen since March 1st, 2011, as well as passengers with dual citizenship who are also citizens of the aforementioned states, require a US Visa. All existing ESTA-approvals will be revoked for this group of travellers.

Current entry regulations

# Baggage regulations

The following baggage rules apply per passenger:

**Economy Light**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 50lbs | up to 62" | EUR 90.00 / USD 105.00* |
| 2nd checked bag | up to 50lbs | up to 62" | EUR 250.00 / USD 287.00* |
| Carry-on baggage | max. 1 piece up to 18lbs | up to 22+16+9" | free of charge |

**in Economy Class**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 50lbs | up to 62" | free of charge |
| 2nd checked bag | up to 50lbs | up to 62" | EUR 90.00 / USD 100.00* |
| Carry-on baggage | max. 1 piece up to 18lbs | up to 22+16+9" | free of charge |

**in Premium Economy Class**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 50lbs | up to 62" | free of charge |
| 2nd checked bag | up to 50lbs | up to 62" | free of charge |



**in Premium Economy Class**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| Carry-on baggage | max. 1 piece up to 18lbs | up to 22+16+9" | free of charge |

**in Business Class**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 70lbs | up to 62" | free of charge |
| 2nd checked bag | up to 70lbs | up to 62" | free of charge |
| Carry-on baggage | max. 2 piece up to 18lbs | up to 22+16+9" | free of charge |

**in First Class**

| | Weight / Pieces | Dimension (width+height+depth) | Fee |
|---|---|---|---|
| 1st checked bag | up to 70lbs | up to 62" | free of charge |
| 2nd checked bag | up to 70lbs | up to 62" | free of charge |
| 3rd checked bag | up to 70lbs | up to 62" | free of charge |
| Carry-on baggage | max. 2 piece up to 18lbs | up to 22+16+9" | free of charge |

For this journey, the baggage rules of Lufthansa apply.

Should your journey include flights of other airlines, the baggage rules may vary. In this case, please consult the respective carrier for your applicable baggage policy. Your passenger receipt will also disclose the applicable free checked baggage allowance.

Please be advised that due to security reasons items which are classified as dangerous goods are prohibited on board.

Extended free baggage allowances apply on Lufthansa and selected partner airlines operated flights to/from Brazil, Canada, Japan, East, West and Central Africa as well as for status customers and are granted upon validation at check-in.

In case your checked baggage exceeds the free baggage allowance or standard dimensions, excess baggage charges will apply. Please also acknowledge the regulations for sport and special baggage.

Additionally, you may carry on free of charge one piece of cabin baggage in Economy Class, two in Business and First Class. The size is limited to each 8kg (18lbs) and 55*40*23cm (22*16*9") (width*height*depth). Please take note of these further details.

You will find detailed baggage information on our baggage overview pages.

# Flight information

- Emergency contact: before you set off on your journey, please leave us details of the person you wish us to contact in the event of an emergency.
- Simplified onboard service: In order to minimize contact between people, our current in-flight service has been adapted and simplified. Please find more information on lufthansa.com.
- Please take note of the current free baggage allowance included in your ticket price and the applicable hand baggage regulations prior to your departure. If you are planning to take excess or special baggage with you, different conditions may apply.



- Please check the applicable health and entry requirements.
  Because of decree of individual national authorities, passport controls within the Schengen area may occur. Lufthansa recommends its passengers to have a valid identity document (passport or identity card) whilst traveling.

- An electronic ticket has been issued for you. Your boarding pass will be available at lufthansa.com from 23 hours prior to departure. For identification please have your booking reference and your Miles & More Credit Card or the credit card which has been used at the time of booking ready.
  In case you should travel with an airline other than Lufthansa please check here or contact the respective carrier for the applicable check-in conditions.

## Flight services

**Note on obligatory facemasks**
For Lufthansa, the safety of passengers and employees has the highest priority. Therefore, you will find here the latest information on the compulsory use of masks.
On lufthansa.com, you will find more information about traveling in times of Corona, the current flight program or the flexible rebooking options.

**Are you earning miles yet for your flights with Miles & More?**
Don't waste another mile - instead, register online now to start earning miles with Miles & More.

