E-FILED
Wednesday, 12 May, 2021  07:38:34 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHUNG CHUI WAN,<br>    Petitioner,<br><br>      vs.<br><br><br>MICHEL DALE DEBOLT<br>    Respondent | )<br>)<br>)  Case no.<br>)  3:20-cv-03233<br>)  Judge Sue E. Myerscough<br>)<br>)<br>)<br>) |

### MOTION FOR DISCOVERY REGARDING ATTORNEYS' FEES

NOW COMES the Petitioner, CHUNG CHUI WAN, referred to as WAN, through her attorneys, Akerman LLP and Hensley Sendek Law LLC,

1. On September 8, 2020, the Petitioner filed the Verified Complaint and Petition for Return of the Minor Children in Accordance with the Hague Convention and Motion for Expedited Return and Hearing Instanter with this Court.  (Dkt. 1).

2. On May 3, 2021, this Court granted the Petitioner's Petition for Return of the Minor Children and ordered that the minor children return to Hong Kong.  (Dkt. 146).

3. The Petitioner requested "an Order requiring Respondent to pay Petitioner's expenses and costs, including transportation costs,

1

58181043;1

housing costs, etc. and Petitioner's attorney's fees" pursuant to 22 U.S.C. § 9007 (b)(3).

4. The May 3, 2021 Order entered by this Court requires the Petitioner to file a Motion and supporting evidence of her reasonable and necessary expenses, including evidence of attorney's hours and rates.  (Dkt. 146 at 41-42).

5. In order for this Court to assess the necessity and reasonableness of Petitioner's attorney's fees and costs incurred for the return of the children to Hong Kong, it will be helpful to the Court to be provided with Respondent fees.

6. For example, Petitioner believes that Respondent's counsel's hourly rates will be informative in ascertaining a reasonable hourly rate for this matter.  If Respondent's counsel's rates are higher than or comparable to Petitioner's, it will bear upon any argument made by Respondent that those rates are unreasonable.  Similarly, if the number of attorney hours expended by Respondent's counsel are comparable to or exceed those expended by Petitioner, that fact will be informative in ascertaining the necessity of those hours.

2

7. On May 5, 2021, counsel for Petitioner wrote to counsel for Respondent requesting to exchange, for all participating law firms, a monthly breakdown of attorneys' fees by individual attorney, hourly rate, and hours expended.  Counsel for Respondent did not initially respond to this request.  After Petitioner's counsel re-inquired on May 7, 2021, counsel for Respondent stated that "We are not under an obligation to produce our bills and we are not in agreement to producing them."

8. It is undisputed that Respondent had as many as seven (7) attorneys present at Trial in this case and as many as five (5) attorneys present for depositions.

9. Further, Respondent testified at Trial that he spent in excess of $1,000,000.00 in attorney's fees and costs to prevent the return of the children to Hong Kong and the attorney's fees and costs incurred by Petitioner to seek the return of the children must be viewed in light of the work, labor and efforts advanced on Respondent's behalf.

10.    Petitioner is informed and reasonably believes that the amount of attorney's fees and costs incurred by Respondent in

3

this matter was at least double the amount of attorney's fees and costs incurred by Petitioner in this matter.

11.     Without Respondent's production of the information requested above, Petitioner will be prejudiced and unable to defend against Respondent's arguments that an award of the attorney's fees and costs, travel costs and the like that she has incurred to return the children to Hong Kong are not reasonable and necessary.

WHEREFORE, the Petitioner CHUNG CHUI WAN respectfully requests that this Court order that:

A. the parties produce (by close of business May 14, 2021), for all participating law firms, a monthly breakdown of attorneys' fees by individual attorney, hourly rate, and hours expended, as well as

B. total amounts paid to each expert (whether testifying or consulting).

       Respectfully submitted,

                /s/Jessica Hensley Sendek
                Counsel for Petitioner

Timothy K. Sendek
Akerman LLP
71 S. Wacker Dr., 47th Floor
Chicago, Illinois 60606
Tel. 312-870-8007
tim.sendek@akerman.com

4

58181043;1

5

Jessica L. Sendek
Hensley Sendek Law LLC
124 S. County Farm Road, Suite B1
Wheaton, Illinois 60187
Tel. (630) 358-9029
jessica@hensleysendeklaw.com
Counsel for Petitioner

58181043;1

## CERTIFICATE OF SERVICE

I certify that on the date given below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/Jessica Hensley Sendek

May 12, 2021

6

58181043;1