## COSTS

| Expense | Category | Amount |
|---|---|---|
| Filing Fee for Petition for Return of Children | Filing Fee for Petition for Return of Children | $400.00 |
| GAL Jared Scott | Other | $20,582.72 |
| Dr. Robert Shapiro, Rebuttal Expert Psychologist | Other | $28,000.00 |
| Azan Marwah, Rebuttal Expert Hong Kong | Other | $24,367.09 |
| Puja Kupai, Consulting Expert Hong Kong | Other | $8,111.85 |
| Feinberg Sharma P.C. Research and document expenses (11/15/20 invoice) | Other | $2,700.00 |
| Veteran's Distribution Messenger Service, delivery of passport to client after visit 1/21/21 | Other | $55.13 |
| Process Server for service | 9/16/20 Service on Respondent | $83.20 |
| Process Server for Service | 9/16/20 Service on Respondent | $93.20 |
| KATHY J SULLIVAN - fees for court transcripts for hearing proceedings held 10/23/2020 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $127.75 |
| Service of Process to Stewardson-Strasburg CUSD 5A | Fees for service of summons and subpoena | $395.00 |
| PACER PUBLIC RECORDS SYSTEM Pacer Charges | Fees and disbursements for printing | $3.40 |
| WASHINGTON EXPRESS LLC - Order # 3162029 Delivery to Corporation Services from Akerman on 01/13/21 | Fees for service of summons and subpoena | $23.69 |
| WASHINGTON EXPRESS LLC - Order # 3162030 Delivery to David Leigh Shambaugh from Akerman on 01/1/2021 | Fees for service of summons and subpoena | $49.30 |
| WASHINGTON EXPRESS LLC - Order # 31626627 Delivery to Corporation Services from Akerman on 01/15/21 | Fees for service of summons and subpoena | $18.39 |
| WASHINGTON EXPRESS LLC - Order # 3161195 Delivery to GWU OGC from Akerman on 01/11/2021 | Fees for service of summons and subpoena | $31.09 |
| WASHINGTON EXPRESS LLC - Order # 31612215 Delivery from GWU OGC to Akerman on 01/11/2021. | Fees for service of summons and subpoena | $19.16 |

| Item | Category | Amount |
|---|---|---|
| MAGNA LEGAL SERVICES LLC - fees for virtual video deposition of Michel Debolt | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $150.00 |
| AREA WIDE REPORTING SERVICE - Transcript of Court Proceeding on 12/18/20 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $58.40 |
| VERITEXT - Service of Process to David Leigh Shambaugh. | Fees for service of summons and subpoena | $135.00 |
| MAGNA LEGAL SERVICES LLC - Original and certified copy of transcript of virtual video deposition of Michel Debolt | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $3,131.42 |
| PACER PUBLIC RECORDS SYSTEM Pacer Charges | Fees and disbursements for printing | $4.90 |
| Lexis Advance Research | Fees and disbursements for printing | $73.59 |
| MAGNA LEGAL SERVICES LLC - fees for virtual video deposition of Chuk Ching Wan | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $332.50 |
| PACER PUBLIC RECORDS SYSTEM Pacer Charges | Fees and disbursements for printing | $2.00 |
| Lexis Advance Research | Fees and disbursements for printing | $40.74 |
| US MESSENGER LOGISTICS MANAGEM - Messenger charges for delivery of exhibits to court. | Fees and disbursements for printing | $175.78 |
| MAGNA LEGAL SERVICES LLC -court reporter services re: video synch of deposition of Phil Chan. | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $1,330.00 |
| VERITY GROUP LLC -reproduction of Petitioner's Exhibits | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $3,599.10 |
| MAGNA LEGAL SERVICES LLC -court reporter fees for video sync of deposition of Pen-Yuen Beth Chang | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $142.50 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $33.70 |
| MAGNA LEGAL SERVICES LLC -court reporter fees for video sync of deposition of Michel Debolt | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $1,185.00 |
| MAGNA LEGAL SERVICES LLC - court reporter fees for video sync of deposition of Chung Chui Wan and Eune Corpuz | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $285.00 |

