# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
AUG 1 2 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHUNG CHUI WAN,<br><br>  Petitioner,<br><br>vs.<br><br>MICHEL DALE DEBOLT,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)  Case Number: 20-3233<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the children's habitual residence is Hong Kong, Respondent Michel Dale Debolt wrongfully retained the children in the United States, Respondent Michel Dale Debolt failed to establish any affirmative defense to the return of the children, and the children, T.D. and A.D., must be returned to Hong Kong. It is further ordered that Petitioner Chung Chui Wan shall recover from Respondent Michel Dale Debolt $310,933.50 in attorneys' fees and $134,355.95 in costs for a total of **$445,289.45**.

**Dated: August 11, 2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge