IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHUNG CHUI WAN, | ) |
|     Petitioner/Appellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| MICHEL DALE DEBOLT | ) |
|     Respondent/Appellee. | ) |

## DOCKETING STATEMENT

Chung Chui Wan ("Appellant") by undersigned counsel and pursuant to Seventh Circuit Rule 3(c)(1), hereby submit this docketing statement in connection with her appeal to the United States Court of Appeals for the Seventh Circuit from the judgment of the District Court, the Notice of Appeal having been filed with the District Court on September 9, 2021 (Case No. 3:20-cv-03233-SEM-TSH; ECF Doc. # 176).

### Appellant's Jurisdictional Statement.

The jurisdiction of the District Court in this matter is based upon 28 U.S.C. §1331 (federal question) and the International Child Abduction Remedies Act ("ICARA") 22 U.S.C. §§ 9001 *et seq*. Appellant and Appellee are individuals.

This appeal is from an order of final judgment signed on August 11, 2021 and entered on the docket on August 12, 2021 (ECF Doc. # 174) including the order relating to fees entered on August 10, 2021 (ECF Doc. # 173). The Seventh Circuit thus has jurisdiction to hear this appeal pursuant to 28 U.S.C. §§ 1291, 1294.

Appellant's notice of appeal was filed on September 9, 2021, within the 30 days provided for under Fed. R. App. P. 4(a)(1)(A).

No issues remain pending before the District Court. There have been no prior appeals in this matter.

Respectfully submitted,

*/s/Timothy K. Sendek*

Timothy K. Sendek
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
tim.sendek@akerman.com

Jessica L. Sendek
HENSLEY SENDEK LAW LLC
124 S. County Farm Road, Suite B1
Wheaton, Illinois 60187
Tel. (630) 358-9029
jessica@hensleysendeklaw.com

*Attorneys for Petitioner/Appellant Chung Chui Wan*

## CERTIFICATE OF SERVICE

I certify that on September 16, 2021 the foregoing document was submitted via the Court's CM/ECF system which will deliver notice to all counsel of record.

*/s/*Timothy Sendek