## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CHUNG CHUI WAN, | ) |
| Petitioner, | ) |
| | ) |
| | ) Case no. |
| vs. | ) 3:20-cv-03233 |
| | ) Judge Sue E. Myerscough |
| | ) |
| MICHEL DALE DEBOLT | ) |
| Respondent | ) |

### CITATION TO DISCOVER ASSETS
### (JUDGMENT DEBTOR)

To:    Michel Dale Debolt, 10862 Longshore Way West, Naples, Florida 34119

**YOU ARE COMMANDED** to appear before Judge Shanzle-Haskins, 124 U.S. Courthouse, 600 E. Monroe Street, Springfield, Illinois 62701 on November 9, 2021 at 11:00 a.m. to be examined under oath concerning the property or income of MICHAEL DALE DEBOLT pursuant to Federal Rule of Civil Procedure 69, Illinois Supreme Court Rule 277 and 735 ILCS 5/2-1402.
A Judgment in favor of Chung Chui Wan and against Michel Dale Debolt was entered on August 12, 2021 and $445,289.45 remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination, all books, papers or records in your possession or over which you have control, which may contain information concerning the property of Judgment debtor which indicates that you are indebted to or holding any funds belonging to the Judgment debtor, including: information regarding all income, bank accounts, investment accounts and other property.

### You are prohibited

From making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment therefore, a deduction order or garnishment, belonging to the judgment debtor or to which he or she may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any moneys not so exempt which are due or become due to the judgment debtor, until further order for the court or the termination of the proceeding whichever occurs first. The third party may not be obliged to withhold the payment of any moneys beyond double the amount of the balance due sought to be enforced by the judgment creditor.

### Warning

If you fail to appear in court as directed in this notice, you may be arrested and brought before the court to answer to a charge of contempt of court, which may be punishable by imprisonment.

WITNESS _October 21_, 2021

(SEAL)

_____
Clerk of Court

## CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

Amount of Judgment:            $445,289.45                    Balance due:   $445,289.45
Date of Judgment:              August 12, 2021                Case Number 3:20-CV-03233
Name of Court entering Judgment:       United States District Court,
                                       Central District of Illinois, Springfield Division

The undersigned certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the information contained is true and correct.

Timothy K. Sendek
Akerman LLP
71 S. Wacker Drive, 47th Floor          /s/ Timothy K. Sendek
Chicago, Illinois 60606                 Timothy K. Sendek
(312) 634-5700
tim.sendek@akerman.com