UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHUNG CHUI WAN, <br>     Petitioner, <br><br>     vs. <br><br><br> MICHEL DALE DEBOLT <br>     Respondent | ) <br> ) <br> ) Case no. <br> ) 3:20-cv-03233 <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR TURNOVER ORDER

NOW COMES the Petitioner/Judgment Creditor, CHUNG CHUI WAN, referred to as WAN, by and through her attorneys, Akerman LLP and Hensley Sendek Law LLC, and pursuant to Federal Rule of Civil Procedure 69(a)(1) and Section 2-1402 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-1402, hereby moves the Court to enter a Judgment against the Citation Third Party Respondents: First National Bank of Waterloo, Citibank NA, The Vanguard Group, Inc. and TD Ameritrade Inc., pursuant to their Answers to Citation to Discover Assets that have been filed with the Court and to direct the Third Party Respondents to turnover said funds to the Petitioner/Judgment Creditor and in support thereof, the Petitioner states and alleges as follows:

1. On August 12, 2021, a Judgment in favor of CHUNG GHUI WAN and against MICHEL DALE DEBOLT was entered in the amount of $445,289.45. (Dkt. #174).

2. On October 21, 2021, a Third-Party Citation to Discover Assets to First National Bank of Waterloo, Citibank NA, The Vanguard Group and TD Ameritrade Inc. was issued by the Clerk of the Court.  (Dkt. #180, 182, 183 and 184).

3. TD Ameritrade Inc. stated in its Answer to Citation to Discover Assets that they are holding an Individual Brokerage Account #9594 with balance of $4,143.70 that is the property of the Respondent/Judgment Debtor, MICHEL DEBOLT.  (Dkt. #190).

4. Citibank NA stated in its Answer to Citation to Discover Assets that they are holding a checking account with a balance of $7,449.05 that is the property of the Respondent/Judgment Debtor, MICHEL DEBOLT. (Dkt. #191).

5. First National Bank of Waterloo stated in its Answer to Citation to Discover Assets that they are holding a checking account with a balance of $55,626.30 that is the property of the Respondent/Judgment Debtor, MICHEL DEBOLT, and First National Bank of Waterloo has claimed a deduction for fees pursuant to statute of $75.00.  (Dkt. #188).

6. The Vanguard Group stated in its Answer to Citation to Discover Assets that they are holding an individual brokerage account with a balance of $6,244.58 that is the property of the Respondent/Judgment Debtor, MICHEL DEBOLT. (Dkt. #189).

7. WAN requests that this Court issue an Order directing the Third-Party Respondents to deposit with the Clerk of the Court the amounts identified that are being held by the Third-Party Respondents in their Answer to Citation to Discover Assets.

8. WAN requests that that this Supplementary proceeding remain open and pending before the Court due to the outstanding Citation to Discover Assets to the Respondent, for collection of the unsatisfied portion of the Judgment plus costs and fees recoverable by the Petitioner for these proceedings, which costs and fees will be submitted at a future date.

Respectfully submitted,

/s/ Jessica Sendek
Hensley Sendek Law LLC
124 S. County Farm Road, Suite B1
Wheaton, Illinois 60187
(630) 358-9029
jessica@hensleysendeklaw.com

**CERTIFICATE OF SERVICE**

      I certify that on the date given below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record in accordance with Fed. R. Civ. P. 5(b)(2)(E) and further that the same was placed in the United States Mail, First Class postage prepaid for service upon:

| | |
|---|---|
| Citibank N.A.<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108 | First National Bank of Waterloo<br>228 South Main Street<br>Waterloo, Illinois 62298 |
| T.D. Ameritrade, Inc.<br>c/o CT Corporation<br>208 South LaSalle Street, Suite 814<br>Chicago, Illinois 60604 | The Vanguard Group, Inc.<br>c/o Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, Illinois 62703 |

                                                  /s/Jessica Hensley Sendek

November 16, 2021

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CHUNG CHUI WAN, | ) |
|     Petitioner, | ) |
| | ) Case no. |
|     vs. | ) 3:20-cv-03233 |
| | ) |
| | ) |
| MICHEL DALE DEBOLT | ) |
|     Respondent | ) |

## ORDER GRANTING PETITIONER'S MOTION FOR TURNOVER

This matter before the Court on Petitioner/Judgment Creditor's Motion for Turnover Order (Dkt. #192) as to Third Party Respondents First National Bank of Waterloo, Citibank NA, The Vanguard Group, Inc. and TD Ameritrade Inc. Pursuant to the Third-Party Citations to Discover Assets served upon First National Bank of Waterloo, Citibank NA, The Vanguard Group, Inc. and TD Ameritrade Inc., Petitioner's Motion is hereby **GRANTED**.

1. Third Party Respondent, TD Ameritrade Inc. is ORDERED to pay to the Clerk of the Court of the United States District Court for the Central District of Illinois the amount of $4,143.70 (the amount identified in its Third-Party Respondent Answer to Citation to Discover Assets filed on November 8, 2021). (Dkt. #190). Upon payment of said amount, TD Ameritrade Inc. shall be released from the Third-Party Citation to Discover Assets.

2. Third Party Respondent, Citibank NA is ORDERED to pay to the Clerk of the Court of the United States District Court for the Central District of Illinois the amount of $7,449.05 (the amount identified in its Third-Party Respondent Answer to Citation to Discover Assets filed on November 9, 2021). (Dkt. #191). Upon payment of said amount, Citibank NA shall be released from the Third-Party Citation to Discover Assets.

3. Third Party Respondent, First National Bank of Waterloo is ORDERED to pay to the Clerk of the Court of the United States District Court for the Central District of Illinois the amount of $55,551.30 (the amount identified in its Third-Party Respondent Answer to Citation to Discover Assets less the appropriate deduction for fees filed on November 8, 2021). (Dkt. #188). Upon payment of said amount, First National Bank of Waterloo shall be released from the Third-Party Citation to Discover Assets.

4. Third Party Respondent, The Vanguard Group is ORDERED to pay to the Clerk of the Court of the United States District Court for the Central District of Illinois the amount of $6,244.58(the amount identified in its Third-Party Respondent Answer to Citation to Discover Assets filed on November 4, 2021). (Dkt. #189). Upon payment of said amount, The Vanguard Group shall be released from the Third-Party Citation to Discover Assets.

5. The Clerk of the Court is directed to pay the amounts listed above received by the Third-Party Respondents to CHUNG CHUI WAN, in care of Petitioner's counsel, Akerman LLP, 71 S. Wacker Drive, 47th Floor, Chicago, Illinois 60606. Said amounts shall be applied towards the Judgment entered against MICHEL DALE DEBOLT and in favor of CHUNG CHUI WAN on August 12, 2021.

6. Petitioner shall serve a copy of this Order on Third Party Respondents at the following addresses:

Citibank N.A.
5800 South Corporate Place
Sioux Falls, South Dakota 57108

T.D. Ameritrade, Inc.
c/o CT Corporation
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

First National Bank of Waterloo
228 South Main Street
Waterloo, Illinois 62298

The Vanguard Group, Inc.
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, Illinois 62703

7. These Supplementary proceedings shall remain open and pending before the Court due to the outstanding Citation to Discover Assets to the Respondent and for collection of the unsatisfied portion of the Judgment plus costs and fees recoverable by the Petitioner for these proceedings, which costs and fees will be submitted at a future date.

IT IS SO ORDERED.

DATE _____, 2021

_____
Judge Tom Schanzle-Haskins
United States Magistrate Judge