# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHUNG CHUI WAN,<br>    Petitioner,<br><br>    vs.<br><br>MICHEL DALE DEBOLT<br>    Respondent | )<br>)<br>) Case no.<br>) 3:20-cv-03233<br>) Judge Sue E. Myerscough<br>)<br>)<br>) |

### PROOF OF SERVICE

Matthew D. Elster
Beermann LLP
161 North Clark Street #3000
Chicago, Illinois 60601
mdelster@beermannlaw.com

    Please take notice that on November 18, 2021, we caused to be filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, this Proof of Service with corresponding Return of Service in the above-referenced cause, a copy of which is attached hereto:

    1. Amended Return of Service upon MICHEL DEBOLT for Citation Notice, Citation to Discover Assets (Judgment Debtor), Certificate of Attorney or Judgment Creditor and Income and Expense Form, dated November 3, 2021.

                                                                    /s/ *Jessica L. Hensley Sendek*

### CERTIFICATE OF SERVICE

I hereby certified that the above Proof of Service, together with the documents referred to therein were served upon the individual indicated above by CM/ECF and email, respectively on November 18, 2021.

                                                                    /s/ *Jessica L. Hensley Sendek*

## AMENDED RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SPRINGFIELD District of Illinois

Case Number: 3:20-CV-03233

Plaintiff:
**CHUNG CHUI WAN,**

vs.

Defendant:
**MICHEL DALE DEBOLT**

For:
TIMOTHY SENDEK
AKERMAN LLP

Received by Prestige Process on the 2nd day of November, 2021 at 8:34 am to be served on **MICHEL DALE DEBOLT, 10862 LONGSHORE WAY W, NAPLES, FL 34119.**

I, DANIEL MCKEON, do hereby affirm that on the **3rd day of November, 2021** at **8:58 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **CITATION NOTICE, CITATION TO DISCOVER ASSETS (JUDGMENT DEBTOR), CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR AND INCOME AND ASSET FORM** with the date and hour of service endorsed thereon by me, to: **MICHEL DALE DEBOLT** at the address of: **10862 LONGSHORE WAY W, NAPLES, FL 34119**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
11/9/2021 2:05 pm Assigned Type of Service: .INDIVIDUAL/PERSONAL

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**DANIEL MCKEON**
CPS # 157975

**Prestige Process**
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: PPJ-2021007441