**Offset CO2 emissions**
Invest in innovative, sustainable aviation fuel and reforestation. Offset your flight with Compensaid at lufthansa.com.

**Baggage services via the Lufthansa app**
With the Lufthansa app you know where your baggage is at all times. Once your bags have been checked in at the counter or self-service kiosk you can call up a digital baggage receipt via the app. Clicking on the link in the receipt displays the loading status of your baggage.
A helpful function: at several airports you will receive a push notification on your phone after landing, telling when you can reclaim your luggage and which carousel it will be on. More information at lufthansa.com.

**Lufthansa on your mobile**
The Lufthansa app offers you easy access to all the major Lufthansa services: check in and mobile boarding passes, check flight status, book flights, reserve seats and much more. Push messages provide useful information about your upcoming flight. The Lufthansa app is available for iOS and Android for smartphones and tablets. Further information can be found on lufthansa.com.

**Free eJournals for your journey with Lufthansa**
As a Lufthansa passenger, many newspapers and magazines of different kinds and in various languages are available to you as free eJournals. Simply enter your booking code or ticket number and last name on lufthansa.com/eJournals and download your favourite titles to your mobile device before departure. Your choice of eJournals can be downloaded from three days before departure until the last day of your journey.

**Easy flight data transmission**
Together with your booking details you are provided with iCalendar files which can be easily transferred into your electronic calendar.

## Receipts and other documents

If you require receipts for your tax returns or your travel expenses, you can create these by clicking on the relevant document number.

| Passenger | Document type | Document |
|---|---|---|
| WAN / CHUNG CHUI MRS | Ticket | → 2202457398927 * |

---

\* You have access to the passenger receipt by clicking the ticket number up to 90 days after end of travel.



# Thank you for your booking and have a pleasant journey.

Best regards,
**Your Lufthansa team**

Lufthansa German Airlines is not liable for any changes of the transmitted data undertaken by you or a third party. No liability can be accepted for the accuracy of the information included in this document.
Please note that all flight times are local times.
created: 15 October 2020



Corporate Headquarters:
Deutsche Lufthansa
Aktiengesellschaft, Köln

Chairman of the Supervisory Board:
Dr. Karl-Ludwig Kley

Registration:
Amtsgericht Köln HRB 2168

Executive Board:
Carsten Spohr (Vorsitzender / Chairman),
Christina Foerster,
Harry Hohmeister,
Dr. Detlef Kayser,
Dr. Michael Niggemann

→ Your Lufthansa team
→ Imprint

A STAR ALLIANCE MEMBER

**From:** onlinebooking-NO-REPLY@cathaypacific.com  📎
**Subject:** Your eTicket is ready: use booking ref 6QKYEJ for your flight (CHI to SFO)
**Date:** 14 January 2021 at 5:24 AM
**To:** CWAN75@gmail.com  CWAN75@GMAIL.COM


 **CATHAY PACIFIC** 

# Electronic Ticket Receipt

**Booking Reference:** 6QKYEJ

**Office**
CATHAY PACIFIC AIRWAYS LTD
INTERNET BOOKING
HONG KONG

| Passenger | Ticket number |
|---|---|
| Wan Chung Chui Miss | 160 2381088990 |

## Itinerary

| From | To | Flight | Class | Date | Departure | Arrival | Resa | NVB | NVA | | Baggage | Seat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHICAGO O HARE INTERNATIONAL | SAN FRANCISCO SAN FRANCISCO INTL | AA2920 | L | 23Mar | 17:30 | 20:08 | Ok | 23Mar | 23Mar | | 2PC | |
| Terminal 3 | Terminal 1 | | | | | Fare Basis | | | LRZZWUAR | | | |
| Operated by | | AMERICAN AIRLINES | | | | | | | | | | |
| Frequent flyer number | | 1600156475 | | | | | | | | | | |
| SAN FRANCISCO SAN FRANCISCO INTL | HONG KONG INTERNATIONAL | CX0873 | L | 23Mar | 23:55 | 06:10 | Ok | 23Mar | 23Mar | | 2PC | 60G |
| Terminal I | Terminal 1 | | | | | Fare Basis | | | LRZZWUAR | | | |
| Operated by | | CATHAY PACIFIC | | | | | | | | | | |
| Frequent flyer number | | 1600156475 | | | | Arrival Day+2 | | | | | | |