| | | |
|---|---|---|
| MAGNA LEGAL SERVICES LLC -Video sych of deposition of Azan Marwah 3/1/21. | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $299.25 |
| MAGNA LEGAL SERVICES LLC -Court Reporter fees for deposition of Dr. Alan Jaffe, including original and certified copy of transcript.. | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $1,598.20 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $86.00 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $78.88 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $82.30 |
| CHICAGO MESSENGER SERVICE INC - 1) 3/22/21 Daniel E Templer 1125 Williams BLVD Springfield, IL 62704 | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $971.49 |
| MAGNA LEGAL SERVICES LLC - Court Reporter Fees for certified copy of transcript of deposition of Chung Chui Wan | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $2,085.48 |
| Lexis Advance Research | Fees and disbursements for printing | $74.25 |
| PACER PUBLIC RECORDS SYSTEM Pacer Charges | Fees and disbursements for printing | $32.40 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $11.24 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $11.19 |
| FEDERAL EXPRESS | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $11.19 |
| CHICAGO MESSENGER SERVICE INC - 1) 04/12/21 Job: 3112-751 T. Sendek RES. | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $48.06 |

| | | |
|---|---|---:|
| Courier services for trial exhibits from Chicago to Springfield | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $682.00 |
| ADC Tech Services - Remote Court Proceeding Assistance for managing witnesses and exhibits | Other | $2,850.00 |
| Kathy J SULLIVAN - fees for trial transcripts | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $3,860.00 |

| | | | |
|---|---|---|---:|
| | 31-Oct-21 | Other - Flight Hong Kong <=> Chicago | 3,172.91 |
| | 23-Dec-20 | Other - Flight Hong Kong <=> Chicago | 915.19 |
| | 13-Jan-21 | Other - Flight Chicago <=> Bahamas | 817.65 |
| | 22-Feb-21 | Other - Flight Chicago <=> Bahamas | 672.65 |
| | 4-May-21 | Other - Flight Chicago => Mexico for Petitioner & Children | 1,003.67 |
| | 6-May-21 | Other - Flight Mexico => Hong Kong for Petitioner and Children | 1,816.84 |

| | | |
|---|---|---:|
| 11/2/2020 to 11/6/20 | Other - Accomodations to Visit Children | 1,378.44 |
| 11/6/20 to 11/11/20 | Other - Accomodations to Visit Children | 1,854.95 |
| 11/11/20 to 11/16/20 | Other - Accomodations to Visit Children | 984.93 |
| 11/16/20 to 11/19/20 | Other - Accomodations to wait for COVID Test for Return to Hong Kong after visit with children | 444.32 |
| 11/20/20 to 12/4/20 | Other - Quarantine accomodations for Return after visit with | 1,963.29 |
| 12/24/20 to 1/13/21 | Other - Accomodations to Visit Children | 3,397.86 |
| 1/13/21 to 2/11/21 | Other - Accomodations to Wait to Visit Children | 3,000.00 |
| 2/11/21 to 2/22/21 | Other - Accomodations to Visit Children | 2,632.62 |
| 2/22/21 to 3/18/21 | Other - Accomodations to Wait for Trial | 3,000.00 |
| 3/18/21 to 3/27/21 | Other - Accomodations for Trial | 1,339.87 |
| 3/27/21 to 4/5/21 | Other - Accomodations to Visit Children | 2,663.02 |
| 4/5/21 to 4/12/21 | Other - Accomodations for Trial | 1,234.32 |
| 4/12/21 to 4/19/21 | Other - Accomodations to Visit Children | 2,787.93 |
| 4/19/21 to 5/4/21 | Other - Accomodations to Wait for Trial Result & Visit Children | 2,571.43 |
| 5/4/21 to 5/6/21 | Other - Accomodations for Return to Hong Kong with children | 338.19 |
| 5/7/21 to 5/28/21 | Other - Accomodations to Quarantine for Return to Hong Kong with children from US | 9,197.47 |

\*\*Flights and Accomodations paid in HKD have been converted to USD

Total Costs $155,710.07

_____

_____