Baggage Policy

ORDHKG

| 1st Checked Bag: | | Free of Charge | UPTO50LB 23KG AND62LI 158LCM OR ASSISTIVE DEVICES OR STROLLER OR PUSHCHAIR OR INFANT CAR SEAT |
|---|---|---|---|
| 2nd Checked Bag: | | Free of Charge | UPTO50LB 23KG AND62LI 158LCMOR ASSISTIVE DEVICESOR STROLLER OR PUSHCHAIROR INFANT CAR SEAT |

**CARRY-ON BAG:**
| ORDSFO: MAX 2PC | Free of Charge | | CARRY ON UP TO 40 LI 101 LCM AND/OR CARRY ON UP TO 45 LI 115 LCM |
|---|---|---|---|
| SFOHKG: MAX 1PC | Free of Charge | | ASSISTIVE DEVICES AND/OR CARRY7KG 15LB UPTO45LI 115LCM |

BAGGAGE PROHIBITED:
ORDSFO: OVER100LB 45KG BAGGAGE
ORDSFO: PET IN CABIN
SFOHKG: OVER100LB 45KG BAGGAGE
SFOHKG: PET IN CABIN
LB = Weight In Pounds, KG = Weight In Kilos, LI = Linear Inches, LCM = Linear Centimeters, MAX = Maximum Allowed, PC = Number of Pieces

Baggage allowance and charges are provided for information only. Additional discounts may apply depending on advance purchase or Flyer-specific factors (e.g. Frequent flyer status, military, Credit card used for purchase, early purchase over the internet, etc.) Most carriers' e-tickets have expiration dates and conditions of use. Check the carrier's fare rules for more information.



## Find the right check in counter
To ensure you check in at the right counter, find the operating airline in your itinerary

| Form of payment | : CC VI XXXXXXXXXXX0778 ExpXXXX M871556 : 1270 | | | | | | |
|---|---|---|---|---|---|---|---|
| Form of payment | : CCVI Paid | | | | | | |
| Fare | : HKD 14460 | | | | | | |
| Taxes | : HKD | PD 88 AY | HKD | PD 160 G3 | HKD | PD 338 XT | |
| | HKD | PD 120 HK | HKD | PD 50 I5 | HKD | PD 31 XA | |
| | HKD | PD 35 XF | HKD | PD 55 XY | HKD | PD 47 YC | |
| Total Amount | : HKD 1270A | | | | | | |
| Issuing Airline and date | : CATHAY PACIFIC 14Jan21 | | | | | **IATA** | : 13393855 |
| Restriction(s)/Endorsements | : Waivecxc012 - Nonendorseable Fare Restrictions Apply -Bg Cx | | | | | | |
| Fare Calculation | : HKG CX X/LAX AA CHIG932.46AA X/SFO CX HKG932.46NUC1864.92END ROE7.753648PD XF SFO4.5 | | | | | | |

**The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.**

**Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ( GDS ), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.(applicable for interline carriage)**

**Fee and registration codes**
Italian Fiscal codes: P.I. 00862211000 C. F. 07277450156
IBL Business Registration Card Number: C06002052
OO - Passenger Security Service Charge
YR/YQ - Fuel Surcharge/Insurance Surcharge/Fees levied by airlines
OB - Booking & Ticketing service fee levied by airlines
XT - The sum of government-imposed taxes and carrier surcharges

**Carbon emissions**
To calculate your share of carbon emissions created by your flight, please go to www.cathaypacific.com/flygreener

**E-ticket Reminders**

  1. It is the responsibility of passengers to ensure that their travel documents are valid and that they hold all necessary visas and medical certificates for entry into their destination. We reserve the right to refuse carriage if passengers fail to comply with such requirements. We will not be liable for any loss or expenses incurred by the passenger as a result of the passenger being refused entry into their destination.

  2. Tickets must be used in sequence. If you fail to fly on a booked flight and you do not notify us, all onward and connecting bookings will be cancelled. In some countries, a no-show charge may also be collected. Please cancel your reservations if you do not intend to fly.

**For tickets purchased in Italy:** in case of non-use, for any reason, of the outgoing flight (or of a segment of the outgoing flight, or a segment of the return flight), the request to maintain the successive segments of the ticket may be only accepted if prior communication has been made to Cathay Pacific, contacting the Contact Centre at the following number: 800791720 (from abroad, +390299953954) or via email: customerservice_italy@cathaypacific.com which will be followed by a confirmation of receipt, within the time specified below :
• within 24 hours after the departure of the unused flight;
• if the departure of the next segment is within 24 hours of the unused flight, the communication to the Contact Center must be received at least 2 hours before the departure of the aforementioned next segment of the flight.

The Contact Center will issue a new electronic ticket with the modified itinerary, and the passenger will be able to check-in online (if available) or at the airport. If the passenger does not make the aforementioned communication, or makes it after the above terms as indicated, subject to the seat availability on the next segment and subsequent flights, Cathay Pacific reserves the right to request payment of an amount equal to the difference between the price paid for the original ticket and the highest fare in the same class / travel compartment, applicable to the modified itinerary at the time the ticket is reissued, except in the case where the fare rules of the original ticket are more favourable for the passenger which will then be applied.

  3. The time shown on the flight coupon or itinerary receipt is the departure time of the aircraft. Passengers should allow sufficient time to complete all the formalities and it is recommended that passengers arrive at the airport one and a half hours before departure time, at the latest. Cathay Pacific check-in counters normally close 40 minutes prior to the scheduled departure time, however, closing time may vary slightly at some airports. Passengers arriving after this time may not be accepted for travel and no responsibility will be accepted in such cases. Please check with your local Cathay Pacific Office, www.cathaypacific.com/cx/en_HK/about-us/contact-us/worldwide-offices.html, as rules and check-in times vary by country and airport.

  4. To minimise any disruption to your travel plan, please note the boarding gate will be closed 10 minutes before departure time. Late passengers may not be accepted for travel. Please arrive at the boarding gate at least 30 minutes before departure time to reserve sufficient time for boarding formalities.

  5. Cathay Pacific and most major airlines may overbook services. While Cathay Pacific makes every effort to provide seats for confirmed reservations made, we cannot guarantee seat availability. Cathay Pacific operates compensation schemes, in accordance with the applicable law and our compensation policy, to passengers with confirmed reservations who are denied carriage because of overbooking.

  6. This ticket is valid for carriage for one year from date of issue, except as otherwise provided in this ticket, in carriers tariffs, conditions of carriage, or related regulations.

**Advice to international passengers on limitations of liability**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carriers own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carriers liability under an international treaty. For further information please consult your airline or insurance company representative.

**Incorporated terms**

Your travel is subject to Cathay Pacific's General Conditions of Carriage www.cathaypacific.com/content/dam/cx/legal-and-privacy/general-conditions-of-carriage-for-passengers-baggage-en.pdf and to its tariffs, including the Transborder Tariff www.cathaypacific.com/content/dam/cx/legal-and-privacy/canada/transborder-tariff/CTA-transborder-tariff-web.pdf and International Tariff www.cathaypacific.com/content/dam/cx/legal-and-privacy/canada/CTA-intl-tariff-web.pdf where applicable. All of these documents are hereby incorporated by reference into this document which forms your contract of carriage with us.

**Terms for non-air transfer services**

We act as agent for third party service providers in the sale and promotion of tickets for non-air transfer services.

If you travel with any of our non-air transfer services partners, your contract for the non-air transfer service is governed by the relevant non-air transfer service providers applicable terms and conditions of service as made available by us on their behalf and/or as set out on that non-air transfer service providers website at the time the booking is made.

**Baggage allowance and fees**

Checked baggage allowance

Checked baggage allowance

**All flights** - except those flying to and from the Americas and New Zealand.

For tickets: (i) issued before 15 September 2016 or (ii) issued before 15 September 2016 and reissued (as defined by IATA) on/after 15 September 2016.

The free baggage allowance on scheduled international flights of Cathay Pacific Airways is as follows:
-First Class: 40 kg (88 lb)
-Business Class: 30 kg (66 lb)
-Premium Economy Class: 25kg (55lb)
-Economy Class: 20 kg (44 lb)
-Infants not entitled to a seat are allowed 10 kg (22 lb) plus one fully collapsible stroller/pushchair.

The additional checked baggage allowance for Marco Polo Club (MPO) members is as follows:
- Diamond members: 20 kg
- Gold members: 15 kg
- Silver members: 10 kg

For tickets issued or exchanged (as defined by IATA) on/after 15 September 2016

The free baggage allowance on scheduled international flights of Cathay Pacific Airways is as follows:
-First Class: Three pieces, total 50 kg (110 lb)
-Business Class: Two pieces, total 40 kg (88 lb)
-Premium Economy Class: Two pieces, total 35 kg (77 lb)
-Economy Class: Two pieces, total 30 kg (66 lb)
-Infants not entitled to a seat are allowed two pieces, total 10 kg (22 lb) plus one fully collapsible stroller/pushchair.

The additional checked baggage allowance for Marco Polo Club (MPO) members is as follows:
- Diamond members: 1 piece, 20 kg (44 lb)
- Gold members: 1 piece, 15 kg (33 lb)
- Silver members: 10 kg (22 lb)

**The Americas** - The following allowance apply to passengers whose itinerary involves a point in North, Central or South American countries:
-First/ Business Classes: Two pieces, 32 kg (70 lb) each
- Premium Economy Class: Two pieces, 25 kg (55 lb) each
- Economy Class: Two pieces, 23 kg (50 lb) each
The total dimensions of each piece must not exceed 158 cm (62 in) (i.e. length plus height plus width).
Infants not entitled to a seat are allowed:
- First/Business Class: One piece, 32 kg (70 lb)
- Premium Economy Class: One piece, 25kg (55lb)
- Economy Class: One piece, 23kg (50lb),
AND
- One fully collapsible stroller/pushchair.
The total dimensions of each piece must not exceed 115 cm (45 in) (i.e. length plus height plus width).

The additional checked baggage allowance for Marco Polo Club members is as follows:
- Diamond members: One piece
- Gold members: One piece

**No single piece of baggage can weigh more than 32 kg (70 lb.)**

Cabin baggage allowance

Passengers (except infants) have free cabin baggage allowances based on the class in which they are travelling or their Marco Polo Club (MPO) membership status. If you are travelling in two classes on one journey, you will be entitled to the greater allowance for the whole journey.

**All flights** - except those flying to and from New Zealand.
- One bag with overall dimensions (including wheels, handles and side pockets) no larger than 56 x 36 x 23 cm (22 x 14 x 9 in). The total weight of the bag, small item and all duty-free items should not exceed 7 kg (15 lb).

Personal Items
You may carry onboard the following items free:
- a small item (handbag, backpack, briefcase, laptop bag, or camera bag) of maximum dimension of 16 x 31 x 41 cm (6 x 12 x 16 in), which can fit under seat in front, **and**
- an assistive device such as a cane, walker, crutch, wheelchair (if cabin stowage is available)
When you are travelling with a child or infant, you may carry the following item(s) onboard free:
- an approved car safety seat
www.cathaypacific.com/cx/en_HK/travel-information/help-for-passengers/travelling-with-children/safety-seats-and-devices/car-safety-seat.html
- a small bag of food and nappies (for use on the flight)
- an umbrella type collapsible stroller or any other types of foldable stroller within the standard cabin bag size and weight after folding (if cabin stowage is available)

The additional cabin baggage allowance for First and Business Class passengers, AND Diamond, Gold and Silver MPO members is as follows:
- First Class Passengers AND Diamond MPO members: The combined weight of items including all duty-free items should not exceed 15 kg (33 lb)
- Business Class Passengers AND Gold and Silver MPO members travelling in Premium Economy or Economy: The combined weight of items including all duty-free items should not exceed 10 kg (22 lb).

**New Zealand** - The following baggage allowances apply to passengers travelling on a ticket that meets all of the following criteria: (1) ticket issued wholly within Hong Kong and New Zealand, (2) travel on CX and Air NZ only, and (3) using non-stop flight between Hong Kong and Auckland/ Christchurch.

Checked baggage allowance

- Business class, AND Diamond, Gold and Silver Marco Polo Club members in Premium Economy Class: Three pieces, 23 kg (50 lb) each
- Premium Economy Class, AND Diamond, Gold and Silver Marco Polo Club members in Economy Class: Two pieces, 23 kg (50 lb) each
- Economy Class: Two pieces, 23 kg (50 lb)
- Infant: Travelling at 10% of the applicable adult fare will be permitted one piece, 23 kg (50 lb), plus one checked or carry on fully collapsible pushchair/stroller or infant's carrying basket or infant's car seat which may be carried in the passenger cabin subject to the availability of space.
The total dimensions of each piece must not exceed 158 cm (62 in) (i.e. length plus height plus width).

Cabin baggage allowance

- Business Class and Premium Economy Class, AND Diamond, Gold and Silver MPO members travelling in Economy Class: Two pieces, 7 kg (15 lb) each
- Economy Class: One piece, 7 kg (15 lb)
The total dimensions of each piece must not exceed 118 cm (45 in) in size (sum of the three dimensions including wheels, handles and side pockets).

**The above allowances are subject to the discretion of Cathay Pacific.**

**Excess baggage charge**

Any baggage in excess of the above mentioned allowances will be charged. Excess baggage will be charged at rates depending on the routing travelled. Please visit http://www.cathaypacific.com/cx/en_HK/travel-information/baggage/extra-baggage-charges.html for further details.

**Flights operated or marketed by other airlines**

If your itinerary includes flights operated or marketed by carriers other than Cathay Pacific, our free baggage allowance and charges may not apply. Please visit www.cathaypacific.com/cx/en_HK/travel-information/baggage/check-in-baggage/most-significant-carrier-msc-for-multi-carrier-journey.html or the relevant partner airline's website, for further details.

**Dangerous goods**

Some articles or substances which are capable of posing a significant risk to health, safety, property or the environment when transported by air are classified as dangerous goods and their carriage by air is prohibited. It is the responsibility of passengers to ensure that they do not carry such goods either on their person or in their baggage, otherwise they may commit a criminal offence. For more information about prohibited items, please visit http://www.cathaypacific.com/cx/en_HK/travel-information/baggage/controlled-and-banned-items/banned-items.html

**Lithium ion batteries**

Lithium batteries, typically found in portable consumer electronic devices, may be dangerous and can start fires when they are not carried properly. No

Lithium batteries, typically found in portable consumer electronic devices, may be dangerous and can start fires when they are not carried properly. No spare lithium batteries are permitted in check-in baggage. For cabin baggage and more information about carriage of lithium batteries, please visit http://www.cathaypacific.com/cx/en_HK/travel-information/baggage/controlled-and-banned-items/lithium-batteries.html

**Valuables**

Except for baggage carried in the course of international carriage as defined by the Warsaw or Montreal Conventions, we are not liable for any damages to articles which you include in your baggage which Cathay Pacific's General Conditions of Carriage prohibit. Articles including, but not limited to, fragile, perishable, valuable or rare items, or commercial goods and samples, business and identification documents. You can declare excess valuation on certain baggage at the airport, subject to additional fees.

**Travel health information**

For important health tips before your flight, please refer to our website http://www.cathaypacific.com/cx/en_HK/travel-information/travel-preparation/travel-and-health/before-you-fly.html prior to travelling and our inflight magazine and health videos while on board. If you have any concerns about your fitness to travel, you should consult your doctor or contact our local Reservations office for advice before travelling.

**Questions and further information**

If you have any further questions about this document, or any other aspects of your forthcoming trip, please contact us www.cathaypacific.com/cx/en_HK/about-us/contact-us/worldwide-offices.html

**European community regulation (EC) No.889/2002 notice**

**Air carrier liability for passengers and their baggage**
This information notice summarises the liability rules as required by European Community legislation and as applied by Cathay Pacific in respect of international carriage.
Approximate conversions from Special Drawing Rights (SDRs) to Euros are provided as a guide only and will be subject to fluctuation in currency conversion rates. Current exchange rates can be downloaded from www.imf.org/external/np/fin/data/rms_five.aspx

**Compensation in the case of death or injury**
There are no financial limits to the carrier's liability for passenger death or bodily injury caused by an accident on board the aircraft or during embarking or disembarking.

Where the Montreal Convention applies:
For proven damages up to 113,100 SDRs (approximately EUR 141,170) the carrier will not avail itself of any defence other than contributory negligence and will not otherwise exclude or limit its liability. Above 113,100 SDRs the carrier may defend the claim if it can prove that it was not negligent or otherwise at fault.

Where the Warsaw Convention and in all other instances:
For proven damages up to 100,000 SDRs (approximately EUR 124,820) the carrier will not avail itself of any defence other than contributory negligence and will not otherwise exclude or limit its liability. Above 100,000 SDRs the carrier may defend the claim if it can prove that it took all necessary measures to avoid the damage or that it was impossible for it to take such measures.

Where neither the Montreal nor the Warsaw Convention applies, different limits may be imposed by local law.

**Passenger delays**
In case of passenger delay, the carrier is liable for damage unless it took all reasonable measures to avoid the damage or it was impossible for it to take such measures. The carrier may rely upon the defence of contributory negligence.

Where the Montreal Convention applies:
Liability is limited to 4,694 SDRs (approximately EUR 5,860)

Where the Warsaw Convention applies:
Liability is limited to 16,600 SDRs (approximately EUR 20,720)

Where neither the Montreal nor the Warsaw Convention applies, different limits may be imposed by local law.

**Destruction, loss, damage or delay to baggage**
In relation to all baggage claims the carrier may rely upon the defence of contributory negligence.

Where the Montreal Convention applies:
The carrier is liable for destruction, loss or damage to checked baggage subject to applicable defences of inherent defect, quality or vice.
The carrier is only liable for destruction, loss or damage to unchecked baggage if it is proven that it was at fault.
The carrier is liable for damage arising out of delay to baggage unless it can prove that it took all reasonable measures to avoid the damage or it was impossible for it to take such measures.
Liability is limited to 1,131 SDRs (approximately EUR 1,410) per passenger for both checked and unchecked baggage.

Where the Warsaw Convention applies:
The carrier is liable for destruction, loss, damage or delay to baggage unless it can prove that it took all reasonable measures to avoid the damage or it was impossible for it to take such measures.
Liability is limited to 17 SDRs (approximately EUR 21) per kilogram of checked baggage and a total of 332 SDRs (approximately EUR 414) in the case of unchecked baggage. These limits do not apply if it is proven that the damage resulted from the carrier's reckless act or omission done with knowledge that damage would probably result.

Where neither the Montreal nor the Warsaw Convention applies, different limits may be applied by local law. If local law does not specify any limits, the limits applicable are the same as those for the Warsaw Convention.

**Higher limits for baggage**
A passenger can benefit from a higher liability limit by making a special declaration of value at the latest at check-in and by paying a supplementary fee. Alternatively, if the value of baggage exceeds the applicable limit of liability it should be fully insured by the passenger prior to travel.

**Complaints on baggage**
If the baggage is damaged, delayed, lost or destroyed, the passenger must write and complain to the air carrier as soon as possible. In the case of damage to checked baggage, the passenger must write and complain within seven days and in the case of delay within twenty-one days, in both cases from the date on which the baggage was placed at the passengers disposal.

**Liability of contracting and actual carriers**
If the carrier actually performing the flight is not the same as the contracting carrier, the passenger has the right to address a complaint or to make a claim for damages against either. If the name or code of a carrier is indicated on the ticket, that carrier is the contracting carrier.

**Time limit for action**
Any action in court to claim damages must be brought within two years from the date of arrival of the aircraft, or from the date on which the aircraft ought to have arrived.

*This is a notice required by European Community Regulation (EC) No. 889/2002 amending Regulation No 2027/97. This notice cannot be used as a basis for a claim for compensation, nor to interpret the provisions of the Regulation or the Montreal or Warsaw Convention and it does not form part of the contract between the carrier and the passenger.*

Notice regarding the **Air Passenger Protection Regulations (ARPR)** by the Canada transportation Agency

Passenger rights and airline obligations for passengers travelling on flights to, from, and within Canada, including connecting flights, may be found on our website.



WAN CHUNG
CHUI...RD.pdf



Calendar_6QKY
EJ.ics